BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
fbottini@bottinilaw.com
David T. Wissbroecker (SBN 243867)
dwissbroecker@bottinilaw.com
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002

*Counsel for Plaintiff Matt Eisner*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MATT EISNER, derivatively on behalf of META PLATFORMS, INC.,

Plaintiff,

vs.

MARK ZUCKERBERG, PEGGY ALFORD, MARC L. ANDREESSEN, ANDREW W. HOUSTON, NANCY KILLEFER, ROBERT M. KIMMITT, TRACEY T. TRAVIS, TONY XU, HOCK E. TAN, ERSKINE B. BOWLES, KENNETH I. CHENAULT, SUSAN D. DESMOND-HELLMANN, REED HASTINGS, SHERYL K. SANDBERG, PETER THIEL, JEFFREY D. ZIENTS, ANDREW BOSWORTH, MIKE SCHROEPFER, NICK CLEGG, CHRISTOPHER K. COX, JENNIFER G. NEWSTEAD, ADAM MOSSERI, DAVID M. WEHNER, KARINA NEWTON, ANTIGONE DAVIS, and PAVNI DIWANJI,

Defendants,

—and—

META PLATFORMS, INC.,

Nominal Defendant.

Case No.:

**SHAREHOLDER DERIVATIVE COMPLAINT FOR VIOLATION OF THE SECURITIES EXCHANGE ACT OF 1934, BREACH OF FIDUCIARY DUTY, AIDING AND ABETTING BREACH OF FIDUCIARY DUTY, UNJUST ENRICHMENT, DECLARATORY AND INJUNCTIVE RELIEF, AND VIOLATION OF CALIFORNIA CORPORATIONS CODE §§ 24400 AND 25500**

DEMAND FOR JURY TRIAL

Plaintiff Matt Eisner ("Plaintiff"), a current shareholder of Meta Platforms, Inc. ("Meta" or the "Company"), by and through undersigned counsel, brings this shareholder derivative action against certain officers and directors of Nominal Defendant Meta Platforms, Inc. In support of these claims, Plaintiff alleges the following (1) upon personal knowledge with respect to the matters pertaining to Plaintiff and Plaintiff's ownership of Meta stock; and (2) upon information and belief with respect to all other matters, based upon the investigation undertaken by counsel, which included, *inter alia*, a review and analysis of (a) the Company's public filings with the U.S. Securities and Exchange Commission ("SEC"); (b) news articles, conference call transcripts, analysts' reports, and press releases; (c) evidence produced in discovery and public court records in Related Actions, which are certain personal injury and other actions filed as a multi-district litigation, Case No. 4:22-md-03047-YGR (N.D. Cal.), a joint civil case proceeding in the Los Angeles Superior Court, Case No. JCCP5255, *In re Meta Platforms, Inc. Sec. Litig*., Lead Case No. 3:21-cv-08812-AMO (N.D. Cal.) (the "Securities Fraud Class Action"), and various other state and federal court actions; and (d) other publicly available information pertaining to Meta and the topics addressed herein. Plaintiff believes that substantial additional evidentiary support will exist for the allegations set forth below after a reasonable opportunity for discovery.

## I. INTRODUCTION

1. This is a shareholder derivative complaint to address harm caused to Meta by the Company's officers and directors.

2. Meta recently announced that it agreed to pay $17 billion in a sprawling MDL case centered on Meta's failure to protect minors on its social media platforms.

3. The $17 billion settlement, however, represents just the latest in a series of continuing wrongs, pursuant to which the Individual Defendants have knowingly prioritized profits over safety to minors and teenagers. In 2022, Meta was fined over $400 million for failing to safeguard children's information on Instagram.[1] In response to growing concern about the harm to children as well as the financial fines imposed on Meta due to the infiltration of Instagram with pedophiles and sexual predators,

[1] *See* https://www.cnet.com/news/privacy/meta-fined-400m-for-failing-to-protect-childrens-privacy-on-instagram.

Meta shareholders included a proxy proposal in 2024 that would, if passed, require Meta to do more to protect minors. The shareholder proposal noted that:

> Sexual Exploitation: ***In 2022, nearly 32 million cases of online child sexual abuse material were reported; over 27 million of those (85 percent) stemmed from Meta platforms***. Meta has started encrypting Facebook Messenger despite urgent warnings from law enforcement and child protection organizations that encryption will hide millions of reports, cloak the actions of child predators, and make children more vulnerable. A Wall Street Journal investigation describes how Instagram's algorithms "connect and promote" a vast pedophile network by guiding pedophiles to sellers of child sexual abuse materials.[2]

4. But the Defendants caused Meta to recommend against that proposal, choosing profits over child safety.

5. ***Meta's platforms are responsible for about 85% of all reports made to the National Center for Missing and Exploited Children***.

6. This case involves the Individual Defendants' misconduct, pursuant to which they caused Meta to operate as an unlawful business enterprise. The Individual Defendants caused the Company's public narrative to be a meticulously engineered artifice designed to mask a systemic crisis in user engagement and growth. Facing what internal documents describe as "Material Negative Trends," Meta saw its core demographic—teenagers and young adults—abandoning the platform for competitors like TikTok and Snapchat. To mitigate the resulting valuation risk and preserve Meta's primary revenue stream of targeted advertising, the Individual Defendants initiated an organized defensive posture referred to internally as "the Project."

7. The Project was not a safety program but a reputational shield designed to "re-set the narrative" by misleading regulators, investors, and the public. The fraudulent scheme rested upon three core pillars of deception: (1) false assurances regarding Child and Teen Safety, which suppressed findings of mental health harms; (2) the misrepresentation of Algorithmic Design as fostering "meaningful interaction" when it was engineered to reward toxicity for engagement; and (3) the concealment of the Inequitable Content Moderation program (X-Check), which provided a "whitelisting" immunity to millions of high-profile users.

---

[2] *See* 2024 Proxy Statement at p. 93.

8. This strategic deception was a calculated response to a crisis of profitability, pursuant to which the Individual Defendants prioritized the preservation of the "young user" pipeline over the disclosure of material risks to platform integrity and regulatory compliance.

9. What the Individual Defendants have done at Meta is similar to what the tobacco companies did last century. From the 1950s to the 1980s, cigarette manufacturers like Philip Morris and R.J. Reynolds manipulated the chemical composition of cigarettes to make them more addictive, notwithstanding knowledge that cigarettes were harmful to health and that the increased addictiveness of the cigarettes would make it difficult for people to stop smoking. Years of litigation followed after facts were discovered showing how the cigarette companies had manipulated the chemical make-up of the cigarettes. Finally, in 2006, a federal court entered a final judgment which found that major cigarette manufacturers had deceived the American public for over 50 years to concealing the fact that they had manipulated cigarette design and nicotine delivery to create and sustain addiction. *United States v. Philip Morris USA, Inc.*, 449 F. Supp. 2d 1, 851–54 (D.D.C. 2006). Finding that they joined together to "maximize their profits" through "false and fraudulent statements, representations, and promises" about "the devastating health effects of smoking," *id.* at 852, the court concluded that the manufacturers operated an illegal racketeering enterprise in violation of RICO section 1962(c), and that they conspired to do so in violation of RICO Section 1962(d), *id.* at 851, 903. Defendants inevitably appealed. In 2009, the D.C. Circuit Court of Appeals affirmed the district court's finding of RICO liability with respect to each cigarette manufacturer. *United States v. Philip Morris USA Inc.*, 566 F.3d 1095, 1150 (D.C. Cir. 2009).

10. There is a striking resemblance to what happened at Meta. The Individual Defendants have known for years that their social media platforms were harmful to the health of minors and teenagers. What they should have done in the face of such knowledge is obvious: stop the harm and protect our children. What they actually did is the same as what the cigarette companies did: they manipulated the algorithm for Facebook and Instagram to make their social media platforms ***even more addictive***.

11. Beginning in at least 2017, Meta's officers and directors decided to target the "valuable but untapped"[3] market of Teen users.[4] Meta calculated that "[t]he lifetime value of a 13 y/o teen is roughly $270 per teen."[5] To capture this lifetime of revenue, Meta went about studying adolescents' brains and figuring out how to addict them to its platforms by identifying what "make[s] teens tick."[6] The Individual Defendants then used that information to design Meta's social media platforms in a way that would maximize the addictiveness of Facebook and Instagram so as to capitalize on Teens' limited capacity for self-control. Despite the harm to Teens, Meta sought to increase the time that minors and Teens spent on its platforms because it benefited the Company's bottom line. Meta designed and honed features—including recommendation algorithms, intermittent variable rewards, infinite scrolling, auto-play, push notifications, ephemeral content, and dangerous keywords and hashtags—to exploit Teens' diminished ability to regulate their online use.

12. In the words of Senator Richard Blumenthal, ***Meta "has taken Big Tobacco's playbook. It has hidden its own research on addiction and the toxic effects of its products. It has attempted to deceive the public . . . about what it knows. And it has weaponized childhood vulnerabilities against children themselves. It's chosen growth over children's mental health and well-being, greed over preventing the suffering of children***."[7]

13. The Individual Defendants also failed to implement adequate internal controls to ensure that Meta's social media platforms, including Facebook and Instagram, were not used to facilitate harm

---

[3] Georgia Wells & Jeff Horwitz, *Facebook's Effort to Attract Preteens Goes Beyond Instagram Kids, Documents Show*, WALL ST. J. (Sept. 28, 2021), https://www.wsj.com/articles/facebook-instagram-kids-tweens-attract-11632849667 ("With the ubiquity of tablets and phones, kids are getting on the internet as young as six years old. We can't ignore this and we have a responsibility to figure it out").

[4] "2017 Teens Strategic Focus" – Facebook PowerPoint, (METADEDR-001- 00172506-2536)] at 2506-07, 2520 (November 2016 presentation "shared with Zuck[erberg] stating Meta's "[g]oal" in 2017 was to "grow teen time spent").

[5] Exhibit 1: E-Mails between Redacted Parties regarding "Youth Update - Sep 7", (MT-IG-AG-00097186-7217)] at 7187 (worrying that if "we do not solve the teen problem" by "2030, [Meta] will have 30 million fewer users" and a "present value loss of ~$12 billion").

[6] Exhibit 2, at 5551.

[7] *See* Salvador Rodriguez, *Facebook Used Big Tobacco Playbook to Exploit Teens and Children, Senators Say at Hearing After WSJ Series*, CNBC, Sept. 30, 2021, available at https://www.cnbc.com/2021/09/30/senators-say-facebook-used-big-tobacco-playbook-to-exploit-kids.html.

to minors. As a result of these oversight failures, Meta's social media platforms mutated into marketplaces for sex/human trafficking and child sexual abuse materials. Second, the Company's directors and officers (i) failed to implement sufficient internal controls and thus disabled themselves from discovering that Meta's social media platforms caused anxiety, depression, loneliness, body image issues and other harmful effects on teen users' mental and physical health (collectively, "Teen Health" or "Teen Health Issues") and/or (ii) deliberately adopted and maintained features for these social media platforms that they knew caused Teen Health Issues and deliberately designed the social media platforms to be addictive to drive maximum user engagement so Meta could earn the most revenue possible.

14. The Individual Defendants also caused Meta to issue false and misleading statements. For Meta, the recruitment and retention of young users is the cornerstone of its market valuation. Advertisers value this demographic for its early adoption of trends and potential for lifetime brand loyalty. Following the "Molly Russell" suicide and subsequent media fallout, Meta faced an existential threat to this growth pipeline. Publicly, the Company projected an image of "robust" safety; internally, however, the mandate from leadership was to "win the race for teen users" at any cost, a motive that establishes the "scienter" or knowledge central to this litigation.

15. The chasm between Meta's public narrative and its internal data is evidenced by the contrast between its outward "helpful" claims and research programs such as "Teen Fundamentals" and the "Teen Ecosystem" reports:

**Public Narrative:** Meta claimed Instagram was "helpful" to teen mental health and that internal research supported a "bi-directional" or net-positive impact.

**Internal Reality:** The "Teen Health Scorecard" documented "moderate declines in retention, sessions, and messaging," which the Company hid from investors. Internal research found "devastating" effects on teen girls, including eating disorders and "problematic use" (addiction).

**Safety Features:** While Meta touted tools to mitigate harm, internal findings characterized suicide and self-injury content as "inordinately prevalent" and the Company's removal efforts as "ineffective."

16. As described more fully below, Meta's directors and senior executives have known for years that sex/human trafficking and child sexual exploitation were rampant on Facebook and Instagram. Senior officers, however, failed to exercise due care to root out these pernicious activities, and both the Company's officers and the Board failed to act in good faith to exercise oversight over the Company's social media platforms and the predatory criminal activity thriving on them. Similarly, Meta's senior officers have known for years about the negative impact their platforms have on Teen Health, but have deliberately designed, developed, and deployed their social media platforms specifically to attract and addict Teens.

17. In this shareholder derivative action, Plaintiff, on behalf of Meta, seeks to recover for the harm sustained by the Company as a result of the breaches of fiduciary duty by the Company's directors and officers by failing to oversee Meta's operations with respect to two areas: (i) sex trafficking, human trafficking, and child sexual exploitation; and (ii) the Teen Health Issues.

## II. PARTIES

18. Plaintiff is a current Meta shareholder and has continuously owned Meta stock at all relevant times.

19. Nominal Defendant Meta Platforms, Inc. is a Delaware corporation headquartered at 1601 Willow Road, Menlo Park, California 94025. Meta operates a social networking website that allows people to communicate with their family, friends, and coworkers. Meta develops technologies that facilitate the sharing of information, photographs, website links, and videos. Meta users have the ability to share and restrict information based on their own specific criteria. By the end of 2017, Meta had more than 2.2 billion active users. The Company's mission is "to give people the power to build community and bring the world closer together. People use Meta to stay connected with friends and family, to discover what's going on in the world, and to share and express what matters to them." Meta's securities trade on the NASDAQ under the ticker symbol "FB."

20. Defendant Mark Zuckerberg ("Zuckerberg") is the Founder, Chairman and Chief Executive Officer ("CEO") of Meta. Zuckerberg is responsible for Meta's day-to-day operations, as well as the overall direction and product strategy of the Company, and is the Company's controlling

stockholder with ownership of stock and proxies for stock representing 61.1% of Meta's voting power. Zuckerberg approved and signed Meta's 2024 Proxy Statement.

21. Defendant Peggy Alford ("Alford") has served as a Company director since May 2019. Alford has been a member of the Board's Audit Committee since April 2020, chairman of the Board's Compensation Committee since May 2022, and a member of the Board's Privacy Committee from May 2020 until May 2022.

22. Defendant Marc L. Andreessen ("Andreessen") has served as a Company director since June 2008. Andreessen has been a member of the Board's Compensation Committee at all times relevant to the Complaint, and the Board's Audit Committee from at least 2013 until February 2021.

23. Defendant Andrew W. Houston ("Houston") has served as a Company director since February 2020. Houston has served as a member of the Board's Compensation Committee since April 2020.

24. Defendant Nancy Killefer ("Killefer") has served as a Company director since March 2020. Killefer has served as chairman of the Board's Privacy Committee since May 2020, and as a member of the Board's Audit Committee since February 2021.

25. Defendant Robert M. Kimmitt ("Kimmitt") has served as a Company director since March 2020. Kimmitt has served as a member of the Board's Privacy Committee since May 2020.

26. Defendant Tracey T. Travis ("Travis") has served as a Company director since March 2020. Travis has been a member of the Board's Audit Committee since March 2020, and chairman of that committee since at least May 2021.

27. Defendant Tony Xu ("Xu") has served as a Company director since January 11, 2022. Xu has been, since his appointment to the Board, a member of the Board's Compensation, Nominating & Governance Committee.

28. Defendant Hock E. Tan ("Tan") has served as a Company director since February 14, 2024. Tan has been, since his appointment to the Board, a member of the Board's Audit & Risk Oversight Committee.

29. Zuckerberg, Alford, Andreessen, Houston, Killefer, Kimmitt, Travis, Xu, and Tan are referred to collectively as "Director Defendants."

30. Defendant Erskine B. Bowles ("Bowles") served as a Company director from September 2011 to May 2019. Bowles was chairman of the Board's Audit Committee until May 2019.

31. Defendant Kenneth I. Chenault ("Chenault") served as a Company director from February 2018 to May 2020. Chenault was a member of the Board's Audit Committee from May 2018 until May 2020.

32. Defendant Susan D. Desmond-Hellmann ("Desmond-Hellmann") served as a Company director from March 2013 to October 2019. Desmond- Hellmann served on the Board's Audit Committee from 2014 until May 2019, and as chairman of the Board's Compensation Committee from May 2019 to October 2019.

33. Defendant Reed Hastings ("Hastings") served as a Company director from June 2011 to May 2019. Hastings was chairman of the Board's Compensation Committee from 2016 to May 2019.

34. Defendant Sheryl K. Sandberg ("Sandberg") served as the Company's Chief Operating Officer from March 2008 until August 2022. Sandberg served as a Company director from June 2012 until May 2024.

35. Defendant Peter Thiel ("Thiel") served as a Company director from April 2005 until May 2022. Thiel served as a member of the Board's Compensation Committee from 2015 until October 2019, and as that committee's chairman from October 2019 until May 2022.

36. Defendant Jeffrey D. Zients ("Zients") served as a Company director from May 2018 to May 2020. Zients was chairman of the Board's Audit Committee from May 2019 to May 2020.

37. Bowles, Chenault, Desmond-Hellmann, Hastings, Sandberg, Thiel, and Zients are referred to herein as the "Former Director Defendants."

38. Defendant Andrew Bosworth ("Bosworth") has been the Company's Chief Technology Officer ("CTO") since March 2022. Bosworth has been with the Company since 2006 when he created Facebook's News Feed. He served as the Company's Vice President for Reality Labs, overseeing the

Company's augmented reality, virtual reality, and artificial intelligence products from 2017 until he became CTO in March 2022.

39. Defendant Mike Schroepfer ("Schroepfer") served as the Company's CTO from 2013 until March 2022.

40. Defendant Nick Clegg ("Clegg") is the Company's President of Global Affairs. Clegg joined the Company in October 2018 as Vice President of Global Affairs and Communications and was promoted to his current position in February 2022. Clegg was heavily involved in creating the Company's content oversight board, and now leads Meta's efforts on all policy matters and government interactions on policy implementation, according to Zuckerberg's Facebook post announcing Clegg's 2022 promotion.

41. Ignoring the devastating revelations about how the Company's own algorithms re-created and perpetuated child sex trafficking and pedophilia communities on Meta's social media platforms, Clegg publicly defended them. On June 29, 2023, Clegg posted an article defending Meta's algorithms on Meta's official news site. Writing about the impact of Meta's artificial intelligence on what social media users see, Clegg effectively confirmed the damning conclusions reached by Stanford University and the University of Massachusetts researchers (discussed below) that Meta's algorithms—by design—are intended to show users posts and information that is the most relevant and interesting to them, based on factors such as the users they follow, groups they belong to, and posts they have interacted with.

42. Rather than addressing the devastating result the Meta algorithms have in perpetuating and re-creating pedophile networks, Clegg instead focused on minor tweaks the Company made to its user interfaces that would allow users to see why they were being shown a particular post or advertisement, or allow users to choose more or less content similar to the posts they were being shown. In the hands of the sex traffickers and pedophiles that the Company is already studiously ignoring, these new tools appear to be more likely to make things worse for child victims as sex traffickers and pedophiles can now work with the algorithms to further focus their online efforts to accomplish their illegal goals.

43. Defendant Christopher K. Cox ("Cox") is the Company's Chief Product Officer, a role he has held since 2014.

44. Defendant Jennifer G. Newstead ("Newstead") has served as the Company's Chief Legal Officer since April 2019.

45. Defendant Adam Mosseri ("Mosseri") is the Head of Instagram. Mosseri oversaw the "Project Daisy" initiative. While publicly claiming the project—which allowed users to hide "likes"—was designed for well-being, Mosseri knew that making this feature optional rather than default would negate its efficacy, a compromise made specifically to avoid dampening engagement. This prioritization of "clicks" over child welfare was a strategic choice to defend the Company's long-term revenue pipeline from regulatory interference.

46. Defendant David M. Wehner ("Wehner") served as the Company's Chief Financial Officer from June 2014 until November 1, 2022, when he became the Chief Strategy Officer.

47. Defendant Karina Newton ("Newton") was Head of Public Policy at Instagram during the relevant time period.

48. Defendant Antigone Davis ("Davis") was Meta's Global Head of Safety during the relevant time period.

49. Defendant Pavni Diwanji ("Diwanji") was Meta's Vice President of Youth Products during the relevant time period.

50. Defendants Bosworth, Schroepfer, Clegg, Cox, Mosseri, Newstead, Wehner, Newton, Davis, and Diwanji, are referred to herein as "Officer Defendants." The term "Officer Defendants" includes Defendants Zuckerberg and Sandberg for purposes of claims asserted against the Officer Defendants, as Defendants Zuckerberg and Sandberg breached fiduciary duties both in their capacities as directors and in their capacities as officers of Meta. The Officer Defendants, Director Defendants, and Former Director Defendants are sometimes collectively referred to herein as the "Individual Defendants."

## III. JURISDICTION AND VENUE

51. This Court has subject matter jurisdiction over this action under Article III of the U.S. Constitution and 28 U.S.C. § 1331 because of claims arising under Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78n(a), and SEC regulation 14a-9 promulgated

thereunder. The Court has exclusive jurisdiction under Section 27 of the Exchange Act, 15 U.S.C. § 78aa.

52. This Court has jurisdiction under 28 U.S.C. § 1331 because certain of the claims asserted herein arise under §§10(b) and 21D of the Exchange Act. This Court also has supplemental jurisdiction over the state law claims under 28 U.S.C. § 1367.

53. This Court has personal jurisdiction over Defendants. Each Defendant is either a resident of California or otherwise has sufficient contacts with California to render the exercise of jurisdiction by this Court over them permissible under traditional notions of fair play and substantial justice. Additionally, in connection with the misconduct alleged herein, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including the United States mails, interstate telephone communications, and the facilities of the national securities markets. The Court has jurisdiction over Meta because Meta is headquartered in Menlo Park, California and has substantial business operations in California.

54. Venue is proper in this District in accordance with Section 27 of the Exchange Act. Venue is also proper under 28 U.S.C. § 1391(b) because: (i) Meta maintains its principal place of business in, and has its most significant contacts with, this District; (ii) one or more of the Defendants resides in this District; (iii) a substantial portion of the transactions and wrongs complained of in this complaint occurred in this District; and (iv) Defendants received substantial compensation in this District by doing business here and engaging in numerous activities that had effects in this District.

## IV. DIVISIONAL ASSIGNMENT

55. Pursuant to Civil Local Rule 3-2(c)&(d), this case has been assigned to the San Francisco Division because a substantial part of the events or omissions giving rise to the claims occurred within the county of San Mateo.

///

///

///

///

# V. FACTUAL ALLEGATIONS

## A. Meta's Social Media Platforms Pose a Significant Threat of Harm to Minors, and Meta Has Been Repeatedly Fined Due to Such Harms

56. As senior executive officers and/or directors of a publicly-traded company whose common stock is registered with the SEC pursuant to the Exchange Act and traded on NASDAQ, the Defendants have a duty to disseminate accurate and truthful information with respect to the Company's operations, business, products, management, and present and future business prospects; and to correct any previously-issued statements that have become materially misleading or untrue. The Defendants' misrepresentations and omissions with respect to Teen Health and minor safety violate these specific requirements and obligations.

57. Meta owns both Facebook and Instagram, which are social media sites. A significant number of the Company's customers on such sites are minors. In addition, adult users frequently post photographs and other personally identifiable information about minors on both Facebook and Instagram.

58. In recent years, investors have become increasingly focused on the extent to which Meta is in compliance with federal and state laws governing privacy and the protection of minors. Failure to comply with such laws risks substantial fines, penalties, and civil judgments. In addition, the Company's failure to comply with such laws and protect minors risks a substantial loss of customers and thus advertising revenue, which is by far Meta's single largest source of income.

59. Instagram in particular has come under heightened scrutiny. In 2021, members of Congress examined how the social network's automated recommendation engine had served graphic images of self-harm to teenage girls as well as content promoting eating disorders to younger users. Soon after, President Biden called for greater child safety on social media.

60. On September 6, 2022, Ireland's data privacy regulator levied a record fine of ***405 million euros ($402 million)*** against Instagram following an investigation into its handling of children's data. The investigation, which started in 2020, focused on child users between the ages of 13 and 17 who were

allowed to operate business accounts, which facilitated the publication of the user's phone number and/or email address.[8]

61. One week later, California Governor Gavin Newsom signed a new law (AB2273) to protect children from harm from online social media platforms such as Instagram and Facebook. When it passed the new law, the California Legislature found that social media platforms often use recommendation algorithms, find-a-friend tools, smartphone notices and other enticements to increase user engagement, and noted that the same techniques may pose risks to children who frequently use online services that were not specifically designed for them.

62. The California bill, called the California Age-Appropriate Design Code Act, was the first statute in the nation requiring apps and sites to adopt and implement guardrails for users under 18. The new law required many online services, including Facebook and Instagram, to reduce the risks that certain popular features — like allowing strangers to message one another — pose to child users. Businesses that provide online products and services that are "likely to be accessed by children" were required by the Act to complete a Data Protection Impact Assessment (DPIA) prior to July 1, 2024. After July 1, 2024, covered businesses must complete a DPIA before any new features or online products and services likely to be accessed by children can be offered by the public.

63. The DPIA must identify the purpose of the online service, product, or feature, how it uses children's personal information, and the risks of material detriment to children that arise from the data management practices of the business. The DPIA must be biennially reviewed and, upon written request, provided to the California Attorney General within five business days. The new Act also required Meta to configure all default privacy settings provided to children to offer a high level of privacy unless Meta can demonstrate a compelling reason that a different setting is in the best interests of children. The Act also requires Meta to estimate the age of child users with a reasonable level of certainty appropriate to the risks that arise from Meta's data management practices or apply the privacy and data protections afforded to children to all consumers.

[8] *See Instagram Fined $400 Million for Failing to Protect Children's Data*, REUTERS, Sept. 6, 2022, available at https://www.cnn.com/2022/09/06/tech/instagram-fine-teens-privacy/index.html.

64. The Act also restricts covered businesses that provide an online service, product, or feature likely to be accessed by children from taking any of the following actions:

- Using personal information of any child "in a way that the business knows, or has reason to know, is materially detrimental to the physical health, mental health, or well-being of a child"
- Profile a child unless necessary to provide the online service or feature or the business can demonstrate a compelling reason that the profiling is in the best interest of the child
- Collecting, selling, or disclosing precise geolocation information unless strictly necessary
- Using dark patterns to encourage children to provide personal information
- Retaining more information than necessary or using collected information for any other purpose than estimating age.[9]

65. In March 2023, Utah passed a bill that requires minors to obtain parental consent to sign up to social platforms. In addition, both Louisiana and Mississippi have enacted laws requiring age verification to view content considered harmful to children.

66. On May 3, 2023, the Federal Trade Commission ("FTC") announced that Facebook misled parents and failed to protect the privacy of children using its Messenger Kids app, including misrepresenting the access to private user data that it provided to app developers. "Despite the company's promises that children using Messenger Kids would only be able to communicate with contacts approved by their parents, children in certain circumstances were able to communicate with unapproved contacts in group text chats and group video calls," the FTC said. As a result, the FTC proposed sweeping changes to a 2020 privacy order with Meta that prohibited it from profiting from data it collects on users under the age of 18. The 2020 order imposed a ***$5 billion fine*** on Meta for its privacy violations. The new restrictions imposed by the FTC in 2023 apply to data collected through Meta's virtual-reality products. The FTC said the Company had failed to fully comply with the 2020 order.

67. Meta was also subjected to other limitations, including its use of face-recognition technology, and was required to provide additional privacy protections for its users.

---

[9] Although the Act does not create a private right of action, the CAADCA allows the Attorney General to subject any business that violates that Act to a civil penalty, including: Up to $2,500 per affected child for negligent violations; and up to $7,500 per affected child for intentional violations of the Act.

68. "Facebook has repeatedly violated its privacy promises," said Samuel Levine, director of the FTC's Bureau of Consumer Protection, in announcing the new requirements. "The company's recklessness has put young users at risk, and Facebook needs to answer for its failures."

69. In August 2026, Meta announced that it had agreed to pay ***$17 billion*** to settle a sprawling MDL action in which thousands of minors alleged that they had been subjected to mental and physical harm and exploited on Meta's social platforms. The New York Times announced the settlement in an article which stated in part:

> Meta on Wednesday reached a landmark settlement with 47 states, the District of Columbia and U.S. territories, agreeing to pay up to $17.1 billion in penalties and make major changes to its products over claims it endangered children with addictive social media platforms.
> In a dramatic capitulation, the owner of Facebook and Instagram agreed to the financial penalties for violating federal child privacy and states' consumer protection laws, the states announced. Meta also agreed to limit how long teenagers can spend on its platforms and to bans on features that stoke mental health issues, striking at the heart of the company's business of engagement for advertising.
>
> "The focus of this case was to protect our kids: stopping notifications and alerts at night and when they are in school, encouraging them to take breaks from social media, protecting them against harmful features," said Colorado's attorney general, Phil Weiser, in a statement. The agreement exceeded what most courts might order, he added.
>
> The settlement effectively ends a bellwether federal trial in the U.S. Northern District of California in Oakland, where California, Colorado, Kentucky and New Jersey were seeking roughly $200 billion over accusations that Meta harmed children. The states filed their agreement with Meta on Wednesday morning in that court, and Judge Yvonne Gonzalez Rogers approved it.

*See* Cecelia Kang, *Meta to Pay Up to $17.1 Billion in Landmark Settlement Over Social Media Addiction Claims*, THE NEW YORK TIMES, Aug. 26, 2026.

**B. News Articles Put Defendants on Notice of the Harm Meta Was Causing to Minors for Over a Decade**

70. Meta's widespread and ubiquitous facilitation of sex trafficking and human trafficking has been reported in more than 175 articles published in newspapers and other media outlets in the United States between 2009 and 2023. These media accounts detail how human traffickers have repeatedly used Meta's platforms to commit their crimes against hundreds (and most likely thousands) of victims in the

United States alone, and innumerable more victims worldwide. Leaving no doubt that Meta was aware of these allegations, several of these articles feature comments from Meta spokespersons.

71. For example, on January 8, 2015, the Grand Forks Herald reported on "a sex trafficking conference" at which an "Assistant U.S. Attorney" described a case regarding "a Minnesota man now serving 12 years in federal prison" who "engaged in 800 Facebook chat conversations with, most of the time, 14-to 17-year-old girls" with the intent to "sexually exploit them." The same article quoted "Facebook's Monika Bickert" who "acknowledged how sites like hers can be attractive to pimps for recruiting victims and then threatening or coercing them, or to arrange transactions." The article further noted that "Bickert, head of global policy management with [Facebook]," acknowledged that such criminals "feel the Internet is a really powerful tool for them." [Ms. Bickert "originally joined Facebook in 2012 as the lead security counsel, where she advised the company on data security; she considered it to be "[her] job at Facebook" "to make sure that we have a safe community."].[10]

72. On October 25, 2021, the Tampa Bay Times published an article reporting that "[a]fter publicly promising to crack down, Facebook acknowledged in internal documents obtained by The Associated Press that it was 'under-enforcing on confirmed abusive activity.'" The author further states that "[e]ven today, a quick search for 'khadima,' or 'maids' in Arabic, will bring up accounts featuring posed photographs of Africans and South Asians with ages and prices listed next to their images." The author further notes that "[i]n the documents seen by the AP, Facebook acknowledges being aware of both the exploitative conditions of foreign workers and the use of Instagram to buy and trade maids online [but] Facebook acknowledged it only scratched the surface of the problem and that 'domestic servitude content remained on the platform.'"

73. On October 28, 2021, USA Today published an article detailing an internal Facebook report that had uncovered "a U.S. sex trafficking network recruiting women from overseas and advertising illegal sexual services in domestic massage parlors." The article reported that certain individuals "used dozens of Facebook pages and accounts to promote [sex work] parlors and relied on

---

[10] *The Facebook Dilemma*, *Monika Bickert, Facebook Head of Global Policy Mgt.*, PBS FRONTLINE; available at, https://www.pbs.org/wgbh/frontline/interview/monika-bickert/.

two marketing firms, one in the U.S. and one in India, to buy Facebook ads filled with keywords for potential sexual services." The author quotes Maggy Krell, who worked on sex trafficking cases as a supervising deputy attorney general in California, who said "'Facebook can't stick its head in the sand,' '[o]nce on notice that its site is being used to traffic someone, they must act.'" The article further states that "[a] review of the internal documents reveals Facebook has known its products were part of the life cycle of human trafficking for more than three years," but that Meta "focused" on "'soft actions,' or anything short of moving content from Facebook platforms."

74. On August 30, 2022, FOX – 4 WDAF in Kansas City, Missouri, published an article reporting that "[a]n alleged sex-trafficker may have preyed upon hundreds of fellow women over the course of a decade," and that "[d]uring their investigation, agents discovered more than 1,600 online ads associated with [the alleged perpetrator] allegedly promoting prostitution" on Facebook, dating back ten years.

### C. Other Lawsuits, Publicly-Available Information, and Meta's Internal Data Demonstrate Defendants' Knowledge That Meta Was Harming Minors

#### 1. Defendants Were Aware or Recklessly Disregarded Numerous Criminal and Civil Cases Alleging Human Trafficking on Meta's Social Media Platforms

75. Between 2013 and 2023, at least 70 federal and state courts issued written decisions in criminal and civil cases involving sex trafficking and human trafficking on Meta's platforms. While these selected cases are believed to be merely a sample of the larger number of incidents of sex trafficking and human trafficking facilitated by Meta's platforms, including a larger number of criminal prosecutions involving sex trafficking linked to the Company, it is clear that such cases have occurred with increasing frequency in recent years. More appear each week.

76. In several cases, courts found that the evidence supported probable cause to issue search warrants to search the Facebook accounts of defendants and/or victims for evidence of sex trafficking occurring on Meta's platforms.[11]

---

[11] *See, e.g.*, *United States v. Wilkins*, 538 F. Supp. 3d 49, 89, 96 (D.D.C. 2021) (denying motion to suppress evidence obtained from a "warrant issued to Facebook for [an] Instagram account" and finding "that probable cause existed to search the account for evidence of sex trafficking"); *People v. McGraw*,

77. In addition, in several cases courts admitted the expert testimony of law enforcement officials describing how sex traffickers frequently use Facebook to recruit victims, communicate with victims and co-conspirators, and facilitate their criminal activities.[12]

78. Many judicial opinions by federal and state courts in the last several years have discussed how Meta's platforms are used by sex traffickers to recruit and exploit their victims. For example, in *United States v. Comer*, 5 F.4th 535 (4th Cir. 2021), the defendant "lured women into prostitution via social media and, in at least one case, attempted to use Facebook to force a young woman who had left her

---

No. F078342, 2020 WL 5569579, at *1 (Cal. Ct. App. Sept. 17, 2020) (finding "evidence . . . was sufficient to establish probable cause that defendant committed human trafficking" where criminal investigator's "testimony . . . was based primarily on text messages and Facebook communications," including "several Facebook profiles linked to defendant"); *United States v. Vines*, No. 1:17-CR-00160-JRS-TAB, 2018 WL 5634361, at *1, *4, *5 (S.D. Ind. Oct. 31, 2018) (following "indictment charging [defendant] with sex trafficking of a child," denying motion to suppress search warrant; finding "probable cause for search of [defendant's] Facebook" account; and noting that "[t]he government routinely checks social media in sex trafficking cases"); *United States v. Mathis*, No. 18-CR-18(1) (DWF/LIB), 2018 WL 4473529, at *1, *9 (D. Minn. July 17, 2018), report and recommendation adopted, No. CR 18-18(1) (DWF/LIB), 2018 WL 4062741 (D. Minn. Aug. 27, 2018) (denying motion to suppress evidence and finding that search warrant was supported by probable cause where search warrant "affidavit set forth that [minor victim] had been trafficked by [defendant], that [minor victim] communicated through facebook with [another minor victim], that [defendant] had a facebook account, and that [minor victim] appeared to be looking for [defendant] through facebook connections. Further, the affidavit set forth [investigator's] professional experience that sex traffickers and the individuals they traffic . . . often communicate through facebook"); *United States v. Blake*, 868 F.3d 960 (11th Cir. 2017) (finding probable cause to search Facebook account linked to the sex-trafficking conspiracy).

[12] *See, e.g.*, *United States v. Lagrone*, No. 4:17-CR-00264-O, 2018 WL 10447374, at *3 (N.D. Tex. Mar. 23, 2018) (admitting expert testimony by detective who "explained that he has extensive experience using Backpage.com as an investigative tool and frequently uses Facebook and other social media sites in a similar manner"; "find[ing] that the law enforcement witnesses are qualified and demonstrate a level of expertise in how criminals use Facebook, Backpage.com, and other websites to run their enterprises and recruit victims"; and noting that "[t]his testimony is admissible because it will be helpful to the jury to understand how these sites are used in sex trafficking organizations"); *United States v. Jackson*, No. 2:16-CR-00054-DCN, 2017 WL 2362351, at *1 (D.S.C. May 31, 2017) (denying motion to exclude "expert testimony regarding sex trafficking" where defendants "were indicted on multiple counts of trafficking a minor for sex and of sex trafficking by force, fraud, and coercion in connection with a conspiracy to commit sex trafficking," and "indictment charge[d] that the defendants conspired to recruit young women, some of whom were less than 18 years old, to work as prostitutes," and "used Facebook to recruit victims as well as to communicate with other co-conspirators"); *United States v. Brinson*, 772 F.3d 1314, 1319, 1327 (10th Cir. 2014) (affirming conviction for conspiracy to engage in sex trafficking, sex trafficking of children, and attempted sex trafficking of children and finding that court acted within its discretion by allowing "detective qualified as an expert" to testify regarding "how pimps and prostitutes use the internet, including websites such as Facebook.com"; and that "the jury could have relied on the Facebook.com exchange between [defendant] and [minor victim]" and "[f]rom that exchange, the jury could reasonably infer that [defendant] was using the internet to knowingly entice [a minor victim] into the prostitution trade").

trafficking ring to return." The court concluded that the defendant "***indisputably weaponized social networks like Facebook*** to commit her underlying offense" and that these social networks "were the crucial instrumentalities through which she recruited others into prostitution and, at least in the case of [one victim], tried to prevent them from leaving."[13]

79. Similarly, in *United States v. Porter*, No. 2:20-CR-95, 2022 WL 3021646, at *1 (S.D. Ohio July 29, 2022), the court charged the defendant with child sex trafficking conspiracy and sex trafficking by force conspiracy, noting the defendant's use of Facebook and Facebook messenger.

80. Between 2012 and 2023, at least 129 federal and state courts issued written decisions in criminal and civil cases involving cases of child sexual exploitation on Meta's platforms.

81. A review of a sample of such cases conveys the real-world harm that has resulted from the Board's failure to provide any meaningful oversight of this growing problem even as Meta's management has abysmally failed to detect, prevent, or slow down the rampant child sexual exploitation that occurs on a daily basis on Meta's platforms. For example:

- *Commonwealth v. Howland*, No. 61 MDA 2022, 2022 WL 16832489, at *1 (Pa. Super. Ct. Nov. 9, 2022) (defendant convicted of "kidnapping and sexual abuse of a 13-year-old child admitted communicating with the child by . . . Facebook").

- *Commonwealth v. Escabal*, 287 A.3d 844 (Pa. Super. Ct. 2022) (defendant "admitted using Facebook Messenger to disseminate images of child pornography" and that his "Facebook account [was] used to disseminate the pornographic images").

- *United States v. Elliott*, 606 F. Supp. 3d 868, 873 (S.D. Ind. 2022) (defendant "possessed Child Sexual Abuse Material ('CSAM') of Minor Victim 1 and distributed it on Facebook, thereafter, he attempted to hire a hitman . . . to kill Minor Victim 1 and Witness Victim 1 to prevent them from testifying against him in various state and federal cases").

- *United States v. Isip*, No. CR 19-64-RGA, 2022 WL 1120111, at *2 (D. Del. Apr. 14, 2022) ("Defendant knowingly received a sexually explicit picture from the [minor] victim via Facebook Messenger.").

- *United States v. Ashmore*, No. ACM 40036, 2022 WL 678895, at *1

---

[13] *Id*. at 546.

(A.F. Ct. Crim. App. Mar. 8, 2022) (defendant "used 16 different Instagram accounts" and "5 Facebook accounts" that were "populat[ed] . . . with photos" of "his [minor] victims").

- *Cuddihe v. United States*, No. 17-CR-04091-SRB-1, 2021 WL 1972208, at **1-2 (W.D. Mo. May 17, 2021) (defendant exchanged "pictures and videos via Facebook Messenger" and used "Facebook" and "Facebook Messenger" to "converse[] with over 150 people, many of whom appeared to be minors between the ages of eleven and fifteen").

- *United States v. Galvan*, No. 3:20-CR-00019, 2020 WL 4604502, at *1, *3, *5 (S.D. Tex. Aug. 11, 2020) (defendant "arrested and charged in state court with three counts of possession of child pornography" after "posing as a 13-year-old boy on Instagram" and authorities discovered "over 8,000 pages of Instagram conversations during the approximate month-and-a-half period the Instagram account was active," and "[a] review of the less-than-two-month-old Instagram account revealed 8,185 pages of conversations, including sexually explicit messages between [defendant] and at least ten separate minor victims").

- *United States v. Bjerknes*, No. 17-CR-0234 (WMW), 2020 WL 1989393, at *1 (D. Minn. Apr. 27, 2020) ("[Defendant's] convictions arise from his scheme, executed between 2014 and 2017, to use 'various social media applications, including Facebook to solicit images and videos constituting child pornography from minor females, engage in sexually explicit conversations with minor females, and distribute sexually explicit images and videos to minor females and males.' [Defendant's] scheme involved at least 55 minors.").

82. The U.S. news media has similarly reported on the ubiquitous, openly occurring, and unchecked child sexual exploitation that occurs every day on Meta's platforms and which currently has no end in sight. For example, on March 13, 2022, WIRED, an online and print magazine, published an article by Professor Lara Putnam, a history professor at the University of Pittsburgh, titled "Facebook Has a Child Predation Problem."[14] In the article, Professor Putnam recounted how her attempt to research "the 10th, 11th, or 12th wards of the city of Pittsburgh" on Facebook quickly led her to dozens of

[14] Lara Putnam, *Facebook Has a Child Predation Problem*, WIRED (Mar. 13, 2022); available at, https://www.wired.com/story/facebook-has-a-child-predation-problem/.

Facebook "groups targeting children of those ages" with "over 81,000 members" who openly solicited children for sexual exploitation.

83. For example, one such "group [was] named 'Buscando novi@ de 9,10,11,12,13 años'" [i.e., "[l]ooking for a 9-year-old girlfriend"] and had "7,900 members."[15] Yet, when Professor Putnam "used Facebook's on-platform system" to "tag[] it as containing 'nudity or sexual activity' which 'involves a child,'" an "automated response came back days later" (by which time the group had grown to "9,000" members) saying that "[t]he group had been reviewed and did not violate any 'specific community standards'" and that if Professor Putnam "continued to encounter content 'offensive or distasteful' [she] should report that specific content, not the group as a whole." And despite her repeated efforts to report these groups to Facebook, due to Facebook's implacable "AI-driven algorithms," "new child sexualization groups began getting recommended to [her] as 'Groups You May Like.'"

84. On at least three separate occasions, Zuckerberg has testified before Congress and publicly discussed the subject of sex trafficking tied to Facebook. His testimony makes clear that Facebook, its Board, and Zuckerberg specifically, have known for years that more had to be done to address the improper facilitation of sex trafficking on Meta's platforms.

85. On April 10, 2018, Zuckerberg testified for the first time before Congress, appearing before the U.S. Senate Committee on the Judiciary and the U.S. Senate Committee on Commerce, Science and Transportation. U.S. Senators John Thune and Ben Sasse made clear to Zuckerberg during that hearing that Meta had much to answer for in combatting human and sex traffickers:

> [**Senator Thune:**] Just last month, in overwhelming bipartisan fashion, Congress voted to make it easier for prosecutors and victims to go after websites that knowingly facilitate sex trafficking. ***This should be a wake-up call for the tech community***. ***We want to hear more, without delay, about what Facebook and other companies plan to do to take greater responsibility for what happens on their platforms***. . . .
>
> ***
>
> [**Senator Sasse:**] I think violence has no place on your platform. ***Sex traffickers and human traffickers have no place on your platform***.

[15] *Id.*

86. On October 23, 2019, Zuckerberg testified before the U.S. House Financial Services Committee. U.S. Congresswoman Ann Wagner implored Zuckerberg to start prioritizing child safety over his desire for end-to-end encryption:

> [**Congresswoman Wagner:**] So, let me move on to something that is near and dear to my heart. As you may know, I wrote and passed HR 1865, the Fight Online Sex Trafficking Act. Together with the Senate's Stop Enabling Sex Traffickers Act, the package is widely known as FOSTA-SESTA. I am committed to rooting out online sex trafficking, and I believe that what is illegal offline should, indeed, be illegal online.
>
> [**Congresswoman Wagner:**] Three weeks ago, the New York Times ran a report entitled, "The Internet is Overrun with Images of Child Sex Abuse." And I would like this submitted for the record.
>
> ***
>
> [**Congresswoman Wagner:**] 16.8 million, as confirmed by the Department of Justice, of the 18.4 million worldwide reports of child sexual abuse material are on Facebook. 16.8 of the 18.4 million. These
>
> 18.4 million reports from last year included a record 45 million photos and videos. These are absolutely shocking numbers. ***Moreover, it is estimated that 70 percent of Facebook's valuable reporting to NCMEC, the National Center on Missing and Exploited Children, would be lost if Facebook implements its end to end encryption proposal***. Mr. Zuckerberg, how much is this figure growing year after year, and ***if you enact end—to - end encryption, what will become of the children who will be harmed as a result that they are not reported***?
>
> [**Zuckerberg:**] Congresswoman, thanks. Child exploitation is one of the most serious threats that we focus on.
>
> [**Congresswoman Wagner:**] What is Facebook doing? Sixteen–point–eight of the 18.4 million.
>
> [**Zuckerberg:**] Congresswoman, those reports come from Facebook. The reason why the vast majority come from Facebook is because I think we work harder than any other company to identify this behavior and report it to NCMEC and the FBI.
>
> ***[Congresswoman Wagner:]*** **What are you doing to shut this down? These accounts peddle horrific illegal content that exploits women and children. What are you doing, Mr. Zuckerburg, to shut this down?**
>
> [**Zuckerberg:**] ***Congresswoman, we build sophisticated systems to find this behavior.***

> [**Congresswoman Wagner:**] Sixteen–point–eight million and growing of the 18.4 images?
>
> [**Zuckerberg:**] Absolutely. Congresswoman, I don't think Facebook is the only place on the internet where this behavior is happening. I think the fact that the vast majority of those reports come from us reflects the fact that we actually do a better job than everyone else at finding it and acting on it. ***And you are right that in an end–to–end encrypted world, one of the risks that I am worried about, among others, to safety is that it will be harder to find some of this behavior***.
>
> ***[Congresswoman Wagner:]*** **But you have said you want end–to–end encryption. What is going to happen to these children? They won't be reported then. And you are responsible. Facebook is responsible for 16.8 million of the 18.4 million that are out there last year alone.**
>
> [**Zuckerberg:**] Congresswoman, again I believe that there are probably a lot more than 18 million out there, and I think we're doing a good job of finding this, but I think you're right that an end to–
>
> [**Congresswoman Wagner:**] ***What are you going to do to shut it down, Mister Zuckerberg?***
>
> ***[Zuckerberg:]*** **We are working with law enforcement and building technical systems to identify and report this hard before it–**
>
> [**Congresswoman Wagner:**] ***Well, you are not working hard enough, sir, …***

87. On October 31, 2019, BBC News Arabic published an article detailing "[a]n undercover investigation" revealing that "[i]n Saudi Arabia, hundreds of women [were] being sold on Instagram, which is owned by Facebook."[16] According to the *BBC News Arabic*, "at the time of publication, ***hundreds of domestic workers were still being traded on Instagram*** which the BBC [British Broadcasting Company] has seen." *BBC* quoted "Urmila Bhoola, the UN special rapporteur on contemporary forms of slavery," who said, "***[t]his is the quintessential example of modern slavery***[.]" "***What they are doing is promoting an online slave market***," Ms. Bhoola said, "If Facebook or any other companies are hosting apps like these, they have to be held accountable."[17]

---

[16] *See* Owen Pinnell & Jess Kelly, *Slave markets found on Instagram and other apps*, BBC NEWS ARABIC (Oct. 31, 2019); available at, https://www.bbc.com/news/technology- 50228549.

[17] *Id.*

88. On October 23, 2019, according to internal documents, Meta "received [a] communication from Apple" in which Apple "threatened to pull [Facebook and Instagram] apps from its App Store due to [Apple's] identifying content promoting 'domestic servitude'" on Facebook and Instagram.[18] "Apple['s] escalation was linked to the findings of the BBC investigation into Domestic Servitude content on [Instagram and Facebook], which identified [Meta's] apps (and Apple's platform, Apps Store) being used to buy and sell domestic workers in the Gulf Region."[19]

89. In response to this "Apple escalation," Meta undertook a "Deep Dive" on "Domestic Servitude and Tracking in the Middle East," and as a result, internally acknowledged that it had been "***underreporting this behavior***," that it suffered from an "***absence of proactive detection***," that "***newly created and existing [domestic servitude] content [was] not captured***," which "***meant that domestic servitude content remained on the platform***," that Meta had been "***under-enforcing on confirmed abusive activity with a nexus to the platform***," and that Meta's own "***investigative findings demonstrate that our platform enables all three stages of the human exploitation lifecycle (recruitment, facilitation, exploitation) via complex real-world networks.***"[20] Specifically, Meta's internal documents stated:

> *"On 23rd October [2019]* **we received communication from Apple where the company threatened to pull FB & IG apps from its App Store due to them identifying content promoting 'domestic servitude.'**
>
> Apple escalation was linked to the findings of the BBC investigation into Domestic Servitude content on IG & FB, which identified our apps (and Apple's platform, Apps Store) being used to buy and sell domestic workers in the Gulf Region. At the time, BBC approached Facebook in relation to the investigation prior to the Apple escalation and shared violating hashtags . . .

---

[18] Apple's confrontation with Meta was revealed in internal documents obtained by Frances Haugen and filed with her whistleblower complaints to the SEC, which were published on *60 Minutes'* website. *See* Keith Zubrow, Maria Gavrilovic, and Alex Ortiz, *Whistleblower's SEC Complaint: Facebook Knew Platform Was Used to Promote Human Trafficking and Domestic Servitude*, 60 MINUTES (Oct. 4, 2021); available at, https://www.cbsnews.com/news/facebook-whistleblower-sec-complaint-60-minutes- 2021-10-04/ ("[Meta's] failure to solve human trafficking and servitude on its platforms threatened its distribution on the Apple App Store."). *60 Minutes* posted Haugen's SEC complaint concerning trafficking at: https://drive.google.com/file/d/1ItiZR_n1_xB3gzkJZ9uvd6pUOYRMGIex/view.

[19] *Id.*

[20] *Id.*

> **However, due to the underreporting of this behaviour and absence of proactive detection, newly created and existing content not captured in the IG [i.e., Instagram] sweep meant that domestic servitude content remained on the platform.”**
>
> “***Was this issue known to Facebook before BBC enquiry and Apple escalation? Yes***.”
>
> “[W]e found users did discover the IG domestic servitude accounts using Search currently we aren’t logging the information to determine how users found the IG accounts.”
>
> *“***<u>FB is the primary vehicle that domestic workers from the Philippines</u> - - probably the most significant source country - - used to communicate with recruitment agencies about off-platform exploitation . . . 89% . . . were undetectable for scaled review***. . . Our best opportunity to reduce this type of human exploitation on the platform is a preventive educational campaign . . . We also propose several recommendations to improve our enforcement . . . by using our current approach, ***we are under-enforcing on confirmed abusive activity with a nexus to the platform.***”
>
> *“***Our investigative findings demonstrate that our platform enables all three stages of the human exploitation lifecycle (recruitment, facilitation, exploitation) via complex real-world networks. The traffickers, recruiters and facilitators from these ‘agencies’ used FB profiles, IG profiles, Pages, Messenger and WhatsApp***. ”*
>
> “Human Trafficking Unresolved model for investigative flows led to ambiguity on responsibilities . . . Understand exercise for Hex [human exploitation] deprioritized.” “***encryption will preclude investigators’ access to inboxes and potentially make it impossible to accurately evaluate the violating status of recruitment-related agencies*** . . . [but a] preventative approach could lead to a significant reduction in real- world domestic servitude abuse via the Facebook platform.[21]

///

///

///

[21] *Id.* (quoting “Internal Facebook documents” titled “Apple Escalation – How we made it through this SEV,” “Domestic Servitude and Tracking in the Middle East – a SEV Deep Dive,” and “Domestic Servitude”) (internal footnotes and citations omitted).

90. In the same internal documents (as quoted in a September 16, 2021, article by The Wall Street Journal),[22] Meta internally acknowledged that "***domestic servitude manifests on our platform across its entire life cycle: recruitment, facilitation, and exploitation," and "recognised the risks resulting from mitigation strategy based on user reports: similarly to other human exploitation abuses, domestic servitude has been highly underreported by the platform users***."[23]

91. On November 17, 2020, Zuckerberg testified before the U.S. Senate Committee on the Judiciary. Senator Richard Blumenthal again pressed Zuckerberg to implement real reforms to shut down trafficking on Meta's platforms:

> [**Senator Blumenthal:**] There are real harms and real victims here. And in some ways, this hearing is a betrayal of those real harms and the real victims of them. Those harms have been caused by big tech because you have failed your responsibility as have others in this industry. ***I want to see real reform that will enable these abuses to be reformed because your platforms have embraced abuse and weaponized child predators, violent white supremacists and human traffickers.***

92. During the hearing, Zuckerberg told senators that "child sexual exploitation is one of the greatest threats that we focus the most on" and that "if people are posting . . . exploitation content, then the first time that they do it, then we will take down their account."

93. In March of 2020, the Tech Transparency Project ("TTP") published a report finding hundreds of U.S. cases in which suspected pedophiles used Facebook to groom minors and trade images of their sexual abuse (the "TTP Report").[24]

94. The TTP Report identified 366 federal criminal cases over seven years that featured suspects using Facebook for child exploitation. The TTP Report noted that such cases were becoming more frequent, increasing from as many as 10 per quarter in 2013 to as many as 23 per quarter in 2019.

95. The TTP Report concluded that Facebook's systems were failing to eliminate such abuse. In the vast majority of cases, Facebook did not provide the initial tip-off to authorities, despite this

[22] Justin Scheck, Newley Purnell, Jeff Horwitz, *Facebook Employees Flag Drug Cartels and Human Traffickers. The Company's Response Is Weak, Documents Show*, WALL ST. J. (Sept. 16, 2021); available at, https://www.wsj.com/articles/facebook-drug-cartels- human-traffickers-response-is-weak-documents-11631812953?mod=article_inline.

[23] *Id.*

[24] https://www.techtransparencyproject.org/articles/sexual-exploitation-children- facebook.

conduct occurring on its platforms. In fact, "[o]nly 9% of the cases were initiated because Facebook or the National Center for Missing and Exploited Children (which receives cyber tips from Facebook) reported them to authorities, raising questions about the effectiveness of Facebook's monitoring of criminal activity targeting children."[25] The TTP Report concluded therefore that "[t]he cases reviewed represent the tip of the iceberg of a far larger problem that remains unsolved by Facebook in the U.S. and around the world."[26]

96. In addition, the TTP Report emphasized the vast disparity between Zuckerberg's October 2019 claim to Congress that Facebook "build[s] sophisticated systems to find this behavior" and the reality that Meta itself failed to detect and/or report the vast majority of cases, with the reports emanating almost entirely from other sources:




*Federal criminal cases across the country have shown suspected pedophiles targeting or abusing children on Facebook. Facebook reported the activity to authorities in less than 10 percent of the cases.*

97. The TTP Report further stated that "[a]ll of the examples of suspects using Facebook for child exploitation fell into 366 cases (which sometimes covered multiple defendants). The Justice

[25] https://www.techtransparencyproject.org/sites/default/files/Facebook-Child- Exploitation.pdf.
[26] *Id.*

Department's press releases on those cases included information on how the investigation was initiated. The majority of the cases (91%) were initiated by tips from the public, undercover operations or information obtained in ongoing investigations. The remaining 9% state that investigations were the result of cyber tips from Facebook or NCMEC."[27]

98. The TTP Report further explains that "[a]fter [FOSTA-SESTA's] final passage, however, the press releases show child exploitation cases involving Facebook began to increase, as did Facebook and NCMEC's reporting of such activity to authorities."[28]

99. "In the five years before the passage of FOSTA-SESTA, Facebook and NCMEC averaged less than one cyber tip per quarter, according to the TTP analysis. Since the bill was passed in March 2018, they have averaged more than three reports per quarter. In total, they reported more cases in the nearly two years since FOSTA- SESTA than they did in the prior five years combined."[29]

100. "Th[is] trend … suggests the threat of legal liability under FOSTA- SESTA may be motivating Facebook to increase tips to authorities. But even with the upswing, ***the number of Facebook tips detailed in the DOJ press releases remains relatively low, and they're limited to child sexual abuse images***."[30]

101. In June 2020, the State Department published its Trafficking in Persons Report (June 2020, 20th Ed.) (the "2020 State Department Human Trafficking Report").[31] The 2020 State Department Human Trafficking Report notes that "[t]he media reported in 2018 that trafficking gangs increasingly used social media sites, particularly Facebook, to buy and sell women and girls for sex and labor exploitation."[32] The 2020 State Department Human Trafficking Report further notes that "[t]raffickers use social media websites, including dating apps, online forums and chat rooms, and Facebook groups, to exploit girls in sex trafficking."[33]

---

[27] *Id.*
[28] *Id.*
[29] *Id.*
[30] *Id.*

[31] *See* https://www.state.gov/reports/2020-trafficking-in-persons-report/.

[32] *Id.* at 269.
[33] *Id.* at 275.

### 2. Meta's Internal Documents Revealed That the Problem of Sexual Exploitation of Minors on Facebook and Instagram Had Gotten Much Worse

102. In June 2020, an internal Meta study concluded that 500,000 underage Instagram accounts received "'Inappropriate Interactions with Children' (IIC)" each day. Yet, in response, a Meta employee noted that "***Child Safety is explicitly called out as a non-goal in our H2 plans. So if we can do something here, cool. But if we can do nothing at all, that's fine too***"—to which another employee responded, "***I agree . . . that this is currently a non goal but also agree these numbers are quite alarming (500k per week)***."

103. On July 4, 2020, a report titled "Child Safety - State of Play (7/20)"— produced from the custodial files of Defendant Clegg—described "[w]here are we with the various policy discussions relating to children on our platforms, and where we think we are most vulnerable and need to step up our efforts." The report flagged significant vulnerabilities at Meta's social media platforms regarding child exploitation. The report noted that although Meta could step up its efforts to mitigate such vulnerabilities, mitigation efforts had "***not been prioritized and more resources are needed***" given that "***We have one engineer dedicated to this work and we have no data science support to do some basic understand work.***" The report flatly concluded, "***This area is severely underresourced.***"

104. Meta published its Q3 2023 Community Standards Enforcement Report for Facebook and Instagram in November 2023.[34] It contained a section entitled "**Child Endangerment: Nudity and Physical Abuse and Sexual Exploitation**." That section stated:

> We do not allow content that endangers children, such as content that contains nudity or physical abuse or content that sexually exploits children on Facebook and Instagram. When we find this type of violating content, we remove it, regardless of the context or the person's motivation for sharing it. We may also disable the account of the person who shared it, unless it appears the intent was not malicious (for example, to spread awareness of child exploitation).

105. The report also stated that "We report apparent child exploitation to the National Center for Missing and Exploited Children (NCMEC), a nonprofit that refers cases to law enforcement globally,

[34] The report notes that the community standards are the same for both Facebook and Instagram.

in compliance with US law. We choose to remove content depicting non-sexualized child nudity to reduce the potential for abuse of the content by others."

106. But far from showing that Meta's policies and efforts to supposedly protect children had fixed the problem, the report showed that the problem has spiraled out of control. The report[35] stated in relevant part under "Recent Trends" that:




107. In other words, the amount of content on Facebook and Instagram that violated the Company's "Community Standards" due to the fact that it was deemed to constitute sexual exploitation of children increased by 135% between Q2 and Q3 2023, from 7.2 million posts to 16.9 million posts.

**3. Meta Platforms CEO Mark Zuckerburg is Again Summoned to Testify Before the Senate Judiciary Committee for Meta's Failure to Protect Children**

108. In December 2023, U.S. senators urgently invited the CEOs of five of the major social media giants to testify about their failure to protect children online. One of the five summoned by the Senate Judiciary Committee was Defendant Mark Zuckerberg, CEO of Meta. The CEOs of X, Discord, and Snap were required to testify after subpoenas were issued by the Committee, following repeated refusals by the three leaders to testify. The CEOs of Meta and TikTok voluntarily agreed to testify at the hearing.

[35] Available at https://transparency.fb.com/reports/community-standards-enforcement/child-nudity-and-sexual-exploitation/facebook/.

109. The Senate hearing occurred on January 31, 2024. The hearing was called to "examine and investigate the plague of online child sexual exploitation," according to a statement from the U.S. Senate Judiciary Committee. During the hearing, Defendant Zuckerberg turned to parents of victims on the Senate floor and apologized. "I'm sorry for everything you have all been through," Zuckerberg said as parents held up photos of their children who have died following sexual exploitation or harassment via social media. "No one should go through the things that your families have suffered and this is why we invest so much and we are going to continue doing industry-wide efforts to make sure no one has to go through the things your families have had to suffer."

110. In other words, Zuckerberg apologized but conditioned his apology on a self-serving statement that Meta was allegedly investing "so much" to combat the problem. Zuckerberg's opening statement also rankled those at the hearing. Zuckerberg said: "The existing body of scientific work has not shown a causal link between using social media and young people having worse mental health." Senator Josh Hawley excoriated him for the remark later in the hearing. Senator Durbin later stated that "Their design choices, their failures to adequately invest in trust and safety, their constant pursuit of engagement and profit over basic safety of all put our kids and grandkids at risk."

111. Zuckerberg stated at the hearing that Meta had introduced more than 30 tools over the last eight years, including controls that let parents set time limits for app usage and see who their children are following and engaging with online. But a two-year investigation by The Guardian suggested that Meta has struggled to prevent criminals from using its platforms to buy and sell children for sex.[36] New Mexico's attorney general sued Meta in early December 2023, alleging the Company "enabled adults to find, message and groom minors" for sexual exploitation. Damning internal documents have emerged from the suit. The hearing also comes amid a growing body of reports about negative impacts of social media on the mental health of young people.

112. On January 17, 2024, internal Meta documents were disclosed as part of the lawsuit filed against Meta by the New Mexico Attorney General on December 5, 2023, which alleges that Meta's

---

[36] *See Zuckerberg Tells Parents of Social Media Victims at Senate Hearing: 'I'm sorry for everything you've been through,'* THE GUARDIAN, Jan. 31, 2024, available at https://www.theguardian.com/us-news/2024/jan/31/tiktok-meta-x-congress-hearing-child-sexual-exploitation.

social networks have become marketplaces for child predators. Raúl Torrez, the state's attorney general, has accused Meta of enabling adults to find, message and groom children. The internal Meta documents revealed that ***Meta itself estimates that about 100,000 children using Facebook and Instagram receive online sexual harassment each day***, including "pictures of adult genitalia."[37] The documents describe an incident in 2020 when the 12-year-old daughter of an executive at Apple was solicited via IG Direct, Instagram's messaging product.

113. "This is the kind of thing that pisses Apple off to the extent of threatening to remove us from the App Store," a Meta employee fretted, according to the documents. A senior Meta employee described how his own daughter had been solicited via Instagram in testimony to the U.S. Congress late last year. His efforts to fix the problem were ignored, he said.

114. A 2021 internal Meta presentation on child safety was also referenced in the New Mexico lawsuit. According to the suit, one slide stated that Meta is "underinvested in minor sexualization on IG [Instagram], notable on sexualized comments on content posted by minors. Not only is this a terrible experience for creators and bystanders, it's also a vector for bad actors to identify and connect with one another."

115. The New Mexico complaint also highlights Meta employees' concerns over child safety. In a July 2020 internal Meta chat, one employee asked: "What specifically are we doing for child grooming (something I just heard about that is happening a lot on TikTok)?" According to the complaint, he received a response: "Somewhere between zero and negligible."

116. Internal Meta documents also revealed that the Company's employees discussed the use of Messenger "to coordinate trafficking activities" and that the employees recognized that "every human exploitation stage (recruitment, coordination, exploitation) is represented on our platform," according to documents included in the New Mexico suit. Yet, an internal 2017 email described executive opposition to scanning Facebook Messenger for "harmful content" because it would place the service "at a competitive disadvantage vs other apps who might offer more privacy."

---

[37] *See Meta documents show 100,000 children sexually harassed daily on its platforms,* THE GUARDIAN, Jan. 18, 2024, available at https://www.theguardian.com/technology/2024/jan/18/instagram-facebook-child-sexual-harassment.

117. The documents unsealed from the New Mexico Department of Justice lawsuit against both Meta and its CEO, Mark Zuckerberg, reveal that Meta not only intentionally marketed its messaging platforms to children, but also knew about the massive volume of inappropriate and sexually explicit content being shared between adults and minors.[38] According to the documents and New Mexico Attorney General Raul Torrez, Meta recognized the risks that Messenger and Instagram DMs posed to underaged users, but failed to prioritize implementing safeguards or outright blocked child safety features because they weren't profitable.[39] The New Mexico AG's complaint alleges that "Meta's algorithms operate to 'search and disseminate' sexually exploitative and explicit materials and to create its own social network of users looking to buy and sell the images and the children who are its casualties and its currency."[40] The New Mexico AG's investigation "found that certain child exploitative content is over ten times more prevalent on Facebook and Instagram than it is on Pornhub and OnlyFans."[41]

118. In December 2023, Meta received widespread criticism for rolling out end-to-end encryption for messages sent on Facebook and via Messenger. Encryption hides the contents of a message from anyone but the sender and the intended recipient by converting text and images into unreadable cyphers that are unscrambled on receipt. Child safety experts, policymakers and law enforcement have argued encryption obstructs efforts to rescue child sex-trafficking victims and the prosecution of predators.

119. These internal Meta documents undermine and contradict the statements in the 2023 Proxy and Zuckerberg's self-serving public statements claiming that Meta is doing all it can to eliminate and curtail the exploitation of minors on its social media networks.

---

[38] *See* Morgan Sung, *Unredacted Meta documents reveal 'historical reluctance' to protect children*, TECH CRUNCH, Jan. 17, 2024, available at https://techcrunch.com/2024/01/17/unredacted-meta-documents-reveal-historical-reluctance-to-protect-children-new-mexico-lawsuit/?guccounter=1&guce_referrer=aHR0cHM6Ly9kdWNrZHVja2dvLmNvbS8&guce_referrer_sig=AQAAAIGGau1T3_ELQwfXvgFVIRMlQoHynejLmS202XYoW54omduF-Th-24UQanAXj0QFTTnPzD_2_-umRgyqV13VN3-rw4GHUubatzu5z5rSG5BlgeBrv5xfnFUfEERkxY0KljEafI_Z79WGqrLtXUkJCSpl4THRjfpsD4VXnR-Y3-H3.

[39] *Id.*

[40] *See* New Mexico complaint, filed 12/5/23, at ⁋71.

[41] *See* December 6, 2023, press release by New Mexico Attorney General, available at https://nmdoj.gov/press-release/attorney-general-raul-torrez-files-lawsuit-against-meta-platforms-and-mark-zuckerberg-to-protect-children-from-sexual-abuse-and-human-trafficking/.

### 4. Meta Staff Found an Instagram Tool Enabled Child Exploitation, But the Company Pressed Ahead Anyway

120. On February 22, 2024, the Wall Street Journal published an exclusive, in-depth investigative article entitled "Meta Staff Found Instagram Tool Enabled Child Exploitation. The Company Pressed Ahead Anyway."[42] The article disclosed significant new facts, many based on internal Meta documents, on how Meta has known since 2022 that Instagram's and Facebook's roll-out of paid subscription services is posing harm to minors, yet failed to take necessary action. The following year, Meta began a broad implementation of the tipping and paid-subscription services, which was part of its effort to give influencers a financial incentive for producing content. Producing more content is critical to Meta's financial success and revenues since the vast majority of its revenues come from advertising. Only accounts belonging to adults are eligible to sell content or solicit donations, but the platform allows adults to run or co-manage accounts in a child's name.

121. The article noted that ***Meta Platforms' safety staff warned in 2023 that new paid subscription tools on Facebook and Instagram were being misused by adults seeking to profit from exploiting their own children***. Two teams inside Meta raised alarms in internal reports, after finding that hundreds of what the company calls "parent-managed minor accounts" were using the subscription feature to sell exclusive content not available to nonpaying followers.[43] The content, often featuring young girls in bikinis and leotards, was sold to an audience that was overwhelmingly male and often overt about sexual interest in the children in comments on posts or when they communicated with the parents, according to people familiar with the investigations, which determined that ***the payments feature was launched without basic child-safety protections***.

122. Meta's staffers found evidence that some parents understood they were producing content for other adults' sexual gratification. Sometimes parents engaged in sexual banter about their own children or had their daughters interact with subscribers' sexual messages.

---

[42] *See* Jeff Horwitz and Katherine Blunt, *Meta Staff Found Instagram Tool Enabled Child Exploitation. The Company Pressed Ahead Anyway*, THE WALL STREET JOURNAL, Feb. 22, 2024, available at https://www.wsj.com/tech/meta-staff-found-instagram-subscription-tool-enabled-child-exploitation-the-company-pressed-ahead-anyway-a18e81e6?mod=Searchresults_pos1&page=1.

[43] *Id.*

123. After Sarah Adams, a Canadian mother and social-media activist, brought attention to a group of Instagram accounts selling bikini photos of teen and tween girls last spring, ***Meta's own reviews confirmed that parent-run modeling accounts were catering to users who had demonstrated pedophilic interests*** elsewhere on the platform and regularly used sexualized language when discussing the models. According to the reviews, ***Meta's recommendation systems were actively promoting such underage modeling accounts to users suspected of behaving inappropriately online toward children***.[44]

124. ***Meta employees found that the Company's algorithms promoted child-modeling subscriptions to likely pedophiles***, and in some cases, parents discussed offering additional content on other platforms, according to some people familiar with the investigations.

125. To address the problems, Meta could have banned subscriptions to accounts that feature child models, as rival TikTok and paid-content platforms Patreon and OnlyFans do. The Meta employees formally recommended that Meta could require accounts selling subscriptions to child-focused content to register themselves so the company could monitor them. Both Tik-Tok and Patreon have policies restricting subscriptions and tipping for content involving children in ways that Meta does not. Patreon requires minors to have an adult guardian's permission to open an account and bans underage modeling accounts.

126. Meta didn't pursue those proposals, the people said, and instead chose to build an automated system to prevent suspected pedophiles from being given the option to subscribe to parent-run accounts. The technology did not always work, and the subscription ban could be evaded by setting up a new account.[45]

127. While it was still building the automated system, Meta expanded the subscriptions program as well as the tipping feature, called "gifts," to new markets. A Wall Street Journal examination also found instances of misuse involving the gifts tool.[46]

---

[44] *Id.*
[45] *Id.*
[46] To encourage content production on their platforms, Meta and other social-media companies have encouraged aspiring creators to solicit funding from their followers, either via cash "tips" and "gifts" or recurring subscription payments. The platforms generally take a cut of those payments. Meta has said it wouldn't take a cut on subscriptions through at least the end of 2024. The company collects commissions on gift payments to creators.

128. A review by the Wall Street Journal of some of the most popular parent-run modeling accounts on Instagram and Facebook revealed obvious failures of enforcement. One parent-run account banned last year for child exploitation had returned to the platforms, received official Meta verification and gained hundreds of thousands of followers. Other parent-run accounts previously banned on Instagram for exploitative behavior continued selling child-modeling content via Facebook.

129. In two instances, the Journal found that parent-run accounts were cross-promoting pinup-style photos of children to a 200,000-follower Facebook page devoted to adult-sex content creators and pregnancy fetishization.[47] Meta took down those accounts and acknowledged enforcement errors after the Journal flagged their activities and the Company's own past removals to Meta's communications staff. The Company often failed, however, to remove "backup" Instagram and Facebook profiles promoted in their bios. Those redundant accounts then continued promoting or selling material that Meta had sought to ban until the Journal inquired about them.

130. Some of the parent-run child accounts on Instagram reviewed by the Journal have received extensive attention in forums on non-Meta platforms. Screenshots from those forums provided to the Journal by a child-safety advocate show that men routinely reposted Instagram images of the girls and discussed whether specific parents were willing to sell more risqué content privately.

131. In a number of instances, users swapped tips on how to track down where specific girls live. "I swear I need to find her somehow," one user wrote after describing a sex fantasy involving one 14-year-old.[48]

132. Meta has struggled to detect and prevent child-safety hazards on its platforms. After the Wall Street Journal revealed in 2023 that the Company's algorithms connect and promote a vast network of accounts openly devoted to underage-sex content, the Company in June 2023 established a task force to address child sexualization on its platforms.

///

///

[47] *Id.*
[48] *Id.*

133. That work has been limited in its effectiveness, the Wall Street Journal reported last year. While Meta has sought to restrict the recommendation of pedophilic content and connections to adults that its systems suspect of sexualizing children, tests showed its platforms continued to recommend search terms such as "child lingerie" and large groups that discussed trading links of child-sex material.[49]

134. The Wall Street Journal also found that Meta's gifts program, available to accounts with at least a thousand followers, also featured unsavory activity. Some popular accounts sought donations via the program for curating suggestive videos of young girls stretching or dancing that they had culled from other sources, exposing those children to a mass audience that plastered the posts with suggestive emojis and sexual comments. In a number of cases the "send gift" button was featured on posts promoting links to what they indicated were child sexual-abuse videos.

135. In addition to problematic parent-run minor accounts, the Journal found numerous examples of others offering subscriptions and gifts for content against Meta's rules. One titled "sex porn video xvideos xnxx xxx girl sexy" purported to livestream adult videos. A 500,000-user Spanish-language group called "School Girls" also was offering subscription content.

136. Meta removed both after they were flagged by the Journal and said that it had recently begun screening accounts that sell subscriptions for indications of suspicious activity involving children using a tool called Macsa, short for "Malicious Child Safety Actor." The Company says it will also screen buyers of such content for pedophilic behavior, but that work isn't yet finished.

137. These facts demonstrate that Meta's internal controls designed to police its Facebook and Instagram social media platforms are vastly deficient. Meta launches new features like "paid subscriptions" and "gifts" quickly in order to maximize its advertising revenues and subscription base, without adequate vetting for safety. Meta only eliminates obviously suspicious accounts after being contacted by reporters. Reports from mothers or other users are routinely ignored and/or not timely responded to. In other cases, Meta's automated tools fail to correctly identify and remove the content even though it violates the Company's standards. Meta's algorithms recommend objectionable content to pedophiles and perverts.

---

[49] *Id.*

138. In 2022, Meta was fined over $400 million for failing to safeguard children's information on Instagram.[50] Meta's failure to adequately address and remedy these issues also poses a high risk of governmental and regulatory responses and fines. The Company recently disclosed in its annual report that "We entered into a settlement and modified consent order to resolve the FTC inquiry, which took effect in April 2020 and required us to pay a penalty of $5.0 billion and to significantly enhance our practices and processes for privacy compliance and oversight."[51]

139. The Company's 2024 Form 10-K disclosed that: "On May 3, 2023, the FTC filed a public administrative proceeding (In the Matter of Facebook, Inc.), seeking substantial changes to the modified consent order, which took effect in April 2020 after its entry by the U.S. District Court for the District of Columbia. The changes sought by the FTC are set forth in a proposed order and include, among others, a prohibition on our use of minors' data for any commercial purposes, changes to the composition of our board of directors, and significant limitations on our ability to modify and launch new products. On May 31, 2023, we filed a motion before the U.S. District Court for the District of Columbia (USA v. Facebook, Inc.) seeking to enjoin the FTC from further pursuing its agency process to modify the modified consent order. On November 27, 2023, the district court denied our motion, and we have appealed to the U.S. Court of Appeals for the District of Columbia Circuit (U.S. v. Facebook, Inc.) and sought to stay the FTC proceeding pending resolution of the appeal. On January 12, 2024, the district court denied our motion for a stay pending appeal and, on January 25, 2024, we filed a motion for a stay pending appeal before the Court of Appeals."[52]

### D. The Individual Defendants Caused Meta Platforms to Pursue an Unlawful Business Model of Addicting Minors Teenagers to Its Social Media Platforms, Notwithstanding Knowledge of the Unlawfulness of the Strategy and the Severe Mental and Physical Harm Caused to Children

[50] *See* https://www.cnet.com/news/privacy/meta-fined-400m-for-failing-to-protect-childrens-privacy-on-instagram.

[51] *See* Form 10-K filed with the SEC on February 2, 2024, at p. 53.

[52] *Id.*

140. Officers and directors of corporations may exercise their "business judgment" in many ways to try to earn a profit. What they cannot do, however, is violate the law or cause a company to pursue an unlawful business plan. That is exactly what happened here.

141. From the 1950s to the 1980s, cigarette manufacturers like Philip Morris and R.J. Reynolds manipulated the chemical composition of cigarettes to make them more addictive, notwithstanding knowledge that cigarettes were harmful to health and that the increased addictiveness of the cigarettes would make it difficult for people to stop smoking. Years of litigation followed after facts were discovered showing how the cigarette companies had manipulated the chemical make-up of the cigarettes. Finally, in 2006, a federal court entered a final judgment which found that major cigarette manufacturers had deceived the American public for over 50 years to concealing the fact that they had manipulated cigarette design and nicotine delivery to create and sustain addiction. *United States v. Philip Morris USA, Inc.*, 449 F. Supp. 2d 1, 851–54 (D.D.C. 2006). Finding that they joined together to "maximize their profits" through "false and fraudulent statements, representations, and promises" about "the devastating health effects of smoking," *id.* at 852, the court concluded that the manufacturers operated an illegal racketeering enterprise in violation of RICO section 1962(c), and that they conspired to do so in violation of RICO Section 1962(d), *id.* at 851, 903. Defendants inevitably appealed. In 2009, the D.C. Circuit Court of Appeals affirmed the district court's finding of RICO liability with respect to each cigarette manufacturer. *United States v. Philip Morris USA Inc*., 566 F.3d 1095, 1150 (D.C. Cir. 2009).

142. What the Individual Defendants have done at Meta is substantially similar. They have known for years that their social media platforms were harmful the health of minors and teenagers. What they should have done in the face of such knowledge is obvious: stop the harm and protect our children. What they actually did is the same as what the cigarette companies did: they manipulated the algorithm for Facebook and Instagram to make their social media platforms ***even more addictive***.

///

///

///

143. Beginning in at least 2017, Meta's officers and directors decided to target the "valuable but untapped"[53] market of Teen users.[54] Meta calculated that "[t]he lifetime value of a 13 y/o teen is roughly $270 per teen."[55] To capture this lifetime of revenue, Meta went about studying adolescents' brains and figuring out how to addict them to its platforms by identifying what "make[s] teens tick."[56] The Individual Defendants then used that information to design Meta's social media platforms in a way that would maximize the addictiveness of Facebook and Instagram so as to capitalize on Teens' limited capacity for self-control. Despite the harm to Teens, Meta sought to increase the time that minors and Teens spent on its platforms because it benefited the Company's bottom line. Meta designed and honed features—including recommendation algorithms, intermittent variable rewards, infinite scrolling, auto-play, push notifications, ephemeral content, and dangerous keywords and hashtags—to exploit Teens' diminished ability to regulate their online use.

144. The Individual Defendants also were aware that the U.S. Surgeon General had stated that children under the age of 13 should not be allowed to join social media platforms. The Surgeon General had observed that children were a particularly suspect class of users who did not have the ability to limit their usage so as to avoid harm to their health: "You have some of the best designers and product developers in the world who have designed these products to make sure people are maximizing the amount of time they spend on these platforms. And if we tell a child, use the force of your willpower to control how much time you're spending, you're pitting a child against the world's greatest product designers."[57]

---

[53] Georgia Wells & Jeff Horwitz, *Facebook's Effort to Attract Preteens Goes Beyond Instagram Kids, Documents Show*, WALL ST. J. (Sept. 28, 2021), https://www.wsj.com/articles/facebook-instagram-kids-tweens-attract-11632849667 ("With the ubiquity of tablets and phones, kids are getting on the internet as young as six years old. We can't ignore this and we have a responsibility to figure it out").

[54] "2017 Teens Strategic Focus" – Facebook PowerPoint, (METADEDR-001- 00172506-2536)] at 2506-07, 2520 (November 2016 presentation "shared with Zuck[erberg] stating Meta's "[g]oal" in 2017 was to "grow teen time spent").

[55] Exhibit 1: E-Mails between Redacted Parties regarding "Youth Update - Sep 7", (MT-IG-AG-00097186-7217)] at 7187 (worrying that if "we do not solve the teen problem" by "2030, [Meta] will have 30 million fewer users" and a "present value loss of ~$12 billion").

[56] Exhibit 2, at 00145551.

[57] Allison Gordon & Pamela Brown, *Surgeon General says 13 is 'too early' to join social media.* CNN (Jan. 29, 2023), https://www.cnn.com/2023/01l29/health/surgeon-gcncral- social-media/index.html.

145. In the words of Senator Richard Blumenthal, ***Meta "has taken Big Tobacco's playbook. It has hidden its own research on addiction and the toxic effects of its products. It has attempted to deceive the public . . . about what it knows. And it has weaponized childhood vulnerabilities against children themselves. It's chosen growth over children's mental health and well-being, greed over preventing the suffering of children***."[58]

146. The Individual Defendants have also intentionally manipulated Meta's social media platforms to maximize the amount of time minors and Teens spend on the platforms. Since at least 2016, one of Meta's "top priorities" has been to acquire Teen users and maximize their "total time spent" on the Company's platforms, including Facebook and Instagram. The Individual Defendants made the decision to prioritize Teen users because Meta determined that teens were a gateway to the whole family. Specifically, Meta's research concluded that "[t]eens are household influencers bringing members (parents and younger siblings) to [Instagram]" and "[t]eens influence behaviors and perceptions within the household."[59]

147. For example, on December 28, 2015, Defendant Zuckerberg wrote to Defendant Wehner and Susan Li (then-VP of Finance, currently Meta's CFO), "Here's what I have written for what I hope we accomplish in 2016 . . . 3 Year Arc. . . Time Spent increases by 12% . . . 5 Year Arc . . . [Instagram] . . . time + 10% . . . Overall Time spent goal is still being discussed. I think we should shoot for better than 10%."[60]

///

///

///

///

---

[58] *See* Salvador Rodriguez, *Facebook Used Big Tobacco Playbook to Exploit Teens and Children, Senators Say at Hearing After WSJ Series*, CNBC, Sept. 30, 2021, available at https://www.cnbc.com/2021/09/30/senators-say-facebook-used-big-tobacco-playbook-to-exploit-kids.html.

[59] Exhibit 3: "Beyond the Individual User: Understanding Products through the Household Ecosystem" - Instagram PowerPoint (MT- IG-AG-00022634-2670)] at 2637, 2649.

[60] Exhibit 4: E-Mail from Mark Zuckerberg to Susan Li and David Wehner (MT-IG-AG-00146511-6513)] at 6511-12.

148. In November 2016, an email to Defendant Mosseri described Meta's "Strategy": "Our overall goal remains total teen time spent . . . with some specific efforts (Instagram) taking on tighter focused goals like U.S. teen total time spent."[61] Mosseri agreed.[62]

149. A November 8, 2016 internal presentation titled "2017 Teens Strategic Focus" — which described Meta's "H1 Plan: ***What we shared with Zuck[erberg***]" — identified "Time Spent Share" as Meta's "2017 Top-Line Goal" and "Strategic goal" and "Aggregate Total Time Spent" as Meta's "Operational metric" to measure achieving this goal.[63] The presentation stated that Meta's "[g]oal[s]" in 2017 were to "grow teen time spent," "[i]ncrease U.S. teen time spent," and "[i]ncrease RoW [rest of world] teen time spent."[64]

150. In 2017, an email to Meta's Head of Monetization and Head of WhatsApp stated, "Mark [Zuckerberg] . . . decided that the top priority for the company in 2017 is teens."[65]

151. In 2018, Sean Parker, Meta's founding president, described how Meta's other founders "consciously" designed its applications to "exploit[] vulnerabilit[ies] in human psychology" through the effects of "dopamine" to ensure Meta was capturing as much of its users' "conscious attention" as possible:

> ***The thought process that went into building these applications, Facebook being the first of them was all about: 'How do we consume as much of your time and conscious attention as possible***?' That means that we need to sort of give you little dopamine hit every once in while, because someone liked or commented on photo or post or whatever. And that's going to get you to contribute more content and that's going to get you . . . more likes and comments. ***It's a social- validation feedback loop . . . exactly the kind of thing that a hacker like myself would come up with, because you're exploiting vulnerability in human psychology. The inventors, creators, me, [Meta founder] Mark***

---

[61] Exhibit 5: E-Mails between Adam Mosseri, Kang- Xing Jin, John Hegeman, and a Redacted Party (MT-IG-AG-00147577-7579)] at 7577.

[62] *Id.* (Mosseri: "On Strategy, it sounds like you're proposing we focus, for those on Facebook, on time. I do think this is a pretty important thing to make sure everyone is on the same page about. I'm open to this").

[63] "2017 Teens Strategic Focus" - Facebook Presentation (METADEDR-001- 00172506-2536)] at 2506-07, 2510.

[64] *Id.* at 2520, 2522-23.

[65] Exhibit 6: E-mails between Naomi Gleit and a Redacted Party V (MT-IG-AG-00212419-2420)] at 2419.

***[Zuckerberg], [Instagram founder] Kevin Systrom on Instagram, all of these people—understood this consciously. And we did it anyway.***[66]

152. In 2020, Meta started its "Teen Ecosystem Research" project, which was "a strategic and foundational" project to "understand" a "priority [Instagram] audience -- teens." A May 2020 report arising out of the Teen Ecosystem project titled "Teen Fundamentals" illustrates the depth in which Meta studied adolescents' neurological vulnerabilities. The 97-page internal report "incorporate[d] adolescent development concepts, neuroscience as well as nearly 80 studies of our own product research" and was intended to help Meta better understand the biological factors involved in adolescent development and thereby "gain valuable unchanging insights to inform its product strategy today."[67]

153. The first part of the internal presentation, titled "Biology," contained several images of brains in various stages of development. As part of the "Biology" section, the presentation explained that "Unlike the body which functions wholly from day one, the brain essential [sic] spot trains certain areas and functions at a partial capacity before it is wholly developed. . . . The teenage brain is about 80% mature. The remaining 20% rests in the frontal cortex . . . At this time teens are highly dependent on their temporal lobe where emotions, memory and learning, and the reward system reign supreme." The discussion continued: "teens' decisions are mainly driven by emotion, the intrigue of novelty and reward . . . [making] teens very vulnerable at the elevated levels they operate on. Especially in the absence of a mature frontal cortex to help impose limits on the indulgence in these."[68]

154. The next section of the Teen Fundamentals presentation—titled "Behavior"—began by asking "what is the effect of teen's biology on their behavior? [A]nd how does this manifest itself in product usage?" The answer: "the teenage brain happens to be pretty easy to stimulate." The presentation further observed that "everytime [sic] one of our teen users finds something unexpected their brains deliver them a dopamine hit." The next slides explained that "teens are insatiable when it comes to 'feel

[66] Alex Hem, *'Never Get High on Your Own Supply' - Why Social Media Bosses Don't Use Social Media*, THE GUARDIAN (Jan. 23, 2018), https://www.theguardian.com/media/2018/jan/23/never-get-high-on-your-own-supply- why-social-media-bosses-dont-use-social-media).

[67] Exhibit 2, at 5496, 5501.

[68] *Id.* at 5505-5507.

good' dopamine effects" and that "teens brains' [sic] are especially 'plastic' or keen to learn presenting a unique opportunity that coupled with curiosity can send teens down some interesting rabbit holes."[69]

155. The presentation also noted that "a huge driver for teen behavior is the prospect of reward," which "makes them "predisposed to impulse" and other harmful behaviors. "Approval and acceptance are huge rewards for teens and interactions are the currency on [Instagram]."[70] For example, "DMs [direct messages], notifications, comments, follows, likes, etc. encourage teens to continue engaging and keep coming back to the app."[71]

156. The presentation also confirmed that Meta could successfully exploit these neurological vulnerabilities in adolescents through adolescents' brains' sensitivity to dopamine:

> [T]een brains are much more sensitive to dopamine, one of the reasons that drug addiction is higher for adolescents and keeps them scrolling and scrolling. And due to the immature brain they have a much harder time stopping even though they want to—our own product foundation research has shown teens are unhappy with the amount of time they spend on our app.[72]

157. The report concluded with a game plan to exploit Teens' vulnerabilities for profit: "It concludes: "we [would] do well to think hard about how we can make [Instagram] an app tailored to the teenage mindset."[73]

158. "Instagram['s] lead[ership] team" got the "Teen Fundamentals" report in June 2020.[74] The team asked for additional research in response, leading to a subsequent report titled "Deepening Rewards to Drive More Meaningful Daily Usage," designed to "unpack" the concept of "rewards."[75] For that report, Instagram employees conducted user interviews and "synthesized this data with academic literature to understand how it applies at a psychological level."[76]

---

[69] *Id.* at 5508-5519.
[70] *Id.* at 5542, 5549.
[71] *Id.* at 5549.
[72] *Id.* at 5543.
[73] *Id.* at 5553.
[74] Exhibit 7: "Teen Ecosystem Discussion" - Instagram Report (MT-IG-AG-00024188)].
[75] Exhibit 8, at 13682.
[76] Exhibit 9, at 145596.

159. Armed with their research on Teens' psychology, diminished capacity for self-control, and vulnerability to addiction, Meta's leadership designed app features to drive adolescents to habitually and compulsively use its platforms in order to maximize their time spent on the apps. For example, in January 2021, a Meta employee wrote to Defendant Mosseri, "You asked me for my general thoughts today ***No one wakes up thinking they want to maximize the number of times they open Instagram that day. But that's exactly what our product teams are trying to do***."[77]

160. In a July 2018 internal analysis of "Levers for Teen Growth," a member of the Instagram Growth Data Science Team noted that Meta could Leverage teens' higher tolerance for notifications to push retention and engagement, and by November 2019 Meta's employees knew that some of its users were being overloaded because they are inherently more susceptible to notification dependency.

161. To accomplish their goal of maximizing Teens' time on Meta's platforms and to take advantage of their research on Teens' inherent susceptibilities, Meta's product teams designed an array of addictive and harmful features, including (i) Recommendation Algorithms using variable intermittent rewards; (ii) "infinite scroll" and "autoplay"; (iii) ephemeral content; (iv) "push notifications"; (v) "Likes" to drive anxiety-inducing social comparisons; and (vi) visual "augmented reality" ("AR") filters that simulate facial plastic surgery.

162. When unleashed on Teens, the purposely addictive, psychology-based features built into Meta's platforms were amazingly effective. In September 2020, Instagram's Director of Data Science created two charts titled "Number of US Humans who spend a lot of time on [Instagram] in a day," and "US Humans that spend a ton of time on [Instagram] in a Week." The daily chart showed that in the United States more than 475,000 teens spent 3-4 hours per day on Instagram; more than 235,000 teens spent 4-5 hours; and more than 300,000 teens spent five or more hours on Instagram each day:

[The remainder of this page is intentionally left blank.]

[77] E-mail from Max Eulenstein to Adam Mosseri (METADEDR-001- 00162196)].




163. The weekly chart showed that in the United States more than one million teens spent 14-21 hours; more than 420,000 teens spent 21-28 hours; and more than 400,000 teens spent 28 or more hours on Instagram each week:



164. Meta's employees appreciated the addictive design and effects of the Company's platforms. For example, on September 11, 2020, an employee wrote about ***the "new [N]etflix doc[umentary] basically saying we're creating a world of addicted monsters" and noting that "[a] lot of it is probably true"-to which the other employee agreed, stating, "[I] would say [I] agree***"-to which the first employee wrote "Ya it does make me wonder whether we do enough for mental health . . . [e]specially for teens . . . [w]ho are more susceptible[.]"[78] The other employee replied: "OMG . . . welcome to WB [*i.e.*, Meta's Well-Being team]."[79] Yet, the employees agreed that "***the mental health team [had] stopped doing things . . . it was defunded . . . completely stopped***."[80]

165. Meta employees knew that Teens' extreme use of Instagram was the byproduct of Meta's business model and its product-design choices. For example, in February 2021, a Meta VP of Product messaged Defendant Mosseri and other Instagram leaders, stating that "problematic use . . . [will] require more fundamental changes to our goals, what type of work they incentive [sic], and therefore how core mechanics work (feed design, ranking, sharing, notif[ications])."[81] The message received no response.

166. In an interview in December 2017, Chamath Palihapitiya, the former VP of User Growth at Meta, admitted that he feels "tremendous guilt" about his contributions to social media, saying that when he worked at Meta, "***we . . . created tools that are ripping apart the social fabric of … society . . . . The short-term, dopamine-driven feedback loops that we have created are destroying how society works***."[82]

///

///

///

---

[78] METADEDR-001-00012367, at 2367.
[79] *Id.*
[80] *Id.* at 2368.
[81] Exhibit 10 [Exhibit 36 in Tennessee AG Action: Chat Messages between Adam Mosseri, Kristin Hendrix, and Max Eulenstein regarding Well-Being and Instagram (MT- IG-AG-00176694-6696)] at 6695.
[82] "Response to Chamath" - Facebook Document (METADEDR-001- 01033199-3234)] at 3204. *See also* Amy B. Wang, *Former Facebook VP says social media is destroying society with 'dopamine-driven feedback loops'*, WASH. POST (Dec. 12, 2017), https://www.washingtonpost.com/news/the-switch/wp/2017/12/12/former-facebook-vp- says-social-media-is-destroying-society-with-dopamine-driven-feedback-loops/.

167. In November 2018, a VP of Product Design wrote about the dangers of body-enhancing "beautification filters," observing that "we see [a] growing body of research that social media may be driving significant increases in rates of anxiety and depression, esp[ecially] among young women."[83]

168. A February 2019 "Instagram Teen Well-Being Study" setting forth "US Topline Findings" of a survey of 1,000 U.S. teens between 13 and 18 years of age concluded that "APP ADDICTION IS COMMON ON [INSTAGRAM]." The study found that 23% of Instagram users and 20% of WhatsApp users-the highest percentages of any social media apps-reported "Feeling Like I Waste too Much Time on Social Media."[84]

169. In April 2019, Defendants Zuckerberg, Mosseri, Sandberg, and Wehner (among other executives) received an email stating:

> ***We . . . have deep understanding around three negative drivers that occur frequently on [Facebook] and impact people's well-being:***
>
> 1. ***Problematic use*** (prevalence: 55% mild, 3.1% severe)
> 2. ***Social comparison*** (prevalence: 40% mild, 5% severe)
> 3. ***Loneliness*** (prevalence: 36% mild, 7% severe)
>
> ***We believe there is a strong need to increase our investment in these areas to make a meaningful shift over the next year and beyond. . . .***[85]

170. According to an August/September 2019 presentation titled "TEEN MENTAL HEALTH," Meta researchers visited field sites in Los Angeles and London to interview teenagers about their experiences on Instagram, including whether they experienced issues relating to "[b]ody image, self-esteem, social pressure to be perfect, weight issues"; "[n]egative mood, anxiety, feeling down, or a bit depressed"; or "[l]oneliness, isolation, [or] unpopularity." Among other things, their research concluded:[86]

- "Instagram is an inevitable and unavoidable component of teens lives. Teens can't switch off from Instagram even if they want to."

---

[83] Exhibit 11 [Exhibit 69 in Tennessee AG Action: E-Mails between Margaret Stewart and Redacted Parties regarding "Body-enhancing filters & Well-Being Lit Review Request" (MT-IG-AG-00213785-3787)] at 3785.

[84] *Id.* at 3118.

[85] *Id.* at 3118.

[86] Exhibit 12 [Exhibit 30 in Tennessee AG Action: "Teen Mental Health Creatures of Habit" - Instagram PowerPoint (MT-IG-AG-00103653-3743)] at 3657-3667.

- "***Teens talk of Instagram in terms of an 'addicts' narrative'*** spending too much time indulging in a compulsive behav[ior] that they know is negative but feel powerless to resist."

- "***Teens are hooked despite how it makes them feel***. Instagram is addictive, and time-spend on platform is having a negative impact on mental health."

  - "***They have an addicts' narrative about their Instagram use*** . . . they wish they could spend less time caring about it, but they can't help themselves."

  - "They recogni[ze] that without even thinking every time they pick up their phone, they automatically go to Instagram. They know they stay up later than they should and miss out on sleep to stay plugged in."

  - "But they also know that this isn't good for them or their mental health."

171. In October 2019, an internal presentation entitled "Teen Mental Health Deep Dive" discussed the findings from a survey of over 2,500 teenagers who use Instagram on at least a monthly basis.[274] Among other things, the survey concluded:[87]

**Teens blame Instagram for increases in the rates of anxiety and depression among teens**

- "This reaction was unprompted and consistent across all groups[.]"

- "Constant comparison on ***Instagram is 'the reason' why there are higher levels of anxiety and depression in young people***[.]"

- "For both boys and girls, this was called out as being the number one reason why ***[Instagram] is worse than other platforms for mental health***. And, young people openly attribute their increased level of anxiety and depression to Instagram."[88]

---

[87] Exhibit 13 [Exhibit 26 in Tennessee AG Action: "Teen Mental Health Deep Dive" - Instagram PowerPoint (MT-IG-AG-00000029-0094)] at 0031.

[88] *Id.* at 0052.

172. A November 13, 2019 report titled "Mental Health: A Quick Overview," which was posted and commented on internally at Meta, stated that at least half of 22,000 Instagram users surveyed had experienced mental health issues; "[Instagram] is perceived as worse for mental health compared to other social media sites"; and "[a]ccording to a survey of 1500 young adults, Instagram was ranked as the worst social media app (compared to Snap, Twitter, Facebook and Youtube) for mental health and well being, particularly for its impacts on anxiety and depression."[89]

173. According to a 2019 slide presentation that was first reported by The Wall Street Journal and later authenticated by Meta itself, Meta determined that "We make body image issues worse for one in three [i.e., 32.40%] teen girls."[90]

174. In March 2020, several Meta employees discussed the Company's "teen mental health research" and acknowledged that ***"[t]he feedback essentially, is that (i) teens feel addicted to [Instagram] and feel a pressure to be present, (ii) like addicts, they feel that they are unable to stop themselves from being on IG, and (iii) the tools we currently have aren't effective at limiting their time on the [app]."***[91] But the employees quickly decided they "would never want" to publicly "call it addiction":

> [Employee:] Do we want to call it addiction?
>
> [Employee:] Maybe not
>
> [Employee:] Actually yah I think that's the term that press and stakeholders use
>
> [Employee:] (This is internal only)
>
> [Employee:] Internal only makes it better. I'm just a little cautious about calling it an addiction
>
> [Employee:] Totally agree, we would never want to say that![92]

[89] Exhibit 14 [Exhibit 45 in Tennessee AG Action: "Mental Health: A Quick Overview" - Article by Shruti Bhutada (MT-IG-AG-00056857-6864)] at 6861-62.

[90] Georgia Wells, Jeff Horwitz and Deepa Seetharaman, *The Facebook Files: Facebook Knows Instagram Is Toxic For Teen Girls, Company Documents Show --- Its own in-depth research shows a significant teen mental-health issue that Facebook plays down in public*, WALL ST. J. (Sept. 14, 2021).

[91] *See* Exhibit 32 in Tennessee AG Action: Chat Messages between Redacted Parties regarding teen well-being research (MT-IG-AG-00171389-1390)] at 1389.

[92] *Id.* at 1389-90.

175. On August 30, 2021, an internal Meta report on "Appearance-based social comparison on Instagram" found that "***Teen girls perceive Instagram as the 'worst' social media app in terms of body and appearance comparison***."[93]

176. On August 27, 2021, Defendant Mosseri and another Meta employee exchanged messages regarding a forthcoming article in The Wall Street Journal "that essentially argues that [Instagram's] design is inherently bad for teenage girls (leads to [suicide and self-harm], poor mental health, [body] dysmorphia) and is not something we can fix with product, or an app design overhaul[.]" The employee described the article's "main angle: [Instagram] is bad for teen girls according to our own research, leads to mental health outcomes, our app is inherently flawed for vulnerable groups." The employee worried that the "arguments are based on [Meta's] own research so [they are] difficult to rebut . . . ." ***Mosseri asked "what are you the most worried about quote wise?" and the employee answered, "I'm mostly worried about the fallout from the article . . . that [Meta's] own research confirmed what everyone has long suspected***[.]"[94]

### E. In the Face of Mounting Red Flags of the Dangers of Facebook and Instagram to Children and Teens, Defendant Zuckerberg Rejects Needed Funding to Address the Problems

177. During the relevant time period, Defendant Zuckerberg opposed making changes necessary to safeguard children and Teens. Zuckerberg's voice carried substantial weight since he controls approximately 61% of the voting stock at Meta. On September 23, 2016, Robert Cathcart, the Head of WhatsApp, commented to Defendant Mosseri, the Head of Instagram, that Meta is an "absolute dictatorship"—*i.e.*, Zuckerberg is its "absolute dictator[]." Mosseri agreed, replying "Mark [Zuckerberg] [is] the only non middle manager."[95]

> On August 27, 2021, Clegg warned Zuckerberg in an email that the need to "strengthen our position on wellbeing has become increasingly urgent" given that "[p]oliticians in the US, UK, EU and Australia are publicly and privately expressing concerns about the impact

---

[93] Exhibit 16 [Exhibit 46 in Tennessee AG Action: "Appearance-based social comparison on Instagram" - Facebook Report (MT-IG-AG-00002821-2830)] at 2821.

[94] Exhibit 17 [Exhibit 52 in Tennessee AG Action: Chat Messages between Adam Mosseri and Redacted Parties regarding Wall Street Journal story (MT-IG-AG-00205989- 5990)].

[95] Exhibit 18 [Exhibit 62 in Tennessee AG Action: Chat Messages between Fidji Simo, Tom Alison, Kang-Xing Jin, Adam Mosseri, and Will Cathcart regarding Internal Company Developments (MT-IG-AG-00219284-9312)] at 9311.

of our products on young people's mental health." Further, Clegg reminded Zuckerberg that "this was specifically raised with me by the [U.S.] Surgeon General and is the subject of potential legal action from State AGs." Clegg told Zuckerberg in no uncertain terms: "We need to do more and we are being held back by a lack of investment on the product side" and "[o]ur wellbeing work is both under-staffed and fragmented across teams." Clegg pointedly asked Zuckerberg for more resources:298

Mark

[Kang-Xing Jin], Pratiti [Raychoudhury] and [redacted] have put together the proposal below for additional investment to strengthen our position on wellbeing across the company. ***Chris, Alex and I strongly endorse this approach, and wanted you to see their thinking ahead of the discussions on headcount allocation***.

**From a Policy perspective, this work has become increasingly urgent over recent months. Politicians in the US, UK, EU and Australia are publicly and privately expressing concerns about the impact of our products on young people's mental health. In the US, this was specifically raised with me by the Surgeon General, and is the subject of potential legal action from State AGs.** *We have received numerous policymaker inquiries and hearing requests.*

This policy focus - at all levels of government and in multiple jurisdictions - is now being reflected in a greater push for legislation (eg, body image bills, youth design bills, etc.). . . .

* * *

**. . .** we need to do more and we are being held back by a lack of investment on the product side which means that we're not able to make changes and innovations at the pace required to be responsive to policymaker concerns. Our wellbeing work is both under-staffed ***and fragmented across teams***, which is why we view the proposed investment outlined below as important . . . .[96]

178. On September 17, 2019, Defendant Mosseri emailed Fidji Simo, the Head of Facebook App, to share his "raw notes on David's take on how we ended up where we are on well-being." Mosseri asked, "Who is directing our well-being efforts?" stating ***"[my] honest take is . . . we probably need to do something significantly different than we have to date***."[97]

179. On September 22, 2021, Defendant Clegg wrote to Susan Li that "to state the flamingly obvious, the WSJ story about [Instagram] and teenage depression and suicide will have a huge impact on

[96] Exhibit 19 [Exhibit 56 in Tennessee AG Action: E-Mails between Susan Li and Mark Zuckerberg et al. regarding "Well-being product strategy and headcount" (MT-IG-AG-00210674-0678)] at 0675-76.

[97] Exhibit 20 [Exhibit 55 in Tennessee AG Action: E-Mails between Adam Mosseri and Fidji Simo regarding "Well-being *raw* notes" (MT-IG-AG-00163662-3664)] at 3663.

regulatory/political pressure on us going forward. Whilst this trend - focus on the impact of our services on kids - was already growing, it has intensified exponentially with the WSJ series. ***I'm worried that none of this is—yet—being reflected in Mark's decision making on head count [i.e., staffing] etc***."[98]

180. On November 10, 2021, Defendant Clegg again emailed Zuckerberg after receiving no response to his email on August 27, 2021. Clegg noted the wellbeing issue had become "a more critical focal point for policy makers [and] regulators" and "is not likely to diminish." Clegg reminded Zuckerberg that his proposal from August "was not funded" and pointedly asked if Zuckerberg was "supportive of funding [a] scaled back proposal." Clegg told Zuckerberg that "This investment is important to ensure we have the product roadmaps necessary to stand behind our external narrative of well-being on our apps, and soon in the metaverse. This work & narrative has of course become a more critical focal point for policymakers, regulators et al in recent weeks—this is not likely to diminish going forward."[99]

181. Clegg again requested funding and asked Zuckerberg "Given the increased urgency of all this since the initial escalation in August, are you supportive of funding this scaled back proposal?"[100] There is no evidence that Zuckerberg ever responded to Clegg.

182. Zuckerberg not only rejected pleas for desperately needed funds to address harm to minors and Teens, but he also was dismissive of management's concerns about the critical nature of harm posed to minors and Teens. On March 30, 2020, Monica Bickert, Meta's Vice President for Content Policy, emailed Defendants Sandberg and Clegg and Joel Kaplan, Meta's Vice President, Global Public Policy, to "flag next Thursday's meeting (4/2) with Mark [Zuckerberg] on 'Cosmetic Surgery AR [Augmented Reality] Effects.'" Bickert wrote, "The issue is whether to continue our October 2019 ban on certain facial filters that mimic plastic surgery (reshaping the chin or nose, etc.). Product wants to lift the ban,

---

[98] Exhibit 21 [Exhibit 58 in Tennessee AG Action: Chat Messages between Nick Clegg and Susan Li regarding a Wall Street Journal story (MT-IG-AG-00701697)] at 16967. *See also* Georgia Wells, Jeff Horwitz and Deepa Seetharaman, *The Facebook Files: Facebook Knows Instagram Is Toxic For Teen Girls, Its Research Shows --- Internal documents show a youth mental-health issue that Facebook plays down in public*, WALL ST. J. (Sept. 15, 2021).

[99] Exhibit 19 at 0674-75.

[100] *Id.*

but there are potential safety and [Instagram] brand risks—Nick [Clegg] is pretty worried about them." Bickert further noted, "***We spoke to 18 mental health experts around the world. Each one raised concern that cosmetic surgery filters could cause lasting harm, especially to young people***."[101]

183. A few days later, Sandberg responded to Bickert that she was supportive of the ban.[102] Zuckerberg, however, torpedoed that support, indicating he wanted to lift the ban, not keep it.[103]

184. In announcing that he had decided to lift Meta's ban on "Cosmetic Surgery AR Effects," Zuckerberg also declined an urgent request by Meta's VP of Product Design, who wrote to Zuckerberg, Sandberg, Clegg, and others to "express my disagreement even as we move to implement this decision." This executive - who noted that she was "a parent of two teenage girls - one of whom has been hospitalized twice in part for body dysmorphia" - pleaded for a "moderately protective stance here given the risk to minors." Zuckerberg rejected her request.

### F. The Individual Defendants Caused Meta to Make Materially False and Misleading Statements in SEC Filings, Press Releases, and Public Comments

185. In early 2019, the media started to publish stories about how Instagram was linked to teen suicide. The most prominent story involved the suicide of 14-year-old Molly Russell. On January 22, 2019, Molly Russell's father, Ian Russell, appeared in a BBC news segment titled "Instagram 'helped kill my daughter.'" Russell detailed how, after his daughter's November 2017 suicide, he discovered that she had been viewing material on Instagram linked to anxiety and depression and promoting self-injury and suicide. The BBC segment included graphic images and videos of the content that Russell had viewed, including content depicting self-harm and suicide that was available on Instagram. Russell told BBC that he "didn't know anything like that could possibly exist on a platform like Instagram."

186. Russell's interview drew the attention of Meta's advertisers and public officials and spurred the publication of numerous articles concerning the safety of Meta's platforms in the weeks that followed. For example, on January 23, 2019, BBC reported that advertisements for prominent British

---

[101] Exhibit 22 [Exhibit 73 in Tennessee AG Action: E-Mails between Nick Clegg, Sheryl Sandberg, Monika Bickert, Joel Kaplan, and a Redacted Party regarding "Cosmetic Surgery Filters" (MT-IG-AG-00698609-8611)].

[102] *Id*. at 8609.

[103] Exhibit 23 at 8471, 8473.

brands had appeared alongside "disturbing images and videos" on Instagram. BBC reported that they "were all unaware of the problem," "would never deliberately advertise next to such content," and wanted assurances from Instagram that such content would not appear.[104]

187. The Molly Russell story also resulted in calls for regulation of Instagram and Facebook. On January 28, 2019, Matt Hancock, the Secretary of State for Health and Social Care in the U.K., appeared in a BBC news segment to discuss content promoting self-injury and suicide on social media. Hancock stated, "If we think they [social media companies] need to do things they are refusing to do, then we can and we must legislate." And when asked if the U.K. would consider imposing extra taxes or ban social media companies altogether, Hancock responded, "Ultimately, parliament does have that sanction."[105]

188. The Individual Defendants immediately realized that the Molly Russell story would pose significant risks to Meta's business in and outside the U.K. As a result, they embarked on a campaign to conceal the truth and issue false public statements that would mislead the public and investors about the grave risks to Teen Health posed by Instagram and Facebook. Defendants Sandberg, Mosseri, Clegg and Davis immediately began emailing each other about how to downplay the Teen Health risks posed by Instagram and Facebook.

189. On January 7, 2021, Defendant Zuckerberg announced via his Facebook profile that former President Donald J. Trump would be banned from Facebook and Instagram "indefinitely and for at least the next two weeks." Meta referred the propriety of this indefinite suspension to its newly created Oversight Board on January 21, 2021. Meta disclosed the existence of X-Check to the Oversight Board when asked a direct question about whether Mr. Trump's page or account had been subject to ordinary content moderation processes. A brief, and misleading, discussion of X-Check ensued when, on May 5, 2021, following an over three-month review, Meta's Oversight Board issued a decision upholding Meta's indefinite ban. As part of that ruling, the Oversight Board recounted that the Company:

[104] *Facebook 'sorry' for distressing suicide posts on Instagram*, BBC (Jan. 23, 2019), https://www.bbc.com/news/uk-46976753.

[105] Exhibit 15, *Mental health: UK could ban social media over suicide images, minister warns*, BBC (Jan. 28, 2019), https://www.bbc.com/news/uk-47019912.

> [T]old the Board it applies a "cross check" system to some "high profile" accounts to "minimize the risk of errors in enforcement." For these accounts, Facebook sends content found to violate its Community Standards for additional internal review. After this escalation, Facebook decides if the content is violating. Facebook told the Board that "it has never had a general rule that is more permissive for content posted by political leaders."

190. Internal Meta documents obtained by CNN and quoted in an article dated October 24, 2021, showed that Meta employees internally acknowledged that Defendant Zuckerberg and Chief Technology Officer Mike Schroepfer played an active role in content moderation.

191. In February 2021, the Molly Russell story gained renewed attention when the coroner requested additional documents from Meta.

192. In the midst of this scrutiny, on March 18, 2021, Buzzfeed News leaked Meta's plans for Instagram Kids. Buzzfeed published an article reporting that "Facebook Is Building an Instagram for Kids Under the Age of 13."[106] The story caught the attention of Congress, with one representative tweeting, "I think this needs to be thought through 'just a bit' before implementing. Could be that this attracts the very thing it's trying to protect against." This was particularly sensitive timing for Meta because Defendant Zuckerberg's testimony before Congress was scheduled for the following week.

193. Just days later, the Individual Defendants falsely characterized Meta's internal research, in order to change the external narrative. On March 25, 2021, Defendant Zuckerberg testified before Congress. When asked about the impact of Instagram on teens and mental health, Defendant Zuckerberg told Congress that "***the research that we have seen is that using social apps to connect with other people can have positive mental health benefits***." Representative Debbie Lesko specifically asked Defendant Zuckerberg, "Do you believe that your platform harms children?" In response, Defendant Zuckerberg

[106] Ryan Mac, *Facebook Is Building An Instagram For Kids Under The Age Of 13*, BUZZFEED NEWS (Mar. 18, 2021), https://www.buzzfeednews.com/article/ryanmac/facebook-instagram-for-children-under-13.

falsely stated, "***Congresswoman, I don't believe so. This is something that we study and we care a lot about***."[107]

194. At the same hearing, Representative Cathy McMorris Rodgers asked Defendant Zuckerberg, "Do you agree too much time in front of screens, passively consuming content, is harmful to children's mental health?" Defendant Zuckerberg answered, "***I don't think that the research is conclusive on that.***" When Representative Rodgers pressed Defendant Zuckerberg on that point, he falsely stated that "***overall, the research that we have seen is that using social apps to connect with other people can have positive mental health benefits and well-being benefits***"—*i.e.*, the exact opposite of what Meta's own internal research had shown. In response to Representative Rodgers's concerns about "passively consuming content," Defendant Zuckerberg stated that it "***isn't necessarily negative. It just isn't as positive, as connecting***."

195. Representative Rodgers also asked Defendant Zuckerberg, "Has Facebook conducted any internal research as to the effect your products are having on the mental health of our children?" Defendant Zuckerberg acknowledged that "this is something that we try to study," and eventually admitted, "I believe the answer is yes." But Defendant ***Zuckerberg concealed what Meta's internal research had revealed about the severe harms its platforms caused to children's mental health***.

196. During the March 25, 2021, hearing, Defendant Zuckerberg misleadingly told Congress that children under the age of 13 were not allowed on Meta platforms that had advertisements, including Facebook and Instagram, and that if any were detected, Meta removed them, stating:

> "There is clearly a large number of people under the age of 13 who would want to use a service like Instagram. We currently do not allow them to do that . . . ***We don't allow children under the age of 13*** on the services that run advertising . . . ***children under the age of 13 are not allowed on Instagram*** . . . ***if we detect that someone might be under the age of 13, even if they lied, we kick them off***."

197. On March 31, 2021, Defendant Clegg published a long-form article on the website Medium, called "You and the Algorithm: It Takes Two to Tango." In the article, Clegg noted that he was addressing recent criticisms of social media and Facebook to assuage concerns—because, in his words,

---

[107] *Disinformation Nation: Social Media's Role in Promoting Extremism and Misinformation: Hearing Before the Subcomm. on Comnc'ns and Tech.*, 117th Cong. 100 (Mar. 25, 2021).

"people are only going to feel comfortable with these algorithmic systems if they have more visibility into how they work." Clegg specifically addressed the criticism that "social media fuels polarization, exploits human weaknesses and insecurities, and creates echo chambers where everyone gets their own slice of reality, eroding the public sphere and the understanding of common facts" and that "this is all done intentionally in a relentless pursuit of profit." In response to those allegations, ***Clegg misleadingly stated***: "***Facebook's systems are not designed to reward provocative content. In fact, key parts of those systems are designed to do just the opposite***." Thus, Defendant Clegg's statements created the false impression that Facebook's algorithm did not promote toxic or divisive content.

198. On April 27, 2021, Tristan Harris, a former Google employee and founder of the Center for Humane Technology, testified before the Senate that Facebook continued to incorporate user engagement as a critical element of its executive compensation metrics because "***their business model is to create a society that is addicted […]. That's just the fundamentals of how it works***."[108] Monica Bickert, Facebook's then-Head of Content Policy, also testified before the Senate that day, and did not dispute Mr. Harris's characterization of the Company's business model.

199. On April 27, 2021, Defendant Bickert testified at a hearing before the Senate Judiciary Committee Subcommittee on Privacy, Technology, and the Law. While discussing Meta's efforts to remove harmful content, Defendant Bickert stated:

> ***There are certain types of content we simply don't allow on our services. . . .and we've made significant progress identifying and removing content that violates our standards***. . . . The reality is that it's not in Facebook's interest—financially or reputationally—to push users towards increasingly extreme content. The company's long-term growth will be best served if people continue to use and value its products for years to come. If we prioritized trying to keep a person online for a few extra minutes, but in doing so made that person unhappy or angry and less likely to return in the future, it would be self-defeating. Even though troubling content is a very small proportion of the total content

---

[108] Senate Hearing on Social Media Algorithms Full Transcript April 27, available at https://www.rev.com/transcripts/senate-hearing-on-social-media-algorithms-full- transcript-april-27.

people see on our services (hate speech is viewed 7 or 8 times for every 10,000 views of content on Facebook), Facebook's long-term financial self-interest is to continue to reduce it so that advertisers and users have a good experience and continue to use our services.

200. During an earnings call the same day (April 28, 2021), in response to a direct question about whether Facebook's algorithm sometimes amplified "some of the more controversial content," ***Defendant Zuckerberg told investors that the Company did not "optimize our systems to increase the amount of time spent in News Feed," and stated regarding "extremist content or any of that stuff," that "we go out of our way to try to reduce that***." These statements were all knowingly false.

201. During the earnings call, Meta was asked whether Facebook's algorithm amplified "some of the more controversial content" on the platform. Defendant Zuckerberg replied, stating: "***Overall, I think that the narrative that you are pointing to is dramatically overstated by critics. We do not optimize our systems to increase the amount of time spent in News Feed*** . . . But you should start by trying to build something that's more valuable, not by trying to increase the time that people are spending," Zuckerberg continued: "So we've done that for years, and I think it's yielded good results . . . ***I actually think that our practices here are quite robust. And we don't want [] extremist content or any of that stuff on our services . . . we go out of our way to try to reduce that***."

202. Defendant Wehner supported Defendant Zuckerberg's statement on the call, saying that: "***I think more than anyone else in the industry, we invest on the safety and security side to sort of keep bad content off the site before it gets ranked and put into what people see.*** So we've got [] over 35,000 people on the safety and security side. We've got the most robust set of content policies out there. We do a quarterly call, public call around our content review process and procedures. So, I think that on the front before it even gets into the algorithm, I think ***we really do more than anyone else in the industry on the safety and security front to prevent things like misinformation and bad content going into the system in the first place***."

203. Analysts credited Facebook's purported ability and desire to moderate its content and believed that advertisers and regulators would view the Company favorably because of it. For instance, on the day of the April 28, 2021, earnings call, analysts from Morningstar noted that Meta was less likely

to face a downturn in advertising revenue from increasing regulations because it had "already begun allocating more resources to remove harmful content and misinformation, and improve overall content quality"; had "already become more hands-on in moderating the content distributed on [its] platform[]"; and "distributors like Facebook are already doing their best to oversee and moderate content."

204. After Defendant Zuckerberg testified before Congress in March 2021, members of Congress issued follow-up questions concerning the topics discussed. These questions were directed to Defendant Zuckerberg. On May 17, 2021, Defendants Zuckerberg and Meta submitted written responses to the questions directed to Defendant Zuckerberg (the "May 2021 Responses to Congress").

205. In the May 2021 Responses to Congress, Defendants Zuckerberg and Meta also stated that "[***w]e strive to enforce our policies consistently, without regard to religious or political affiliation. Our Community Standards apply to all content, and we assess everyone under those Standards. When we identify or learn of content that violates our policies, we remove that content regardless of who posted it***." Meta reiterated this notion throughout the May 2021 Responses to Congress, stating: "***We do not tolerate race-based attacks or harassment on our platform, and we do not permit bullying***." Meta noted that its "Community Standards consist of over twenty policies, including policies on Hate Speech and Bullying & Harassment, developed to help make Facebook and Instagram safe." Meta represented that when "we find content that violates our Community Standards, including those prohibiting hate speech and bullying, we remove it from Facebook."

206. The May 2021 Responses to Congress also stated that "***as part of" the algorithm process, the Company had "reduce[d] the distribution of many types of content - meaning that content appears lower in a person's News Feed - for a variety of reasons, including because the content is sensational, misleading, gratuitously solicits engagement, or is found to be false by our independent fact-checking partners***."

207. The May 2021 Responses to Congress also falsely stated: "Under our Misinformation and Harm policy, ***we remove misinformation that contributes to the risk of imminent violence or physical harm***." Finally, Meta also made representations regarding its ability to remove misinformation and other content that violated its Community Standards: "In addition to our content review teams, to enforce our

Community Standards, ***we have introduced tools that allow us to proactively detect and remove violating content using advances in technology, including artificial intelligence, machine learning, and computer vision . . . These advances in technology mean that we can now remove bad content more quickly, identify and review more potentially harmful content, and increase the capacity of our review team***."

208. On May 19, 2021, Defendants issued Meta's Community Standards Enforcement Report for the first quarter of 2021. In that report, Meta stated, "***We remove content that encourages suicide or self-injury on Facebook and Instagram***."

209. On May 26, 2021, Defendants introduced "Project Daisy" in an announcement called "Giving People More Control on Instagram and Facebook." In that announcement, referenced external research it used, stating, "We've been working closely with third-party experts to better understand how to empower people, build self-awareness and shape a more positive experience on Instagram. . . . We're also funding more external research about people's experiences on Instagram, and how we can improve our policies and products to support our community."

210. On May 26, 2021, Defendant Mosseri appeared on Good Morning America and was interviewed by several journalists. During the show, Mosseri was asked about Instagram's impact on Teen mental health. In response, Mosseri falsely downplayed the platform's negative effects, referencing external research that allegedly showed that Instagram had an insignificant impact. Of the findings of the research, Mosseri stated that: "It's facts stated the bi-directional, ***so small effects positive and small effects negative but it's quite small.***" Defendant Mosseri reiterated, "There's a lot of good that comes with what we do."[109]

211. The same day -- May 26, 2021 -- Meta held its Annual Shareholders Meeting. During the meeting, Meta opposed a proxy proposal that would have required Meta to take additional steps to address hate speech and violent content on its platform. During the meeting, a Meta spokesperson told

---

[109] *The Facebook Files, Part 2: 'We Make Body Image Issues Worse'*, WALL ST. J. (Sept. 14, 2021) https://www.wsj.com/podcasts/the-journal/the-facebook-files-part-2-we-make-body-image-issues-worse/c2c4d7ba-f261-4343-8d18-d4de177cf973 ("As recently as May, Facebook's Head of Instagram, Adam Mosseri, told reporters that the effect of the app on teen mental health seems to be 'Quite small.'").

shareholders that "our position on each proposal has already been set forth in the proxy statement." In that proxy statement, which Meta incorporated by reference during the Annual Shareholders Meeting, Meta stated that the actions sought in that proposal were not necessary in part ***because the Company "remove[s] information that breaks our rules on violence, bullying, and harassment***, and the other areas outlined in Facebook's Community Standards."

212. During the meeting, Meta also opposed a proxy proposal which would have required Meta to take additional actions to address child exploitation on its platforms. During the meeting, a ***Meta spokesperson told shareholders that no such action was necessary because the Company had "robust policies to help protect against child exploitation and content or behavior on our platform that puts the safety of children at risk***."

213. During the Annual Shareholders Meeting, Defendant Clegg reiterated the Company's statements that its Community Standards applied to every user:

> ***We always strive to enforce our policies evenly without regard to the political affiliation of those affected*** . . . Now, of course, that doesn't mean the politicians can just say things that clearly cause harm and ***our policies on hate speech, incitement and so on apply to everyone regardless of their position of power***. And those rules, our rules are set out in our Community Standards and they're available publicly and in considerable detail. ***So we – we're very clear, we remove content that poses specific harm to people, content intended to intimidate, exclude or silence views***.

214. The Individual Defendants' efforts to mislead and misdirect the public continued through the Spring, Summer, and Fall of 2021. Meta had announced in 2019 that it was going to implement a feature that would hide likes on users' posts. Internally, Meta referred to this project as "Project Daisy." But by 2021, Meta had decided it would not implement this feature because it had a negative effect on growth, even though Defendants knew that it had a statistically significant and positive impact on users' mental health.

215. The Individual Defendants also rejected and abandoned revisions and updates to the algorithm and to Meta's content-moderation policies even when those changes had proven effective at

reducing toxic content and its harms. For example, in April 2020, a data scientist at the Company proposed reducing deep reshares, which internal data and analyses showed was an effective measure to reduce the amount and spread of false content on the platform. Although Meta made that change in the spring of 2020 for civic and health information, Defendant Zuckerberg rejected his integrity team's proposal to expand the change to other types of content.

216. On April 9, 2021, the Director Defendants caused Meta to oppose a shareholder proposal that raised concerns about Meta's plans to apply end-to-end encryption on its platforms. In its opposition statement, published in Meta's proxy statement, the Company recommended that shareholders vote against the proposal based on Meta's purported "***active approach to child exploitation, including our proactive detection of bad actors***."

217. Contrary to Meta's assertion, however, the Individual Defendants knew (or at least recklessly disregarded) that Meta's platforms exposed children to serious safety issues, including child sexual exploitation.

218. On May 11, 2021, a Twitter user asked Defendant Mosseri, "do you believe social media is good for children under 13?" Mosseri responded by falsely stating, "***This is *the* question. The reality is there's little existing research, which means there will be strong differing opinions***."

219. In a segment with CBS News that aired on June 5, 2021, Defendant Clegg made the following comment after Meta banned President Donald Trump from its platform: "***Whether you are the Pope, the Queen, or the President of the United States, what we apply to everybody is you cannot use our services to say things which we think can deliberately lead to harm***."

220. On June 10, 2021, Meta issued a statement to CBS News, claiming that it "take[s] down any content that violates" the Company's rules prohibiting "sex trafficking and child exploitation" on its platforms:

> ***Sex trafficking and child exploitation are abhorrent and we don't allow them on Facebook. We have policies and technology to prevent these types of abuses and take down any content that violates our rules.*** We also work with safety groups, anti-trafficking organizations and other technology companies to address this and we report all apparent instances of child sexual exploitation to the National Center for Missing and Exploited Children.

221. Meta's statement above to CBS News on June 10, 2021, was materially false and misleading because—contrary to its claim that it "take[s] down any content that violates" its rules against "[s]ex trafficking and child exploitation"—Meta internally acknowledged in December 2020 that (i) "Child Safety" was a "problem area"; (ii) "manual human review[] [for Child Safety] is not monitored via the Ground Truth Machine"; (iii) the machine learning "process was not operating for the entire" first half of 2020 for certain "in-scope areas" and that the lapse was "due to human resources constraints and COVID restrictions"; and (iv) the Company lacked "a process to investigate" certain data quality failures concerning "[t]he Child Nudity/Child Exploitation Image[ry] (CNEI) problem."

222. On June 25, 2021, the Supreme Court of Texas issued an opinion in *In re Facebook, Inc.*,[110] which held that Section 230 of the CDA, 47 U.S.C. § 230, did not bar claims against Meta by three victims of sex trafficking under the Texas human trafficking statute (the "Texas Sex Trafficking Case").[111] In so holding, the court reviewed these victims' allegations that Facebook engaged in "overt acts" that "encourag[ed] the use of [the Company's] platforms for sex trafficking" including that:

> Facebook "creat[ed] a breeding ground for sex traffickers to stalk and entrap survivors"; that "***Facebook . . . knowingly aided, facilitated and assisted sex traffickers, including the sex trafficker[s] who recruited [Plaintiffs] from Facebook***" and "knowingly benefitted" from rendering such assistance; that "***Facebook has assisted and facilitated the trafficking of [Plaintiffs] and other minors on Facebook***"; and that Facebook "uses the detailed information it collects and buys on its users to direct users to persons they likely want to meet" and, "[i]n doing so, . . . facilitates human trafficking by identifying potential targets, like [Plaintiffs], and connecting traffickers with those individuals."[112]

223. The court found that "[r]ead liberally in Plaintiffs' favor, these statements may be taken as alleging affirmative acts by Facebook to encourage unlawful conduct on its platforms."[113] The court concluded that "[t]he available precedent indicates that Facebook enjoys no CDA immunity from claims

[110] 625 S.W.3d 80 (Tex. 2021).
[111] TEX. CIV. PRAC. & REM. CODE ANN. § 98.002(a).
[112] *In re Facebook*, 625 S.W.3d at 98.
[113] *Id.*

founded on such allegations" and therefore held that "[t]he plaintiffs' statutory human trafficking claims may proceed . . . ."[114]

224. The U.S. Supreme Court later denied Meta's petition for writ of certiorari in the Texas Sex Trafficking Case on March 7, 2022.[115] In his concurring opinion, Justice Thomas wrote that "Facebook allegedly 'knows its system facilitates human traffickers in identifying and cultivating victims,' but has nonetheless 'failed to take any reasonable steps to mitigate the use of Facebook by human traffickers' because doing so would cost the company users and the advertising revenue those users generate."[116] Justice Thomas observed that "[i]t is hard to see why the protection § 230(c)(1) grants publishers against being held strictly liable for third parties' content should protect Facebook from liability for its own 'acts and omissions.'"[117]

225. On July 27, 2021, Meta issued an announcement titled "Giving Young People a Safer, More Private Experience on Instagram." In this announcement, Meta claimed to prioritize the safety and privacy of young users, stating, "***We want young people to enjoy using Instagram while making sure we never compromise on their privacy and safety.*** We'll continue listening to young people, parents, lawmakers and other experts to build an Instagram that works for young people and is trusted by parents."

226. On July 27, 2021, Meta published a blog post titled "How Do We Know Someone Is Old Enough to Use Our Apps?" In it, Meta's then-VP of Youth Products, Pavni Diwanji, claimed that Meta had "convened a group of experts in the fields of online safety, child development and children's media to share their expertise, research and guidance." This resulted in a "comprehensive plan" by Meta to address child safety and well-being. Meta described itself as "fortunate to draw from multiple industry experts, organizations and bodies of research here," and ***stressed that Meta is "committed to working with experts and the broader industry" regarding the safety of young users***.

227. These statements were materially misleading and omitted material facts. It was materially misleading for Defendant Diwanji and Meta to tout the Company's work with "industry experts,

[114] *Id.* at 83.
[115] *See Facebook Cert.*, 142 S. Ct. 1087 (2022).
[116] *Id.* at 1088.
[117] *Id.*

organizations and bodies of research" without disclosing that Meta had conducted extensive internal research regarding safety issues affecting young users, and that research demonstrated that Instagram had severe negative impacts on young users' well-being. Meta's non-public internal research showed that "Content on [Instagram] makes teens feel very bad" and negative effects of Instagram on teenage girls were both "common" and "severe." The negative effects caused by Instagram included: (i) exacerbating body image issues for one in three teen girls; (ii) negative social comparison by two thirds of teen girls using Instagram; (iii) worsening effects of eating disorders for almost one in five teenage girls; and (iv) increased rates of self-injury and suicide in teenage girls.

228. On July 28, 2021, Meta held its earnings call for the second quarter of 2021. During the call, Defendant Zuckerberg made the following statement concerning the Company's ability to identify harmful content, which was purportedly improved significantly by the Company's investment in artificial intelligence:

> But basically, we have a very large investment in AI and we built out this platform that then all of our products use. So when we make foundational improvements, ***it makes ranking better in News Feed and in Reels and in ads, and it makes our spam detection and our integrity systems more effective at identifying stuff. Everything just gets better***. And this has really been one of the big tailwinds or waves that we've been riding.

229. On July 28, 2021, Meta executive Yann LeCun refuted a Twitter user's assertion that Facebook "is undermining the foundation of the American democracy by letting truth be flooded with misinformation," responding, "Social networks are scapegoats for society's ills. Do you have data to back up your claim? . . . You might want to consider the fact that for every person who encounters a conspiracy theory on FB, hundreds actually learn scientifically correct facts. . . . ***You may claim the FB amplifies ideas you disagree with, but it's simply false***."

230. The next day, on July 29, 2021, during an interview with Freedom House, a pro-democracy organization, Defendant Clegg was asked "There are people who study the issue of disinformation, who say that Facebook itself hasn't studied it closely enough, that you [inaudible] don't

understand yet exactly how it is that it spread so far and so fast. Valid criticism?" Clegg responded by representing that external research regarding misinformation was inconclusive:

> ***The idea that there is always a causal link between social media and polarization is not true*** . . . the research, and again this is what all independent researchers since you quite rightly laid such emphasis on them, have shown that oddly enough because most people on Facebook have a range of friends who you know stretch from childhood friends to you know work uh colleagues, to people they played sports with. You tend to have a more heterogeneous and mixed ideological composition of your friends on Facebook than you do if you read the same partisan newspaper or watch the same cable TV or news outlet. So social media is not as narrow in terms of its ideological diet. This is what independent researchers have proven that is often asserted.

231. During the same interview, Defendant Clegg was asked: "Nick, some people say you're really not interested in ending the, the controversy and the um, the very inflammatory content because it makes you money. So what's the greater interest for Facebook? Is it money, or is it democracy?" Clegg stated: "***I, I, flatly and vigorously reject this idea that Facebook has an incentive to spoon feed people sort of addictive extreme violent unpleasant hateful content. Why on earth would we want to do that?*** If we were to do that, people would not continue to use Facebook in five years' time, 10 years' time, 15 years' time. We know from our own research that if you want people to use Facebook for the long term, which we have a business interest in doing, we're, ***we're not interested in having someone addicted to using Facebook for 20 extra minutes we want this, this social media experience to be a wholesome meaningful one for the next 20 years . . . And that's why we take down as much hate, hateful speech . . . We, we, we catch the vast majority of it before anyone reports it to us . . . the idea that we have an incentive to prioritize this, is I think one of the most misleading allegations of, of uh, that the numerous critics that social media has these days***."

232. On August 4, 2021, Richard Blumenthal and Marsha Blackburn sent a letter to Zuckerberg calling on him to release Meta's internal research on the impact of its platforms on Teen health. The letter specifically asked Zuckerberg if "Facebook's research ever found that its platforms and products can

have a negative effect on children's and teens' mental health or well-being."[118] In response, Meta (on Zuckerberg's behalf) sent the senators a six-page letter that - notably - did not include the Company's own studies. Instead, Meta said there are many challenges with conducting research in this space, saying, "***We are not aware of a consensus among studies or experts about how much screen time is 'too much***,'" according to a copy of the letter reviewed by The Wall Street Journal.

233. On August 18, 2021, Zuckerberg appeared on Good Morning America to address concerns about misinformation surrounding COVID-19 vaccines. Host Gayle King asked Zuckerberg about the prevalence of misinformation on Facebook, asking, "I get that you all have taken down 18 million pieces of misinformation, but . . . how much misinformation have people viewed and shared? Do you have that number?" In response, ***Zuckerberg stated: "Well, if we see harmful misinformation on the platform, then we take it down. It's against our policies.*** So the 18 million number that I shared is the number of pieces of content that we've seen on the platform that we take down . . . that's the best number that we have in terms of what we have seen and what our systems have been able to detect."

234. It was materially misleading for Defendant Zuckerberg to state that "if [Meta] see[s] harmful misinformation on the platform, then we take it down," because "It's against our policies," without disclosing that, in truth: (i) Meta purposely "built a system that has exempted high-profile users from some or all of its rules," and allowed them to "violate [Meta's] standard without any consequences"; and (ii) the X-Check and whitelisting system shielded at least 5.8 million users from enforcement of Meta's Community Standards and content moderation rules, thus allowing those users to harass other Meta platform users and spread misinformation, hate speech, incitement, and other harmful content.

235. On September 13, 2021, The Wall Street Journal began publishing a series of articles that the newspaper dubbed its "Facebook Files Investigation." The articles were based on "internal documents," many provided by Frances Haugen, and "interviews with dozens of current and former employees" of Facebook.[119]

---

[118] Sens. Blumenthal and Blackburn, Letter to Facebook CEO Mark Zuckerberg re: "Internal Research on Children's Mental Health" (Aug. 4, 2021).

[119] Jeff Horwitz, *Facebook Says Its Rules Apply to All. Company Documents Reveal a Secret Elite That's Exempt*, WALL ST. J. (Sept. 13, 2021), https://www.wsj.com/articles/facebook-files-xcheck-zuckerberg-elite-rules11631541353?mod=articleinline.

236. In response to the first article by The Wall Street Journal on September 13, 2021, Meta's stock price declined by $2.18 per share, from $378.69 per share on September 10, 2021, to $376.51 per share on September 13, 2021, on heavy trading volume of over 13 million shares, erasing nearly $5.2 billion of Meta market capitalization in a single day.

237. Even as The Wall Street Journal reported that Meta exempted high-profile users from some or all of its platform rules, Meta continued to mislead investors. In a statement published with the Journal's report on September 13, 2021, ***Meta spokesman Andy Stone stated that X-Check "was designed for an important reason: to create an additional step so we can accurately enforce policies on content that could require more understanding***." Stone also stated that a "lot of this internal material is outdated information stitched together to create a narrative that glosses over the most important point: Facebook itself identified the issues with cross check and has been working to address them."

238. Less than two hours after that Journal report was published, Stone issued a series of Twitter posts, falsely claiming that the Company had fully and accurately explained the X Check program to users on July 17, 2018, in a response to a news story on cross check aired by Britain's Channel 4 Dispatches show, titled "Working to Keep Facebook Safe." Stone reiterated in his comments that X-Check "was designed for an important reason: to create an additional step so we can accurately enforce policies on content that could require more understanding." Stone further stated that X-Check simply "g[a]ve a second layer of review to content from high-Profile Pages or Profiles to ensure correct application of our policies" and assured investors that "[t]here aren't two systems of justice; it's an attempted safeguard against mistakes." Moreover, the July 17, 2018, response, now incorporated by reference and republished by Defendant Stone on September 13, 2021, made additional false claims concerning the X-Check program. For example, in that post, Meta stated:

> ***We want to make clear that we remove content from Facebook, no matter who posts it, when it violates our standards***. ***There are no special protections for any group—whether on the right or the left.*** 'Cross Check'—the system described in Dispatches—simply means that some content from certain Pages or Profiles is given a second layer of review to make sure we've applied our policies correctly. . . . ***To be clear, cross***

***checking something on Facebook does not protect the profile, Page or content from being removed. It is simply done to make sure our decision is correct***.

239. On September 14, 2021, prior to the market opening, The Wall Street Journal released its second Facebook File titled "Facebook Knows Instagram Is Toxic for Many Teen Girls, Company Documents Show" (the "September 14 Facebook File"). The public learned that Meta had conducted and then concealed and mischaracterized internal research regarding the damaging impact of Instagram on the mental health of young users, especially teenage girls.

240. Meta's internal studies belied its public statements: "We make body image issues worse for 1 in 3 teen girls," according to the November 5, 2019 "Hard Life Moments – Mental Health Deep Dive" presentation. The Wall Street Journal presented shocking internal study results showing that among a group of teens who reported suicidal thoughts, 13% of British users and 6% of American users traced the desire to kill themselves to Instagram.

241. The Individual Defendants caused Meta to choose profits over Teen Health. Meta's reason for concealing its internal research was obvious—any revelation that further reduced teen and child use of Instagram, such as a direct connection between Instagram use and poor mental health—would impact Meta's profits.

242. On September 16, 2021, The Wall Street Journal published an article titled "Facebook Employees Flag Drug Cartels and Human Traffickers. The Company's Response Is Weak, Documents Show."[120] The article stated that "[s]cores of internal Facebook documents reviewed by The Wall Street Journal show employees raising alarms about how its platforms are used in some developing countries, where its user base is already huge and expanding. They also show the company's response, which in many instances is inadequate or nothing at all."[121] Rather, "[w]hen problems have surfaced publicly, Facebook has said it addressed them by taking down offending posts. But it hasn't fixed the systems that

---

[120] Justin Scheck, Newley Purnell, Jeff Horwitz, *Facebook Employees Flag Drug Cartels and Human Traffickers. The Company's Response Is Weak, Documents Show*, WALL ST. J. (Sept. 16, 2021), https://www.wsj.com/articles/facebook-drug-cartels-humantraffickers-response-is-weak-documents-11631812953.
[121] *Id.*

allowed offenders to repeat the bad behavior."[122] Much of the misconduct reported in the article to which Meta exhibited an inadequate or nonexistent response involved sex trafficking, human trafficking, and human exploitation on Meta's platforms. Among other things, the article stated:

> Scores of internal Facebook documents reviewed by The Wall Street Journal show employees raising alarms about how its platforms are used in some developing countries, where its user base is already huge and expanding. They also show ***the company's response***, which in many instances ***is inadequate or nothing at all***.
>
> ***Employees flagged that human traffickers in the Middle East used the site to lure women into abusive employment situations in which they were treated like slaves or forced to perform sex work***. Facebook removes some pages, though ***many more operate openly***, according to the documents.
>
> ***In some countries where Facebook operates, it has few or no people who speak the dialects needed to identify dangerous or criminal uses of the platform, the documents show***.
>
> When problems have surfaced publicly, Facebook has said it addressed them by taking down offending posts. But ***it hasn't fixed the systems that allowed offenders to repeat the bad behavior. Instead, priority is given to retaining users, helping business partners and at times placating authoritarian governments***, whose support Facebook sometimes needs to operate within their borders, the documents show.

243. In an internal summary about the episode, a Facebook researcher wrote: "Was this issue known to Facebook before BBC enquiry and Apple escalation?" The next paragraph begins: "Yes."

[The remainder of this page is intentionally left blank.]

---

[122] *Id.*


from the files

Was this issue known to Facebook before BBC enquiry and Apple escalation?

Yes. Throughout 2018 and H1 2019 we conducted the global Understanding Exercise in order to fully understand how domestic servitude manifests on our platform across its entire life cycle: recruitment, facilitation, and exploitation.

Domestic Servitude is a form of trafficking of people for the purpose of working inside private homes through the use of force, fraud, coercion or deception. It involves performing a range tasks such as: cooking, cleaning, laundry, child-minding.

As a result of the Understanding Exercise, we created comprehensive enforcement philosophy - Policy language and Operational Guidelines - based primarily on market insights from the MENA and SSA regions, where the issue has been most present. Our research recognised the risks resulting from mitigation strategy based on user reports: similarly to other human exploitation abuses, domestic servitude has been highly underreported by the platform

Source: 2019 internal report titled 'Apple Escalation on Domestic Servitude - how we made it through this SEV'

244. The September 16, 2021, Wall Street Journal article also reported that, contrary to the Company's representation that its rules applied to everyone, many "VIP" users and their content were subject to review at the highest levels of the Company, including by Defendant Zuckerberg: "At times, pulling content from a VIP's account requires approval from senior executives on the communications and public-policy teams, or even from Mr. Zuckerberg or Chief Operating Officer Sheryl Sandberg." A September 2020 memo also described what the Journal called "daily interventions in [the Company's] rule-making and enforcement process by both Facebook's public-policy team and senior executives."

245. Defendant Zuckerberg has admitted that he personally made the decision to leave up President Trump's May 28, 2020 post (discussing protests after George Floyd's death) that "When the looting starts, the shooting starts." Meta's automated systems had scored that post a 90 out of 100, indicating a "high likelihood" it violated the Company's content-moderation policies.

246. An Associated Press report dated October 27, 2021, described an internal Company research memo dated June 5, 2020, documenting the fallout from Trump's post: "it wasn't until after

Trump posted about Floyd's death that the reports of violence and hate speech increased 'rapidly' on Facebook across the country, an internal company analysis of the ex-president's social media post reveals."

> [t]he internal analysis shows a five-fold increase in violence reports on Facebook, while complaints of hate speech tripled in the days following Trump's post. Reports of false news on the platform doubled. Reshares of Trump's message generated a "substantial amount of hateful and violent comments," many of which Facebook worked to remove. Some of those comments included calls to "start shooting these thugs" and "f--- the white."
>
> By June 2, "we can see clearly that the entire country was basically 'on fire,'" a Facebook employee wrote of the increase in hate speech and violence reports in the June 5 memo.

247. On September 21, 2021, following The Wall Street Journal's September 13 Facebook File detailing Meta's cross-check and whitelisting practices, the Company's Oversight Board issued a report. The report suggested that the Oversight Board had been misled by the Individual Defendants and stated:

> Last week, new information emerged on Facebook's 'cross-check' system . . . . This information came to light due to the reporting of the Wall Street Journal, and we are grateful to the efforts of journalists who have shed greater light on issues that are relevant to the Board's mission. These disclosures have drawn renewed attention to the seemingly inconsistent way that the company makes decisions, and why greater transparency and independent oversight of Facebook matter so much for users.
>
> In light of recent developments, we are looking into ***the degree to which Facebook*** has been fully forthcoming in its responses in relation to cross-check, including the practice of whitelisting. . . .
>
> At the Oversight Board, we have been asking questions about cross-check for some time. In our decision concerning former US President Donald Trump's accounts, we warned that a lack of clear public information on cross-check and Facebook's 'newsworthiness exception' could contribute to perceptions that Facebook is unduly influenced by political and commercial considerations. . . .
>
> It is crucial that we continue to ask questions on cross-check, and publish the ***answers for people to see.*** Transparency is essential for social media platforms. . . . By having clear rules and enforcing them consistently, platforms can give users the confidence that they'll be treated fairly. . . .
>
> Since we published our first decisions in January, we have been shining a light on ***Facebook's opaque rules*** and steering the company towards greater

transparency . . . .

248. The Oversight Board stated that it would continue to investigate the extent to which Company management had not been truthful about its cross-check and whitelisting practices and would be "reporting what we hear from this as part of our first release of quarterly transparency reports which we will publish in October."

249. On September 26, 2021, Meta published an article on the Company's Newsroom website. In that article, Meta attempted to rebut the claims made in the Journal's article concerning teenage girls and the internal Meta documents. ***Meta claimed that "among those same girls who said they were struggling with body image issues, 22% said that using Instagram made them feel better about their body image issues and 45.5% said that Instagram didn't make it either better or worse (no impact)***."

250. On September 30, 2021, Antigone Davis appeared at a Congressional hearing and ***testified that Meta takes the "well-being" of its platforms' "youngest" users "very seriously"; had "invested significant resources in protecting teens online***."

251. During her testimony, Davis also falsely claimed that Meta's research had found Instagram helped teens struggling with mental health issues—when in fact (as discussed above) just the opposite was true. Davis's false testimony included:[123]

- "***The research showed that many teens said that Instagram is helping them with [hard] issues that are so common to being a teen.*** In fact, one of the main slides referenced in the article includes a survey of 12 difficult and serious issues like loneliness, anxiety, sadness, and eating disorders. We asked teens, who told us that they were struggling with these issues, whether Instagram was making things better, worse, or having no effect. ***On 11 of the 12 issues, teen girls who said they struggled with those issues were more likely to say that Instagram was affirmatively helping them not making it worse.***"

- "I think what's been lost in this report is that in fact ***with this research we found that more teen girls actually find Instagram helpful. Teen girls who are suffering from these issues find Instagram helpful than not***."

[123] Exhibit 24 at 0338 (*Protecting Kids Online: Hearing Before Subcomm. on Consumer Protection, Product Safety, and Data Security of the S. Comm. on Commerce, Science, and Transportation*, 117th Cong. (2021) (testimony of Antigone Davis, Global Head of Safety, Meta Platforms)).

- **[Senator Luján]**: "[Yes] or no, does Facebook have internal research indicating that Instagram harms teens, particularly harming perceptions of body image, which disproportionately affects girls?"
- ***[Davis]****: "*. . . ***What our research showed was that, for people who are struggling with these issues, that actually more of them found their engagement on Instagram helpful than harmful. In fact, of the 12 issues that we looked at, 11 of those were the case for young girls, and 12 of 12 for teen boys****."*

- "***[T]he research showed that many more people-- actually, more teens found the Instagram use helpful when they were struggling with these particular issues***. Our research is not bombshell research. It's research that is – correlates to similar research out of Harvard, out of Pew, out of Berkeley. That doesn't mean we don't take it seriously. We do this research to improve our product, to make our products better for young people, to provide them with a positive experience. Right now, young people tell us, eight out of 10 tell us, that they have a neutral or positive experience on our app. We want that to be 10 out of 10. If there's someone struggling on our platforms, we want to build product changes to improve their experience and help support them."

252. During her testimony, Davis also claimed that Instagram was not addictive, stating, "***So I disagree with calling our product addictive***... one of the things actually that we've done to actually to try to address that, is to make people aware of how much time they're spending. There's a dashboard where they can see it. They can actually set a reminder to let them know that they've been on so that they'll get off. In addition, we're looking at something called take a break, which would prompt somebody when they've been on to take a break."

253. Davis' comments were not unique or isolated. During the relevant time period, several of the Individual Defendants ***also falsely denied that Facebook and Instagram were addictive***, despite intentionally designing Meta's platform to be addictive (based on their research into adolescents' psychological vulnerabilities) and internally acknowledging their platforms' addictive properties.

254. In February 2018, Meta employees discussed "refining [their] counter-messaging around the addiction narrative" and decided that "we should be testing messages," including the following "addiction PR responses": "We're taking it seriously"; "[t]he research on this [i.e., 'on addiction'] is BS";

"[t]he whole dopamine thing is completely made up and based on no research"; and "[t]here's no agreement on what is meant by addiction."[124]

255. As another example of the Defendants' denials regarding the addictive nature of Facebook and Instagram, on September 30, 2021, when appearing before Congress, Defendant Antigone Davis falsely reassured Congress that Meta's platforms were neither addictive nor designed to maximize users time on the platforms: ***"I disagree with calling our product addictive. I also think that's not how we build products."***[125]

256. On October 3, 2021, Frances Haugen, one of the key sources of information for The Wall Street Journal's series of September 2021 news articles, appeared on 60 Minutes. The next day, on October 4, 2021, 60 Minutes published on its website eight complaints that Ms. Haugen had filed with the SEC.[126] One of Ms. Haugen's complaints to the SEC was titled "Facebook misled investors and the public about its promotion of human trafficking / slavery / servitude."[127] This complaint quoted an internal Meta document titled "28/27 Domestic Servitude Global Analysis document" which stated that "[w]e have observed increasing number [sic] of reported content that indicates that the platform is being used to coordinate and promote domestic servitude … real world harm caused by domestic servitude as well as risk to the business due to potential PR [i.e., public relations] … fires."[128]

257. The same complaint quoted further internal Meta documents which stated that: "[D]ue to the underreporting of this behaviour and absence of proactive detection, newly created and existing content not captured in the IG [i.e., Instagram] sweep meant that domestic servitude content remained on the platform"; "***we are under-enforcing on confirmed abusive activity with a nexus to the platform***"; and ***"[o]ur investigative findings demonstrate that … our platform enables all three stages of the***

---

[124] E-Mails between David Ginsberg and others at Meta regarding "MSI and Well-Being Research Update, 2/12/18" (METADEDR-001-00082730-2733)] at 2730.

[125] Exhibit 24 at 0397.

[126] *See* Keith Zubrow, Maria Gavrilovic, and Alex Ortiz, *Whistleblower's SEC Complaint: Facebook Knew Platform Was Used to "Promote Human Trafficking and Domestic Servitude,"* 60 MINUTES (Oct. 4, 2021), https://www.cbsnews.com/news/facebookwhistleblower-sec-complaint-60-minutes-2021-10-04/.

[127] Available at https://drive.google.com/file/d/1ItiZR_n1_xB3gzkJZ9uvd6pUOYRMGIex/view.

[128] *Id*. at 3.

***human exploitation lifecycle (recruitment, facilitation, exploitation) via complex realworld networks… The traffickers, recruiters, and facilitators from these 'agencies' used FB profiles, IG profiles, Pages, Messenger, and WhatsApp****….*"[129]

258. On October 5, 2021, Ms. Haugen testified before the U.S. Senate's Sub-Committee on Consumer Protection, Product Safety, and Data Security. In her written statement, Ms. Haugen testified that Facebook's "leadership keeps vital information from the public, the U.S. government, its shareholders, and governments around the world. The documents I have provided prove that Facebook has repeatedly misled us about what its own research reveals about the safety of children, its role in spreading hateful and polarizing messages, and so much more."[130] Ms. Haugen further testified that "Facebook's closed design means it has no oversight—even from its own Oversight Board, which is as blind as the public."[131]

259. Meta's internal documents and communications show not only widespread awareness and concern about the role of the Company's News Feed algorithm in promoting and spreading toxic content, but also that senior Company executives rejected proposed fixes to reduce toxic content. Haugen explained to The Wall Street Journal, as reported on October 3, 2021, that driving engagement was a major focus for Meta, and key internal policy decisions were focused on maximizing and maintaining engagement even at the expense of safety.

> Ms. Haugen said the company seemed unwilling to accept initiatives to improve safety if that would make it harder to attract and engage users, discouraging her and other employees.
>
> "What did we do? We built a giant machine that optimizes for engagement, whether or not it is real," read a presentation from the Connections Integrity team, an umbrella group tasked with "shaping a healthy public content ecosystem," in the fall of 2019. The presentation described viral misinformation and societal violence as among the results.

---

[129] *Id.* at 4-5.
[130] Statement of Frances Haugen (Oct. 4, 2021), available at https://www.commerce.senate.gov/services/files/FC8A558E-824E-4914-BEDB-3A7B1190BD49.
[131] *Id.*

260. Haugen similarly told 60 Minutes in her interview that aired on October 3, 2021, that "Facebook has realized that if they change the algorithm to be safer, people will spend less time on the site, they'll click on less ads, they'll make less money."

261. Moreover, between at least September 2020 and March 2023, Defendants Zuckerberg, Kimmit, Travis, Clegg, Cox, Mosseri, Newstead, Sandberg, Schroepfer, Travis, and Wehner each received daily "Topline News" emails that summarized that day's most salient national and international news articles concerning Meta, which articles repeatedly discussed the harm to minors and Teens from using Facebook and Instagram.[132] These stories discussed teen suicide, pedophiles, drugs being pedaled to Instagram users, human trafficking, addiction, and other serious problems afflicting minors and Teens who used Meta's platforms. Defendants ignored these glaring red flags that were splashed over the nation's front-page news for more than a decade.

262. On October 11, 2021, Meta's Oversight Board announced that it would be meeting with whistleblower Frances Haugen in the coming weeks, and that "Board members appreciate the chance to discuss Ms. Haugen's experiences and gather information that can help push for greater transparency and accountability from Facebook through our case decisions and recommendations."

263. On October 21, 2021, the Oversight Board published its first set of transparency reports. That set of reports included a "Special report on Facebook's cross-check system," based on "information provided in a briefing by Facebook on cross-check requested by the Board following the disclosures." In its report, ***the Oversight Board reported its findings that the Company "has not been fully forthcoming in its responses on cross-check. On some occasions, Facebook failed to provide relevant information to the Board, while in other instances, the information it did provide was incomplete***." Indeed, "the company admitted that it should not have said cross-check only applied to a 'small number of decisions.' Facebook . . . recognized its phrasing could come across as misleading."

[132] Earlier "Topline News" emails beginning in August 2019 were sent to a smaller group including Zuckerberg, Clegg, Sandberg, Schroepfer, and Newstead.

264. As Kate Klonick, a law professor whom the Company hired to study the Oversight Board's formation and process, told the Journal, "***Why would they spend so much time and money setting up the Oversight Board, then lie to it? This is going to completely undercut it***."

265. On October 22, 2021, The Washington Post reported that another Meta whistleblower filed a complaint with the SEC that alleged that Meta's top leadership failed to warn investors about serious problems at the Company resulting from its desire for growth and profits over combatting hate speech, misinformation, and other threats to the public. The whistleblower was a member of Meta's Integrity Team, and the whistleblower's affidavit viewed by The Washington Post was signed under the penalty of perjury.

266. While The Wall Street Journal had exclusive access to the internal Meta documents that Frances Haugen copied and took with her before leaving the Company when it rolled out the Facebook Files discussed herein, Ms. Haugen broadened access to these documents in mid-October 2021. At that time, Haugen provided redacted copies of some subset of the 11,000 documents to an initial group of journalists from 17 media outlets, a group that expanded slightly over time. The journalists agreed to work together in reviewing these documents, and began publishing their findings on Monday, October 25. The consortium published dozens of articles, referred to loosely as the Facebook Papers, over a matter of weeks, many of which corroborated and expanded on the information first disclosed in the Facebook Files.

267. For example, one article published by Bloomberg on October 25, 2021, titled "Facebook, Alarmed by Teen Usage Drop, Left Investors in the Dark," described a March 2022 report prepared for Chief Product Officer Chris Cox. That report, together with other documents released by Haugen, "paint a stark picture of the years-long decline in growth metrics for key user groups, like teens and young adults in the U.S., on the flagship Facebook app." According to Bloomberg, the internal reports showed:

- Young people are spending less time on the service.
- Fewer teens are signing up.
- Many new teen accounts are duplicates, rather than unique new users.
- Users across age groups are creating fewer posts.

• Despite detailed research, employees don't fully understand why these trends are happening or why product changes have failed to reverse them.

268. Despite this internal report's conclusions, Bloomberg reported that "Facebook executives have been markedly less forthcoming about those concerns in public" and, as a result of that and other positive revenue increases, "the declines among teens and young adults on Facebook have been almost invisible to outsiders." Bloomberg reported that Facebook concealed this information previously because "Facebook doesn't break down its user numbers by age group, and it has evaded questions from Wall Street analysts about the main app's popularity with young people."

269. On November 18, 2021, Meta received a civil investigative demand ("CID") from seven states, led by Massachusetts, seeking to investigate the impact of Meta's platforms on Teen users. The Board was told about the CID on December 9, 2021, but the Board evidently never discussed the CID.

270. In December 2021, Defendant Mosseri stated the following in his prepared testimony to Congress: "***If a child is under the age of 13, they are not permitted on Instagram***. When we learn someone underage has created an account, we remove them. We've put in place multiple protections to create safe and age-appropriate experiences for people between the ages of 13 and 18" on Instagram.[133]

271. On April 8, 2022, Meta filed its annual proxy statement. Once again, a Meta stockholder made a "Shareholder Proposal Regarding Child Sexual Exploitation Online" which stated, among other things, that "[i]n 2020, 79 percent of U.S. underage sex trafficking victims recruited online were recruited through Facebook or Instagram" (the "2022 Stockholder Proposal").[134]

272. The Proxy noted that the "Shareholders request[ed] that the Board of Directors issue a report by February 2023 assessing the risk of increased sexual exploitation of children as the Company develops and offers additional privacy tools such as end-to-end encryption."[135]

[133] Exhibit 25 [Exhibit 89 in Tennessee AG Action] at 2 (*Protecting Kids Online: Hearing Before Subcomm. on Consumer Protection, Product Safety, and Data Security of the S. Comm. on Commerce, Science, and Transportation*, 117th Cong. (2021) (testimony of Adam Mosseri, Head of Instagram, Meta Platforms).

[134] Meta, Proxy Statement (Schedule 14A) at 80 (Apr. 8, 2022).

[135] *Id.*

273. As it had in 2020 and 2021, Meta's Board refused and "recommend[ed] a vote AGAINST the shareholder proposal."[136] In support of its recommendation, Meta claimed that "[f]or years we have been tackling this issue using the most advanced technologies"; ***"[w]e continue to increase our investment in people and technology with dedicated teams to help find and remove more harmful content— increasingly before people even see it***"; and that ***"[w]e deploy technology to proactively surface illegal child exploitative content and activity, including through detection technology, machine learning and artificial intelligence techniques.***"[137]

274. Meta's statements to shareholders in its April 8, 2022, proxy were materially misleading because in fact Meta did not use its "machine learning" technology "for problem areas such as Child Safety." And while Meta publicly claimed to have been "tackling this issue" for "years" including by "remov[ing] more harmful content—increasingly before people even see it", internally Meta was acknowledging that "[s]ignificant [i]mprovements [are] needed" to Meta's "Child Safety Operations," Meta's "Child Safety team" had "[i]nsufficient resources for reporting controls," "Potential Minor Sexualization (MS) violations [were] not enqueued for human review," and a "percentage of [Instagram] content [was] classified [i.e., as involving [minor sexualization] violations] but [was] not enqueued [for human review]."

275. On June 16, 2022, the Human Trafficking Institute publicly released the 2021 Human Trafficking Report ("2021 HTI Report").[138] The 2021 HTI Report found that since 2000, traffickers have recruited 55% of sex trafficking victims online, usually through social media platforms, web-based messaging apps, online chat rooms, classified advertisements, or job boards.

276. The 2021 HTI Report further found that when an online platform was used to recruit victims for criminal sex trafficking in new cases filed in 2019, 2020, and 2021, Facebook was used in 41% of the cases (more than twice as much than any other platform) and Instagram was used in 15% of the cases. In other words, based on these statistics the 2021 HTI Report concluded that more sex

---

[136] *Id.* at 83.
[137] *Id.* at 82.
[138] https://traffickinginstitute.org/2021-fhtr-is-now-available/.

trafficking has occurred on Meta's two largest platforms than on every other platform in the world combined, as reflected in the attached chart:




277. On November 7, 2023, Facebook whistleblower Arturo Bejar ("Bejar") testified before the Senate's Subcommittee on Privacy, Technology, and the Law. Bejar had served as the senior engineering and product leader at Facebook from 2009 to 2015 where he reported to Facebook's Chief Technology Officer Mike Schroepfer, who in turn reported to Zuckerberg. Before leaving the Company, Bejar sent emails to Meta's executive team regarding alarming findings concerning harm caused by the Company's products. In 2019, Bejar returned to Facebook as an independent consultant.

278. Bejar reported that when he returned in 2019, "[a]lmost all of the work that I and my colleagues had done during our earlier stint at Facebook through 2015 was gone. The tools we had built for teenagers to get supported when they were getting bullied or harassed were no longer available to them." At Instagram, the product and research teams "had developed some very troubling evidence that young teens were experiencing great distress and abuse on the Instagram platform. But senior management was externally reporting different data that grossly understated the frequency of harm experienced by users."

279. Bejar detailed his findings to Zuckerberg and other senior executives. He explained that ***the Instagram reporting process was "grossly understat[ing] misconduct on the site***," based on surveys

from users. He also reported that data from the research team indicated that 'as many as 21.8% of 13-15 year olds said they were the target of bullying in the past seven days, [and] 39.4% of 13-15 year old children said they had experienced negative comparison in the past seven days."

280. According to Bejar rather than address the issue, "***Meta continue[d] to publicly misrepresent the level and frequency of harm that users, especially children, experience on the platform***, and they have yet to establish a goal for actually reducing those harms and protecting children."

**G. Defendants Cause Meta to File a Materially False and Misleading Proxy Statement in 2024**

281. On March 29, 2024, Meta filed its annual proxy statement on Form 14A with the SEC, and distributed the proxy statement to its shareholders, including Plaintiff. The Proxy Statement was approved and signed by each of the Company's directors at the time, who were Peggy Alford, Marc L. Andreessen, John Arnold, Andrew W. Houston, Nancy Killefer, Robert M. Kimmitt, Sheryl Sandberg, Hock E. Tan, Tracey T. Travis, Tony Xu, and Mark Zuckerberg.

282. The 2024 Proxy Statement was materially false and misleading because it made misrepresentations and omissions regarding the extent to which Meta is taking adequate steps to protect children on its social media platforms and the risks to the Company from failing to do so.

283. In response to growing concern that Meta's social media sites, especially Instagram, have become infiltrated with pedophiles and sexual predators, a Meta shareholder has included a proxy proposal that would require Meta to do more to protect minors. But the Defendants have caused Meta to recommend against that proposal, misrepresenting that the Company already has in place effective controls. The Proxy states:

> ***We seek to prevent child exploitation through a number of measures, including using sophisticated technology, to proactively find and take action on such content***.
>
> ***Preventing child exploitation is one of the most important challenges facing our industry today***. Online predators are determined criminals who use multiple apps and websites to target young people. They also test each platform's defenses, and they learn to quickly adapt. That is why ***we are working hard to stay ahead***.

We have invested in a combination of technologies and tools designed to provide options to verify age, and protect young people's privacy, even in the absence of clear standards regarding online age verification.[139]

284. The 2024 Proxy also stated:

- ***To help protect teens under the age of 18 from unwanted contact on Instagram, we restrict adults from messaging teens that do not follow them, and we limit the type and number of direct messages people can send to someone who does not follow them to one text-only message***. In addition, in January 2024, we announced that we are starting to hide more types of content for teens on Instagram and Facebook.
- ***We have developed new technology that allows us to find accounts that have shown potentially suspicious behavior and help prevent those accounts from interacting with young people's accounts***. We automatically disable accounts if they exhibit a certain number of the 60+ signals we monitor for potentially suspicious behavior.[140]

285. The Proxy also stated that:

***Building on our efforts to protect younger people and their privacy on Facebook and Instagram, we are developing new tools and educational resources, as well as working with the National Center for Missing and Exploited Children, to help stop the spread of young people's intimate images online***.[141]

286. The Proxy also represented that based on Meta's Q4 2023 Community Standards Enforcement Report, "***the prevalence of violating content on Facebook and Instagram remained relatively consistent with the previous quarter across a wide range of violation areas," suggesting that "the vast majority of content that users generally encounter does not violate Meta's policies***."[142]

287. The Proxy also sought re-election of Meta's directors based on their alleged success in providing effective oversight of management and implementing effective internal controls to protect Meta against its key enterprise risks.

288. As demonstrated more particularly *infra*, these statements were false and misleading.

---

[139] *See* 2024 Proxy at p. 94.
[140] *Id.* at 42.
[141] *Id.* at 43.
[142] *Id.* at p. 40.

289. The 2024 Proxy represented that one of the Company's Principles is to keep people safe who use its products:

**<u>OUR PRINCIPLES</u>**

Our principles embody what we stand for and guide our approach to how we build technology for people and their relationships.

- **Give People a Voice** -- People deserve to be heard and to have a voice—even when that means defending the right of people we disagree with.
- **Build Connection and Community** -- Our services help people connect, and when they're at their best, they bring people closer together.
- **Serve Everyone** -- We work to make technology accessible to everyone, and our business model is ads so our services can be free.
- **Keep People Safe and Protect Privacy** -- We have a responsibility to promote the best of what people can do together by keeping people safe and preventing harm.

290. The Proxy heralded Meta's "Community Standards" as providing robust and effective measures to protect users' safety on Facebook and Instagram. The Proxy stated:

"**Our Community Standards**. ***We are committed to*** both giving people a voice and ***keeping people safe on our platform***. This is why we developed Facebook's Community Standards and Instagram's Community Guidelines to define what is and is not allowed on Facebook and Instagram. Facebook's Community Standards are available at transparency.fb.com/policies/community-standards and Instagram's Community Guidelines are available at facebook.com/help/instagram. We have also established a Stakeholder Engagement program to gather insights from a diverse range of stakeholders, including civil society organizations, activist groups, academics, and other thought leaders to inform the development of Facebook's Community Standards and Instagram's Community Guidelines and other policies. We publish more information about how we update our policies, measure results, work with other organizations, engage with external stakeholders and enforce our standards at transparency.fb.com/policies/improving.

**Community Standards Enforcement and Independent Assessment**. ***We are focused on enforcing our community standards to help ensure the safety and security of our platforms. We regularly issue Community Standards Enforcement Reports that track our progress on enforcing our content policies on Facebook and Instagram***. These reports are available at transparency.fb.com/reports/community-standards-enforcement and currently ***disclose the prevalence of several types of content that violate our policies on Facebook and Instagram, the amount of this content we took action on,***

***how much content we found proactively before people reported it***, the amount of content we actioned that people appealed, and the amount of content we restored after removing it. ***In our report for the fourth quarter of 2023, we shared that the prevalence of violating content on Facebook and Instagram remained relatively consistent with the previous quarter across a wide range of violation areas***. Our management also provides our audit & risk oversight committee with updates on community safety and security at least twice a year.

As part of our Community Standards Enforcement Report, we report on our ability to identify and remove content that violates our policies even before users report it to us. Our reports also feature historical data to allow all stakeholders to assess our progress over time."[143]

291. The Proxy also represented that:

Our Community Standards Enforcement Report was independently assessed by Ernst & Young LLP in 2022. ***The assessment found that the calculation of metrics in our 2021 fourth quarter Community Standards Enforcement Report were fairly stated and our internal controls over the process were suitably designed and operating effectively***. We publicly disclosed the assessment results as part of our commitment to transparency and accountability, which are available at about.fb.com/news/2022/05/community-standards-enforcement-report-assessment-results/. [144]

292. The Proxy also contained the following false and misleading statements regarding the Company's success in preventing exploitation of minors:

**Promoting Age-Appropriate Experiences**. We have developed more than 50 tools, features and resources across our apps to help support teens and parents, including supervision tools that allow parents to limit the amount of time their teens spend on our apps, and age verification technology designed to help teens have age-appropriate experiences. We also provide expert-backed resources to parents and guardians to make it easier for them to be involved in their teens' social media experiences.

***Our teams have developed several features to foster a safe, positive, and supportive environment while helping to protect teens from unwanted contact.***

- ***Teens under the age of 16 (or under the age of 18 in certain countries) are automatically placed in private accounts when they join Instagram***. Private accounts require people to request to follow before they can see or comment on content. ***We also automatically place accounts of teens in these categories into the most restrictive content control setting on Instagram and Facebook, and recently announced an additional step to help protect them from unwanted contact by***

[143] *See* 2024 Proxy at 40.
[144] *Id.* at 41.

***turning off their ability to receive direct messages from anyone they do not follow or are not connected to on Instagram, including other teens, by default***.

- ***To help protect teens under the age of 18 from unwanted contact on Instagram, we restrict adults from messaging teens that do not follow them, and we limit the type and number of direct messages people can send to someone who does not follow them to one text-only message. In addition, in January 2024, we announced that we are starting to hide more types of content for teens on Instagram and Facebook***.
- ***We have developed new technology that allows us to find accounts that have shown potentially suspicious behavior and help prevent those accounts from interacting with young people's accounts***. ***We automatically disable accounts if they exhibit a certain number of the 60+ signals we monitor for potentially suspicious behavior.***

293. Due to the increasing prevalence of exploitation of minors on Meta's platforms, a shareholder has included the following proposal in the 2024 Proxy:

**Proposal Eleven: Shareholder Proposal Regarding Report on Child Safety Impacts and Actual Harm Reduction to Children**

The proponents of this resolution are lead filer Proxy Impact on behalf of the Lisette Cooper 2015 Trust and the Linda C. Wisnewski Trust and co-filers Durocher Fund, Sisters of the Holy Names of Jesus and Mary U.S.-Ontario Province, CommonSpirit Health, The Maryknoll Sisters of St. Dominic, Inc., The Domestic and Foreign Missionary Society of the Protestant Episcopal Church in the United States of America, Providence St. Joseph Health and the Adrian Dominican Sisters.

**Meta Platforms — 2024 -- Report on Child Safety Impacts and Actual Harm Reduction to Children**

The internet was not developed with children in mind. Social media impacts children's brains differently than adult brains. It also poses physical and psychological risks that many children and teens are unprepared for, including sextortion and grooming, hate group recruitment, human trafficking (for any means), cyberbullying and harassment, exposure to sexual or violent content, invasion of privacy, self-harm content, and financial scams, among others.

Meta is the world's largest social media company with billons of children and teen users. Meta's platforms, including Facebook, Instagram, Messenger and WhatsApp, have been linked to numerous child safety impacts and social policy challenges, including:

**Mental Health**:

Meta's own company research showed Instagram's negative impacts on teens' self-image, increased rates of depression and anxiety, and a link to suicidal thoughts. The Wall St.

Journal concluded that these Instagram documents revealed "Facebook has made minimal efforts to address these issues and plays them down in public."

**Sexual Exploitation**:

In 2021, nearly 29 million cases of online child sexual abuse material were reported; nearly 27 million of those (92 percent) stemmed from Meta platforms-- including Facebook, WhatsApp, Messenger and Instagram. A Forbes report on Instagram pedophiles described Instagram as "a marketplace for sexualized images of children."

**Cyberbullying**:

Time Magazine reported that "By one estimate, nearly 80% of teens are on Instagram and more than half of those users have been bullied on the platform." A UK study found that Instagram accounted for 42 percent of online bullying, followed by Facebook with 39 percent.

**Data Privacy**:

In 2022, Meta was fined over $400 million for failing to safeguard children's information on Instagram.

**Legislation**:

The new European Union's Digital Services Act will make identifying, reporting and removing child sexual abuse material mandatory.

Meta is facing significant regulatory, reputational, and legal risks due to these unabated issues. Meta's website lists some steps taken to improve child safety, but it has no publicly available, company- wide child safety or harm reduction performance targets for investors and stakeholders to judge the effectiveness of Meta's announced tools, policies and actions.

**Resolved**: Shareholders request that, within one year, the Board of Directors adopts targets and publishes annually a report (prepared at reasonable expense, excluding proprietary information) that includes quantitative metrics appropriate to assessing whether Meta has improved its performance globally regarding child safety impacts and actual harm reduction to children on its platforms.

294. In response to this shareholder proposal in the Proxy, the Director Defendants caused Meta to recommend that shareholders vote against this proposal. To support this recommendation, the Defendants approved the following false and misleading information to be included in the Proxy:

**META BOARD RESPONSE**

- We want people, especially young people, to foster their online relationships in a safe environment, and we work closely with a broad range of stakeholders and experts to inform our approach to safety.
- ***Our policies prohibit harmful content, as well as content or behavior that exploits young people***. ***We recently introduced enhanced protections designed to give teens more age-appropriate experiences on our apps and are focused on building features and tools that help people connect online safely and responsibly***.
- ***We seek to prevent child exploitation through a number of measures, including using sophisticated technology, to proactively find and take action on such content***.
- ***We have invested in a combination of technologies and tools designed to provide options to verify age, and protect young people's privacy, even in the absence of clear standards regarding online age verification***.
- We are committed to providing families with the tools they need to promote safe and age-appropriate social media usage.
- We publish Community Standards Enforcement Reports quarterly to track and demonstrate our commitment to online safety and inclusivity.
- ***The board of directors provides oversight of this topic through its audit & risk oversight committee***.
- ***Given our ongoing efforts to address this topic, the board of directors believes that the requested report is unnecessary and would not provide additional benefit to our shareholders***.

We want people, especially young people, to foster their online relationships in a safe environment, and we work closely with a broad range of stakeholders and experts to inform our approach to safety.

We want users, including young people, to have a positive experience online. To achieve that goal, ***we take continual steps to develop our policies, tools, and technology, in consultation with experts, to support teens and families, and to try to prevent users from seeing content that might be sensitive***.

***We have developed more than 50 tools across our apps to support teens and families, including supervision tools that allow parents to limit the amount of time their teens spend on Instagram, and age verification technology that helps teens have age-appropriate experiences. We also report on our progress and demonstrate our continued commitment to making Facebook and Instagram safe and inclusive through our Community Standards Enforcement Reports*** available in our Transparency Center.

***We regularly collaborate with a group of external advisors for our youth efforts that includes third-party experts and professionals across online safety, privacy, media literacy, mental health, and child psychology***. We work with the Safety Advisory Council, comprised of leading, independent internet safety organizations from around the world, who provide expertise, perspective, and insights that inform our approach to safety.

***Our policies prohibit harmful content, as well as content or behavior that exploits young people. We recently introduced enhanced protections designed to give teens***

***more age-appropriate experiences on our apps and are focused on building features and tools that help people connect online safely and responsibly***.

In January 2024, we announced that we are starting to hide more types of content for teens on Instagram and Facebook, in line with expert guidance. While we allow people to share content discussing their own struggles with suicide, self-harm and eating disorders, our policy is not to recommend this content and we have been focused on ways to make it harder to find.

* * *

We are also automatically placing accounts of teens into the most restrictive content control setting on Instagram and Facebook. We already applied this setting for new teens under 16 years old when they join Instagram and new teens under 18 years old when they join Facebook, and recently expanded it to teens in these categories who are already using these apps. Our content recommendation controls – known as "Sensitive Content Control" on Instagram and "Reduce" on Facebook – are designed to make it more difficult for people to come across potentially sensitive content or accounts in places like Search and Explore.

To help make sure teens are regularly checking their safety and privacy settings on Instagram, and are aware of the more private settings available, we are sending new notifications encouraging them to update their settings to a more private experience with a single tap. If teens choose to "Turn on recommended settings", our systems are designed to automatically change their settings to restrict who can repost their content, tag or mention them, or include their content in Reels Remixes. We will also take steps to ensure only their followers can message them and help hide offensive comments.

We encourage anyone who sees content they think breaks our rules to report it using our in-app reporting tools.
***We seek to prevent child exploitation through a number of measures, including using sophisticated technology, to proactively find and take action on such content***.

***Preventing child exploitation is one of the most important challenges facing our industry today***. Online predators are determined criminals who use multiple apps and websites to target young people. They also test each platform's defenses, and they learn to quickly adapt. That is why ***we are working hard to stay ahead***.

***We are constantly working on new features, tools, and technologies to help protect young people online and we use sophisticated technology, hire specialists in online child safety, report content to the NCMEC, and share information and tools with other companies, to help root out predators***.

Highlights of our efforts over the past year include:

- ***In August 2023 alone, we disabled more than 500,000 accounts for violating our child sexual exploitation policies***, and between 2020 and 2023, our teams disrupted 37 abusive networks and removed nearly 200,000 accounts associated with those networks.

- ***We introduced additional ways to enable us to proactively find and remove accounts that may violate our child safety policies***. For example, we send accounts that exhibit potentially suspicious behavior to our content reviewers and we will automatically disable these accounts if they exhibit enough of the 60+ signals we monitor for potentially suspicious behavior. ***More than 90,000 accounts were identified and automatically removed from August 2023 to December 2023 as a result of this method***.

- We recently announced our participation in Lantern, a new program from the Tech Coalition that enables technology companies to share a variety of signals about accounts and behaviors that violate their child safety policies. Lantern participants can use this information to conduct investigations on their own platforms and take action, as appropriate.

* * *

We publish Community Standards Enforcement Reports quarterly to track and demonstrate our commitment to online safety and inclusivity.

Our quarterly Community Standards Enforcement Reports track and demonstrate our commitment to online safety and inclusivity. In Q3 2023, following enhancements in our detection systems and numerous network disruptions by our specialist investigative teams, we had a 135% increase in content actioned for Child Sexual Exploitation content. We hire specialists with backgrounds in law enforcement and online child safety to find predatory networks and remove them. These specialists monitor evolving behaviors exhibited by these networks - such as new coded language - to not only remove them, but to inform the technology we use to proactively find them.

***The board of directors provides oversight of this topic through its audit & risk oversight committee***.

Our board's audit & risk oversight committee has responsibility for reviewing our environmental, social, and governance (ESG) program and strategy and oversees our major risk exposures, including areas such as content governance and community safety and security. The committee is actively engaged on issues concerning safety on our platform, particularly as it relates to teens and children, and receives regular reporting on the steps management has taken to monitor and control such exposures to assist in overseeing risks associated with these topics.

Given our ongoing efforts to address this topic, the board of directors believes that the requested report is unnecessary and would not provide additional benefit to our shareholders.

The board of directors recommends a vote **AGAINST** the shareholder proposal.

295. The 2024 Proxy also contained another shareholder proposal entitled "**Proposal Twelve: Shareholder Proposal Regarding Report and Advisory Vote on Minimum Age for Social Media**." The proposal stated in pertinent part:

***Social media platforms facilitate the spread of child sexual abuse material***;

- "The National Center for Missing & Exploited Children (NCMEC) has seen a 15,000% increase in abuse files reported in the last 15 years."
- "…Only six videos accounted for more than half of reported CSAM (child sexual abuse material) content across Facebook and Instagram—indicating that vast networks of individuals are relentlessly sharing pre-existing CSAM."
- "Incidents of children aged between seven and 10 being manipulated into recording abuse of themselves have surged by two-thirds over the past six months, according to a global report."
- Social media addiction is linked to cyberbullying;
- "Sextortion" incidents targeting children and teenagers online have risen exponentially in recent years, per the FBI.

296. To combat these problems on Meta's social media platforms, Shareholder Proposal Twelve requests Meta to make the following changes:

> **Resolved**: Shareholders of Meta Platforms, Inc., request the Board of Directors to commission a third-party report assessing potential risks and benefits of instituting a higher minimum age for users of its social media products.
>
> After the report's publication, shareholders request the Company conduct an advisory shareholder vote on whether to institute a higher minimum age for users.

297. The Defendants caused Meta to recommend that shareholders vote AGAINST Proposal Twelve, making many of the same statements in opposition that they included in opposition to Proposal Eleven. Namely, the Defendants caused Meta to include the following statements in the Proxy in opposition to Proposal Twelve:

- ***We seek to prevent child exploitation through a number of measures, including using sophisticated technology, to proactively find and take action on such content***.

- ***Our policies prohibit harmful content, as well as content or behavior that exploits young people. We recently introduced enhanced protections*** designed to give teens more age-appropriate experiences on our apps and are focused on building features and tools that help people connect online safely and responsibly.
- ***The board of directors provides oversight of this topic through its audit & risk oversight committee***.
- ***Implementing the requested report and advisory vote would impose substantial burdens and costs on the company, without providing any meaningful benefit to its shareholders***.
- We have developed more than 30 tools across our apps to help support teens and families, including supervision tools that allow parents to limit the amount of time their teens spend on our apps, and age verification technology designed to help teens have age-appropriate experiences. We also report on our progress and demonstrate our continued commitment to making Facebook and Instagram safe and inclusive through our Community Standards Enforcement Reports available in our Transparency Center.
- We regularly collaborate with a group of external advisors for our youth efforts that includes professionals across online safety, privacy, media literacy, mental health, and child psychology. ***We have publicly reported on our efforts to find and report child exploitation to the National Center for Missing and Exploited Children (NCMEC), and recently enhanced our transparency by providing insights on CyberTipline reports to NCMEC that may include inappropriate interactions with children***. We also work with our Safety Advisory Council, comprising leading, independent internet safety organizations from around the world, who provide expertise, perspective, and insights that inform our approach to safety.
- ***We seek to prevent child exploitation through a number of measures, including using sophisticated technology, to proactively find and take action on such content***.

- ***We are constantly working on new features, tools, and technologies to help protect young people online and we use sophisticated technology, hire specialists in online child safety, report content to the NCMEC, and share information and tools with other companies, to help root out predators***.

**H. Reasons Why the Statements in the 2024 Proxy Were False**

298. The omitted and misrepresented information in the 2024 Proxy was highly material to the matters submitted for shareholder approval. The Proxy represented that the directors up for election had significant experience in legal and regulatory compliance and had established effective internal controls safeguarding the Company's key enterprise risks, including controls to prevent the exploitation and harm of underage children. Deficiencies in such controls and/or the directors' oversight of management are material to investors' decisions as to whether or not to vote in favor of election of the directors.

299. Several shareholder proposals were included in the 2024 Proxy, including Proposals Eleven and Twelve. The Defendants recommended that shareholders vote against those proposals based in substantial part on the fact that the Company is allegedly already taking effective measures to protect the Company against the risks mentioned in those proposals. A reasonable shareholder would consider the omitted and/or misrepresented information material to their voting decisions as to the shareholder proposals.

300. The 2024 Proxy was also materially misleading because it continuously represented to shareholders that "Our policies prohibit harmful content, as well as content or behavior that exploits young people" when in fact the Defendants knew or should have known that Meta's policies did not in fact prohibit harmful content and exploitation of children and that the Company's internal controls over such issues were materially deficient.

301. On June 7, 2023, The Wall Street Journal ran an article entitled "Instagram Connects Vast Pedophile Network."[145]

[145] *See* Jeff Horwitz, *Instagram Connects Vast Pedophile Network,* THE WALL STREET JOURNAL, June 7, 2023, available at https://www.wsj.com/articles/instagram-vast-pedophile-network-4ab7189.

302. The article noted that "Instagram, the popular social-media site owned by Meta Platforms, helps connect and promote a vast network of accounts openly devoted to the commission and purchase of underage-sex content, according to investigations by The Wall Street Journal and researchers at Stanford University and the University of Massachusetts Amherst." The article noted that Instagram accounts offering to sell illicit sex material posted "menus" of content. Certain accounts invite buyers to commission specific acts. Some menus include prices for videos of children harming themselves and "imagery of the minor performing sexual acts with animals," researchers at the Stanford Internet Observatory found. At the right price, children are available for in-person "meet ups."

303. In response to questions from the Wall Street Journal, ***Meta acknowledged problems within its enforcement operations*** and said it has set up an internal task force to address the issues raised. "Child exploitation is a horrific crime," the company said, adding, "We're continuously investigating ways to actively defend against this behavior." The article noted that the promotion of underage-sex content violates rules established by Meta as well as federal law.

304. But the 2024 Proxy Statement did not acknowledge these substantial problems on the Company's networks and the serious failures of Meta's controls and procedures designed to prevent such problems, and instead omits to disclose these material facts and misrepresents that Meta's systems and controls are functioning effectively to prevent such harm.

305. The June 7, 2023, Wall Street Journal article provided many more examples of how Meta's internal controls are materially deficient. The article noted that although Meta said it had in the prior two years taken down 27 pedophile networks and was planning more removals, when questioned by the Journal about continuing problems, Meta said it conducted further review in response to the Journal's queries and then blocked thousands of hashtags that sexualize children, some with millions of posts, and restricted its systems from recommending users search for terms known to be associated with sex abuse. Meta also then told the Journal that it was working on preventing its systems from recommending that potentially pedophilic adults connect with one another or interact with one another's content, thus conceding that its systems were deficient and ineffective.

306. The Wall Street Journal also interviewed Alex Stamos about the extreme and pervasive problems on Meta's networks. Mr. Stamos is an extremely credible and knowledgeable expert on such issues and just happens to be Meta's former Chief Information Security Officer. He is now at Stanford. In response to being presented with the findings of the Wall Street Journal, Stanford, and University of Massachusetts Amherst, Mr. Stamos said: "***That a team of three academics with limited access could find such a huge network should set off alarms at Meta***," noting that the company has far more effective tools to map its pedophile network than outsiders do. "I hope the company reinvests in human investigators," he added. As the former CISO for Meta, Stamos' comments are telling. Meta has far more sophisticated internal tools to detect child exploitation on its networks. It knew about the rampant problems and failed to fully disclose the problems and deficiencies in its internal controls when it filed the 2023 Proxy.

307. In its reporting, the Wall Street Journal consulted with academic experts on online child safety. Stanford's Internet Observatory, a division of the university's Cyber Policy Center focused on social-media abuse, produced an independent quantitative analysis of the Instagram features that help users connect and find content.

308. The Journal also approached UMass's Rescue Lab, which evaluated how pedophiles on Instagram fit into the larger world of online child exploitation. Using different methods, ***both entities were able to quickly identify large-scale communities promoting criminal sex abuse***.

309. Test accounts set up by researchers that viewed a single account in the network were immediately hit with "suggested for you" recommendations of purported child-sex-content sellers and buyers, as well as accounts linking to off-platform content trading sites. Following just a handful of these recommendations was enough to flood a test account with content that sexualizes children.

310. The Stanford Internet Observatory used hashtags associated with underage sex to find 405 sellers of what researchers labeled "self-generated" child-sex material—or accounts purportedly run by children themselves, some saying they were as young as 12. According to data gathered via Maltego, a network mapping software, 112 of those seller accounts collectively had 22,000 unique followers. "Instagram is currently the most important platform for these networks, with features that help connect

buyers and sellers," a report from Stanford's Internet Observatory noted. "Instagram's recommendation algorithms are a key reason for the platform's effectiveness in advertising" self-generated child sexual abuse material.[146]

311. Underage-sex-content creators and buyers are just a corner of a larger ecosystem devoted to sexualized child content. Other accounts in the pedophile community on Instagram aggregate pro-pedophilia memes or discuss their access to children. ***Current and former Meta employees who have worked on Instagram child-safety initiatives estimate the number of accounts that exist primarily to follow such content is in the high hundreds of thousands, if not millions***.[147]

312. Instagram, estimated to have more than 1.3 billion users, is especially popular with teens. The Stanford researchers found some similar sexually exploitative activity on other, smaller social platforms, but said they found that the problem on Instagram is particularly severe. "The most important platform for these networks of buyers and sellers seems to be Instagram," they wrote in a report slated for release on June 7, 2023.

313. Meta, with more than 3 billion users across its apps, which include Instagram, Facebook and WhatsApp, is able to detect known explicit images if they are not encrypted. Meta accounted for 85% of the child pornography reports filed to the National Center for Missing & Exploited Children, including some 5 million from Instagram.

314. Meta's automated screening for existing child exploitation content cannot detect new images or efforts to advertise their sale, according to the Wall Street Journal article. Preventing and detecting such activity requires not just reviewing user reports but tracking and disrupting pedophile networks, say current and former staffers as well as the Stanford researchers. The goal is to make it difficult for such users to connect with each other, find content and recruit victims.

---

[146] *See* Joseph Konig, *Report: Instagram's algorithms play key role in sale of child sexual abuse material,* SPECTRUM NEWS, June 8, 2023.

[147] *See* Jeff Horwitz, *Instagram Connects Vast Pedophile Network*, THE WALL STREET JOURNAL, June 7, 2023, available at https://www.wsj.com/articles/instagram-vast-pedophile-network-4ab7189.

315. Such work is vital because law-enforcement agencies lack the resources to investigate more than a tiny fraction of the tips NCMEC receives, said Levine of UMass. That means the platforms have primary responsibility to prevent a community from forming and normalizing child sexual abuse.

316. ***Meta has struggled with these efforts more than other platforms both because of weak enforcement and design features that promote content discovery of legal as well as illicit material, Stanford found***.

317. ***The Stanford team found 128 accounts offering to sell child-sex-abuse material on Twitter, less than a third the number they found on Instagram, which has a far larger overall user base than Twitter.*** Twitter didn't recommend such accounts to the same degree as Instagram, and it took them down far more quickly, the team found.

318. David Thiel, chief technologist at the Stanford Internet Observatory, said, "Instagram's problem comes down to content-discovery features, the ways topics are recommended and how much the platform relies on search and links between accounts." Thiel, who previously worked at Meta on security and safety issues, added, "***You have to put guardrails in place for something that growth-intensive to still be nominally safe, and Instagram hasn't***." The platform has struggled to oversee a basic technology: keywords. Hashtags are a central part of content discovery on Instagram, allowing users to tag and find posts of interest to a particular community—from broad topics such as #fashion or #nba to narrower ones such as #embroidery or #spelunking.

319. Pedophiles have their chosen hashtags, too. Search terms such as #pedobait and variations on #mnsfw ("minor not safe for work") had been used to tag thousands of posts dedicated to advertising sex content featuring children, rendering them easily findable by buyers, the academic researchers found. Following queries from the Journal, Meta said it was in the process of banning such terms.

320. In many cases, Instagram has permitted users to search for terms that its own algorithms know may be associated with illegal material. In such cases, a pop-up screen for users warned that "These results may contain images of child sexual abuse," and noted that production and consumption of such material causes "extreme harm" to children. The screen offered two options for users: "Get resources" and "See results anyway."

321. In response to questions from the Wall Street Journal, Instagram removed the option for users to view search results for terms likely to produce illegal images. The company declined to say why it had offered the option.

322. The pedophilic accounts on Instagram mix brazenness with superficial efforts to veil their activity, researchers found. Certain emojis function as a kind of code, such as an image of a map—shorthand for "minor-attracted person"—or one of "cheese pizza," which shares its initials with "child pornography," according to Levine of UMass. Many declare themselves "lovers of the little things in life."

323. Accounts identify themselves as "seller" or "s3ller," and many state their preferred form of payment in their bios. These seller accounts often convey the child's purported age by saying they are "on chapter 14," or "age 31" followed by an emoji of a reverse arrow.

324. Some of the accounts bore indications of sex trafficking, said Levine of UMass, such as one displaying a teenager with the word WHORE scrawled across her face.

325. Meta's Proxy Statement was also false because it significantly misrepresented the effectiveness of its controls to prevent exploitation of minors and omitted to disclose the full extent of the child exploitation problems on its networks. "***Meta, Instagram's parent company, found that 500,000 child Instagram accounts had 'inappropriate' interactions every day, according to a [Meta] internal study in 2020***."[148]

326. Further, Meta's own internal Community Standards Enforcement Report has documented how content that sexually exploits children has proliferated at an astounding rate on Facebook and Instagram. From March 2021 to September 2022, the amount of such horrific content exploded, ***increasing from 5.0 million posts to 30.1 million posts, a six-fold increase in just eighteen months***.[149] The Proxy failed to disclose the full extent of this problem and the failure of the Company's internal controls to curtail it.

[148] *See* Jennifer Valentino-DeVries, *Predators Leer as Moms Put Girls on Instagram*, THE NEW YORK TIMES, Feb. 25, 2024.
[149] *See* https://transparency.fb.com/reports/community-standards-enforcement/child-nudity-and-sexual-exploitation/facebook/.

327. The Company's Community Standards Enforcement Report also admits that Meta's internal controls are inadequate to allow it to accurately report the prevalence of child endangerment violations:

> ## How prevalent were child endangerment violations?
>
> We cannot estimate prevalence for child endangerment right now. We will continue to expand prevalence measurement to more areas as we confirm accuracy and meaningful data.[150]

328. Meta's Proxy Statement also fails to disclose that Instagram "[a]ccount owners who report explicit images or potential predators to Instagram are typically met with silence or indifference, and those who block many abusers have seen their own accounts' ability to use certain features limited."[151] An in-depth investigation by The New York Times noted that "***In the course of eight months, The Times made over 50 reports of its own about questionable material and received only one response***."[152]

329. The Proxy Statement also fails to disclose that Instagram's launch of paid subscriptions in 2022 had exacerbated the problem of pedophiles and sexual predators on its network. The rules do not allow subscriptions for anyone under 18, but Instagram's mom-run accounts sidestep that restriction and typically charge anywhere from 99 cents to $19.99. At the highest price, parents offered "ask me anything" chat sessions and behind-the-scenes photos.

330. Child safety experts warn the subscriptions and other features could lead to unhealthy interactions, with men believing they have a special connection to the girls and the girls believing they must meet the men's needs. "Message me anytime. You will have more opportunities for buying and receiving super exclusive content 😘," read a description for a $25 subscription to a minor's account. For $100 a month, subscribers can get "live interactive video chats," unlimited direct messages and a mention on the girl's Instagram story.[153] One account for a child around 14 years old encouraged new sign-ups at

---

[150] *Id.*
[151] *Id.*
[152] *Id.*
[153] *Id.*

the end of last year by branding the days between Christmas and New Year's as "Bikini Week." An account for a 17-year-old girl advertised that she wasn't wearing underwear in a workout photo set and, as a result, the images were "uh … a lot spicier than usual." The girl's "Elite VIP" subscription costs $250 a month.

331. An examination by The New York Times of the three dozen brands that are popular among mom-run accounts on Instagram found inappropriate, predatory or pornographic followers in almost all of the brands' accounts.[154] Many of the men posted pornography, or their bios included sexual language and emojis that child protection experts say pedophiles can use to signal interest in children. For instance, one follower of a children's dance wear brand described himself as a "thong & anl sx lover." A user named "sexy_69nazi" followed a children's apparel company and exclusively posted pornography.[155]

332. Men in chat groups frequently praise the advent of Instagram as a golden age for child exploitation. "I'm so glad for these new moms pimping their daughters out," wrote one of them. "And there's an infinite supply of it — literally just refresh your Instagram Explore page there's fresh preteens."[156]

333. But Meta has consistently failed to take timely or necessary action to prevent the proliferation of child exploitation on Instagram. Meta failed to act on multiple reports made by parents and even restricted those who tried to police their own followers, according to interviews and materials provided by the parents and reviewed by The New York Times. If parents block too many followers' accounts in a day, Meta curtails their ability to block or follow others, they said.[157] Instagram provides no ability for account users to filter users by sex or age to assist in blocking suspicious individuals.

334. One parent reported to Instagram that they had received a photo of erect male genitalia sent in a direct message. Another reported an account that reposted children's photos with explicit captions. A third reported a user who propositioned her child for sex, offering $65,000 for "an hour" with the girl. In response to those three reports, Meta said either that the communications did not violate

[154] *Id.*
[155] *Id.*
[156] *Id.*
[157] *Id.*

"community guidelines" or that its staff did not have time to review them. In other cases, Meta told parents that it relied on its "technology" to determine the content was "probably" not a violation.

335. Separately, The New York Times found comments that included links to sites identified by the Canadian center as trading illegal, nude imagery of children. None of those reports received a response from Meta.

336. Former Meta employees described an organization overwhelmed despite knowing about the problem for years. "You hear, 'I reported this account, it was harassing my daughter, why is he back?'" said a former investigator for the company who requested anonymity. "***There are not enough people, resources and systems to tackle all of it***."[158]

337. ***A 2020 document that surfaced in a lawsuit described child safety as a "non-goal" at Meta***. "If we do something here, cool," the document said. "***But if we do nothing at all, that's fine too.***" The lawsuit was brought against Meta and other companies claiming damage from using social media.[159] In documents from 2018 included in a separate lawsuit making similar claims of harm, a top Facebook executive told Instagram's chief executive that unless changes were made, Facebook and Instagram were "basically massive 'victim discovery services,'" an allusion to the considerable evidence of abuse on the platforms.[160]

338. Some parents who have exploited their own children through postings on Instagram have been prosecuted, but the government has far too few resources to pursue any cases other than the most clear-cut. Some male followers of the Instagram mom-run accounts openly welcome the windfall. "As long as this stuff legally exists, I just enjoy it :)," one of them wrote on Telegram. "Exactly," another responded. ***"It's all over Instagram."***[161]

339. Meta's failure to spend sufficient resources to defend vulnerable minors stands in stark contrast to its spending on the safety of its officers and directors. For example, Meta spent approximately $9,192,972, $8,981,973, and $7,646,560 in 2022, 2021, and 2020, respectively, for costs related to

[158] *Id.*
[159] *Id.*
[160] *Id.*
[161] *Id.*

personal security for Sheryl Sandberg at her residences and during personal travel.[162] In 2021, Meta spent $26.8 million for the personal security and private aircraft of Mr. Zuckerberg. The 2024 Proxy stated that "Since 2018, we have provided an annual pre-tax allowance of $10 million to Mr. Zuckerberg to cover additional costs related to his and his family's personal security."[163] The 2024 Proxy also reveals that Meta paid Mr. Zuckerberg "$9,431,139, $14,829,245, and $15,195,103 in 2023, 2022, and 2021, respectively, for costs related to personal security for Mr. Zuckerberg at his residences and during personal travel pursuant to Mr. Zuckerberg's overall security program."[164]

## VI. THE DEFENDANTS CAUSED META TO MAKE FALSE STATEMENTS IN THE COMPANY'S 2024 ANNUAL REPORT

340. On January 30, 2025, Meta filed its 2024 Annual Report on Form 10-K. It was signed by Directors Zuckerberg, Alford, Andreessen, Arnold, Houston, Killefer, Kimmitt, Tan, Travis, and Xu. The 2024 Annual Report contained false and misleading statements. Despite mounting evidence and knowledge of the harm to teens and minors caused by Meta's social media platforms, the Director Defendants continued to conceal and downplay the serious problems, as well as Defendants' own role in concealing the problems.

341. While Defendants modified some of the most glaring false statements they had made in similar filings in past years, the 2024 Annual Report contained many half-truths, misleading statements, and misleading risk disclosures that failed to apprise shareholders of all material facts necessary to prevent the previous statements made by Defendants from being misleading.

342. The following chart summarizes some of the key false statements and half-truths contained in the 2024 Annual Report and compares them to similar statements made by Defendants in 2021:

| Topic | 2021 Statements | 2024 Form 10-K Disclosures & Risk Factors |
|---|---|---|
| **Teen Mental Health, Well-** | • Defendants claimed Meta "**never compromise[s]**" on | • Discloses centralized multi-district litigation (*In re Social* |

[162] *See* 2023 Proxy Statement at p. 56.
[163] *See* 2024 Proxy at p. 65.
[164] *Id.* at p. 68.

| | | |
|---|---|---|
| **Being & "Addiction"** | young people's privacy and safety.<br>• Adam Mosseri represented that Instagram's impact on teen well-being was "**quite small**" and Antigone Davis testified that Instagram was "**helpful**" for struggling teens.<br>• Meta publicly denied that its platforms were "**addictive**". | *Media Adolescent Addiction Product Liability Personal Injury Litigation*) and state AG lawsuits alleging "**social media addiction,**" mental health harms, and personal injury claims.<br>• Discloses formal European Commission proceedings under the Digital Services Act (DSA) investigating **systemic risks to minors** stemming from platform design and algorithms.<br>• Explicitly warns that media reports or research regarding harms to user well-being could erode brand trust and user sentiment. |
| **Age-Gating & Under-13 Users** | • Executives maintained that "**the rule is 13**", that children under 13 "**are not on Instagram**", and that Meta proactively detects and deletes under-13 accounts. | • Discloses FTC administrative proceedings seeking to **prohibit commercial use of data from users under 18** and alleging COPPA violations.<br>• Discloses new state statutes (*e.g.,* Arkansas, Utah, Texas, California, Florida) restricting services to minors without parental consent, and Australia's under-16 social media ban. |
| **End-to-End Encryption (E2EE) & Child Protection** | • In its April 2021 Proxy Statement opposing a child exploitation risk report, Meta claimed E2EE "**brings with it the benefits of furthering privacy, safety, and security**" and touted its "**proactive detection of bad actors**". | • Discloses regulatory opposition to default E2EE, including a lawsuit by the Nevada Attorney General seeking to **enjoin default E2EE on Messenger** for Nevada residents under 18.<br>• Explicitly warns of technical limitations, citing a "**lack of visibility over our encrypted services**" to detect illicit activity or misuse. |
| **News Feed Algorithms & Content Moderation** | • Nick Clegg claimed algorithmic systems were not designed to reward provocative content.<br>• Mark Zuckerberg claimed Meta goes "**out of our way to** | • Discloses that Feed display and ranking algorithm updates to improve user experience can **reduce time spent and measures of user engagement**. |

| | | |
|---|---|---|
| | **try to reduce**" extremist content. | • Discloses DSA formal proceedings regarding political content recommendations and systemic risks.<br>• Discloses policy updates in January 2025 aimed at **furthering free expression and mitigating over-enforcement**. |
| **X-Check (Cross-Check) & Equal Moderation** | • Nick Clegg and Meta assured investors that X-Check applied to only a "**small number of decisions**" and that Community Standards applied **equally to all users** without special VIP exemptions. | • Discloses consolidated securities class actions (*Ohio Pub. Emps. Ret. Sys. v. Meta Platforms, Inc.*) alleging misstatements regarding content enforcement practices and user well-being.<br>• Notes that content enforcement decisions or recommendations from the independent Oversight Board can adversely affect user sentiment. |

343. The false statements and half-truths in Meta's 2024 Annual Report caused Meta's stock price to be artificially inflated. The 2024 Form 10-K was filed on January 30, 2025. Within two weeks, Meta's stock price had reached an all-time high, closing at $736.67 on February 10, 2025. The stock continued to climb in the ensuing months, closing at a new high of $785.23 on August 11, 2025.

## VII. THE INDIVIDUAL DEFENDANTS BREACHED THEIR FIDUCIARY DUTIES

344. The Individual Defendants, as officers and directors of Meta, owed fiduciary duties to adopt and implement an effective system of internal controls to protect Meta against the key enterprise risks facing the Company. The risk that Meta's social media platforms might be used to promote and facilitate rampant sex/human trafficking and child exploitation, as well as the prospect that its platforms would cause harm to Teen Users, are mission-critical risks that expose the Company to criminal and civil liability, regulatory risk, and monetary and reputational harm.

345. Through the conduct alleged herein, the Individual Defendants have breached their fiduciary duties. Among other things, the Individual Defendants have (i) caused Meta to make false statements concerning its platforms' effect on teen health; (ii) enabled Meta's facilitation of, and reckless disregard toward, trafficking on its platforms, and (iii) caused Meta to deliberately design its social media

platforms to addict Teen Users and to continue to support features that it knew would contribute to the Teen Health Issues. These breaches of fiduciary duty have led to a multitude of litigation around the country, including the Securities Fraud Class Action, the Teen Mental Health MDL cases, and the State AG actions. On September 30, 2024, the Court denied in large part defendants' motion to dismiss the Securities Fraud Class Action. Of particular relevance here, the court found that plaintiffs had sufficiently alleged the falsity of 12 statements concerning Instagram's impact on young users and that defendants misleadingly omitted material facts that Meta documented severe harm to teens on Instagram and defendants profited from Instagram's hard to children.[165]

346. Further, the Court in the Securities Fraud Class Action found that plaintiffs' allegations that "Meta commissioned multi-year research and Congress raised these issues with Meta at hearings on Instagram's harm to young users" and "Zuckerberg testified to Congress that Meta is studying its platform's harm to children and testified about the research he had seen" supported an inference of scienter because "[w]here [d]efendants address a specific issue or data, particularly in relation to a government inquiry, courts may infer that Defendants were aware of the issue or data referenced."[166] Meta and its officers and directors face substantial risk of liability in connection with the Securities Fraud Class Action, as a result of which the Company is incurring substantial legal costs.

347. In addition, as a result of Meta's promotion and facilitation of sex/human trafficking on its platforms—as revealed by Ms. Haugen's whistleblower complaints, federal and state case law, reports by the news media, and Congressional and Parliamentary hearings and other negative publicity—Meta has faced substantial reputational damages, and as a result, declining users, declining revenue, increased regulatory risk, and a declining stock price.

348. For all the reasons set forth in this complaint, Meta's compliance with federal and state laws prohibiting sex/human trafficking and sexual exploitation and abuse of children—and its obligation to ensure that its products were safe for Teen Users—were and are essential, mission-critical functions; the Board thus has had an imperative duty to make a good faith effort to put in place reasonable board-

[165] Order Granting in Part and Denying in Part Motion to Dismiss, Dkt. No. 110 at 20- 21.
[166] *Id*. at 30.

level systems of monitoring and reporting, and having implemented such systems, not to consciously fail to monitor or oversee their operations in the face of waving red flags.

## VIII. FACTS DEMONSTRATING DEFENDANTS' SCIENTER

349. Defendant **Mark Zuckerberg**. The following facts demonstrate Zuckerberg's scienter.

**Control & Decision-Making**. Zuckerberg testified under oath in related proceedings that he has always "retained complete control of [Meta] in terms of key decision-making."

**Knowledge of Harm & Screen Time:** Zuckerberg received direct emails, links, and synopses of internal research showing that Instagram worsens body image for 1 in 3 teen girls, increases rates of anxiety and depression, and creates "addictive" dopamine loops.

**Rejection of Safety Measures for Growth:** Zuckerberg personally made product decisions prioritizing user growth and ad revenue over safety, including lifting cosmetic surgery filter bans, choosing not to hide "Likes" by default, pushing end-to-end encryption, and denying funding/staffing requests for child safety initiatives.

**Algorithm & MSI Shift:** Zuckerberg maintained central involvement in the 2018 Meaningful Social Interactions (MSI) algorithm shift and received December 2020 and March 2021 research presentations warning that MSI rewarded provocative, polarizing, and outrage-driven content.

**Direct VIP Interventions (X-Check):** Zuckerberg personally intervened in content moderation for high-profile accounts, such as deciding to leave up Donald Trump's May 28, 2020, post after internal automated systems flagged it at a 90/100 risk score.

350. Defendant **Adam Mosseri** (Head of Instagram). The following facts demonstrate Mosseri's scienter.

**Project Daisy & Revenue Trade-Offs:** Mosseri-lead researchers informed Mosseri as early as February 2020 that hiding "Likes" had a positive, statistically significant effect on reducing harmful social comparison. However, Mosseri received presentations and chats showing that fully launching hidden likes was shelved or made optional because it reduced user engagement and ad impression revenues.

**Awareness of Teen Harms:** Mosseri received internal decks (such as the November 2019 *Hard Life Moments* deep dive) showing that teens openly blamed Instagram for increases in depression and anxiety, and that 13–15% of UK teens and 6% of US teens attributed suicidal thoughts directly to Instagram.

**Under-13 Backlog:** Mosseri received emails from VP of Youth Products Pavni Diwanji in May 2021 admitting that Meta had a massive backlog of under-13 accounts and lacked effective tools to detect or remove them

351. Defendant **Nick Clegg** (VP/President of Global Affairs**)**. The following facts demonstrate Clegg's scienter.

**Algorithm & Political Polarization:** Clegg maintained custody of internal studies from late 2020 and early 2021 explicitly stating that the News Feed algorithm amplified misinformation and hate speech, and that European political parties were forced to post more outrage-inducing content to maintain reach under Meta's MSI algorithm.

**Warnings from Internal Staff:** Clegg received warnings from staff (including former U.S. diplomat Eileen Donahoe in March 2021) that his draft public statements claiming Facebook's systems do not reward provocative content contradicted internal realities.

**End-to-End Encryption (E2EE) CSAM Risks:** Clegg received briefings in February 2019 and April 2020 warning that applying E2EE across messaging platforms would severely blind Meta's ability to detect Child Sexual Abuse Material (CSAM) and bad actors.

352. Defendant **Antigone Davis** (Global Head of Safety). The following facts demonstrate Davis' scienter.

**Internal Decks vs. Senate Testimony:** Davis authored and circulated internal decks (July 2020 *Child Safety – State of Play* and November 2020 PowerPoint) acknowledging severe risks of child exploitation, grooming, and age-gating failures on Instagram. Despite these internal documents, Davis testified under oath to the U.S. Senate in September 2021 that research showed Instagram was "helpful" to teen girls, that Instagram was "not addictive," and that Meta removes under-13 users upon discovery.

**E2EE Drafting Authority:** Davis reviewed, edited, and had authority over the April 2021 Definitive Proxy Statement response, while possessing internal slide decks confirming Meta lacked the technical capability to protect children in an encrypted environment.

353. Defendants **Karina Newton, & Pavni Diwanji**. The following facts demonstrate these individuals' scienter.

**Karina Newton (Head of Public Policy, Instagram):** Authored a January 2019 email acknowledging that Meta lacked effective machine-learning "classifiers" to automatically detect and catch harmful content. Maintained copies of March 2021 research decks showing severe social comparison harms.

**Pavni Diwanji (VP of Youth Products):** Testified under oath that she opened and read internal notes from her Youth Products team documenting teen harms. Sent emails in May 2021 confirming the Company was failing to enforce its under-13 ban due to lack of proactive detection tools.

354. Moreover, the following key deposition and whistleblower evidence also strongly demonstrates the defendants' scienter:

(a) **Arturo Béjar (Former Instagram Engineering & Safety Lead):** Testified under oath that he personally presented internal survey data (including the BEEF survey) directly to Mark Zuckerberg and Adam Mosseri showing that millions of young users experienced sexual solicitation, harassment, and exposure to self-harm on Instagram.

(b) **Frances Haugen (Whistleblower):** Disclosed thousands of internal documents demonstrating that executives repeatedly chose algorithm configurations that maximized screen time and revenue over public safety, and exposed that the X-Check program exempted 5.8+ million high-profile accounts from standard moderation.

(c) **D.C. Superior Court Ruling (Judge Yvonne Williams, Oct. 2025):** Judge Williams ruled that internal communications provided **"direct evidence that**

> **Meta engaged in a consumer fraud,"** finding that Meta's legal counsel explicitly advised researchers to **"remove," "block," "limit," and "update"** internal research showing harm to young users.

355. Further, during the relevant time period, as alleged herein, Meta stockholders submitted shareholder proposals that put the Board on actual notice that, among other things: "Facebook . . . facilitate[ed] sex trafficking of minors"; "Instagram [was] linked to 'rampant sex trafficking'"; that "94 percent" of "Child Sexual Abuse Material" online "stem[s] from Facebook and its platforms, including Messenger and Instagram"; and that "[i]n 2020, 79 percent of U.S. underage sex trafficking victims recruited online were recruited through Facebook or Instagram." Meta's stockholders "request[ed] that the Board of Directors take action. Sticking their heads in the sand, the Board refused to take necessary action.

356. In addition, between 2013 and 2023, at least 70 federal and state courts have issued written decisions in criminal and civil cases involving sex trafficking on Meta's platforms.

357. Meta's widespread and ubiquitous facilitation of sex trafficking and human trafficking was reported in more than 175 articles published in U.S. newspapers and other media outlets between 2009 and 2022.

358. Meta CEO Mark Zuckerberg was questioned by Congress on four occasions about what Meta was doing to combat the pernicious activities that were proliferating on Meta's platforms. Comments made to—and questions asked of—Zuckerberg during these Congressional appearances served as glaring red flags that Meta was facilitating illegal activities.

## IX. THE INDIVIDUAL DEFENDANTS CAUSED META TO REPURCHASE ITS STOCK AT INFLATED PRICES

359. During the relevant time period, the Individual Defendants caused Meta to engage in massive repurchases of its own stock at inflated prices.

360. The Individual Defendants, as alleged herein, caused the Company to make false and misleading statements in connection with the Company's repurchase of its own stock. The Individual Defendants' misrepresentations artificially inflated and/or maintained the price of Meta shares, causing

the Company to purchase shares at artificially high prices through its significant stock repurchase program.

361. In January 2021, the Company's directors caused the Company to approve an additional $25 billion of repurchases under the Company's stock repurchase program.

362. During the six months ended June 30, 2021, Meta repurchased and subsequently retired 37 million shares of its Class A common stock for an aggregate amount of **$11.26 billion**.

363. The following table summarizes the share repurchase activity for the three months ended June 30, 2021:

| | **Total Number of Shares Purchased** | **Average Price Paid Per Share** | **Total Number of Shares Purchased as Part of Publicly Announced Programs** | **Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs** |
|---|---|---|---|---|
| | ***(in thousands)*** | | ***(in thousands)*** | ***(in millions)*** |
| April 1 - 30, 2021 | 6,904 | $ 307.03 | 6,904 | $ 27,373 |
| May 1 - 31, 2021 | 6,024 | $ 316.18 | 6,024 | $ 25,468 |
| June 1 - 30, 2021 | 9,289 | $ 336.42 | 9,289 | $ 22,343 |
| | 22,217 | | 22,217 | |

364. During the nine months ended September 30, 2021, Meta repurchased and subsequently retired 77 million shares of its Class A common stock for an aggregate amount of **$25.63 billion**.

365. The following table summarizes the share repurchase activity for the three months ended September 30, 2021:

///

///

| | **Total Number of Shares Purchased** | **Average Price Paid Per Share** | **Total Number of Shares Purchased as Part of Publicly Announced Programs** | **Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs** |
|---|---|---|---|---|
| | ***(in thousands)*** | | ***(in thousands)*** | ***(in millions)*** |
| July 1 - 31, 2021 | 8,586 | $ 352.32 | 8,586 | $ 19,318 |
| August 1 - 31, 2021 | 9,548 | $ 361.87 | 9,548 | $ 15,863 |
| September 1 - 30, 2021 | 22,144 | $ 356.34 | 22,144 | $ 7,972 |
| | 40,278 | | 40,278 | |

366. In October 2021, the Company's directors caused the Company to approve an additional $50.0 billion of repurchases under this program.

367. The following table summarizes the share repurchase activity for the three months ended December 31, 2021:

| | **Total Number of Shares Purchased** | **Average Price Paid Per Share** | **Total Number of Shares Purchased as Part of Publicly Announced Programs** | **Approximate Dollar Value of Shares that May Yet Be Purchased Under the Plans or Programs** |
|---|---|---|---|---|
| | **(in thousands)** | | **(in thousands)** | **(in millions)** |
| October 1 - 31, 2021 | 21,703 | $ 326.20 | 21,703 | $ 50,893 |
| November 1 - 30, 2021 | 21,606 | $ 335.09 | 21,606 | $ 43,653 |
| December 1 - 31, 2021 | 14,728 | $ 329.97 | 14,728 | $ 38,793 |
| | 58,037 | | 58,037 | |

368. In 2025, as Defendants' false statements drove Meta's stock price to an all-time high, the Director Defendants caused Meta to repurchase a total of 40 million shares of Meta's Class A common stock for an aggregate amount of $26.26 billion at inflated prices.

369. During the three months ended March 31, 2025, Meta repurchased and subsequently retired 19 million shares of its Class A common stock for an aggregate amount of **$13.40 billion**:

| | **Total Number of Shares Purchased (in thousands)** | **Average Price Paid Per Share** |
|---|---|---|
| January 1 – March 31, 2025 | 19,000,000 | $705.26 |

370. During the second quarter of 2025, ended June 30, 2025, Meta repurchased and subsequently retired 17 million shares of its Class A common stock for an aggregate amount **of $9.76 billion**:

| | **Total Number of Shares Purchased (in thousands)** | **Average Price Paid Per Share** |
|---|---|---|
| April 1, 2025 – June 30, 2025 | 17,000,000 | $574.11 |

371. During the third quarter of 2025, ended September 30, 2025, Meta repurchased and subsequently retired 4 million shares of its Class A common stock for an aggregate amount of **$3.16 billion**:

| | **Total Number of Shares Purchased (in thousands)** | **Average Price Paid Per Share** |
|---|---|---|
| July 1, 2025 – Sept. 30, 2025 | 4,000,000 | $790.00 |

## X. DAMAGES TO META PLATFORMS

372. Defendants' wrongful conduct and false and misleading statements have caused economic loss and harm to Meta.

373. In August 2026, Meta announced that it had agreed to pay ***$17 billion*** to settle a sprawling MDL action in which thousands of minors alleged that they had been subjected to mental and physical

harm and exploited on Meta's social platforms. The New York Times announced the settlement in an article which stated in part:

> Meta on Wednesday reached a landmark settlement with 47 states, the District of Columbia and U.S. territories, agreeing to pay up to $17.1 billion in penalties and make major changes to its products over claims it endangered children with addictive social media platforms.
>
> In a dramatic capitulation, the owner of Facebook and Instagram agreed to the financial penalties for violating federal child privacy and states' consumer protection laws, the states announced. Meta also agreed to limit how long teenagers can spend on its platforms and to bans on features that stoke mental health issues, striking at the heart of the company's business of engagement for advertising.
>
> "The focus of this case was to protect our kids: stopping notifications and alerts at night and when they are in school, encouraging them to take breaks from social media, protecting them against harmful features," said Colorado's attorney general, Phil Weiser, in a statement. The agreement exceeded what most courts might order, he added.
>
> The settlement effectively ends a bellwether federal trial in the U.S. Northern District of California in Oakland, where California, Colorado, Kentucky and New Jersey were seeking roughly $200 billion over accusations that Meta harmed children. The states filed their agreement with Meta on Wednesday morning in that court, and Judge Yvonne Gonzalez Rogers approved it.

*See* Cecelia Kang, *Meta to Pay Up to $17.1 Billion in Landmark Settlement Over Social Media Addiction Claims*, THE NEW YORK TIMES, Aug. 26, 2026.

374. In 2022, Meta was fined over $400 million for failing to safeguard children's information on Instagram.[167] Meta's failure to adequately address and remedy these issues has also resulted in massive governmental and regulatory responses and fines. The Company disclosed in its annual report that "We entered into a settlement and modified consent order to resolve the FTC inquiry, which took effect in April 2020 and required us to pay a penalty of $5.0 billion and to significantly enhance our practices and processes for privacy compliance and oversight."[168]

375. On September 6, 2022, Ireland's data privacy regulator levied a record fine of ***405 million euros ($402 million)*** against Instagram following an investigation into its handling of children's data.

---

[167] *See* https://www.cnet.com/news/privacy/meta-fined-400m-for-failing-to-protect-childrens-privacy-on-instagram.

[168] *See* Form 10-K filed with the SEC on February 2, 2024, at p. 53.

The investigation, which started in 2020, focused on child users between the ages of 13 and 17 who were allowed to operate business accounts, which facilitated the publication of the user's phone number and/or email address.[169]

376. Meta also faces actual risk of future government enforcement actions against it due to the issues identified in Plaintiff's complaint and the Proxy. On May 16, 2024, it was reported that European Union regulators had opened investigations into the American tech giant Meta for the potentially addictive effects Instagram and Facebook have on children, an action with far-reaching implications because it cuts to the core of how the Company's products are designed.

377. Meta's products may "exploit the weaknesses and inexperience of minors" to create behavioral dependencies that threaten their mental well-being, the European Commission, the executive branch of the 27-member bloc, said in a statement. ***E.U. regulators could ultimately fine Meta up to 6 percent of its global revenue, which was $135 billion last year, as well as force other product changes***.[170]

378. The New York Times article further stated: "The investigations are part of a growing ***effort by governments around the world to rein in services like Instagram and TikTok to protect minors. Meta has for years faced criticism that its products and recommendation algorithms are fine-tuned to hook children***. In October, three dozen states in the United States sued Meta for using "psychologically manipulative product features" to lure children, in violation of consumer protection laws."

379. E.U. regulators are also investigating Meta and have imposed large fines. For example, ***EU regulators said Meta could be in violation of the Digital Services Act, a law approved in 2022 that requires large online services to more aggressively police their platforms for illicit content and have policies in place to mitigate risks toward children***. People younger than 13 are not supposed to able to sign up for an account, but E.U. investigators said they would scrutinize the Company's age-verification tools as part of their investigation.

---

[169] *See Instagram Fined $400 Million for Failing to Protect Children's Data*, REUTERS, Sept. 6, 2022, available at https://www.cnn.com/2022/09/06/tech/instagram-fine-teens-privacy/index.html.

[170] *See* Adam Satariano, *E.U. Investigates Meta Over Addictive Social Media Effects on Children*, THE NEW YORK TIMES, May 16, 2024.

380. "We will now investigate in-depth the potential addictive and 'rabbit hole' effects of the platforms, the effectiveness of their age verification tools and the level of privacy afforded to minors in the functioning of recommender systems," Thierry Breton, the European Union's internal markets commissioner, who is overseeing the investigations, said in a statement. "We are sparing no effort to protect our children."

381. While E.U. officials have not given a timeline of how long the investigation will take, the opening of a formal inquiry gives regulators wide authority to gather evidence from Meta, including sending legal requests for information, interviewing Company executives and conducting inspections of corporate offices. Investigations of Instagram and Facebook will be conducted separately.

## XI. FRAUDULENT CONCEALMENT AND EQUITABLE TOLLING

382. During the relevant period, Plaintiff did not discover and could not have discovered, through the exercise of due diligence, Defendants' breaches of their fiduciary duties or their violations of law because Defendants did not disclose, and actively concealed, their unlawful business plan and intentional design of Meta's social media platforms to harm minors.

383. Plaintiff was unaware of and had no knowledge of Defendants' unlawful conduct until the time of the filing of this lawsuit.

384. Plaintiff could not have discovered Defendants' breaches of fiduciary duties and violations of law prior to filing suit because Defendants made absolutely no disclosure of their unlawful conduct and/or business plan in the Company's publicly-filed documents. Thus, none of the documents provided to Plaintiff made any disclosure of the concealed material facts.

385. Moreover, Defendants not only failed to disclose any information whatsoever that would have allowed Plaintiff, exercising due diligence, to discover the wrongdoing, but Defendants also intentionally concealed and attempted to disguise their wrongdoing to avoid detection by the Company's investors. Meta took a series of secret steps to conceal the truth from investors, including (i) launching The Project; (ii) hiding its internal research even internally to prevent knowledge of it spreading while discrediting it publicly; and (iii) instructing its own employees to alter or remove its research.

386. Moreover, Defendants' conspiracy is continuing, and Defendants continue to engage in the unlawful business plan to this day. Because Defendants continue to engage in overt acts in furtherance of the conspiracy and wrongful course of conduct, this action is brought within all applicable limitations' periods.

## XII. THE BOARD'S WRONGFUL REFUSAL OF PLAINTIFF'S DEMAND

387. As the Delaware Supreme Court recognized in *Unocal Corp. v. Mesa Petroleum Co*., 493 A.2d 946, 954 (Del. 1985), the directors of a Delaware corporation must "protect the corporate enterprise . . . from harm reasonably perceived, irrespective of its source." Here, the source of the harm to the Company arises from the multi-million-dollar damages claims that investors have asserted against Meta based largely, if not entirely, upon the alleged false and misleading statements made by defendants, as well as the associated litigation costs, expenses and fees. On September 30, 2024, the United States District Court for the Northern District of California sustained (in part) the claims for securities fraud against Meta and certain of its officers and directors, based on defendants' false and misleading statements. *See Ohio Public Employees Ret. Sys. v. Meta Platforms, Inc*., Case No. 21-cv-08812-AMO, 2024 U.S. Dist. LEXIS 177589 (N.D. Cal. Sept. 30, 2024) (the "Securities Fraud Class Action"). The individual defendants named in the case are Mr. Zuckerberg, David Wehner (CFO), Nick Clegg (President of Global Affairs), Adam Mosseri (Head of Instagram), Guy Rosen (Meta's CISO), Andy Stone (Meta's Policy Communications Director), Angione Davis (Meta's Head of Global Security), Karina Newton (Instagram's Head of Public Policy), Yann LeCun (Meta's Chief Artificial Intelligence Scientist), Monika Bickert (Meta's V.P. of Content Policy), and Pavni Diwanji (Meta's former Vice President of youth products).

388. In the Securities Fraud Class Action, Judge Martinez-Olguin upheld the actionability of numerous false statements that the Individual Defendants had made regarding adverse side effects on young users of Meta's social media platforms, the Company's algorithm, and the Company's content moderation efforts. For example, the court upheld "statements assert[ing] that Meta removes certain content from its platform, has reduced the prevalence of disinformation, and that it is not in Facebook's interest to push users towards extreme content. Such assertions are objectively verifiable. *See In re*

*Yahoo*!, 2017 U.S. Dist. LEXIS 140212, 2017 WL 3727318, at *26 (finding that "physical, electronic, and procedural safeguards that comply with federal regulations to protect personal information about you" is not puffery as it made a specific guarantee that Defendants "use safeguards that complied with federal regulations to protect users' information"). Therefore, the Court cannot dismiss the claims based on Statements 2, 4, 7, 16-18, 21, 23, 24, 26, and 27 as on this basis." *Ohio Pub. Emps. Ret. Sys. v. Meta Platforms, Inc*., 2024 U.S. Dist. LEXIS 177589, at **18-19, 2024 WL 4353049.

389. In the Securities Fraud Class Action, the court also upheld the actionability of defendants' claim that they remove all content that violates Meta's Community Standards, had reduced the prevalence of disinformation, that it is not in Facebook's interest to push users towards extreme content, and that Meta assesses everyone under the same Community Standards. *Id.* The court also upheld the falsity of statements made by Mr. Mosseri. "In response to questions about the impact of Instagram on the mental health of teenage girls, Mosseri stated that that research findings are "bi-directional, so small effects positive and small effects negative but it's quite small." Statement 45 (FAC ¶ 482). Defendants argue that this is a statement of opinion. However, statements about research findings that do not use "opinion-qualifying language" such as "I think" or "I believe" are statements of fact." *Ohio Pub. Emps. Ret. Sys. v. Meta Platforms, Inc*., 2024 U.S. Dist. LEXIS 177589, at *36, 2024 WL 4353049.

390. The court also held that several of the individual defendants, including Zuckerberg and Clegg, acted with scienter. "Plaintiffs allege that Zuckerberg admitted to being personally involved in the decision to remove former President Trump's content, that he generally seeks out content himself, and that Zuckerberg said Clegg was also involved in Meta's cross-check decision-making process. . . . Plaintiffs' allegations that Zuckerberg had hands-on involvement in the decision-making process for cross-check raises an inference of scienter, as do the allegations that Zuckerberg named Clegg as someone involved in the decision-making and Clegg's admission that he oversaw company policies in this area." *Ohio Pub. Emps. Ret. Sys. v. Meta Platforms, Inc.*, 2024 U.S. Dist. LEXIS 177589, at **47-48, 2024 WL 4353049. The court also found that Defendants Newton and Davis acted with scienter, stating that "Given that Zuckerberg, Newton, and Davis specifically addressed Meta's research about Instagram harming

children, the Court finds Plaintiffs have alleged a strong inference of scienter." *Ohio Pub. Emps. Ret. Sys. v. Meta Platforms, Inc.*, 2024 U.S. Dist. LEXIS 177589, at *56, 2024 WL 4353049.

391. Moreover, by order dated October 15, 2024, Judge Yvonne Gonzalez Rogers largely denied Meta's motion to dismiss the claims brought by the state attorneys general. *See* Dkt. No. 1214, Case No. 4:22-md-03047-YGR (N.D. Cal.).

392. Meta's damage claims against the Individual Defendants are corporate assets that the Board has an obligation to protect and preserve. *Nagy v. Bistricer*, 770 A.2d 43, 55-56 & n.23 (Del. Ch. 2000) (finding breach of fiduciary duty claims are assets of a company); *Quadrant Structured Prods. Co., Ltd. v. Vertin*, 115 A.3d 535, 548 (Del. Ch. 2015). However, despite Plaintiff's formal March 28, 2025 Demand, the Board has not taken steps to protect and preserve the Company's valuable claims for breach of fiduciary duty of care, breach of fiduciary duty of loyalty, aiding and abetting breaches of fiduciary duties, or contribution and indemnification against defendants.

393. On March 28, 2025, Plaintiff issued a formal written pre-suit Demand to the Board under Delaware law. Therein, Plaintiff demanded that Meta, acting by and through its Board, take critical steps to preserve and protect the Company's valuable claims against defendants. Specifically, Plaintiff demanded: "Stockholder demands that Meta appoint a SLC to investigate and pursue all potential claims related to the facts set forth above. The claims to be investigated should include, at a minimum, claims for breach of fiduciary duty (both as to *Caremark* and *Massey* claims), abuse of control, unjust enrichment, contribution and indemnity, clawback of executive compensation, violations of the federal securities laws, derivative claims under Section 10(b) related to the Company's stock repurchase plan, and violation of the federal proxy laws."

394. Over a year has passed since Plaintiff issued the Demand to the Board. The Board, however, has functionally ignored the Demand in violation of its fiduciary duties to the Company and its shareholders, and has failed to act.

395. Upon receipt of a pre-suit demand from a shareholder, directors of Delaware corporations are duty-bound to investigate independently and in good faith and evaluate the charges in order to discharge their fiduciary duties to stockholders and manage corporate affairs responsibly. The members

of the Meta Board, on the other hand, shortly after receipt of the Demand from Plaintiff, via correspondence sent to Plaintiff's counsel, dismissed the demand out of hand, stating in cursory fashion that the Board "will take up your letter in due course." Despite such statement, the Board did nothing. The Board failed to form a Special Litigation Committee to consider the demand.

396. For over one year, the Board performed no investigation of the merits of Plaintiff's Demand. For over a year, the Demand was treated by the Board with disdain and derision. Although legally bound to undertake an independent investigation in good faith and either accept or reject the Demand, the Board instead chose to do nothing. The Board functionally ignored the Demand for over a year, and this derivative action should therefore proceed.

397. The Board's conduct is antithetical to its affirmative duty to protect the interests of Meta and to refrain from conduct that would injure the corporation. By failing to act upon the Demand, the Board has failed in its "fundamental duty and obligation to protect the corporate enterprise." *Unocal*, 493 A.2d at 954. Therefore, by virtue of its own actions, the Board has refused the Demand. Accordingly, Plaintiff may proceed with this derivative action designed to protect the interests of Meta vis-à-vis the defendants by, among other things, perfecting the Company's claims asserted herein.

## XIII. CLAIMS FOR RELIEF

### COUNT I
### Violation of Section 14(a) of the Exchange Act and SEC Rule 14a-9
### (Against All Defendants)

398. Plaintiff incorporates by reference and re-alleges each allegation contained above, as though fully set forth herein, except to the extent those allegations plead knowing or reckless conduct by Defendants. This claim is based solely on negligence, not on any allegation of reckless or knowing conduct by or on behalf of Defendants. Plaintiff specifically disclaims any allegations of, reliance upon any allegation of, or reference to any allegation of fraud, scienter, or recklessness with regard to this claim.

399. SEC Rule 14a-9 (17 C.F.R. § 240.14a-9), promulgated under Section 14(a) of the Exchange Act, provides:

> No solicitation subject to this regulation shall be made by means of any proxy statement form of proxy, notice of meeting or other communication, written or oral, containing any statement which, at the time and in the light of the circumstances under which it is made, is false or misleading with respect to any material fact, or which omits to state any material fact necessary in order to make the statements therein not false or misleading or necessary to correct any statement in any earlier communication with respect to the solicitation of a proxy for the same meeting or subject matter which has become false or misleading.

400. Defendants negligently issued, caused to be issued, and participated in the issuance of materially misleading written statements to stockholders that were contained in the Proxy Statements. The Proxy Statements contained proposals to Meta's stockholders urging them to re-elect the members of the Board and vote against stockholder proposals for the Company to adopt a policy to require the Company to disclose information about the misuse of Meta's platform. The Proxy Statements, however, misstated or failed to disclose the material information alleged *supra*.

401. By reasons of the conduct alleged herein, Defendants violated Section 14(a) of the Exchange Act and SEC Rule 14a-9. As a direct and proximate result of Defendants' wrongful conduct, Meta misled or deceived its stockholders by making misleading statements that were an essential link in stockholders heeding Meta's recommendation to re-elect the current Board and vote against stockholder proposals for the Company to adopt a policy to require the Company to disclose information about the misuse of Meta's platform.

402. Plaintiff thereby seeks injunctive and equitable relief. Plaintiff does not seek any monetary damages for the proxy law violations.

**COUNT II**
**Against Defendants Zuckerberg, Newton, Clegg and Davis for Contribution Under §§10(b) and 21D of the Exchange Act**

403. Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein.

404. This claim is brought derivatively on behalf of the Company for contribution and indemnification against defendants Zuckerberg, Newton, Clegg and Davis, each of whom is a named defendant in the Securities Fraud Class Action.

405. Meta is named as a defendant in the Securities Fraud Class Action, which asserts claims

under the federal securities laws for, among other things, violation of §10(b) of the Exchange Act. If Meta is ultimately found liable for violating the federal securities laws, the Company's liability will arise, in whole or in part, from the intentional, knowing, or reckless acts or omissions of some or all of defendants Zuckerberg, Newton, Clegg and Davis, as alleged herein. The Company is entitled to receive contribution from those defendants in connection with the Securities Fraud Class Action against the Company.

406. As directors and/or officers of Meta, defendants Zuckerberg, Newton, Clegg and Davis had the power and/or ability to, and did, directly or indirectly control or influence the Company's business operations and financial affairs, including the content of public statements about Meta, and had the power and/or ability directly or indirectly to control or influence the specific corporate statements and conduct that violated §10(b) of the Exchange Act and SEC Rule 10b-5 as alleged above.

407. Defendants Zuckerberg, Newton, Clegg and Davis are also liable under §10(b) of the Exchange Act, 15 U.S.C. § 78j(b), pursuant to which there is a private right of action for contribution, and §21D of the Exchange Act, 15 U.S.C. § 78u-4, which governs the application of any private right of action for contribution asserted pursuant to the Exchange Act.

408. Accordingly, Meta is entitled to all appropriate contribution or indemnification from Defendants Zuckerberg, Newton, Clegg and Davis, who are responsible for exposing Meta to liability under the federal securities laws.

**COUNT III**
**Breach of Fiduciary Duty**
**(Against All Defendants)**

409. Plaintiff incorporates by reference and realleges each and every allegation contained above, as though fully set forth herein.

410. The Individual Defendants owed and owe Meta fiduciary obligations. By reason of their fiduciary relationships, the Individual Defendants owed and owe Meta the highest obligation of good faith, fair dealing, loyalty, and due care.

411. The Individual Defendants, and each of them, as a result of the facts alleged herein, violated and breached their fiduciary duties of candor, good faith, care, and loyalty.

412. As a direct and proximate result of the Individual Defendants' breaches of their fiduciary obligations, Meta has been harmed, as alleged herein.

**COUNT IV**
**(Against the Officer Defendants for Breach of Fiduciary Duty)**

413. Plaintiff incorporates by reference and realleges each and every allegation set forth above, as though fully set forth herein, except for the causes of action.

414. Plaintiff, on behalf of the Company, has no adequate remedy at law.

415. As alleged throughout the complaint, the Officer Defendants -- Defendants Bosworth, Schroepfer, Clegg, Cox, Mosseri, Newstead, Wehner, Zuckerberg, Sandberg, Newton, Davis, and Diwanji -- were officers of the Company during the relevant time period.

416. As officers and senior executives, Defendants owe fiduciary duties to the Company and its stockholders, including the fiduciary duties of due care, good faith, and loyalty.

417. The Officer Defendants owed the Company and its shareholders the highest obligations of due care and loyalty in the administration of the affairs of the Company, including without limitation, operating the Company in compliance with laws and without undue risk to public safety, implementing and overseeing programs to comply with laws and regulations governing the Company's operations, including taking steps to develop and implement an effective risk mitigation plan, and reporting significant risks to the Board, regulators, and shareholders.

418. In addition, the Company's exculpation provision in its Articles of Incorporation is inapplicable to the breach of fiduciary claims alleged against the Officer Defendants. Moreover, as officers of the Company and with respect to action taken in such capacity, the Officer Defendants are not protected by the business judgment rule.

419. As alleged in detail in this complaint, the Officer Defendants breached their fiduciary duties through the conduct alleged herein.

420. The Officer Defendants' conduct constitutes an intentional dereliction of their fiduciary duties and a conscious disregard for their responsibilities.

421. The Officer Defendants' breaches of the duty of due care are not exculpated because they were acting in their capacities as officers of the Company. To the extent they are found to have been acting in part as directors, Defendants acted intentionally and in bad faith by concealing material information in the Company's SEC filings and because they failed to fully inform themselves before taking action. Thus, the Officer Defendants cannot be indemnified.

422. As a direct and proximate result of these breaches of fiduciary duty, the Company has sustained and will continue to sustain damages, for which the Officer Defendants are liable to the Company.

**COUNT V**
**Declaratory and Injunctive Relief**
**(Against All Defendants)**

423. Plaintiff incorporates by reference and re-alleges each of the foregoing allegations as though fully set forth in this paragraph.

424. Plaintiff seeks declaratory and injunctive relief, including a court order declaring the Defendants' statements and omissions to be material and ordering Defendants to issue corrective statements.

425. There exists a substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment. Meta has failed to notify its shareholders of the true facts, as alleged herein, and obtain action, including the election of directors and rejection of shareholder proposals, through their false statements, including the false proxy statement.

426. A judicial declaration pursuant to 28 U.S.C. § 2201 and California Code of Civil Procedure § 1060 is necessary and appropriate at this time so that Plaintiff's rights as a shareholder of the Company may be determined with certainty.

427. Accordingly, in connection with the active case and controversy between Plaintiff and Defendants, Plaintiff seeks declaratory relief under 28 U.S.C. § 2201 and California Code of Civil Procedure § 1060, declaring that:

(a) Defendants' public statements were false and misleading;

(b) Meta's internal controls over user privacy and protection of minors are deficient; and

(c) Meta has a duty to immediately notify shareholders of the true facts so that Plaintiff and Meta's shareholders may make a fully informed vote on the matters submitted for shareholder approval at the Company's Annual Meeting.

**COUNT VI**
**Aiding and Abetting Breaches of Fiduciary Duties**
**(Against all Defendants)**

428. Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

429. The Individual Defendants all aided and abetted each other in breaching their fiduciary obligations owed to Meta resulting in the wrongdoing and damages to the Company. The Individual Defendants knew or should have known that Meta was engaging in the unlawful conduct alleged herein, that Meta was intentionally overriding its internal controls, that Meta lacked other essential internal controls over its operations, that Meta was engaging in unlawful conduct that endangered the health and wellbeing of underage children, that the Individual Defendants were making or causing the Company to make false statements in the Company's SEC filings, press releases, and comments to analysts and the financial markets, that the Individual Defendants were causing the Company to repurchase millions of shares of its stock at inflated prices, and that the Company was engaging in other unlawful and unethical conduct. Nevertheless, the Individual Defendants actively prepared and/or approved the false and misleading information, engaged in the conduct described herein, and thereby aided and abetted each other's breaches of fiduciary duties and their abuse of control, gross mismanagement and violation of their duty of candor, loyalty, and good faith to Meta complained of herein.

430. As a direct, foreseeable, and proximate result of the Individual Defendants' aiding and abetting each other's breaches of fiduciary duties, Meta has been damaged.

**COUNT VII**
**(Against the Officer Defendants for Unjust Enrichment)**

431. Plaintiff incorporates by reference and re-alleges each and every allegation contained above, as though fully set forth herein, except for the causes of action.

432. During the relevant time period, the Officer Defendants received significant compensation from Meta, including salaries, bonuses, stock compensation, and incentive compensation.

433. As a result of their breaches of fiduciary duty and other wrongful conduct, as alleged herein, the compensation received by the Officer Defendants was unjust. As a matter of equity, it would be unjust to allow the Officer Defendants to retain such compensation.

434. As a result, Meta has been harmed and is entitled to the return of all or a portion of the unjust compensation received by the Officer Defendants.

435. Plaintiff has no adequate remedy at law.

**COUNT VIII**
**(California Corporations Code §§ 24400, 25500, *et seq*.)**
**(Against the Individual Defendants)**

436. Plaintiff incorporates by reference and re-alleges each and every allegation contained above, as though fully set forth herein, except for the causes of action.

437. Each of the Individual Defendants: (i) approved the Company's stock repurchase program; and/or (ii) approved, authorized and/or effectuated share repurchases by the Company. Pursuant to these authorizations and approvals, Meta repurchased millions of shares of its common stock in the open market and from the Individual Defendants, directly and indirectly, including at regular market prices, for billions of dollars.

438. In connection with Meta's share repurchases, the Individual Defendants made or caused to be made by or on behalf of Meta false and misleading statements and/or omissions as described above, which the Individual Defendants knew or recklessly disregarded were materially false, misleading and/or incorrect and were intended to deceive or defraud the public (including Plaintiffs and Meta's minority shareholders) and to manipulate the market for Meta securities by artificially inflating the market price of shares of Meta common stock. Those false and misleading statements or omissions were made, authorized, or approved by the Individual Defendants intentionally as part of a course of conduct that was intended to, and did, manipulate the market for Meta securities by artificially inflating the price of Meta's common stock.

439. At the same time that the price of Meta's common stock was artificially inflated due to the false and misleading statements or omissions as described above, the Individual Defendants engaged in a scheme that deceived Meta and caused it to repurchase millions of shares of its common stock, including in the open market, at prices that were higher than the prices that Meta would have paid for the shares had the Company's stock price not been artificially inflated due to the false and misleading statements or omissions that the Individual Defendants made or caused to be made by or on behalf of Meta as described above.

440. The Individual Defendants violated Corporations Code section 25400 in that they made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading, and they engaged in acts, practices, and/or a course of business that manipulated the market for Meta stock, and thereby operated as a fraud or deceit upon Meta in connection with its share repurchases.

441. As described above, the Individual Defendants acted with intent to deceive, manipulate, or defraud the market, by issuing materially false and misleading statements and omissions, including in Meta's quarterly and annual reports, proxy statements, and other public filings with the SEC, in press releases and on conference calls with analysts. These contained omissions and misrepresentations that the Individual Defendants knew: (i) were misleading; (ii) failed to disclose material facts and information that was required to be disclosed under applicable laws and regulations, or that the Individual Defendants knew were necessary to make the Individual Defendants' statements not misleading; and/or (iii) caused Meta's stock price to trade at higher prices than if the omitted facts were disclosed, or if the facts had been disclosed truthfully, including material facts and information related to the Company's business, policies, practices, and internal controls, including relating to its wildfire management and prevention.

442. In connection with the share repurchases, the Individual Defendants acted either with intent to deceive, manipulate, or defraud, or with severe recklessness. The Individual Defendants caused Meta to expend corporate funds to repurchase shares of its stock while it was trading at prices that were artificially inflated by the false and misleading statements that the Individual Defendants issued with intent to deceive, manipulate, or defraud, which were made in connection with the purchase or sale of

Meta stock, as described above. Meta's repurchases of its shares of its common stock while it was trading at artificially inflated prices were approved and/or authorized by the Individual Defendants for an improper purpose, *i.e.*, to manipulate the market for Meta securities.

443. The Individual Defendants' market manipulation and their acts in connection with the stock repurchases and other wrongful conduct described above violated Corporations Code section 25400.

444. The Individual Defendants were among the senior management and the directors of the Company, and were therefore directly responsible for, and are liable for, the materially false and misleading statements and omissions that artificially inflated Meta's stock price and manipulated the market for Meta securities, and for approving the share repurchase program and/or share repurchase authorization(s) pursuant to which the share repurchases described above were effectuated by or on behalf of Meta.

445. As a result of the Individual Defendants' violations of Corporations Code section 25400, Meta suffered damages in connection with its purchases of shares of Meta stock. By reason of such conduct, the Individual Defendants are liable to Meta for the damages that it sustained as a result of their violations of Corporations Code section 25400, pursuant to Corporations Code section 25500.

446. Pursuant to the provisions of Corporations Code section 25500, Plaintiff, on behalf of Meta, is entitled to rescind the sales of the repurchased shares described above and recover from the Individual Defendants the consideration that Meta paid for the shares, plus interest at the legal rate, in amounts to be determined alter discovery which reflect the artificial inflation in Meta's stock price that was due to the false and misleading statements and omissions and other conduct by the Individual Defendants that manipulated the market for Meta securities and caused the Company to repurchase shares of its common stock at higher prices than Meta would have paid for the shares were it not for the Individual Defendants' violations of Corporations Code section 25400 described above.

447. Each of the Individual Defendants, through their positions as officers and/or directors of Meta, directly or indirectly controls persons, including other Individual Defendants who are liable under Corporations Code section 25500 for false and misleading statements as alleged herein, and is also liable

jointly and severally with and to the same extent as those persons, pursuant to Corporations Code section 25504.

448. Alternatively, at all times mentioned in this complaint, each of the Individual Defendants, with the intent to deceive or defraud the public (including Plaintiffs and Meta's minority shareholders), materially assisted other Individual Defendants in violating section 25400 of the Corporations Code in that they signed, approved, authorized, issued and/or disseminated the false and misleading statements or omissions described above, which the Individual Defendants knew or recklessly disregarded: (i) were materially false and/or incorrect; or (ii) omitted and failed to disclose material facts and information that was required to be disclosed under applicable laws and regulations, or that the Individual Defendants knew was necessary to make the Individual Defendants' statements, in light of circumstances under which they were made, not misleading, which caused Meta's stock price to trade at higher prices than if the omitted facts were disclosed, or if the facts had been disclosed truthfully. As a result, each of the Individual Defendants is jointly and severally liable for the violation of Corporations Code section 25400 described in this complaint, pursuant to Corporations Code section 25504.1.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment in favor of Plaintiff and against all Defendants as follows:

A. Declaring that the Defendants violated Section 14(a) of the Exchange Act and SEC Rule 14a-9 promulgated thereunder;

B. Declaring that Meta's Proxy Statements were false and misleading;

C. Enjoining the Annual Meeting of Shareholders until such time as corrective disclosures are disseminated to Meta shareholders;

D. Awarding Plaintiff the costs and disbursements of this action, including reasonable attorneys' and experts' fees, costs, and expenses; and

E. Granting such other and further relief as the Court deems just and proper.

///

///

**JURY TRIAL DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: November 17, 2026

Respectfully submitted,

BOTTINI & BOTTINI, INC.

*s/ Francis A. Bottini, Jr.*
Francis A. Bottini, Jr.

Francis A. Bottini, Jr.
David T. Wissbroecker
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone: (858) 914-2001
Facsimile: (858) 914-2002
Email: fbottini@bottinilaw.com
dwissbroecker@bottinilaw.com

*Counsel for Plaintiff Matt Eisner*

# VERIFICATION

I have reviewed the allegations in this Shareholder Derivative Complaint (the "Complaint"). As to those allegations of which I have personal knowledge, I believe them to be true. As to those allegations of which I lack personal knowledge, I rely upon my counsel and counsel's investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/10/2026 | 12:20 PM PST

Matt Eisner

Matt Eisner

# EXHIBIT 1

EXHIBIT 1

Message

**From:** [redacted] [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=11BDD21055EF4BE991A51B83C4018F33]
**Sent:** 9/10/2018 6:31:49 PM
**To:** [redacted] [[redacted]
**Subject:** Re: [redacted] Youth Update - Sep 7

I'm trying to compile the existing literature on what Facebook's value prop is. And the same for IG. And preferably for teens but I'll take adults if I can't find stuff for teens. This is part of work around thinking through how IG can help FB with teens. Lmk if you'd like more context!

If you have any applicable materials...that'd help out a ton!! ☺

---

**From:** [redacted] <[redacted]
**Date:** Sunday, September 9, 2018 at 9:35 PM
**To:** [redacted] <[redacted]
**Subject:** Re: [redacted] Youth Update - Sep 7

Hiya – what's the "[redacted] Complete IG and FB value prop lit review"?

---

**From:** [redacted] <[redacted]
**Date:** Friday, September 7, 2018 at 3:45 PM
**Subject:** FW: [redacted] Youth Update - Sep 7

FYI – Please let me know about questions/comments/etc.

Thanks,
[redacted]

FILED
2024 JAN 29 PM 5:11
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
D.C. & M.

---

**From:** [redacted] <[redacted]
**Date:** Friday, September 7, 2018 at 3:42 PM
**To:** Loredana Crisan <[redacted]
**Cc:** [redacted]
**Subject:** [redacted] Youth Update - Sep 7

In our last All Hands, Mark said that if we were building FB all over again, we would start with messaging. So what's stopping us from making FB more messaging-centric? What would our **Facebook App** look like if we **reintegrated messaging back into the UI**? (something like FB Lite probably hah!)

As an added benefit, if messaging were integrated into the FB app, it would help us **beat iMessage** by **increasing the reach and frequency of messaging** on Facebook. Our ultimate goal should be to "win messaging," not necessarily just "Messenger the app wins."

The main FB App tab could still be news feed...we'd just have another tab for messaging. Within FB app, just simple messaging. In Messenger, have that plus more (e.g., RTC). And messaging within FB would integrate with our other products like Marketplace, Events, Groups, etc.

For the people who have installed Messenger...they have, and we have pushability there. And for the people who haven't, now they have messaging on mobile. And if Messenger provides compelling value, then the app will continue to be used. But if integrated messaging is actually superior, then that's great to know too.

**Progress**

- Teen Opportunity Cost and Lifetime Value. Caveat: There are lots of assumptions going into the below numbers. Consider them **ballpark estimations**.
  - Just in the US, we have an opportunity cost of $150 million a year in 2019...this rises to $1.8 billion per year in 2030
  - The total present value loss is ~$12 billion
  - By 2030, Facebook will have 30 million fewer users than we could have otherwise if we do not solve the teen problem
  - The lifetime value of a 13 y/o teen is roughly $270 per teen
    - Spending above that should result in much more scrutiny
- Youth Market Strategy Roadmap. Sharmistha + [redacted] = 1 FTE on Youth. We are splitting our time between:
  - 30% Big Bets
  - 30% Key Questions
  - 30% M&A
  - 10% Messenger Kids
- **M&A tracker** – Drafted and reviewed with Luc and Sadi
- **Age Up** – [redacted] and I had an initial discussion with Emily Schlemmer

**Plans**

- [redacted] Complete IG and FB value prop lit review
- [redacted] Focusing on iMessage / messaging primacy work with the Messenger team
- [redacted] and [redacted] Meeting with:
  - Research team to expand collaboration opportunities
  - Teens PM team to discuss how we engage with each other regarding Big Bets
- [redacted] and Eric) Fill out M&A tracker with previous companies
- [redacted] Continue collaborating with Santosh on various types of long term retention analyses (e.g., Instagram, FB time spent)

**On Hold**

- "1-pager" for M&A

---

**From:** [redacted] <[redacted]
**Date:** Friday, August 24, 2018 at 9:43 AM
**To:** Loredana Crisan <[redacted]
**Cc:** [redacted]
**Subject:** [redacted] Youth Update - Aug 24

*In a meeting earlier this week, somebody asked me why it was important to do the* ***long-term retention*** *and* ***lifetime value*** *work. I figure it would be helpful to explain.*

**Lifetime Value (LTV)**
This number is core to making decisions about your business. Lifetime value is the cumulative total "value" (usually expressed as "profit") you expect from a customer/user. With this number, we can make better decisions regarding how much to spend on each user. Generally, you do not want to spend more than the LTV of the user.

Here are some sample questions that we can answer:

- How much should I spend on acquiring content (e.g., shows, funny short videos)?
- How much should I pay for a "traction" M&A target on a per DAP basis?
- Generally, how much should I spend on acquiring users for Bell, our high school product?
- What's a reasonable level of funding for a teen ambassador program?

Basically, any time you need to make a decision regarding spending to acquire users, LTV is useful. Otherwise, you're just shooting in the dark.

**Long-term Retention**
This is a measure for how active users are after years of time.

Why it matters:

- Without this, you cannot calculate LTV
- It helps us understand a foundational aspect of Facebook usage...
  - Which users are most active after a long tenure?
  - How does joining Facebook at a different age impact your usage? And the follow-up...at what age should Facebook try to acquire users?
  - How does Facebook long-term retention differ over time? What does this tell us about our new users? About the Facebook service itself? About the competition?

Hope this helps—let me know about questions.

Onto the update...

**Progress**

- Shared initial findings on long-term retention. Short summary is the "the young ones are the best ones." You want to bring people to your service young and early. This is the most fascinating work I have done recently. Look for more from me and [redacted]
- Shared the latest on Snapchat's growth, engagement, product, and business. Big picture wise, it had negative DAP q/q (this is terrible) and decent ARPU. SC is showing strong declines among <18 in the US. If this continues, this is very bad for SC. I would attribute the trigger to the SC redesign. But also props to the competitors (IG, iMessage) for being there to step in
- [redacted] and I shared with [redacted] and [redacted] the:
  - **M&A "tuck-in" approach**. We'll need support from research and analytics and will reach out separately
  - **Market Strategy's Youth Roadmap**. We are making edits, finalizing, and will share more broadly by next week
- [redacted] and I set the timeline for our IG → FB onramp work (this is the work [redacted] referred to in his response to my last update)
- [redacted] shared an updated sizing for YouTube Kids on both tablets and smartphones in the United States

**Plans**

- ([redacted] Complete Phase I of LTV and long-term retention analysis
- ([redacted] & Sharmistha) Publish Market Strategy's Youth Roadmap
- ([redacted] & Sharmistha) Build "tuck-in" tracker and data "1-pager"
- (Sharmistha) Kick-off "age-up" project
- ([redacted] Chase down value propositions and collaborate on sizing for IG → FB onramp

---

**From:** [redacted] <[redacted]
**Date:** Monday, August 6, 2018 at 12:02 PM
**To:** Loredana Crisan <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted]
**Cc:** [redacted] <[redacted] <[redacted] <[redacted]
<[redacted] <[redacted] <[redacted]
<[redacted] <[redacted] <[redacted]
**Subject:** [redacted] Weekly Youth Update - Aug 6

**About that last All Hands:**

- Glad that Mark articulated our principles. My impression is that these principles have for the most part guided our company for a long time. The challenge comes in the tradeoffs between the principles, which is less clear. Also missing is "what's the point of all this?" What is the end state that we are striving towards? When we are successful, what does the world look like?
- The following statement on Family strategy is huge, if Mark is truly committed to it. There are potentially major implications for the Youth team, depending on how the statement is interpreted
  - "Increasingly, we are going to focus on making sure each of our apps will do what it's uniquely best at and positioned to do. There will be overlap. All of these apps are focused on connecting with friends. And while the friends may be different in each app. That will be the core they have in common. Beyond that, we are going to have a more proactive effort that each of our apps will cover a distinct utility for people going forward."
- It continues to baffle me **why we ignore events**. When Will Cathcart was talking about "utility features...which are best when you have the full graph," he talked about groups, marketplace, and dating but did not mention events at all
  - I used to think that this was mostly we had to arbitrarily draw lines because the product would be hard to manage all under the FB App Org
  - But now I think that perhaps this stems from more deeply held beliefs. I hypothesize the beliefs below:
    - Events are primarily a vector for monetization, like Ads (which is why Events was part of Ads & Business Platform and now part of Core Product Services)
    - Our company values **bits over atoms**. In-person and physical world interaction is hard and not where we have historically excelled. And thus it is not part of our core consumer value proposition

**Progress**

- Sharmistha and I shared **music** research and analysis
- **M&A** analysis continues to hum along
- Thanks to Santosh's tireless efforts, we have **retention by year of birth and by year of registration**! I'm analyzing and hope to share findings soon

**Plans**

- New **Snapchat Update** because **Snap** announces earnings this Tuesday. I'm guessing it's not going to look good, but we'll see. User growth will not be good. ARPU is where they can exceed expectations...but...
- **Long-term retention analysis** using Santosh's data
- **Lifetime Value** estimate based on long-term retention analysis

**On Hold**

- Youth Facebook SWOT
- Age Up

---

**From:** [redacted] <[redacted]
**Date:** Friday, July 20, 2018 at 10:39 AM
**To:** Loredana Crisan <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted]

**Cc:** [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, Daniel Haimovich <[redacted]>
**Subject:** [redacted] Weekly Youth Update - July 20

I'm back from Spain! Stuffed myself with endless plates of delicious pintxos in San Sebastián!

**Progress**

- Additional **M&A** analysis with Ravi via 1-pagers for traction targets
- Increased our team's understanding of potential **music products** by connecting [redacted], [redacted] and [redacted] with the Music rights team
    - Initiated brainstorming with [redacted]
- Continued to collaborate with Santosh to develop **churn analyses** by YOB and confirmation cohort. The data are gnarly, but we're getting close!
- Collaborated with [redacted] to provide a different and **improved DAP estimate for Family Locator and Sweatcoin**

**Plans**

- **M&A**
- **Churn analyses + lifetime value**
- **Music** – Immediate next step is to brainstorm more product ideas

**On Hold**

- Youth Facebook SWOT
- Age Up
- Fantasy Sports

---

**From:** [redacted] <[redacted]>
**Date:** Friday, June 29, 2018 at 1:50 PM
**To:** Loredana Crisan <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>
**Cc:** [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>, [redacted] <[redacted]>
**Subject:** [redacted] Weekly Youth Update - June 29

Last update of the half! It's been thoroughly satisfying supporting our Big Bets, building our knowledge of the youth market landscape and competitors, and developing our foundational understanding of youth & social media. Looking forward to moving the needle with our big moves in H2. #YOUTHSTRONG

## Progress

- **M&A:** [redacted] and I shared our approach and initial findings on Thursday. This built upon our work from earlier in H1. Gained alignment with leads. Next up: #1 Deep dives into traction candidates and #2 developing an investment approach.

- **Lifetime Value:** Resurrected this workstream to inform M&A. Santosh is leading the analysis here. Kevin will also be helping out while I'm on PTO.

## Plans

- I am going on PTO from June 30 (tomorrow) to July 10. I'll be back on Wednesday, July 11!

**For when I'm back:**

- **M&A:** My initial focus will be on traction candidates
- **LTV**
  - Will inform how much to pay
  - Will also inform foundational understanding of what's happening with different teen cohorts
    - E.g., Is it true that people who start to actively use Facebook later in life (as young adults versus teens) have lower retention compared to those who joined younger. If this is not true, then maybe we should be investing more in young adults
- **Music** (pushing till July b/c M&A moving up in priority):
  - o Identify major players and market size
  - o How can music companies and their services plug into Facebook?
  - o Set up a "What FB is doing with music?" meeting for Youth Leads
- **Youth SWOT:** What are our unique strengths as Facebook? Is there anything that we can do that Instagram can't fast follow and do better?
- **Fantasy Sports**: On Hold
- **Age Up Question:** On Hold

## Me

I'll be vacationing in Barcelona, San Sebastian, Bilbao, Valencia, and Benicassim!

**From:** [redacted]
**Sent:** Friday, June 22, 2018 4:34 PM
**To:** Loredana Crisan; [redacted]
**Cc:** [redacted]
**Subject:** [redacted] Weekly Youth Update - June 22

Excited for our move to MPK 21! The space looks beautiful. Onto the update...

**Progress**

- **Anonymous Apps:** Summarized retention patterns for anonymous apps that we have data for
  - It is possible for anonymous apps to have high retention, but for whatever reason, they drop off in retention over time (tbh is a great example of this)
- **Liftetime Value:** Resurrected this workstream to inform M&A. Shared interim calculations with [redacted] and [redacted] Collaborating with Santosh, Youth DE, to put together retention data for a more detailed LTV calculation which will include churn
- **Snapchat Actions:** Oded, MINT DE, updated and bias-corrected the dashboard on Snapchat in-app actions
  - Group stories do not have high usage in the panel. <5% use, closer to 0%
  - Suggests that SC has not "solved" the audience problem
- **VidCon:** Attended part of VidCon with our team! Good times hearing from industry people, chatting with teens, and getting to know Youth peeps better!

**Plans**

- **M&A:**
  - LTV work #1 priority
  - Collaborating with [redacted] on upcoming work
- **Music** (pushing till July b/c M&A moving up in priority):
  - Identify major players and market size
  - Set up a "What FB is doing with music?" meeting for Youth Leads

- **Fantasy Sports:** On Hold
- **Age Up Question:** Punting till July
- **Youth SWOT:** Will advance this coming week if M&A/LTV does not take up full week. Otherwise, will push till July

**Me**

I am going on PTO from June 30 to July 10.

---

**From:** [redacted]
**Sent:** Friday, June 15, 2018 10:02 AM
**To:** Loredana Crisan; [redacted]; [redacted]
**Cc:** [redacted]; [redacted]; [redacted]
**Subject:** [redacted] Weekly Youth Update - June 15

Thank you to the leads for the engaged and productive discussion we had yesterday at the Competitive Landscape Review.

Our main output from the meeting yesterday was agreeing on the wording and prioritization of "Youth Key Questions." They are:

1. For separate apps, how do we age up people into the FB service?
2. What are unique Facebook strengths? Can we put together a SWOT for FB, IG, and WA?
3. What combinations of Brand + Hooks + Ongoing Engagement do we need? Is it possible to improve one area (e.g., Brand) without the others?
4. If we fail to succeed at bringing back young teens, what is our backup plan? How do we pursue young adults?
5. We are at risk for losing teens in the rest of the world. Is a different strategy necessary for those teens?

I will work on #1 and #2 in the upcoming weeks and hope to collaborate with research, analytics, and marketing for a more complete perspective.

**Progress**

- **Music**
  - Developed high level framing here and here
  - Met with [redacted] (partnerships) and [redacted] (PMM) from the Music team
- **Anonymous Apps**
  - Compiled stats for a variety of anonymous apps (Blind, Amino, Sarahah, tbh, Whisper, Yik Yak, and After School)
  - Perspective is that this could be a compelling "hook" for some of our efforts, like Bell
- **Close Friends Big Bet**
  - Could not find MINT/Onavo data on LiveText but was able to find App Annie data. It made a blip at launch but then quickly faded
- **Youth Key Questions**: See above
- **Competitive Landscape Review:** The focus was on Youth Key Questions. Minor remainder of time on Music + Anonymous Apps
- **Snapchat Actions:** Waiting to hear from MINT DE on whether we can selectively pull out data for Group Stories only (this will help us understand whether SC has "solved" the audience problem)
- **Constrained Video:** @Swin Xu and @Kisson Lin from Market Strategy provided feedback to CE. Thank you!

**Plans**

- **Anonymous Apps**: Retention curves for all the apps we have data for
- **Music:**
  - Identify major players and market size
  - Set up a "What FB is doing with music?" meeting for Youth Leads
- **VidCon:** Attending part of it—will meet up with CE team + try to meet Music people
- **Snapchat Actions**: Following-up
- **Fantasy Sports**: On Hold
- **LTV**: On Hold
- **Age Up Question**: Punting till July
- **Youth SWOT:** Punting till last week of June

**Me**

I am going on PTO from June 30 to July 10.

**From:** [redacted] <[redacted]
**Date:** Friday, June 8, 2018 at 4:54 PM
**To:** [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] [redacted] <[redacted] [redacted]<[redacted] Yanni Antonellis <[redacted] Swin Xu <[redacted] Kisson Lin <[redacted]
**Cc:** [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted]>, [redacted] <[redacted]
**Subject:** [redacted] Weekly Youth Update - June 8

**Code Conference: Interim Takeaways Part I**

- **SNAPCHAT –** Evan Spiegel, CEO of Snap
  - "It [Snapchat] really has an underlying philosophy that runs directly counter to traditional social media."
    - **Dimensions of Social Media** (previous Market Strategy work)
      - "The way that we have set up Facebook is not the only way that social media can be constructed. We have looked to Snapchat for inspiration, but how can we, in a structured manner, understand how Snapchat is radically different from Facebook and most previous social media? And even beyond Snapchat, what are other configurations which are possible?"
  - The redesign attempted to solve for several things at once:
    - Put friends first
    - Create unlimited content disconnected from friend count
      - "I think I should clarify a little bit about what we did with the redesign because it is actually really closely tied to Stories and about opening up more inventory."
      - Increase consumption/time spent
      - Increase monetization opportunities
      - Decrease audience problem
  - What went wrong with the redesign
    - Combining communication (more active) with stories (more passive). Getting in the way of communication. This was as bad or worse than putting ads in Messenger threads.
      - "One of the mistakes that we had made was combining your communications with the Stories that you wanted to watch."

        - **My take:** Spiegel wanted to move very aggressively towards monetization and completely miscalculated. DAP has dropped.
    - Too heavily relying on data = Iterating
        - "One of the things that I've noticed with our team is that if we lean too heavily on data, we just wait and wait and wait and can get stuck in very small iterations, rather than looking more broadly at new solutions, and so for us to just continually push forward as a company I think is really important, as long as that underlying philosophy is sound."
        - This resonates with what we're doing as the Youth Team—moving to Big Bets versus iterating
    - Would you sell the company?
        - "I think as a fiduciary we're always required to consider it."
- **MEDIA + Telco** – James Murdoch, CEO of 21st Century Fox and Randall Stephenson, CEO of AT&T
    - Media + Telco companies say they are merging because of the competitive threat from technology companies such as Google/YouTube, Netflix, and Facebook
        - See more in: How Media Companies Thrive, or just Survive, in the Shadow of Big Tech
    - Why do companies (pure media or telco or otherwise) think they need to be successful in this space?
        - Direct relationship with end customer
        - Superior customer experience
            - Including lower ad load
        - Premium content
        - Scale
        - Randall Stephenson: "Can you pair a very formidable ad inventory with a very formidable amount of data, information on the customer, viewership data and all other kinds of information, and can you create something unique just from the straight advertising platform and change how you're monetizing content?"
    - Why buy versus build?
        - James Murdoch: "Going piece by piece, one by one, show by show, et cetera, is gonna take a long time to really move the dial and having something mega"

**Progress**

- **Music**
    - With Sadi and Ravi, met with and are evaluating a music technology company
    - Reached out to FB Music team to learn what's possible based on our music rights
    - Began putting together a framework around music
    - Will schedule brainstorm session sometime in next 2 weeks
- Detailed Demographics and Devices from Pew Teen Internet Study
    - Teens have or have access to desktops/laptops at comparable rates to smartphones! (except at the lowest income level <$30k)

        - $75k and up: 96% have desktop vs 97% smartphone
        - $30k to $74k: 89% have desktop vs 93% smartphone
    - The higher the income, the less Instagram, Snapchat, and Facebook are used. However, the drop-off is steepest for Facebook
        - We already knew this, but great to have additional validation
    - While younger teens tend to use social media (e.g., IG, SC, FB) less than older teens, YouTube usage is about the same for both younger and older teens
        - This suggests that YouTube's passive and non-social use cases span a wider age range
        - This is consistent with our internal research that social use cases are more so for older teens
- **Code Conference Writeup:** See initial takeaways above.
- **Anonymous Apps:** Started compling data and should have something to share next week
- **LOL:** Facilitated connection between [redacted] and LOL team to build on our incrementality understanding of Project LOL

**Plans**

- **Music:** 1st draft of framework + meet with somebody from FB Music team
- **Close Friends Big Bet:** Livetext investigation
- **Anonymous Apps:** Simple data + perspective quip
- **Youth Key Questions:** Have draft, just need to clean up before sharing for feedback
- **Snapchat Actions:** More remapping than anticipated is necessary. TBD on timing

- **Fantasy Sports:** On hold
- **LTV:** On hold

---

**From:** [redacted] <[redacted]
**Date:** Friday, June 1, 2018 at 8:00 PM
**To:** [redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] Yanni Antonellis <[redacted] Swin Xu <[redacted] Kisson Lin <[redacted]
**Cc:** [redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] Boyle <[redacted]fb.com>, [redacted] <[redacted] <[redacted] <[redacted] <arcaute@fb.com>, [redacted] <[redacted]
**Subject:** [redacted] Weekly Youth Update - June 1

Because I was OOO Monday to Thursday, this week was a light week.

**Progress**

- Attended Code Conference. Will share a writeup next week
- @Swin Xu and @Kisson Lin did a great walkthrough and overview of **Tik Tok**
- **Group Video Calling**
  - Houseparty has been declining since Snapchat launched group video
  - Houseparty peaked at 3.5 million US teen MAP and 1 million US teen DAP prior to Snapchat's launch, **demonstrating a need for group video calling**
  - However, with SC already have launched group video and IG about to launch group video at the end of this month, in the US, **there is probably not major opportunity for a new app or for Facebook**
- **Mappen**, an app for meeting up with close friends
  - While the app has been criticized for being spammy with SMS invites, there are **positive signs**
    - Steady growth up the app charts from rank 1000 last month to rank 70 today
    - Approximately 20% daily retention at 30 days (this is quite good)
    - iOS app store rating of 4.4/5.0
    - Apple promoted the app in its "Today" section of the App Store
    - Anja had heard about the app via primary research
    - More commentary here: https://fb.facebook.com/groups/1644399852491730/permalink/1977762519155460/
  - **Recommendation**: Conduct qual research to understand whether Mappen:
    - Has staying power
    - Has growth tactics from which we can learn
    - Fulfills a teen need which we may be able to better fulfill through our own solution

**Plans** (most are repeats from last week because I was gone almost all of this week)

- **Group Video Calling:** Follow-up as needed
- **Code Conference:** Do a write-up
- **Music Big Bet:** Next step is to frame up music more broadly, beyond SoundCloud / Spotify and set up brainstorm session
- **Anonymous Apps:** What's the story behind teens and anonymous apps?
- **Fantasy Sports:** What's the story behind teens and fantasy sports?
- **Youth Key Questions:** Have draft, just need to clean up before sharing for feedback
- **Snapchat Actions:** Have not heard back from Oded (was hoping to hear back today). Will follow-up

- **LTV:** On hold

---

**From:** [redacted] <[redacted]
**Date:** Friday, May 25, 2018 at 3:42 PM
**To:** [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted]
[redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted]
**Cc:** [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted]
[redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted]
[redacted]>, [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted]
<[redacted] [redacted] <[redacted] [redacted] [redacted]>, [redacted] <[redacted] [redacted]
<[redacted]
**Subject:** [redacted] Weekly Youth Update - May 25

**Progress**

- **Music Big Bet:** Put together a quick take on **SoundCloud**
  - For US teens, SoundCloud is about 50% of Spotify US Teen DAP
  - SoundCloud, at ~47%, is higher % teen DAP than Spotify, at 38%
  - SoundCloud is growing steadily with US teens, but Spotify is growing faster
  - SoundCloud has relatively high L-ness of 13/28 compared to Spotify of 15/28
  - Only about 25% of SoundCloud teen DAP is on Spotify as well
  - SoundCloud's stated strategy is to focus on the creator community and mid to long tier content that is exclusive to SoundCloud and not available on other music streaming services such as Spotify and Apple Music
  - **Music Next Step: Frame up music more broadly, beyond SoundCloud / Spotify**
- **Snapchat Actions:**
  - Sent details of Group Story event to Oded, MINT DE
  - Connected with [redacted] on whether to install software in his qual/quant panel. TBD if we can whitelabel and waiting for panel to be built
  - Connected with Kat Li, IG PM, on information which may be helpful in making the case for a French panel, which IG may fund
- **Competitive Review Follow-Ups:**
  - **SoundCloud** quip above
  - **FB + FBM Incremental Analysis** largely leads to the same results as FB only since most of FBM is a subset of FB
  - **FB + FBM + IG Incremental Analysis** largely leads to all the incremental numbers becoming very small because IG has such as US teen reach

  - **IG Generational Analysis**: Hoping Xiaoshan ☺ is able to help with this!
  - Other follow-ups TBD
- **Tik Tok Walkthrough:** Kisson and Swin from the Market Strategy have generously offered their time for a walkthrough of the Tik Tok app. It's scheduled for next Thursday
- **Churchill Club Top 10 Tech Trends 2018**: Attended panel with Market Strategy teammates Sharmistha and Oliver. Write-up is in progress

**Plans**

- **Code Conference:** Spending most of next week at Code Conference. I will be back in the office next Friday
- **Music Big Bet:** Next step is to frame up music more broadly, beyond SoundCloud / Spotify
- **Anonymous Apps:** What's the story behind teens and anonymous apps?
- **Fantasy Sports:** What's the story behind teens and fantasy sports?
- **Youth Key Questions:** Have draft, just need to clean up before sharing for feedback
- **Snapchat Actions:** Should hear back from Oded (data eng) by Friday of next week
- **LTV:** On hold

---

**From:** [redacted] <[redacted]
**Date:** Friday, May 18, 2018 at 11:20 AM
**To:** [redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted] <[redacted]
**Cc:** [redacted] <[redacted] <[redacted] <[redacted] <[redacted]>, [redacted] <[redacted] <[redacted]
**Subject:** [redacted] Weekly Youth Update - May 18

**Progress**

- Competitive Landscape Review:
  - Winning Teens = Winning Generations. Facebook, if it is to win with teens, will win with teens (13-18 y/o's) on a generation by generation basis
  - Music is a major opportunity for Facebook that we should dig deeper into
  - Of all the US teen apps, Instagram is in the top 3 in terms of "incremental" MAP and DAP. **If we don't know how IG can help FB, then we should think hard about how any other app can help FB**
  - Special thanks to [redacted] from Core Data Science for our collaboration in the incremental teens analysis

- **Snapchat Actions**: Determined the event name ("GROUP_MISCHIEF") for group stories. Will continue collaborating with MINT to understand this action.
- **Snapchat Spectacles v2**:
  - Incremental improvements such as allowing you to take photos, making the sunglasses look more normal, and light waterproofing will increase the L-ness of the Spectacles (L-ness was reportedly very low for v1)
  - **At a business level, Spectacles continue to be a way for Snapchat to "go deep" with the users it already has.** Advertising is a numbers game--you need extremely wide reach in order to do well. While SC works on increasing its active users, it has an opportunity to monetize existing users better with expensive toys such as Spectacles while also building its muscle for hardware products.
- **Lifetime Value of Teens**:
  - Connected with [redacted] to understand what Growth Marketing has here. While they have what they are willing to spend (Cost per Acquisition/CPA) on a **country level**, a similar sort of exercise has not been undertaken at a teen versus adults level
  - I'll have to make the LTV calculation myself since neither Growth Marketing nor Finance has done it yet

**Plans**

- **Competitive Landscape Review Follow-ups**. There are a series of follow up's here. Will **prioritize** and then action against.
  - Prefer that we see FB and Messenger together in the incremental/overlap analysis (all)
  - IG Incremental analysis [redacted])
  - Prefer that we use DAP instead of MAP [redacted]
  - In addition to look at large apps, how can we pick up on smaller apps faster? ([redacted])
  - Can we build a stronger perspective on how these smaller apps would integrate into the FB ecosystem? ([redacted])
  - Would like to see deep dives into Pinterest and SoundCloud ([redacted]
  - Do further analysis on IG young teen data to further support generational thesis ([redacted]i)
  - Connect with [redacted] on research questions
- **Youth M&A:** Much of this work overlaps with the above
- **Strategic Youth Questions:**
  - I think much of this, from my end, will be driven by the generational thesis
  - On the data and research end, will work to get those questions all in the same place
- **Snapchat Actions:** Will continue working with MINT to put this together. Will likely start with a subset of important actions.

**From:** [redacted] <[redacted]
**Date:** Friday, May 11, 2018 at 3:30 PM
**To:** [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted]
**Cc:** [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] [redacted]>, [redacted] <[redacted] [redacted] <[redacted] [redacted] [redacted] <[redacted] [redacted] [redacted]>, [redacted] <[redacted]
**Subject:** Winning Teens = Winning Generations (& [redacted] Weekly Youth Update - May 11)

**Winning Teens = Winning Generations**

- **Thesis:** Facebook, if it is to win with teens, will win with teens (13-18 y/o's) on a generation by generation basis.
- **Logic:**
  - Social media use is sticky. While possible, it is very difficult to dislodge a well-established social app.
    - Because of this, it's hard to get 16 y/o's to switch from IG and SC to Facebook
  - Thus, we cannot hope to convert **current** 13-18 y/o's to Facebook if they already have a different set of primary social apps (in the US these are SC and IG)
  - We will, instead, **need to capture people before they are set in their social media use**
  - This can only occur on a generation by generation basis. Generation is "**year of birth" / grade level in school**
- **Implications:**
  - We are seeing this play out already.
    - **For Facebook**, we see that with each successive year of birth, our penetration is lower
    - **For Instagram**, we see **that younger teens have different behaviors than older teens**. The youngest teens have been exposed to Instagram as always having Stories. For older teens, they look at IG Stories with disdain. IG Stories are a copycat of Snapchat to them. But for young teens, there isn't this sentiment (research should validate). And thus, when we see IG Stories pick up among US teens, it is among young teens. It is not that existing teens are changing their behavior. **It's primarily because young teens who are new social media users start with a different set of behaviors.** Cc: @[redacted]
- For our insight generating functions of research, analytics, and market strategy, framing user behavior in terms of very specific generational cohorts, defined as "a cohort defined by time of birth, geographic location, and primary social app use," will be a productive framing
  - How can we ask and answer questions that:
    - #1 Further validate this thesis
    - #2 Frame new questions that expand on this thesis
  - How can we build products with this in mind?
    - What can we build for 9th graders? 8th graders? 7th graders? 6th graders?

- What can we build for when people join a new school? How can we build products that make it so that when you start Middle School, Facebook is the best product to use and the way you connect with your peers?

**Progress**

- **Youth M&A:** Put together a flat file which identifies the apps with the highest proportion of teens, their growth rate, and their absolute teen DAP. It's pretty nifty. Will share more broadly next week. Two initial takeaways:
  - **VSCO.** Wow 75% of its US DAP are US teens. Insanely high %.
  - **Music. Music. Music.** Teens are crazy about music. There are so many teen-overweight apps that have to do with music. Let's start thinking about how we can incorporate music creatively into our products!
- **Lifetime Value of Teens:** Still plugging away with Finance about this. Will also work with Growth Marketing on this since apparently this is in their wheelhouse.
- **Snapchat Actions:** It's harder than I expected to remap actions given the Snapchat redesign. But they also just launched the redesign of their redesign so in a way it's a plus that I didn't waste effort mapping v1 of the redesign...

**Plans**

- **Strategic Youth Questions**: We can do a much better job of homing in on the most important questions to answer. I think the M&A and Lifetime Value work will be good inputs into this
- **Youth M&A:** Collaborating with Core Data Science on getting "non-overlap US teen DAP" for each app. Basically, this will help us understand which apps could potentially bring the most incremental US teens to Facebook!
- **Snapchat Actions:** Hope to get this remapped ASAP

**Upcoming:**

- Got the new Snapchat Spectacles. Will share initial thoughts after I use them this weekend
- Code Conference. No questions for Evan Spiegel huh? I'm thinking about asking "Do you think hubris has impacted Snap in any way?" ☺ jkjk

**From:** [redacted] <[redacted]
**Date:** Friday, May 4, 2018 at 10:42 AM
**To:** [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted] [redacted] <[redacted]

[redacted] <[redacted] <[redacted] <[redacted]
**Cc:** [redacted] <[redacted] <[redacted] <[redacted] <[redacted]>, [redacted] <[redacted] <[redacted] <[redacted]>
**Subject:** Re: [redacted] Weekly Update - ~~April 27~~ May 4

**Thought:**

- Messaging and Stories are connected. Facebook Stories is most successful in FB Messenger strong countries. This is connected to the fact that Messenger has a higher number of sessions than FB Blue
    - Potential implication: We may want to explore how to more tightly couple messaging and broadcast in a Stories-First world

**Progress:**

- Snapchat Quarterly Report: Lots of good stuff in here, but a few key points to highlight
    - Snapchat is struggling with growth in its core markets of US, France, UK, Germany, and Saudi Arabia. This is not good for them
    - Summer is typically one of their weakest seasons. It will be surprising if their growth weakness improves rapidly
    - Snapchat is growing in India and Mexico, making them fall within their top 10 markets
        - Implication: Snapchat can grow most anywhere
    - IG continues to do well, increasing its time spent share on a global basis and also in the US with teens
        - Yay for the family of apps!
        - At this point, Instagram is likely the bigger global competitor to Facebook Blue than Snapchat
        - What's our strategy with regards to Instagram? This is an ongoing theme
    - Lots more in the report than I can summarize here...
- **Short-Form Humor Video Competitive Landscape + Opportunity Sizing:** [redacted] and I synced, and we are good. We proposed a set of questions which would get us closer to whether the Big Bet we are proposing is a good idea or not
- **Lifetime Value of Teens:** Still working with Finance on this. This is a surprisingly difficult question and one that our Finance team has not worked through or thought deeply about

**Plans:**

1. **Tweens / Close Friends Big Bet:** Most likely shifting my focus from Short Form Funny Video back to Tweens/Close Friends Big Bet, pending input from [redacted]
2. **Snapchat Action Panel:** Talking with [redacted] about plans for this later today
3. **Lifetime Value of Teens:** Input into business case for increased Youth investment (5/10); first application for marketing/branding

4. **Youth M&A Strategy**: Collaboration with Ravi (6/7)
5. **Strategic Youth Questions**: Collecting key questions across Youth Pillars (Date TBD)
6. **Youth Empathy**: Fay's hoping to collaborate on some of the "meta" issues around Youth Empathy. TBD on timing and whether I can fit this in

**Upcoming:**

- I'm heading to Code Conference, hosted by Recode, at the end of this month. Please let me know if:
  - You are attending as well! Would be awesome to coordinate/meet up
  - You would like me to pose any questions to the speakers. Some example speakers are:
    - Evan Spiegel
    - Daniel Ek
    - Brian Chesky
    - Dara Kohsrowshahi
    - James Murdoch
    - Randall Stephenson

**Concluding Thought:**

- Sometimes it seems like I'm talking into a void with these updates. I welcome any and all response or feedback ☺. Thank you to those who have responded back previously!

---

**From:** [redacted] <[redacted]
**Date:** Friday, April 27, 2018 at 3:00 PM
**To:** [redacted] <[redacted] <[redacted] <[redacted] <[redacted],
[redacted] <[redacted] <[redacted] <[redacted]
**Cc:** [redacted] <[redacted] <[redacted] <[redacted] <[redacted]
[redacted]>, [redacted] <[redacted] <[redacted]
<[redacted]
**Subject:** [redacted] Weekly Update - April 27

**What I did:**

- **Short-Form Humor Video Competitive Landscape** – Shared draft perspective with [redacted], [redacted], and [redacted]
- **Snapchat Action Panel** – Worked with [redacted] and [redacted] to determine how to proceed with panel. Decision is to rescope the panel given the relatively costs versus return on those costs
- **Lifetime Value of Teens** – In process of getting data and models from the finance team
- **Youth M&A Strategy** – Synced with [redacted] Interim update next week and hope to wrap up in a few weeks

**What I will do:**

1. **Short-Form Humor Video Competitive Landscape + Opportunity Sizing** – Collaborate with [redacted] to sync up opportunity sizing with the market size data (4/30)
2. **Snapchat Quarterly Report** – Regular report on growth, engagement, and product (5/3)
3. **Lifetime Value of Teens** – Input into business case for increased Youth investment (5/10); first application for marketing/branding
4. **Youth M&A Strategy** – Collaboration with Ravi (6/7)
5. **Strategic Youth Questions** – Collecting key questions across Youth Pillars (Date TBD)

**From:** [redacted]
**Sent:** Friday, April 20, 2018 3:29:16 PM
**To:** [redacted]
**Cc:** [redacted]; [redacted]; [redacted]; [redacted]
**Subject:** Re: [redacted] Weekly Update - April 20

**What I did:**

- 4/19 Competitive Landscape Review
    - This review focused on: locations update, Snapchat panel, prioritizing Youth Market Strategy workstreams, and Teen Ecosystems across example cluster countries. See link for more detail

- **Locations Data:** US teens overindex by 2.3X on Messenger live location sends compared to adults
  - Implication: This suggests that there may be an opportunity to build more location products for teens
- **Branding Sync:** Connected with Carrie and Damon regarding branding and partnerships.
  - Action: [redacted] to work with finance team on calculating teen lifetime value in order to further support business case for increased investment (e.g., for branding efforts) in teens

**What I will do:**

1. **Short-Form Humor Video Competitive Landscape** – Develop perspective (4/25)
2. **Snapchat Quarterly Report** – Regular report on growth, engagement, and product (5/3)
3. **Strategic Youth Questions** – Collecting key questions across Youth Pillars (Date TBD)
4. **Lifetime Value of Teens** – Input into business case for increased Youth investment (5/3); first application for marketing/branding
5. **Youth M&A Strategy** – Collaboration with [redacted] (Date TBD)

**In Case You Missed This:**

- 37% of US IG Teen DAP have no blue account - from [redacted]
  - Conjecture: The more recently you joined IG, the younger you are. Therefore, the younger you are, the more likely you are to not join FB
  - **Implication:** We have an **acquisition problem** for young teens. Strongly negative brand likely plays into this.
- Why do people open Facebook? - from [redacted]
  - There's so much good stuff in here I can't do it justice
  - Younger people come for notifications around messaging
    - **Implication:** Let's figure out how to put messaging in the main app for teens
- Primary Messaging App - from [redacted]
  - In the US, iMessage and Snapchat are evenly split for primary messaging app
  - In GB and AU, it depends on if you have Android or iOS. If iOS, Snapchat. If Android, Messenger

        - For GB and AU, they are currently about 55/45 iOS versus Android

    - **Implication:** "Losing to Snapchat" is in large part equal to "losing the messaging use case." Messenger, and perhaps Messenger Diode, are implicated here. **We should figure out how to bring the messaging use case back into Blue**

- Teen MAP to Adult MAP ratio is HALF in focus countries compared to non-focus - from [redacted]
    - Conjecture: Part of the reason we are doing okay in non-focus countries is because adults haven't come onto Facebook in overwhelming numbers yet
    - **Implication:** More and more adults are going to come onto Facebook in non-focus countries. We better figure out how to solve the teen problem (perhaps by giving teens a clearly defined separate space from adults either via a new app or new experience?) or else we're going to have the same problems in the RoW
    - More on the Facebook retention problem from [redacted] https://fb.facebook.com/groups/teenager.data/permalink/809275129268581/

Is this helpful? Let me know!

Thanks,
[redacted]

---

**From:** [redacted]
**Sent:** Friday, April 13, 2018 2:25:11 PM
**To:** [redacted]
**Cc:** [redacted]; [redacted]
**Subject:** [redacted] Weekly Update - April 13

All,

I'm starting a weekly update. Please let me know if there are any recommended changes to the format or content. I want to make sure this is an useful update that you consume.

**What I'd like to flag:**

- It sounds like an multi-app Youth approach/rationale would be of great benefit to our team, especially given the fact that we are hoping to build apps separate from FB Blue
- I am meeting with Shirley Sun next week to discuss this on the overall family side. It would be great to work with somebody else on Youth
- Who would be the right person to collaborate with?

**What I did:**

- Tweens Business Case in collaboration with [redacted]
    - Separate app rationale, which was a subset of the Tweens work, shared with [redacted] to help argue for a separate app
- Competitive Landscape Review 4/12/2018
- Here is the full Piper Jaffray report (@Esteban) and this is my summary of the report

**What I will do:**

- **Locations data: By 4/19,** share normalized teen/adult FB location feature usage data
- **Branding:** Connect with [redacted] on branding work which targets young teens/tweens (**4/16**)
- **Snapchat Teen Action Panel:** Share update from MINT/ [redacted] on accelerating recruitment of US iOS teens for the action panel (**by 4/19**)
- **Competitive Landscape Review on 4/19:** In addition to follow-up's from the last meeting, I'd like to review how teens spend time on their smartphone in the US and a few other example countries. This is help the Youth leads get a better sense of the overall ecosystem
- **Use case sizing:** As the use case sizing work enters the second phase, I'll be jumping back into it. I'll collaborate with [redacted] on clustering the use cases and investigating the existing apps for various use cases (will follow-up with @[redacted] on timeline)
- **Teen panel questions:** Collaborate with [redacted] on the key questions we may want to spin up with the new teen panel (will follow-up with Michael on timeline)
- **WhatsApp Analysis:** Meeting with Spencer and team on the topic next week. Working with [redacted] on a timeline
- **Brand/Hook/Ongoing Engagement Framework:** I may delay this to help with the **Youth multi-app approach**, if the demand is there

**Takeaways from the Competitive Landscape Review on 4/12:**

- We currently consider Instagram a competitor in many respects (e.g., teens social sharing) but also collaborate (e.g., high school data) with them
- We are aligned on the importance of young teens/tweens for winning teens longer term

- For Big Bets focused on the US, iOS is the most important platform to build for, given the high iOS market share
- We want to explore authority figures and influencers as ways to onboard more teens more rapidly. These people are as varied as club leaders, student body leaders, teachers, and celebrities (e.g., Kim Kardashian)
- We agree on the importance of brand and branding, especially with regards to young teens/tweens
- High School, Fox Mode, and Close Friends are our current attempts at creating a separate teen space
- We want to track whether IG has any softness in the younger age cohorts

Please let me know about any questions, recommendation, or comments.

Thanks,
[redacted]

---

**From:** [redacted] <[redacted]
**Date:** Tuesday, January 2, 2018 at 1:50 PM
**Subject:** [redacted] Update on Youth - Jan 2

Happy new year!

First, a save the date. [redacted] and I are hosting a "Youth Lunch 'n Learn" on **Friday, January 19 at 2:30 PM** (yes, it's after lunch time...rooms are hard to book :P ). The main focus will be on [redacted] findings from the international teen app sentiment survey. Look for an invite soon!

Second, [redacted], [redacted], and I have kicked off work around teen use case sizing, with the eventual goal of helping our Youth Team prioritize better. Welcome your thoughts on this process!

**Third, and as promised from my last email**, I've built out a stronger understanding of the teens we are addressing. You can find it here: "The Teen Social Market Landscape in 5 Clusters."

At the most basic level, it upgrades our understanding of the teen world from what our team presented to leadership last December 2016. Beyond the basics, I encourage reading the whole note (thanks to those who have already!).

Here are a few takeaways:

- Facebook Core App is showing weakness in 4 of 5 Clusters, and it's not just Snapchat driving it

  - In fact, Facebook Core App's biggest "competitors" are probably Instagram and WhatsApp
  - How do we work with that?

- For each cluster, the top two teen apps are a "feed" app and "messaging" app—this suggests that these apps are complementary and fulfill different sets of "jobs"
- "The future is already here — it's just not very evenly distributed." Is Facebook missing the future by not optimizing for teens in high GDP countries?
- Including or not including YouTube in the kmeans clustering didn't change the results. This suggests that YouTube is different from the other apps (i.e., Facebook, WhatsApp, Snapchat, Instagram, Messenger) in the clustering

  - While YouTube is a competitor for attention, we likely have to think about it differently from how we would approach social apps
  - I have come to believe more strongly that our rivalry with YouTube (in combination with our former focus on the time spent metric) has led Facebook to take self-destructive actions such as doubling the amount of video watch time in 2017

Related to the point on YouTube above, I would love to have a detailed and nuanced understanding of "**What is Facebook?**" for both adults and teens. Maybe Facebook would have something analogous to "Snapchat is different things for different people" (confirmed via market strategist [redacted] work). In order to build a realistic vision of "**What will Facebook become**", we'd benefit from understanding, quantitatively and qualitatively, what Facebook is presently.

"What is Facebook?" is one of those deceptively simple seeming questions that actually has a lot of layers behind it. I am guessing (and hoping) that that components of the answer exist—someone just needs to synthesize the components. Please let me know about the components! And I can try to put together the synthesis if we don't have it already.

#YouthStrong
[redacted]

---

**From:** [redacted] <[redacted]
**Date:** Sunday, November 26, 2017 at 11:16 PM
**Subject:** [redacted] Update on Youth - Nov 26

Hi everyone,

The last time I wrote an email update (see below), I highlighted workstreams and concepts that I believed are important for our Youth team. Now, I'm sharing an update on those areas.

Let me first discuss **branding**. I realize now that "**branding**" is broader than I had initially imagined. The wider conception is summed up as: **what is our value proposition to teens.** It seems like we are still striving to be everything and anything. And when you don't know what to be, I suppose you aim for everything and anything. Are we on a path to not be everything and anything? (Probably yes.) While this is a teen challenge, it is likely a Core App challenge as well... Instagram has done a good job of articulating what they want to be.

In order to be successful at **market and competitor understanding**, which informs M&A and product development, we need a stronger sense of our value prop.

And in order to more clearly formulate our value prop, we would benefit from a **stronger understanding of the teens we are addressing**. We have the most comprehensive understanding of teens in the United States. Can we broaden this understanding to teens elsewhere? We have Patrick Maginnis' archetypes, which work globally, and Solette Westerberg's "base/swing/reach," which is US only. Both are useful, but we can do more to operationalize them. More recently, David Gilinson has been building a country-level segmentation, which is meant to be directly operationalizeable. **In the next few weeks, I hope to complement [redacted] and [redacted] work by providing a country-based segmentation based on what apps teens are using, in addition to Facebook.** This effort will be my big push for the EOY.

As an aside, but an important aside, we should do more in the US. The teen trends in the US are what lead to the creation of the Teens Team in the first place. And if we can address the teen challenges here, we can probably address them anywhere. Some may say: "But what about Messenger Kids? Isn't that targeted for the US?" My response is that Messenger Kids, while great for kids, may not create major opportunities for tweens and teens (at least not in a proximate timescale). Kid people problems are miles away from teen people problems. This is why I focus on teens—kids are a whole different ball game.

Finally, in mid-August, I upgraded **identity** into one of my immediate focus areas. Julie Schiller and I set about to raise awareness and understanding and also spur action. The quick summary is that **identity is a core concept of social media** (and from which Facebook was originally birthed), and **our initial conception of identity**, which worked brilliantly in the past, **does not jive with teens and is actively holding back teens from sharing on Facebook.**

[redacted] and I have driven the identity work forward by:

- Articulating the concept in a research note ("Identity's Crucial Role in Sharing on Facebook")
- Summarized how to take action/workshop through the concept ("Identity is the Missing Piece")
- Conducted pilot workshops with Youth Core and Youth Content Engagement
- Met with Profile (Aigerim Shorman) and Feed & Sharing (Adam Mosseri, Rushabh Doshi, and George Lee)

When it comes to identity, there's still a long way, in terms of translating concepts into product, to go. Let me know how I can help! (Wish Julie were still here!)

**Other Updates**

- Overall, Snapchat hasn't been doing too hot lately, with challenges in overall user growth and monetization. From their Q3 earnings call, it sounds like they will risk alienating their existing users (many of them teens), in order to expand internationally and with people over 30
  - For teens across most of the Western World, Snapchat is our biggest competition
  - However, in the Rest of the World, **YouTube, WhatsApp, and Instagram are bigger competitors**
  - More analysis, per the aforementioned **country-based segmentation**, to come
- Collaborated with [redacted] and [redacted] to create a dashboard to help us monitor youth-related apps we're interested in. The MINT/Onavo data was newly reprocessed, so I'm still checking for stability, but longer term I'll share a regular update on apps we care about. Thanks again, David and Dana!
- Collaborated with [redacted] to understand **Youth time spent by use case**—more details to follow
- The Market Strategy team spent about 2 weeks doing a **Video Sprint**. We will be publishing results, likely starting next week, in our Market Strategy & Insights group

There's more I'd like to say, but this update is already too long. I'll start a monthly cadence to make this easier to read and more timely.

Let me know if you have any thoughts on the content or anything else!

Cheers,
[redacted]

---

**From:** [redacted] <[redacted]
**Date:** Friday, August 4, 2017 at 11:38 AM
**Subject:** [redacted] Unconventional PPF - Aug 4

Hi everyone,

In addition to the usual updates, I wanted to go over my "focus areas" for H2. These "focus areas" may of course change, but they are my priorities presently.

Immediate Focus Areas:

1. Broader **market and peer/competitor/partner understanding** which may inform M&A or product development
    a. Rationale: Previously, my focus was primarily on Snapchat given the lack of understanding within Facebook and the app's prominence among Western youth. Now is the time to look more broadly.
2. Up-level the priority of broad **branding** work for Youth. I am not a marketer, but I can help tell the story/be an advocate of why we need to invest more in branding.
    a. Rationale: Starting at the top of our company, there has been the belief that "We haven't had to do a huge amount of marketing outside the product." (Mark @ last week's Q&A.) And that the product will grow naturally once you connect people. My thesis is that this has led to a **systematic underinvestment in branding**, especially for teens in the Western world. See this note (addressed toward the end) for more of rationale of why branding is important for teens.

Longer-term Focus Areas (things on my mind but I might not have capacity to work on):

1. In the US, the **19-22 age group** is weakening on FB Core App (and by extension FB Messenger, because Messenger's fate is largely tied to FB Core App). 19-22 has historically been our strongest group. That group will weaken in the US and other Snapchat strong countries. We should take action sooner than later—**it's hard and expensive to reverse death spirals.**
2. **IDENTITY.** I've long maintained that one of the core differences between Facebook and Snapchat is their respective approach toward identity. We have not approached this very aggressively. I know Jason has been moving things along here. At some point, as appropriate and time-permitting, I'd like to plug in and contribute.
3. **Youth Prioritization Framework.** I've worked on this in fits and starts. One attempt was the time spent equations. As Luc mentioned yesterday, once we pick all the "low hanging fruit," this will become more important.
4. **High School Communities.** Super excited that Steve is working on this. Glad we picked up the ball. Not yet sure how I can help but will keep on radar.
5. **Location Location Location.** How can we get teens to share their location with us so we can leverage that data for awesome product experiences and also analytics around high schools?
6. **YouTube.** Youth are flocking TV for YouTube. What's Facebook place in this?

Other:

1. I continue to support the Groups team and its work on Communities. Hopefully some of this can plug back into Youth (e.g., HS Communities).

Youth stuff I've worked on recently:

1. Snapchat is a Multi-Generational Challenge. This note details, at a very high level, how we should be approaching youth in Snapchat strong countries such as the United States and France.
    a. In this note, I argue that Snapchat's strong hold on youth in "Snapchat strong" countries will echo beyond the teenage demographic as the youth age into young adulthood and maintain their use of Snapchat
        i. We are already seeing Snapchat as the #1 app for 19-22 year-olds in the United States
        ii. Multiple generations/cohorts of users will have Snapchat as their "primary social app" unless strong corrective action is taken
    b. Based on this framing, I advocate for:
        i. Greater product focus for the 19-22 year-old demographic in Snapchat strong countries
        ii. Increased study and use of **youth-oriented branding** to capture youth when they receive their 1st smartphone
2. Youth Industry Update. What's been happening in the marketplace?
3. Snapchat Update. How's Snapchat been doing?
    a. TL;DR Mostly bad in most countries, but holding its own in its core countries such as US, CA, AU, and part of Western Europe
4. Youth Lunch 'n Learn: Spotlight on Marketing. It's happening today! Thanks Sam and team :D
5. Shared insights on types of Snapchat updates and how differentiating and defensible each type of update is.

Other stuff:

1. Chris Cox presented some of my communities work (which Market Strategy and the Groups team collaborated on) on the world stage--tens of thousands watched live and up to millions watched the recording. See Chris' presentation starting minute 46.
    a. See an interim presentation on this work here.

2. I went to Code Conference. It was a bit intimidating, but it was cool meeting VCs, tech and media executives, and politicians. And my favorite tech writer, Ben Thompson!

Let me know if you have any questions.

Cheers,
[redacted]

# EXHIBIT 2

EXHIBIT 2




Hello thank you everyone for joining this research shareout on teen fundamentals. I'm [redacted] and I just joined IG from FB to lean into what teens need on IG. This review I'm sharing with you today incorporates adolescent development concepts, neuroscience as well as nearly 80 studies of our own product research so we have a lot to go through but, I promise it will be fun :)

FILED
2024 JAN 29 PM 4:14
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
LN D.C. & M.

**Phase 1**

*Teen Fundamentals*

Establish our foundation of existing teen product knowledge and identify unmet needs in the teenage IG experience.

**Phase 2**

*Teen Digital Trends*

Break down the formula for teen trends (including content, interactions, new apps, etc.) understanding their cycle and how they meet unrealized needs of teens.

**Phase 3**

*New Teen Opportunities*

Identify all of the online and offline components of teenage life and understand how they diverge and intersect to shape the teen experience.

**Phase 4**

*Keeping up with Teens*

Develop a program for tracking teen trends and market shifts over the long term.

2

Phase 1 of the Teen Ecosystem Understand workstream is a synthesis of adolescent development concepts, neuroscience as well as nearly 80 studies of our own product research.

# Remembering what it's like...

3




Each generation is marked by different trends in entertainment, style and technology...And while many of these of these things happened before our eyes, there are many aspects of teenage life that evolve behind the scenes.




The teenage experience consists of complex layers of circumstances that play a part in who they will become. And while there is immense variability in these factors...




We can first look inward to biological factors that are relatively consistent across adolescent development and gain valuable unchanging insights to inform product strategy today.


Biology



We are all aware of what happens during adolescence = puberty
There is increased hormone production and new environmental effects and cognitive changes that cause an abundance of confusion for youth at all stages. This includes trying to figure out just who they are.




Adolescents construct an identity by engaging in a high level of exploration but with low levels of commitment and this is called identity moratorium. Young people are generally positioned to have more freedom and independence than childhood but without all the responsibilities of adulthood. Adolescents sample careers or explore personalities and desires. Young people who successfully engage in this reach identity achievement.




Pattern of maturity is from the back to front and gray matter density (which drives connections in the brain) increases over time. Unlike the body which functions wholly from day one, the brain essential spot trains certain areas and functions at a partial capacity before it is wholly developed.




The teenage brain is usually about 80% mature. The remaining 20% rests in the frontal cortex - the area of the brain responsible for...At this time teens are highly dependent on their temporal lobe where emotions, memory and learning, and the reward system reign supreme.




Teens' decisions and behavior are mainly driven by emotion, the intrigue of novelty and reward...While these all seem positive, they make teens very vulnerable at the elevated levels they operate on. Especially in the absence of a mature frontal cortex to help impose limits on the indulgence in these.




So, now that we know this - what is the effect of teen's biology on their behavior? and how does this manifest itself in product usage?




Teens are hungry to learn and therefore seek new experiences and exposure and the teenage brain happens to be pretty easy to stimulate. Novelty seeking further manifests itself in three behaviors that especially lend themselves to social media - exploration, discovery and experiences.




Exploration is an invaluable tool for the teenage mind. Teens explore interests through content, they develop moral reasoning skills through conversation and share experiences together through interactions.



We know IG has traditionally been quite strong on the entertainment front, but we are beginning to get signal the relevance of content on IG may be waning among teens. Why is that? Well for a novelty seeking mind - slow or repetitive content is a buzzkill. More frequently we are hearing that content has become redundant in Stories and other surfaces - especially in comparison to hyper discovery apps like Tik Tok and Youtube.



On the topic of conversation, psychosocial research tells us that moral reasoning is achieved through a process called mutual perspective taking - put more plainly it is the exchange of interactions with peers where adolescents confront one another with differing perspectives and engage each other with in-depth discussions.

What does this mean for us?



Communicating with peers is not just a boredom buster, it is an important part of adolescent development and one they rely on to feel connected. It seems that teens are naturally chatty and this provides some insight around why messaging apps are so popular among this age group.



You may remember these...you may have even had to serve detention for passing them. Well they have been replaced by...




These! Texting and messaging apps like Snapchat have transformed the norms around teen communication to say the least. Our direct product is certainly a utility to teen users when it comes to lightweight interactions and content sharing but apparently lacks the response urgency of Snap and conversation depth fulfilled by text messaging.
For teens literal conversations are not the only means of interchange. Emojis, streaks, photos, memes, GIFs, videos, reactions, likes and comments are just some of the interactions that play a part in shared experiences. People are now able to interact and communicate feelings without saying or typing a word.




In this example these two just envisioned and shared an experience of what it would be like to follow through on this ridiculous notion of robbing a bank with very little effort or words.
But the challenge for teens is in getting these experiences started. Recent insights from the Household Ecosystem study showed teens are seeking online presence cues and looking for friends responsiveness to spark interaction but they struggle to maintain convos and go deeper than just light socializing.



When it comes to discovery → finding something new or novel, much like our big bro FB, IG has a pretty good hold on the serendipitous aspect of discovery through our Explore surface, recommendations and social graph. And everytime one of our teen users finds something unexpected their brains deliver them a dopamine hit.




Teens are insatiable when it comes to "feel good" dopamine effects. Humor and fun are highly valued. But, this does not mean that other types of content don't engage teens. Humor is just one emotional note - and teens are much more complex beings as they explore who they want to be. This explains teens intense occupation with things such as music and competition.



Further, teen brains' are especially "plastic" or keen to learn presenting a unique opportunity that coupled with curiosity can sends teens down some interesting rabbit holes - absorbing as much as they can about a particular topic.

How well does IG cater to this activity? How does it stack up against intentful discovery platforms?




Interest searches are generally less successful on IG in comparison with the competitors and...




We lag especially behind popular teen app Youtube when it comes to seeking to learn about an interest. The ability to go deep on a topic can be somewhat difficult on IG.




**Teens need rapid fire discovery features to find new:**

- Interests
- Perspectives
- Experiences

## Opportunities

- Implement stronger paths to related interest content (ie. suggestions for IGTV videos, a discovery surface for collections, etc.)
- For interest-related search results include people, places, hashtags, collections, products and causes to facilitate browsing all we have to offer.
- Invent new interaction types that produce a feeling of a shared experience amongst friends such as co-creation, perspective sharing, games, etc.

Teen's insatiable appetite for novelty puts them on a persistent quest to discover new means of stimulation.
Think: What would it be like if there was a discovery feature on every IG surface? How can your team give teens somewhere new to go or something new to find from the product you work on?




Sex hormones are particularly active in the limbic system, which is the emotional center of the brain. That explains why in part adolescents not only are super sensitive but they gravitate towards emotionally charged experiences - think scary movies, rollercoasters, sad music, etc. There are also unique features of teenage emotional experience -- increased sensitivity, as well as well established psychological concepts known as "personal fable" and "imaginary audience"



Adolescents find it difficult to distinguish their view of what others think of them from reality. They show adolescent egotism, a perspective taking error that renders them highly sensitive.




Teens often refer to all the "drama" of their lives, which to adults may seem frivolous. But it is a reality for teens and manifests itself in the two psychological concepts I've mentioned - the "imaginary audience" and "personal fable".



When teens believe the intensity of their emotions are different from other people's emotions and that others simply do not understand - teen psychologists coin this "personal fable". This may move teens towards a desire to express themselves in various introspective ways such as journaling and engage with relatable and self deprecating content such as that is expressed through memes, vloggers, etc.




Personal fable is compounded by another psychological concept called "imaginary audience", which is a heightened self consciousness fueled by the belief that all eyes are on them.




This proves true in the data as well. At least in the U.S., teens are much more concerned about the quality of their content and have concerns about being judged.




It's no wonder then why there are so many public sharing barriers and rules among teenagers even on ephemeral surfaces like Stories.




There is quite a bit of threat to be wary of especially among teens on Instagram and most notably in DM. Unsurprisingly, people being bullied on IG are more likely to delete or deactivate their accounts.




Even when teens don't have a particularly negative experience on IG, they can still feel bad based on how they self evaluate compared to what to they see. When adolescents identify a self they aspire to be, and this mismatches with their actual selves studies associate this with poor grades, low self esteem and symptoms of depression. A related problem we have identified internally as social comparison.




Research has shown that social comparison on Fb and IG is highest among teens and young adults.




One effort that has made some stride towards reducing social comparison for teens is project Daisy - which does not display the number of likes a post received. This change had a statistically significant impact on reducing the frequency of "like" comparison for both teens and non-teens. It also showed...




...significant increases in favorability of IG.



All of these factors can make it challenging for young people to form a balanced and consistent sense of self. That is because they also begin to realize that their feelings, attitudes and behaviors change with any given situation causing even more confusion about their identity.




IG lends itself well to identity exploration. The ability to create multiple accounts give teens the ability to experiment with showing a different side of themselves through more frequent authentic expressions to smaller audiences.



This is common teenage narrative. Take Hannah Montana - a teenage girl living a double life as an average schoolgirl by day and as the famous pop singer by night, which she keeps secret with only a few people knowing of her alter ego.




Some U.S. teens are interested in creating a second account for that very purpose.




Many teens have capitalized on IG for that need as we see teen finstas in the U.S. continuing to grow showing great PMF for this inherent teen need. It implies that teens are interested in building boundaries and small spaces to express themselves, So it's important to think about the effect that inter-operative family experience efforts may have on teens who want discreet and distinct control over their identities.




It begs the question - What would make Hannah Montana feel ok about flattening her identities across our apps?




**Teens need a judgement free zone and tools to:**

- Be themselves
- Express different sides of themselves

## Opportunities

- Shift teen perception of IG by incorporating more lower quality content in their discovery experiences
- Test removing other visible comparison cues such as follower count and number of views
- Streamline multiple account creation and switching functionality
- Explore investing in other modes of self-expression like enhancing bio or non-ephemeral "only me" stories

Teens experience heightened emotions and impact making them more self-important, vulnerable and sensitive.

Think: Can you identify what aspects of the IG experience have ever caused you to second guess yourself? What value do numbers really bring people?




Lastly a huge driver for teen behavior is the prospect of reward. This is what makes them predisposed to impulse, peer pressure, and potentially harmful risky behavior like drugs, stunts and pranks. Starting with impulse...




Teen brains are much more sensitive to dopamine, one of the reasons that the risk of drug addiction is higher for adolescents and keeps them scrolling and scrolling. And due to the immature brain they have a much harder time stopping even though they want to -- our own product foundation research has shown teens are unhappy with the amount of time they spend on our app.

Teens are unhappy with the amount of time they spend on IG




And sadly, a short term reward and inexperience makes teens prone to risky behavior and there are plenty that present themselves online and on Instagram. This could be engaging with predators, consuming dark content, sharing nude photos or copycat self-harm.



New research from the Household Ecosystem study does indicate that older siblings may have a unique opportunity to help mitigate some of these risks - teens are often going to siblings for advisement on social media management.



Siblings aside- it's no secret adolescents decisions are more likely to be influenced by peers. Close friends are of the utmost importance to teens. Snapchat is essentially built off of this fact.

And We have even seen some latent behavior of friend groups through shared secondary accounts.




In fact, the largest multiple accounts use case for teens is to share among close friends or inner circles.




These accounts over-index on production and demonstrate the power of authentic expression and genuine interactions amongst a community of peers.




Approval and acceptance are huge rewards for teens and interactions are the currency on IG. DMs, notifications, comments, follows, likes, etc. encourage teens to continue engaging and keep coming back to the app.




**Teens need to feel good when they:**

- think about how they spent their time
- consume content
- make and share content
- interact

## Opportunities

- Helps teens stay accountable with features to support and encourage new hobbies and commitments
- Up-rank feel good teen interest content over aspirational content on discovery surfaces
- Develop secondary shared identity accounts for close friends/couples/communities that allows them to use IG together to share with each other and with others




So I know that was a lot to take in in a short amount of time so I want to remind you all once more of the core things that make teens tick. New things, feeling good and reward. We are not quite checking all of these boxes...




Some teens are turning to competitors like TikTok, Snapchat and Youtube to supplement for these needs.




Opportunity areas including close friend communication and the depth of content we offer.
.....We do well to think hard about how we can make IG an app tailored to the teenage mindset.

Ask yourself ⍰ ...

- What paths can I make for people to find something they haven't seen before?
- What can I do to make people feel good before/during/after engaging with the feature I'm working on?
- How can my product area help build bonds between users?
- What positive reinforcement can be baked into the experience I work on?




I'd also like to walk you through 4 recommendations to takeaway from this work.

1 The teen brain is **easily stimulated by novelty**, making discovery surfaces very engaging if the content is fresh.

**Redundancy is a buzzkill. We must make deduping content across surfaces a priority for the teen audience. We also need to provide more opportunities to help teens discover new content, interests and people.**

2 Teens are **prime to exploration and learning**. Interests, conversations and sharing new experiences are top exploration tasks for teenagers.

**Exploration is currently a shallow pool on IG. We need to better facilitate deep dives into interests and conversation by leveraging IGTV and further facilitating community. We should also be striving to spearhead innovative interactions that create new shared experiences.**

3 Teens are still **developing self control**. They are motivated by the prospect of immediate rewards.

**Teens are not finding enough value to the proportion of time they are spending on IG. We must find ways to make teens feel more productive and rewarded on our platform. This could mean making "feel good" content and connections more accessible. We should also incorporate account insights such as what their content diet looks likes, goal setting and reminders about their usage.**

4 Teens are **sensitive and vulnerable** to experiences that can have lasting harm.

**We should continue to seek ways to prevent negative experiences and hurt feelings on the platform. We should also invest in an education experience to teach teens how to protect themselves from dangers on IG.**




What new questions arose from this analysis?


Sources




What new questions arose from this analysis?

## Teen Ecosystem Research Proposal

### Teen Market Survey
Quantify teens perceptions and attitudes internationally

### Teen Digital Trends Study
Crack the code of what catches on with teens

### Teen World Immersion
Traverse the teen ecosystem for new product opportunities

### Building Bridges FoA
Discover "Age Up" and/or other bridging opportunities to IG and from IG to other FoAs

**New Research**
Questions

What drives generational shifts?

What are the differences between teens cross-culturally?

I will exploring how to incorporate these questions into my current proposal...

**New Research**
Questions

What are teen's mental models for discovery and exploration?

What makes teens feel good about using a platform?

What do healthy teen communities look like?

What value does a teen user base bring to our platform?

I will exploring how to incorporate these questions into my current proposal...

**TLDR: Teens need access to stimulation that is productive to healthy psychosocial development.**

Review and synthesis of nearly 80 previous internal studies in addition to relevant literature on adolescent development and neuroscience

1 The teen brain is **easily stimulated by novelty**, making discovery surfaces very engaging if the content is fresh.

**Redundancy is a buzzkill. We must make de-duping content across surfaces a priority for the teen audience.**

2 Teens are **prime to exploration and learning**. Interests, conversations and forming identity are top exploration tasks for teenagers.

**Exploration is currently a shallow pool on IG. We need to better facilitate deep dives into interests and conversation.**

3 Teens have **weak self control**. They are motivated by the prospect of immediate rewards.

**Teens are not finding enough value to the proportion of time they are spending on IG. We must find ways to make teens feel more productive on our platform.**

4 Teens are **sensitive and vulnerable** to experiences that can have lasting harm.

**We should continue to seek ways to prevent negative experiences and educate teens how to protect themselves from dangers on IG.**

For the post...

| Drivers | I want to... | when... | Hire |
|---|---|---|---|
| Novelty | Discover and explore new interests | → when I want something to talk to my friends about<br>→ when I'm learning more about myself<br>→ when I have free time or procrastinating | IG<br>Youtube<br>Google |
| Novelty | Connect with new people | → when I'm intrigued by different perspectives<br>→ when I see we share similar interests | IG<br>Facebook<br>Snapchat |
| Emotion | Be myself | → when communicating with close friends | IG Finsta/Shared |
| Emotion | Express myself | → when I want attention<br>→ when I want to relate to other people | Tik Tok<br>IG Finsta/Shared |
| Reward | Feel good | → when I consume content<br>→ when I consider how I spent my time<br>→ when I make content | Tik Tok |
| Reward | Be safe | → when interacting with people I don't know<br>→ when sharing content I made | Tik Tok? |

Framework + Jobs




The teenage brain is usually about 80% mature. The remaining 20% rests in the frontal cortex - the area of the brain responsible for...At this time teens are highly dependent on their temporal lobe where emotions, memory and learning, and the reward system reign supreme.




Due to the underdevelopment of the prefrontal cortex much of the teen's cognition is ruled by the amygdala..., the hippocampus... and the basal ganglia which contains the ventral striatum...This means that




The ability to go deep on a topic can be somewhat difficult on IG.




Approval and acceptance are huge rewards for teens and interactions are the currency on IG. DMs, notifications, comments, follows, likes, etc. encourage teens to continue engaging.


INGREDIENTS OF FUNNY
TABOOS
Taboo behavior goes against social and moral norms which can be exciting and humorous for teens. Sexual, cultural, racial, and irreverent jokes, taboo subjects, take social risk, which is rewarded with laughter.
SELF DEPRECATION
Self deprecation highlights a personal vulnerability or flaw. Exposing weakness is not entirely socially acceptable, and it can require courage. This personal sacrifice is appreciated and rewarded with laughter.
STRUGGLE
Witnessing someone struggle feeds our morbid joy in the suffering of others. Granted the laugh may be a bit painful, but up to a certain point, human struggle makes teens laugh.
SURPRISE
Surprise challenges our accepted assumptions in a way that jolts us awake. The sudden or unexpected nature of surprise creates an adrenalin dump that is exciting and funny.
SURREALISM
Surreal content creates an unreal or exaggerated perspective that manipulates what we've come to know. The odd uniqueness of this hallucinatory or magical effect triggers playful laughter.
RELATABILITY
Relatability evokes a sense of empathy and understanding by reminding you of similar past experiences and enhances the power of a joke. Camaraderie is created among friends with relatable humor.
SILLINESS
Silliness allows us to embrace a sense of childlike, free-spirited fun and mischief that isn't considered age appropriate. Though some hide it better than others, we all find the awkward, goofy, and ridiculous universally funny.
IGNORANCE
Ignorance in a person reveals a lack of knowledge or self-awareness relative to what is expected. Exposing someone's lack of understanding makes teens laugh.
[redacted], Framework For Funny: How Teens Use Humor in Social Messaging (2017)


INGREDIENTS OF FUNNY
[redacted]
SURPRISE
Surprise challenges our accepted assumptions in a way that jolts us awake. The sudden or unexpected nature of surprise creates an adrenalin dump that is exciting and funny.
SURREALISM
Surreal content creates an unreal or exaggerated perspective that manipulates what we've come to know. The odd uniqueness of this hallucinatory or magical effect triggers playful laughter.
RELATABILITY
Relatability evokes a sense of empathy and understanding by reminding you of similar past experiences and enhances the power of a joke. Camaraderie is created among friends with relatable humor.
[redacted]
[redacted] Framework For Funny: How Teens Use Humor in Social Messaging (2017)

## NICHE COMMUNITY UNLOCKS UNFILTERED IDENTITY EXPRESSION

**Small audience, big impact.**

Having a supportive community with shared beliefs empowers teens to share unfiltered content without worrying about judgement.

These authentic, in-depth and sometimes vulnerable content makes connections even more meaningful and brings a sense of belonging for teens.




Alexa's primary account (left) vs Finsta (right)

# What's so special about Finstas?

The value of Finstas is not just about allowing teens to hide from certain audience, or showcase a different side of identity.

**Finsta facilitates meaningful connection among a niche community through authentic expression and genuine interaction.**

**Given its popularity with teens, we should continue our investment here.**




Secondary Account Main Intent, by Age
(in % of survey respondents)
50%
45%
40%
35%
30%
25%
20%
15%
10%
5%
0%
13-17
18-24
25-34
35-44
Close Friends
Less-Polished
Business
Creative Work
Interests
Other
Group Account

## REASONS FOR CHURN: AGE

Young adults are more likely to be focused on other things in their life & have issues with posting. Teens are more likely to hove issues with negative experiences, performance, & access.



# NOTHING TO SHARE: AGE

Young adults are more concerned about not having anything good enough to post.




61

## ALTERNATIVE APPS: AGE

SnapChat, TikTok, & WhatsApp are used more heavily by teens.




NEGATIVE EXPERIENCES: AGE
Young adults are more likely to engage in social comparison.
CHURNED USERS
Think about the last time you felt sad, worried, or upset on Instagram. What was the MAIN REASON you felt this way?
13-17 years
18-30 years
% Selected
100
75
50
25
0
Social comparison
Inappropriate content
Unwanted contact
Neg int w/close other
Fake accts
Bullied
Access w/o permission
Stolen info
Other

## Secondary Account among Instagram Users

About one out of every four teens who have an Instagram account also have a secondary account on the app.






## Primary Messaging App

Teens are most likely to report that text messaging is their primary tool for communicating overall and with close friends, and Snapchat is the next more popular. Snapchat is more popular on iPhone than Android. Few teens say that Messenger is their primary messaging app.



## Best App– Sharing something personal

### For users who ranked this job, very or extremely important (Top 2)

Text messaging leads the competitive set as the preferred app to use. Snapchat is second preferred for iPhone and Messenger second most preferred for Android




86

## Likelihood of Finding Others with Similar Interests to Talk about a Topic You are Passionate About

One third of teens rank finding others with similar interests as very or extremely important. Texting is again the most popular for this, followed by Instagram and Snapchat.






## App Usage: Finding Others with Similar Interests to Talk about a Topic You are Passionate About

Instagram is the most commonly used app to find others with similar interests




88

**Inventory relevance is Instagram's super power: people feel that Instagram has the content related to their interests, but this isn't the whole story.**

This is similar to what we have found in studies with adults. Inventory relevance is a primary need followed by reachability when people are engaging with their interests online



## Teens' top interests are memes & humor long with gaming.

Teens top interests are very similar to adults' top interests. The primary difference is the omission of food & drink interest and the addition of gaming for teens.




Top multi-select, reported five days of usage. Bottom single-select, responded to once

# COMPARING NON-IG VS. INSTAGRAM SEARCH EXPERIENCES

When we asked participants to compare their non IG interest search to Instagram search, they reported their non-IG searches much more often as successful (80.1%) versus the same search on Instagram (52 9% success)




Participants reported to be the most successful for **entertainment and inspiration** searches on Instagram, and the least successful at **shopping and place** search intents




91

# HOW SUCCESSFUL ARE PEOPLE AT DIFFERENT INTEREST SEARCH JOBS AND ON DIFFERENT PLATFORMS?

Finding **updates** had the highest success rate (96%), followed by finding **entertainment** (89.5%)

**Shopping** search had the lowest success rate (67.9%) and **place** search had the highest fail rate (17.7%)

Participants were the most successful on **Google Maps** (100%) and **YouTube** (88.9%.)

Interest search success was lowest on **Instagram** (75.5%) and **Amazon** (50.0%)

SUCCESS RATE BY SEARCH JOB



SUCCESS RATE BY SEARCH PLATFORM



## WHICH PLATFORMS WERE HIRED FOR WHICH INTEREST SEARCH JOBS?

**Google** was most often chosen for shopping, learning, but also for updates, place info, and inspiration. Also note how Google is most diverse and evenly split in the number of different jobs it is hired for.

**Instagram** was most often chosen for inspiration, place info, but also shopping, updates, learning, and entertainment. Note how entertainment is quite low here, contrary to recent survey work (add link)

**Pinterest** was most often, and almost solely hired for inspiration, but also in a few cases for shopping, entertainment, and learning

**YouTube** was most often hired for entertainment, closely followed by learning and inspiration.

**Amazon** was (as expected) mainly hired for shopping, while **Yelp** and **Google Maps** (as expected) mainly were hired for place searches.



# Teens are marginally less likely to worry about unmanageable feed; But it's still a top-3 painpoint



emphasize the role of the cultural context in influencing children's development. Critics argue that sociocultural theory overemphasizes the role of context, minimizes the role of children in their own development, and neglects the influence of genetic and biological factors (Crain, 2016).

## Bronfenbrenner's Bioecological Systems Theory

Similar to other developmental theorists, Urie Bronfenbrenner (1917–2005) believed that children are active in their own development. Specifically, Bronfenbrenner's **bioecological systems theory** poses that development is a result of the ongoing interactions among biological, cognitive, and psychological changes within the person and his or her changing context (Bronfenbrenner & Morris, 2006). Bronfenbrenner proposed that all individuals are embedded in, or surrounded by, a series of contexts: home, school, neighborhood, culture, and society, as shown in Figure 1.4. The bioecological systems theory thus offers a comprehensive perspective on the role of context as an influence on development. As shown in Figure 1.4, contexts are organized into a series of systems in which individuals are embedded and that interact with one another and the person to influence development

Figure 1.4 Bronfenbrenner's Bioecological Systems Theory




**Source:** Adapted from Bronfenbrenner and Morris

Figure 13.10 Influences on Adolescent Pregnancy




96


Editable Icons
Just copy and paste and change color or lines accordingly
97

# EXHIBIT 3

EXHIBIT 3

# Beyond the Individual User: Understanding Products through the Household Ecosystem

Key learnings from the Household Ecosystem Study

[redacted] UX Research

March, 2021



FILED
2024 JAN 29 PM 4:04
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
D.C.&M.

# Quick Learnings Synthesis

**This deck consolidates key learnings from the following Household Ecosystem deliverables:**

### The Role of the Teen in Shaping a Household's Experience of Instagram

Teens as household influencers.

### Parents' Social media needs and implications for Instagram

Parents' perception of social media; their biggest concerns and needs; opportunities for value add.

### Households & IG: Experiential Needs

Household approaches to IG engagement, time management, and the role of notifications.

### Beyond the Individual User: Understanding our Products through the Household Ecosystem

Overviewing this holistic approach to understanding how our products are impacting the Household Ecosystem across teens, their siblings and parents/guardians.

## Executive Summary

1 Teens are household influencers bringing members (parents and younger siblings) to IG, as well as shaping what is "normal" behavior on IG (particularly around sharing, creation, and metrics).

2 As households and their networks join, an app loses some of it's "cool" as a place for self-development, expression, and exploration. Teens need protected, private, and safe experiences (places) to still be themselves.

3 Parents value social media that supports learning, skill acquisition, and hobby pursuit. This is not how they perceived IG. Rather they highlighted well-being concerns, fueled by the teens' usage of beautification filters and engagement metrics.

4 Especially among teens, there is awareness of too much unproductive or mindless time spent on social media, leading to an appetite for supported breaks from IG entirely and from certain surfaces/content.

5 Households can be fluid and caregiver models are not the same which is why household level controls were appealing both in terms of supporting young people in a variety of care situations / environments and in reducing reliance on any one household member.

Quick Learnings

## Teens as household influencers

1 **Teens shape acquisition within the household.**
Elder siblings / First child teens play a pivotal role in bringing household members to platforms, and remain critical throughout onboarding.

2 **Teens establish norms (that could have long-term implications).**
Teens shape tweens' understanding of what and how frequently to share on IG, even discouraging them from sharing due to permanence or content context.

3 **The elder teen's usage of IG shapes how parents perceive the app.**
Teens' usage of beautification filters and engagement metrics led parents to perceive IG as an app for posting for feedback and one that may foster low-self-esteem and jealousy. This in turn informed how parents approached and managed IG for younger generations.

4 **As household members join, an app loses some of its "cool" factor.**
Teens need spaces where they can safely enjoy separation from parents and other non-peer connections. App complexity organically affords teens some unique experiences.

5 **Reliance on the teen may be enhanced by other kinds of diversity.**
We should assume diversity in caregiving and household models and ensure our products will work for young people in a variety of care situations/ environments.

Quick Learnings

## Parental needs and concerns

1 **Parents like apps that support learning, hobbies, or networking opportunities.**
IG was not seen by parents as a platform for kids to learn, develop new skills, or connect with (beneficial) communities/networks. Rather, one driven by external (e.g. metric) motivations.

2 **Parents want teens to have healthy self-esteem and are concerned that social media can undermine it.**
Obsession with metrics and usage of beautification filters fueled parental worries. Celebrities as "hollow" role models focused on beauty and FOMO from friends were linked to fears of insecurity.

3 **Concerning content is not limited to borderline content.**
Concerning content extended to media containing curse words, vaping, potentially dangerous physical challenges, or too much commercial content (i.e. ads, merchandize, promoted content making kids want to purchase trendy products).

4 **Group chats, especially ephemeral ones, worry parents because they're hard to monitor.**
Group messaging was often a source for drama and misunderstanding among teen peers. Teens could fall in with the wrong crowd or become guilty by association (i.e. if they received something offensive). Parents worry teens might not have the skillset to boundaries.

5 **Parents feel more comfortable when they understand an app and features available.**
There's tension between parents feeling more comfortable when they understand an app and teens needing safe spaces to themselves.



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT 

Quick Learnings

## Digital experiential needs

1 **Not all time spent on Instagram is equal.**
Teens are hyperaware of how much time they're spending on IG and what on surfaces they're spending their time on. Teens desire the ability to limit time spent on certain surfaces to discourage mindless scrolling, "stalking," or rabbit holing.

2 **Teens are interested in greater agency over their digital experiences.**
There is an appetite both for breaks from IG entirely and from certain surfaces/content. Unmet needs related to how breaks work often make these desired breaks unsuccessful.

3 **Household controls present needed opportunities for families to actively engage with each other online & offline.**
Teens were often the leaders in the household when in came to managing digital experiences - both for themselves and sometimes for younger siblings. When parents were involved in managing digital experiences there was often friction given their own "addiction."

4 **Teens evaluate notifications based on relationships, urgency, annoyingness.**
Many felt IG notifications were not as timely or relevant as they once were. In comparison to Snapchat, DMs on IG consist mainly of videos and memes from friends which could be watched at leisure.

5 **Current notification controls do not enable enough agency.**
Households want control at a post level and at a source level (i.e. who notifications are from). Changes like these to the existing system can offer users more agency and help ensure we're consuming attention in a responsible way.



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT 

# Context

# Relationships with youth products are influenced by a Household Ecosystem -- tweens, teens, and parent/guardians within one household influence and engage with each other

## Why this methodology?

### The Household Ecosystem project was a part of Instagram's innovation investment for our company's understanding of Youth.

By understanding a Household Ecosystem (pre-teen, teen, and parent/guardian within one household), we uncover more of the social dynamics across close relationships that influence how people think and use IG over time.

In order to build a comprehensive understanding around questions such as how the introduction of a new social app (i.e. Instagram) might impact familial relationships, or how social media engagement is influenced by the Household Ecosystem, we needed insight from all family members. We opted to also include preteens, not yet on Instagram, to shed light on the household's role in developing perceptions of Instagram prior to usage.



Across the U.S, in both rural and urban cities, we got to know 18 families. Each family consisted of at least one pre-teen (n = 15), an active teen Instagram user (n = 24), and a parent/guardian (n = 26).

We prioritized finding a sample that was demographically and geographically diverse. We found a mix of both single and two-parent households, and a sample of parents who varied in their understanding of, acceptance for, and use of social media and Instagram specifically.

Before visiting families in their homes (8 in-person in home visits, 7-remote) we held virtual "Meet & Greet" interviews with each family member (n = 64). Household visits consisted of dyadic conversations (e.g teen & preteen; mother & preteen) (n = 22) and familial discussions focusing on concept developments (n = 15).






# Teens as household influencers

# Teens shape household acquisition and norms

Acquisition

| The Teen's role | Risks | What to do? |
|---|---|---|
| Elder siblings / First child teens play a pivotal role in bringing the rest of the household (parents and younger siblings) to Instagram. | Teens inspire new users, but what happens if teens leave the app, do other household members follow? | There should be less reliance on the teen to introduce other generations to IG. Family-first acquisition strategies are proven effective (e.g. TikTok) and warrant exploration on IG. |
| | Teens bringing other generations onto platforms could be a double edged sword if that in turn makes an app less appealing to them. As parents and their networks join, an app loses some of it's "cool" as a place for self-development, expression, and exploration. | Teens need protected communities and privacy to safely be themselves. Separation from not only mom or dad but also aunt jill or the neighbor down the street is desired by teens to engage, explore, and express themselves.<br><br>We need to offer unique experiences to teens through new and existing features (e.g. multiple accounts).<br><br>A certain level of app complexity (e.g. Snapchat, TikTok) affords Teen some separation from household members (e.g. parents might not be aware of or understand all features). |

## The Teen's role

Reliance on the teen extends beyond account setup and initial onboarding. Teens have skillsets parents might not, affording them leadership, agency, and new opportunities within the household.

Tweens rely on their older sibling to create and set up their account, and seek their guidance on a username, profile photo, which accounts to Follow, how to use and think about each surface, and what/ when to comment.

## Risks

Teens as digital gatekeepers comes with responsibility. Some parents (notably within larger and non-Caucasian households) explicitly saw older siblings as responsible for younger siblings' IG activity.

But households and caregiving models are fluid. And not all teens have the ability, capacity, or even want this responsibility.

## What to do?

There is a need for multigenerational education, mentorship, and guidance from IG to fulfill a need often being inexpertly handled by the teen.

There is an opportunity to build for older sibling support (not just parental controls).

Being the household influencer shouldn't be a burden. It's our responsibility to ensure our products support young people in all environments and we're providing the defaults and on-platform support needed so we're not putting so much reliance on any one member of a household.

# Teens influence behaviors and perceptions within the household


R A CIGARETTES
JOSEPH BA
ILS
Champion

## The Teen's role

Teens shape tweens' understanding of what and how frequently to share on IG, even discouraging them from sharing due to permanence or content context.

Influence begins when accounts are created (Teens warn that posting is permanent and tweens should not post things they will later regret) and continues as tweens become familiar with IG (Teens warns not to post so frequently and only post high quality, diverse content).

## Risks

Teens are pushing norms on digital platforms and these norms can have downstream implications both for household members and for our product ecosystem

What other IG myths are circulating among teens?

## What to do?

We need to challenge and change mental models of sharing behaviors on IG starting with Teens.

Collaborative creation offers opportunities to both reduce insecurity of individual sharing *and* make sharing more of a social norm.

Authenticity can be reinforced through creation, ranking, or thinking about filters as a way to spark engagement with viewers rather than beautification.

| The Teen's role | Risks | What to do? |
|---|---|---|
| Teens inadvertently shape household perception by using beautification filters, obsessing over metrics, or deliberating before posting. Parents fear well-being concerns (lower self-esteem, insecurity); tweens perceive high posting standards and associate happiness with well-performing content. | Teen inspired norms/perceptions have downstream implications for future app users. | Teens believing IG = permanency/perfection means we need to do a better job defining permanence of Stories vs Feed, as an example, to encourage spontaneity and communicate ephemerality on IG. |
| | Elder teen's usage of IG can inform how caregivers approach digital platforms for younger generations. | Multigenerational education would offer caregivers more transparency and afford us more control over product narratives (i.e secondary accounts for interest pursuit not secrecy). |
| | Parents weren't as focused on the authentic self-expression aspect of IG nor did they perceive IG as a place for younger generations to develop hobbies or to learn (which they desire from social media). | We need to position and invest in IG being an app that supports interests/hobbies and learning if we want to appeal to parents. |

# Parental needs and concerns

Note: We're using the term "parents" as interviews were conducted with "parents" as defined by the interviewed household. In the future, we do encourage expanding understanding to all caregivers.

## What are parents looking for from social media and where is their concern?

| Want | Concern |
|---|---|
| Maintaining Self Esteem | Beautification filters and engagement metrics led to the perception that engagement on IG is extrinsically motivated, rather than about self-expression or authenticity. |
| Wholesome, non-ephemeral, and limited commercial content | Concerning content extends to media containing curse words, vaping, potentially dangerous physical challenges, or too much commercial content (i.e. ads, merchandize, promoted content making kids want to purchase trendy products). |
| Ease of use and product transparency | App usability and feature awareness makes parents feel more comfortable. Tensions arise when parents discover features much later than their child. |
| Safely connecting with friends/ family and the 'right' people | Group chats, especially ephemeral ones, scare parents. They're often unable to monitor them and assume they contain inappropriate exchanges. |
| New skills; interest development; IRL opportunities | IG was not seen by parents as a platform for kids to learn or develop new skills. Parents are looking for learning, hobby, and skill building opportunities. |



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

## How might these parents needs and concerns translate to product implications?

| Want | Recommendation |
|---|---|
| Maintaining Self Esteem | • Prioritize authenticity with creation (e.g. directly from camera); fun/interactive filters over beautification; collaborative creation.<br>• Leverage Creators and use ranking to help set an example and encourage mimicry.<br>• Reevaluate company initiatives around deemphasizing metrics. |
| Wholesome, non-ephemeral, and limited commercial content | • Monitor what is/is not appropriate content and what commerciality means by age cohort (and market) overtime.<br>• Limit access to unconnected surfaces by age-cohort, or restrict viewable content to age appropriates (e.g. rate G, PG, R) to build in safety guardrails parents want. |
| Ease of use and product transparency | • Increase transparency and understanding (and reduce reliance on teens for onboarding) with multigenerational onboarding and learning. |
| Safely connecting with friends/ family and the 'right' people | • Explore messaging restrictions/allowances by age across FB Inc.<br>• Proactively understand risks associated with disappearing messages within Direct. |
| New skills; interest development; IRL opportunities | • Position and invest in IG being an app that supports interests/hobbies and learning.<br>• Pursue opportunities to grow interest or career/networking communities (e.g. hashtags, groups, collections). |

# Digital experiential needs

**Not all time spent on IG is the same.**
**Teens (hyperaware of how their time is spent) are looking for more agency over their digital experience.**

## The "What"

Teens were very aware of how much time they spend on IG and on what surfaces they spend their time. They were also hyperaware of parent and younger sibling phone/app usage.

## The "So What"

Teens (and parents) felt happiest when time was spent engaging in what was considered more intentful/ productive behaviors (e.g connecting with close friends, engaging with events/causes, spring cleaning (e.g graph, profile, and settings updates), pursing an interest, or learning something new). Time spent rabbit holing, mindlessly scrolling, or engaging with friends in a gossipy or 'stalkerish' way left teens feeling everything from anxiety to boredom.



## The "Now What"

Teens want to better understand time-spent and/or limit time spent on certain surfaces.

These are some concepts we explored:

"I spend all my time on the Explore page and I'm never on the actual Home Page. I'd give myself an hour and a half maybe on the Home page, and I'd give myself an hour on the Explore page. [Explore] is almost like TikTok, when I get onto it I can't stop." – Teen, Encino




Teens were more interested in how much time they spent than the percentage of time.




Limits on Explore were more interesting to teens than limits on other areas. (Note. This was pre- Panorama)

## Households experienced social media apps not as a single, monolithic product, but rather as "bundles" of features they wanted to use (or not use) at different times and/or different life stages:

- ***Creating but not sharing.*** **Preteens** were most likely to engage with this bundle. Creating without sharing was very normalized on TikTok, with its **Drafts surface used heavily** by teens and preteens. Often sharing happened privately, via a message, or through looking at another user's screen.
- ***Consuming but not interacting.*** Parents and older teens wanted to allow preteens to **watch videos but not to message, interact with, or be reached by others**. On TikTok they found settings that approximated this, such as consuming without an account and "turning off" messages.
- ***Messaging but not consuming.*** Teens sometimes wanted to **use messaging on its own, especially with their close friends** and when something was time-sensitive. They used Snapchat in this way, with its focus on of-the-moment close friend interactions.
- ***Working but not consuming or interacting.*** Young entrepreneur want their **time on IG to be productive and focused on their business**, not on all the other elements of the app that could be distracting.
- ***Publishing but not viewing feedback.*** Some teens wanted to **temporarily unplug from interactions** for a brief window of time **immediately after publishing** so they would not get overly focused on the drip of responses. [Consistent with other research]

**There's an opportunity to create meaningful experiential controls that limit access to certain surfaces or graph segments. In turn ,we offer users more agency over how they spend time affording them more active, productive engagement.**

The "What"

Teens' awareness of unproductive time spent on IG/social media and their recognition that they could be spending more time offline has resulted in many "hacking" breaks from IG/social media.

The "So What"

There is an appetite both for breaks from IG/social media and from certain surfaces/experiences/content on IG (e.g. "bundles"). There are unmet needs related to how breaks work (e.g., entry points, notifications settings, friction) and pain points often making breaks unsuccessful (e.g. parents hold little weight due to their own app usage, a lack of accountability, a lack of alternatives, a lack of needed friction to prevent an easy return).



## The "Now What"

A concept like "Force Interrupt" provides awareness at the start of mindless scrolling, offers productive alternatives both on IG (e.g. Learn to knit) and offline (e.g. Go running), and could be expanded to include social accountability.

Recommendations

- Develop an interruption concept triggered by content or time spent, offering compelling alternatives. Explore ways to connect alternatives with users' interests.
- Explore allowing others to send interruption triggers to foster social accountability and social alternatives.
- Explore the optimal amount of friction and develop re-entry experience.
- Explore the option of proactive recurring breaks for youngest users as part of NUX/ onboarding.
- Explore how IG can facilitate off-app creativity, socializing, and learning so there are shareable moments upon re-entry from a break.




Some wanted an interruption to appear based on different criteria, such as time spent (vs. consumption or reaching the end of Feed)

Most wondered if tapping on these would provide instructions, benefits, or lead to other apps that could hold them accountable (e.g. Audible, Fitbit)

Participants were excited by the possibility of learning a new skill!

Participants imagined it being customized for them
- Some thought IG could provide options based on accounts they follow
- Some wanted to program it with their own options, such as Bible Study, workouts, homework, reading

Questions around implementation still need exploration...
- Can you/someone/a parent set it up to appear after a certain amount of time?
- Can you disregard it, keep scrolling, or does it lock you out?

**Teens were often leaders in the household when in came to managing digital experiences but there can be friction when a single member of the household has this responsibility.**

Household controls present desired opportunities for families to actively engage with each other online & offline

Teens were often the leaders in the household when in came to managing digital experiences - both for themselves and sometimes for younger siblings.

When parents were involved in managing digital experiences, there was often friction around when and how limits were enforced, given their own "addiction" (i.e.Teens/tweens thought parents were "addicted" to their phones. Parents were unaware that their smartphone usage might be driving their child's usage).

Household controls explored




Participants liked the option of sending a timed countdown reminder to any family member.

Some wanted the option to write a custom message that the recipient would see, inviting them to an activity at the end of the countdown

**Households are looking for support limiting time spent online, in reducing digital management tension between parent and child, and in encouraging IRL family-time.**

**Household-level controls would afford all agency. This is especially important in certain cultures (e.g. IN), and can help account for variability and fluidity in caregiver systems.**

## Notifications are evaluated by teens on the following three domains and we're not meeting user needs

| Relationships | Urgency | Annoyingness |
| --- | --- | --- |
| Will I mostly be receiving things from my close friends? | Will I mostly be receiving information that is time-sensitive (gossip, planning)? | Can I easily stop seeing notifications about the things I'm not interested in? |
| Teens and their friends did not post on IG very often anymore, therefore there was no personal activity to follow (or close friend activity be notified about). | DMs on IG were not urgent (especially compared to other apps like Snapchat). DMs on IG consisted mainly of videos and memes from friends which could be watched at their leisure. | There was a high volume of annoying notifications by people they were not close to or related to IG features they they never used (e.g. Live). |

**When exploring new messaging opportunities we need to respect how Direct is currently perceived /used on IG (and not just look at competitor usage of messaging to inform strategy). We should lean into opportunities to bridge connection/ communication with interests.**

**To increase perception of urgency we need to develop new products that increase the possibilities for time-sensitive interactions on IG that can also be linked to Close Friends (e.g. Events, ephemeral Memories, Birthdays).**

# Appendix

Click to watch video ——>

**Social media brand personalities**

**If (App) came to life, what kind of person would it be?**

- Self-centered
- Polished
- Aspirational
- Inaccessible
- Fun

- Annoying/Persistent
- Distracted
- Funny
- Sexy
- Two-faced

- Creative
- Real
- Silly
- Carefree
- Entertaining

- Old
- Judgmental
- Untrustworthy
- Braggy
- Instigating
- Opinionated

Parental social app perception (as related to their child(ren))

| | Instagram | Snapchat | TikTok | Facebook |
|---|---|---|---|---|
| **Perception** | • IG is for accumulating followers and receiving likes.<br>• Parents didn't perceive IG as a place for kids to develop hobbies or to learn.<br>  • Note: parents did however see IG as an opportunity for inspiration, learning, and connecting with likeminded adults. Research is needed to unpack this discrepancy in perception by generation. | • Snapchat is for messaging.<br>• Parents saw it as more likely to be a source of trouble between kids that adults couldn't mitigate/address (vs. jealousy/competitiveness on IG). | • TikTok is for watching and sharing trendy and creative short dance-related videos.<br>• Parents often considered the content 'fun, creative, cute' | • Parents assumed their kids were not on Facebook<br>• Parents personally perceived FB as a "confusing" and "toxic."<br>  • "Confusion" due to the plethora of features available and navigability challenges.<br>  • "Toxicity" in reference to seeing more arguments and negativity on FB, especially in connection with politics. |
| **Concerns** | • Decreased self-esteem and increased jealousy due to filters, metrics (Follows, Likes), and seeing friend/ celebrity posts (i.e. FOMO) | • Increased likelihood for trouble as Snapchat was where group chats with friends typically occurred.<br>• The exchange of incriminating or off-color information (e.g. sexting, revealing photos) was often assumed within group chats given ephemerality. | • Concerns came about songs with curse words and participation in silly/dangerous challenges (e.g. fire, electricity, dangerous stunts) | • *Further research is needed in the context of one's child.* |
| **Notes** | • Parents had little to no understanding that secondary/interest accounts could be an important place for teen learning, self-expression, or more authentic sharing.<br>• *Ephemerality was a concern overall but not raised for IG.* It was unclear whether parents were aware of the ephemerality of IG Stories. | • Because parents had less understanding/familiarity with Snapchat, they had more negative associations with the app and therefore stricter rules about it. | • Parents were less aware of messaging on TikTok, compared to other apps.<br>• Parents were less focused on TikTok's social aspects (posting for feedback, messaging), considering it an app for consumption and creative expression.<br>  • [One possible reason for this mental model around sharing is that kids often saved videos as drafts without posting.] | • *Further research is needed in the context of one's child to understand potential value and FB's role within the broader social media landscape.* |



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT 

## TikTok - why all the hype?

TikTok uniquely gives teens the sense that they/their content could go viral.

The app's ability to initiate collaborative, offline behavior makes it particularly powerful.

TikTok described as a kind of "catharsis" helping teens 'laugh and get out of a dark mood,' suggests well-being benefits.

Parents expressed less concerns towards TikTok than other social media apps because it felt 'fun' and 'healthy.' TikTok offers the ability to "turn off" the messaging - one of parents' biggest concerns around their children using social media.



# EXHIBIT 4

EXHIBIT 4

FILED
2024 JAN 29 PM 5: 10
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
LN D.C. & M.

Message

**From:** Mark Zuckerberg [/O=THEFACEBOOK/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ZUCK]
**Sent:** 12/28/2015 11:39:36 PM
**To:** Susan Li [[redacted]]
**CC:** David Wehner [[redacted]]
**Subject:** RE: H1'16 Company Goals: Feedback required

Here's what I have written for what I hope we accomplish in 2016:

3 Year Arc:
- $25b in revenue and financial goals
- Time spent increases by 12%
- Messaging beats iMsg in 1-2 countries**
- Friend OBPS grows, reverses trend**
- Teen trend is reversed
- Video gains share, pull+planned use cases
- Achieve perf for mobile, 2G, desktop*
- Improve security and recoverability** (??)
- FPP covers 75% of revenue**
- FB family accounting**

5 Year Arc:
- Search to 300m ps, 2.2b s, qual traction**
- Messenger to 1b people, revs to $100m
- IG to 600m, revenue to $1b+, time + 10%
- WA to 1.25b people, initial business case
- Groups to 1.3b, qual improvement (??)
- Events to (??)
- Marketplace to 500m, 2x GMV (??)
- Recruiting / additional Marketplace vertical
- Location services success (??)
- Scale two new apps (Moments, camera?)

10 Year Arc:
- Internet.org to 50m, resolve reg issues (??)
- Success with Express Wifi, drones, satellites
- Enter China successfully or have clear path**
- Ship education to 200 schools + self-serve
- Ship initial financial services**
- Become best at AI Q&A, perception tasks
- Ship 500k Oculus CV1, 300k Gear VR
- Ship social VR products, success with video
- Progress developing VR OS
- Progress on AR hardware

Brand Arc:
- Increase CAU by 2-3pts
- Increase Good for the World by ??
- Increase Useful by ??
- Increase Innovation by ??
- Manage risky projects well
- Best apps for sharing w all audiences

Key Countries:
- US: teens, sharing, engagement, sentiment
- Germany: sentiment, regulation, growth
- India: growth, regulation, I.org
- China: regulation, product
- Brazil: sharing, regulation

-----

We don't need company goals for all of these, but a few things stood out to me:

- I can't translate some of what you've written below without more context. For example, what is overall DAP/MAP ending this year and what absolute growth are we projecting? Does the OBPS goal get us to positive overall next year?

- We should have a perf goal, especially for 2G where we're making a massive investment. We've generally done less well on perf than we should have for the last 18 months, so we should elevate this focus.

- Teens and innovation brand are two areas that we're starting to work on more seriously but won't have quantitative goals around for H1. We should still list them with a goal to come up with a longer term goal for H2.

- Overall time spent goal is still being discussed. I think we should shoot for better than 10%.

- WhatsApp won't get to 1.3B unless their growth rate accelerates, and given that they're not working on that it seems like a bad goal.

---

From: Susan Li
Sent: Monday, December 28, 2015 11:27 AM
To: Mark Zuckerberg
Cc: David Wehner
Subject: H1'16 Company Goals: Feedback required

Mark - below is the preliminary list of company goals aggregated from H1/H2 review decks. Are there any areas that you think we should be adding/subtracting goals? We don't have company-level goals for the product areas in PAC, AI, Groups, Interfaces, PP&T ex-search, Platform ex-Marketplace but not sure if any of these warrant them.

Dave suggested the possibility of an Adtech goal (I'll ping Boz but this should probably be Atlas/measurement-driven) and also an India goal.

2016-H1 Company Goals

Grow the user base across all our products

· Facebook

o DAP: 1,185M (tentative FY, waiting for final H1)

o MAP: 1,783M (tentative FY, waiting for final H1)

o Desktop DAP: 186M (tentative FY, waiting for final H1)

· Internet.org<http://internet.org>

o 8.4M incremental MAP

o All top 100 partners keep it on and 80% of remaining partners keep it on

· Messenger

o MAP: 901M MAP (on the way to 1B by EOY)

o [16-17B] daily mobile sends?

· Instagram

o 489M MAP (on track to 527M MAP by EOY)

· WhatsApp

o 1.15B MAP

o 800M DAP

Increase sharing, engagement, and utility

· +[10%] time spent y/y for FB family (Should we call out IG's independent time spent goal of +10%)?

· +5.55% OBPS (as measured by sum of deltoids vs. holdout)

· Hit 1.94B searches / day (with 100M post searches/day)

Continue to achieve revenue growth and significant savings from efficiency

· Total revenue: $25.3B with H1 goal of $11.4B

o Ads revenue: $11.0B

o Instagram revenue: [$550]M

o Messenger revenue: $8M (on track to $100M for FY)

· Efficiency goals: appweight and dataweight (#s TBD) plus potentially adding netweight

Improve product quality

- TBD

Improve our brand

- CAU: +1.0 pts vs end of H2 [TBD]
- Useful: [TBD]
- No H1 goals for Innovation, Successful Company, or GFW

Make progress toward long-run investments

- Oxygen: FPP deals cover 50% of Android global revenue
- FB@Work: 50K MAPs
- China: Launch in H1?
- Video Home: At least 40M Video Home DAP who watch for >5m/day
- Create one accretive consumer product experience?
- Oculus: sell 250K Gear VR units and 75K pre-orders of the Rift by end of half? Another option would be Rift shipments instead of pre-orders.
- Commerce: 25% YoY growth in [TBD: ~750M transactions] marked as sold and has some consumer interaction

# EXHIBIT 5

EXHIBIT 5

FILED
2024 JAN 29 PM 4:03
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
D.C. & M.

Message

**From:** Adam Mosseri [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=AC59CDE168C34676B09679178C985E05]
**Sent:** 11/22/2016 10:34:44 PM
**To:** [redacted] Kang-Xing Jin [[redacted]]; John Hegeman [[redacted]]
**Subject:** Re: Teens and News Feed Alignment

Sorry I dropped this thread. On Strategy it sounds like you're proposing we focus, for those on Facebook, on time and only worry about sharing and comments as guardrails. I do think this is a pretty important thing to make sure everyone is on the same page about. I'm open to this, but I'd feel better about it if it looked like teens don't share on FB, but they do seem to share.

On hiring I don't know if there's a silver bullet here. You should certainly try to get someone on your list excited, but I think it's going to be hard to dislodge any of those six, so I encourage you to, in parallel, look externally.

Adam

---

**From:** [redacted]>
**Date:** Wednesday, November 9, 2016 at 3:03 PM
**To:** Adam Mosseri [redacted]>, Kang-Xing Jin [redacted]>, John Hegeman <[redacted]>
**Subject:** Re: Teens and News Feed Alignment

Adam, I'm going to separately forward you the teens strategy deck and framing that I sent out to John and some of the other product leads yesterday. It addresses your questions in more depth.

In brief on strategy:
* We are pursuing a dual strategy of fixing real-world social Facebook that is working well in RoW, and further investing in 'social entertainment' which is about social engagement around media content and video with your real-world friends, vs. real (camera, text) content with your real-world friends. We think that this positioning may be particularly strong in the U.S. as a complement to Snapchat and Instagram
* Our overall goal remains total teen time spent (MAP * DAP/MAP * TS/DAP), with some specific efforts (Instagram) taking on tighter focused goals like U.S. teen total time spent. We should set guardrails on social interaction (posting, commenting, liking) that keep us away from the failure mode of pure entertainment consumption vs. social entertainment.

In brief on the role and candidates:

* KX and I agree that the candidate for this role almost certainly needs to be internal, given the next-level expectations around coordination between FB product teams and insights into varied FB product surfaces. I'd love to hire a strong external person but they would likely fail in this role on this timeline.
* I'd love to get someone of Peter's caliber on this but my dual impressions of him are a) he prefers to be monomaniacal on a single unconstrained product surface that he controls absolutely (his playbook for My Day on messenger as an example) vs. XFN coordination across a set of teams. If this type of role is in his (very large) wheelhouse as well, I'd love to talk to him about this.

* The IC/management tension here is real. Most of the senior people who would do this are currently or plan soon to be managers. This is in effect an arms-length management role of a bunch of fractious PMs and teams, so if we called it managerial with zero direct reports, but, in effect, a bunch of dotted-lines for at least H1 and possibly all of 2017, I'd be OK with that.

Question for all of you long-timers: What ex-Facebook PM could we hire back to do this role? Our internal candidate pool is tiny, and we don't believe that a noob can do this. There have to be a dozen or more "nearly perfect" ex-FB PMs who we might be able to lure back for the right role like this. It's a pretty cool job.

--[redacted] [redacted]

---

**From:** Adam Mosseri <[redacted]>
**Date:** Tuesday, November 8, 2016 at 5:25 PM
**To:** Kang-Xing Jin <[redacted]>, [redacted]>, John Hegeman [redacted]
**Subject:** Re: Teens and News Feed Alignment

Adding [redacted] and John.

**Hiring**
Generally we always want our people to know what their opportunities are. Neither Max nor Greg are available, but [redacted], as long as you coordinate with John, you should definitely reach out. Overall this list looks strong. If you're thinking big than you could also consider [redacted]. I've heard good things about an creative Instagram PM, but I'm blanking on his name. You should also know that [redacted] is specifically looking for a management role. All that said I think your odds of landing one of these aren't great, so I'd encourage you guys to consider ways of increasing the throughput of solid external candidates as well.

**Strategy**
There are a few key questions to queue up here. The first is which teens do we care about? Teens across the world or US teens or US + Western Europe teens? From our conversations so far it seems like we're leaning towards US and western Europe, but we should make sure that's clear.

The other open question is what does success look like for teens. It sounds like we care primarily about visitation, but that may not be the best metric to goal around. The question then becomes do we care primarily about time, which is where we're vectoring with India, or do we care about more than that (including things like sharing).

Adam

> On Nov 8, 2016, at 11:23 AM, Kang-Xing Jin [redacted]> wrote:
>
> On the IC for this, would love help/ideas on who might be good (independent of tradeoffs/whether they are available). I think this is a IC7 role given the complexity + past failed efforts here (with potentially management over time).
>
> [redacted]/I started putting together a short list of candidates (indexing for has some experience with core FB products and seniority). Any thoughts on the below/any other ideas? Are Greg/Max potentially available? (I haven't reached out to any of the people on the list below yet.)
>
> Greg Marra
> Max Eulenstein
> [redacted]

[redacted]

---

**From:** Kang-Xing Jin [redacted]
**Sent:** [redacted]2:13 AM
**To:** Adam Mosseri
**Subject:** Re: Teens and News Feed Alignment

Can I add [redacted] to this thread?

A few thoughts:
--Agree we need to have a much clearer strategy around the "fix Facebook for Teens" part before we start deeper execution, esp. around how we want to support and prioritize different use cases (entertainment, connecting with friends) in the core product (like NF) as well as how we want to fix core audience/graph problems.
--In terms of contingency, I think it's likely [redacted] covering (and we should get the explicit feedback from you/folks on the team around where you see the current gaps in strategy are).
--I think we treat the senior IC move as closer to urgency around what we did for Camera (vs. around India). So being willing to make moves like [redacted] (from IG) -> Flash or [redacted] (from IG) -> FS in a 1-2 month window. The list of folks who can really tackle "fix Facebook for Teens" is fairly short since having deep experience in core FB product is pretty important, so we should also chat about options there (including some on your team, like Greg/Max) and what the tradeoffs would be.
--In terms of language, I'm not sure if we're going to do a "Lockdown" per se next year--it could be just a focused/prioritized effort like Flash was, including prioritizing getting the hiring in place.

KX

---

**From:** Adam Mosseri
**Sent:** Tuesday, November 8, 2016 9:18:03 AM
**To:** Kang-Xing Jin
**Subject:** Teens and News Feed Alignment

Hey, just following up on our brief conversation yesterday. My team is worried that we're on track to go into a lockdown in January without having hashed out a clear strategy that people agree on. I understand that your priority here is hiring that senior PM IC. Given that these types of hires can take a long time do you think we should have a contingency plan? My interest here is making sure we are as productive as possible going into lockdown.

Adam

# EXHIBIT 6

EXHIBIT 6

Message

FILED
2024 JAN 29 PM 4:03
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
D.C. & M.

**From:** Naomi Gleit [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=7BBEE4A6089E481290BDEFBFAF8FAB7C]
**Sent:** 11/23/2016 2:10:36 PM
**To:** [redacted]
**Subject:** Re: Teens Strategic Focus H1 2017: planning, headcount, goals coordination

This is great thanks for forwarding.

Let me know if you need anything else.

Also [redacted] is a great person to email this to – he's all over all the teen stars

---

**From:** [redacted]
**Date:** Wednesday, November 9, 2016 at 3:06 PM
**To:** Naomi Gleit [redacted]>
**Subject:** FW: Teens Strategic Focus H1 2017: planning, headcount, goals coordination

Naomi,

FYI on the plan, per our conversation yesterday. Thanks for the time on Project Kid – really helpful.
My thinking on the distro below is that the PM director/lead for the relevant teams is the best distribution and action mechanism for this planning phase, so I've been under-prioritizing keeping PG leads such as yourself informed, assuming (as seems to be the case) that Guy and others will do that as part of their own discussions. Will and Fidji are on this directly because the direct-line PMs (Aigerim, Analisa) are pretty mid-level.

Thanks,
[redacted]

---

**From:** [redacted]>
**Date:** Tuesday, November 8, 2016 at 2:44 PM
**To:** John Hegeman [redacted]>, [redacted]>, [redacted]>, Will Cathcart [redacted], Guy Rosen [redacted], [redacted]>, [redacted] [redacted]>, Fidji Simo [redacted], [redacted]>, [redacted]
**Cc:** Kang-Xing Jin [redacted] [redacted]>, [redacted]>, [redacted]
**Subject:** Teens Strategic Focus H1 2017: planning, headcount, goals coordination

All,

I've already been directly in touch with you about the Teens strategic focus for H1 2017. Mark has decided that the top priority for the company in 2017 is teens, and has asked the Teens Team to coordinate planning and execution of a strategic focus on teens in H1. We're integrating with the overall H1 planning processes to make this as seamless as possible across a broad set of partner teams.

This joint email is to give us a single place to coordinate around plans, headcount, and goals for H1 of next year. Since I expect most partner teams to have similar questions it makes sense to do this in one place. I've chosen to send this first

email to PM leads only for now, but we should quickly add in key engineering and design leaders to help where necessary in the planning process.

Attached is a trimmed version of the deck that we discussed with Mark and Chris about 10 days ago. Feel free to share this within your teams as appropriate – we'll be fast-following this email with a Core App FYI post.

**The key points in the deck are:**

1. Geographically, our current FBF teen usage segments by RoW (great) EU (good) US (bad).
2. Our overall goal for the strategic focus is total teen time spent.
3. The two dominant use cases on smartphones are Social and Entertainment, approx. 50%-50%
4. Smartphones are just 26% of all teen digital media time spent, and Entertainment is the dominant non-phone use case.
5. We are doing far better on US Android than US iOS.
6. Facebook continues to be a vibrant teen social network outside of the US and EU.
7. We have two big "build" opportunities:
    a. Under-13s, including regulated Under-13s
    b. Social entertainment and video.
8. We have two big "fix" opportunities:
    a. Facebook for global teens.
    b. Instagram for U.S. teens, esp. Direct and Stories
9. We need to better understand and invest in teen social groupings and graphs like high schools, versus our default framing at the population or individual level. Both FB and IG usage in the United States varies dramatically by high school, correlated with factors like Android-dominant or iOS dominant.

**How the H1 2017 Teens Strategic Focus will work:**

1. Participating teams will take a specific goal for teens. Our overall company goal is total teen time spent, which is MAP * MAP/DAP * TS/DAP. Sub-goals per partner team will depend on the exact product work that we identify.
2. The Teens Team has a pool of headcount to allocate to partner teams who take on goals. We'd love to give some of this HC to you! On certain key projects where teens knowledge is critical, we plan to partner and jointly build with our own direct staffing, as we have done with Media on several video projects in H2.
3. Our asks to partner teams are:
    a. Immediately staff (January) teens projects, and use Teens headcount as backfill for lower priority projects.
    b. Staff H1 projects at least at 1.5X teens headcount. E.g. in return for 8 headcount, staff 12 people during H1.
    c. Plan for at least the actual Teens heads (8, in this example) to be working on teens goals for H2 of 2017 as well.
4. We'd like to figure out by mid-December H1-H2 reviews who we'll be working with, so the upcoming 3-4 weeks will be pretty busy!
5. Worth noting: We're heavily investing in improving our ability to model actual age of teens, which we expect to ship as an operational deltoid/dashboard facet in H1. None of this is live yet, but it's reasonable to make product plans and set H1 goals against the assumption that this will be very robust at some point during Q1.
6. We have an enormous Understand effort underway, with more than 12 data scientists and researchers doing comprehensive product and market analysis for teens. This is a current knowledge base that your team can draw upon, and will be an ongoing resource for teens insights and knowledge during 2017.

We are currently working in partnership with your individual teams on generating the next level of planning detail, typically "one pager" product narratives. I'm happy to share a framework for these if useful.

[redacted], teens EM, is point on all discussions around allocation of headcount.

Thanks for your help, and looking forward to working together on this!

Best,
[redacted]

# EXHIBIT 7

EXHIBIT 7

# Teen Ecosystem Discussion

[redacted] on June 17, 2020 at 4:25 PM

# Teen Fundamentals: IG Leads Review Recap I presented an abbreviated version of the Teen Fundamentals deck to the IG Leads yesterday, here is a summary of the discussion! * Discovery is a major lever for satisfying teens desire to entertain themselves and learn. We do well to **consider how we can improve the discovery experiences on IG **(as opposed to adding discovery features) since what we do for teens will likely benefit the whole ecosystem. * **There is a balance we need to strike between driving engagement and being mindful of teen's well-being.** This includes unpacking what "reward" means to teens and considering how we could build a responsible reward system. How do we help people to progress towards something meaningful? We do not want to drive usage that is problematic to teens. * **There is an opportunity to incorporate this framework (novelty, emotion, reward) into measurements** in order to evaluate what parts of the app need work to enhance teens perception of IG. Adam cited Reels as an example - currently they are measuring value and how entertaining it is but, perhaps we should also measure how novel/new people perceive it. cc [redacted] ** Next Steps:** * I am working on a research study now in partnership with [redacted] from the IG Ambassadors program to **understand teen trends. **This will lead to a strategy for detecting and anticipating different types of trends. Teens are tastemakers and what we learn from this work can help us to take a proactive approach to evolving the app before competitive threats appear. * I am also currently developing a **survey that is designed to measure usage and evaluate how different IG surfaces and features are meeting teens needs and expectations.** I will also capture their perceptions of how parts of IG measure up in terms of sentiment on the dimensions of novelty, emotion and reward to assess the experience IG is delivering them. This should point us to the areas of the app we need to prioritize. *I will also explore working with the Brand Marketing team to see if we can also capture these measurements at an app level within existing efforts such as the Brand Tracker Survey. *cc [redacted] * * * In terms of constructing a reward system that will engage teens, **we will conduct more research to better understand what is truly "rewarding" for teens** and how rewards could contribute to healthy exploration on our platform. We have already started breaking ground on understanding [how teens feel about the amount of time they spend on Instagram](https://fb.workplace.com/notes/[redacted]/households-ig-experiential-needs/688558791716307/) thanks to [redacted] investment in our Household Ecosystem understanding. There are also [new solutions](https://fb.quip.com/E5ZBA2eVqP9n) being explored to see what could be most beneficial to mitigate problematic usage. I will continue to work with these teams as thought partners and collaborators on this line of research.

FILED
2024 JAN 29 PM 4: 15
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
LN D.C.& M.

# EXHIBIT 8

EXHIBIT 8

FILED
2024 JAN 29 PM 4: 15
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
LN D.C. & M.

Message

**From:** [redacted] [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=B0C1CE2D09294FEE8F2B7CF4431BEF54]
**Sent:** 9/21/2020 1:47:54 PM
**To:** IG Growth Leads [iggrowthleads@fb.com]
**CC:** [redacted]
**Subject:** Teen Ecosystem Project Updates

Happy Monday, Growth Leads!
It's been awhile since we've touched base so I wanted to check in and give you an update on how my roadmap has flexed for this half and the status of current projects under the Teen Ecosystem Understand Workstream.

Everything is still on track and it looks like I will ship even more than I had originally outlined! Research reports and briefs are linked below.

**Phase 1- COMPLETE**

- **Teen Fundamentals** - Work complete (report) and shipped
  - Unplanned follow up research request from IG Leads Review to unpack "reward"
    - Deepening Rewards to Drive More Meaningful Daily Usage, (report)

**Phase 2 - ON TRACK**

- **Driving Digital Trends with Teens** - Work complete (brief), report in progress
  - Pivot to discover Gen Alpha forecasting insights
    - Teen Futures Workshop (brief), completed 9/16, report in progress
    - Expert Interviews (brief), scheduled for October

**Phase 3 - ON TRACK**

- **Building Bridges to the FoAs** - This project has manifested itself under the IG Youth POV (report) work that has gone through its first review with IG Leads and currently in its second iteration to address follow-ups from review and incorporate new insights on 18-24yr olds.

- **Teen World Immersion** - rescoped to narrow in on Close Friendship and Group Evolution (brief)
  - At a glance
    - Recent teen studies and competitive analyses have identified that close friend relationships are a prominent priority of young users. The presence and engagement between friend groups is a known driver of application adoption and daily usage and value. We need to better understand the nuances of friend groups and how they change over time to identify implications this has for sharing, well-being and graph management.

- This research will provide foundational insights that deepen our understanding of teens and young adults relationships with each other over time and generate recommendations that can be applied to improve and innovate on multiple products within the IG ecosystem including the "Close Friends" list, Messaging, Well-Being, the Threads app and Graph. We also expect this research to uncover a job or jobs IG is uniquely positioned to fulfill to service social connections over the long term and inform strategic initiatives for kids, teens and young adults.

**Please let me know if you have any questions and feel free to send me any feedback. Also, if there is anything on your mind regarding young users that I can look into for you in upcoming or past projects please let me know ⍰ .**

Thank you!
[redacted]

# EXHIBIT 9

EXHIBIT 9

# Instagram Insights

FILED
2024 JAN 29 P
CLERK & MAS
DAVIDSON CO. CHA
LN
D.C.

[redacted] September 15, 2020 at 9:44 AM
# Deepening Rewards to Drive More Meaningful Daily Usage Check out how we can promote healthy daily usage by deepening the rewards we deliver! We conducted 1 hour in-depth interviews with 12 people (4 teens, 4 young adults, 4 adults) with low to high Instagram engagement to uncover what reward means to them in the context of Instagram and competitors apps (Snapchat, TikTok and Youtube). We synthesized this data with academic literature to understand how it applies at a psychological level. *P.S.Turned off comments to centralize to note itself. Also keep on the lookout for invitation for the shareout of these findings!* ## **TLDR:** * As expressed by participants and supported by the psychological motivation cycle - **Reward is the satisfaction one feels when they achieve the desired outcome from actions they have taken to fulfill a need. This means, when an app does the job it was hired to do consistently, quickly and effectively, usage of the app itself is perceived as a rewarding experience overall by users.** * Participants described three intrinsically motivated experiences that produced deep feelings of reward when using Instagram and/or any one of the competitor apps. These also aligned with basic psychological needs theory: * **Building relationships **(existing or new); *supports need for "relatedness" * * **Discovering desirable content;** *supports the need for "competence" * * **When either of the above led to a real-world outcome **such as hanging out, making money, starting a project, etc.; *supports the. need for "autonomy"* * **The ratio of time spent to reward reached was perceived as unsatisfactory **on Instagram. Participants did not feel rewarded as often or as deeply on Instagram in comparison to competitor apps. * **The path to satisfying their intent had a major impact on the participants' perception of how rewarding using the app was.** In comparison to competitors, the combination of content and interactions on Instagram presented distractions that could easily derail the user from fulfilling their intent faster. * **When reward was reached less often or slower than expected, people described opening the app habitually and using it passively instead of intently.** This was the case for many of our participants regarding Instagram. **Recommendations** 1. Reward users by contributing more to their intrinsic motivations for using Instagram. 1. ***Building relationships*: **Building relationships requires a reciprocal interest between people. Today that reciprocity is mainly expressed through lightweight interactions that some users perceived as superficial and didn't help them further their connection. Focusing on **conversation starters or profile features** that help connections easily identify things they have in common can increase the opportunity for users to deepen their connection and satisfy their intrinsic need for relatedness. 1. ***Discovering desirable content*:** **Identifying differentiated account use cases **(finsta,interest acct, business acct, etc.) and using those distinctions to help users build a graph could more directly deliver the intrinsic rewards associated with their intent. 1. ***Discovering desirable content*:** Encourage users to leverage **search **to reliably find the people and content that they want. Elevating the search experience will take some of the responsibility off of passive discovery surfaces (Like Feed, Reels and Explore) to predict what users want at a session level by **giving them the ability to fulfill their intent directly on their own. ** 1. ***Real-world outcomes*: **Develop our product experiences to **provide a clear path to activity that has implications for the user off of the app**. A deeper understanding of intent will help us identify those user goals and learn more about how we can become the obvious utility to reach them. 1. **Increase the perception of reward reliability by leveraging want-rate for notifications** at the user level to reduce friction and distractions and ensure a rewarding outcome for each notification they receive. 1. **Invest in interventions that help people (especially young people) control their usage.** The IG Well-Being team has proposed several solutions that have been well received in research. We should continue to explore, iterate and test these tools and track satisfaction with usage over time upon implementing them. This will further support their need for autonomy.

[redacted] September 15, 2020 at 11:00 AM
cc Adam Mosseri Vishal Shah Luke Woods [redacted] Kristin Hendrix RE: Unpacking "rewards" follow up from Teen Fundamentals review

[redacted] September 15, 2020 at 11:03 AM
cc Max Eulenstein [redacted] Brett Westervelt [redacted]

**OutOfOffice Bot** on September 15, 2020 at 11:03 AM
I'm sorry but [redacted] is currently out of the office. Her message is: Hi, I'm OOO from 9/8 - 9/18 (childcare admin leave). Please reach out to the following POCs if this is urgent: * IG Acquisition: [redacted] * IG Activation [redacted] * IG Notifications: [redacted] * Anything else: [redacted] Thanks! Saana

[redacted] on September 15, 2020 at 11:36 AM
[redacted] this is really sobering to read. We've been thinking a lot about the building relationships problem and we truly haven't been able to shift behavior in terms of conversation starters… Love that people are using secondary accounts to basically hack the experience to be more focused and tailored to a particular use case and the relationships that go along with it. I wonder if we could do even more to deepen engagement with your graph for secondary accounts… cc Laycee John Ebo

[redacted] September 15, 2020 at 12:35 PM
cc [redacted] really interesting insights on rewarding experiences that can be applied to the work on conversations and conversation starters!

**Kristin Hendrix** on September 15, 2020 at 12:44 PM
Jenni for FYI

[redacted] on September 15, 2020 at 1:08 PM
cc Betty, Roberto, Tomas

[redacted] on September 15, 2020 at 1:24 PM
cc [redacted] Max Eulenstein Brett Westervelt

[redacted] on September 15, 2020 at 1:35 PM
This is so awesome!!!

[redacted] September 15, 2020 at 2:21 PM
Yes, I definitely believe that additional accounts are a way that users are able to streamline their connections and content thereby mentally organizing their intent. Learning more about the distinctions of these use cases could give us insight on how to rank and recommend content. On the relationship building side, this is a tricky one. I've done some research about the effect of extrinsic rewards on intrinsic motivations

and it does point to obtaining short-term rewards (in our case, lightweight interactions like reactions, emojis, and likes) as potentially replacing intrinsic motivations which creates a perpetual ecosystem of superficial connections. It could be quite a lift to shift users' mental models of how to use IG, but as you noted there could be potential to reintroduce IG (or maybe Threads?) to drive relationship building when we know that is their intent for their secondary acct. '

# EXHIBIT 10

EXHIBIT 10

Message

**From:** Adam Mosseri [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=AC59CDE168C34676B09679178C985E05]
**Sent:** 2/9/2021 11:26:54 PM
**To:** Adam Mosseri [redacted]; Kristin Hendrix [redacted]; Max Eulenstein [redacted]
**Subject:** Message summary [{"otherUserFbId":null,"threadFbId":2641815452610089}]
**Attachments:** 147310385_244115367189450_3357186839031743972_n.png; 148286336_406309550462566_3986873650038377375_n.png; 148789299_1131122410681936_4315762490660456431_n.png; 148320311_789328794991620_2442904122587681438_n.png

Dr. Kristin Shay Hendrix (2/09/2021 14:52:38 PST):
>Quick heads up on the WB stuff - Lori was looped into this by virtue of her collabs w/ central. I'm working through it w/ Pratiti and have only asked Lori to share some prior research we've done at IG that has led us to focus on social comparison, bullying, etc.

Dr. Kristin Shay Hendrix (2/09/2021 14:53:10 PST):
>Pratiti's concern is that IG is focusing on WB areas that are not ones that came out of the central WB researchers' survey (which Lori was looped in on).

Dr. Kristin Shay Hendrix (2/09/2021 14:53:58 PST):
>I'm working through it w/ Pratiti, but the bigger issue I'm seeing is that there may have been expectations not communicated with us in IG that we would shift our focus areas to align with whatever came out of that survey. That's the piece I'm keeping Lori out of so she's not having to navigate that.

Dr. Kristin Shay Hendrix (2/09/2021 14:54:31 PST):
>In other words, Pratiti is surprised IG continues to work on WB issues that her team's survey didn't find to be as high-pri and is asking us to justify that.

Max Christian Eulenstein (2/09/2021 14:58:42 PST):
>Do you know what their preferred focus areas are? I.e. what would want our Social Comparison team to shift towards?

Adam S. Mosseri (2/09/2021 14:59:49 PST):
>that seems somewhat presumptuous to me

Adam S. Mosseri (2/09/2021 14:59:54 PST):

shared: 147310385_244115367189450_3357186839031743972_n.png

Dr. Kristin Shay Hendrix (2/09/2021 15:00:23 PST):
>I agree, so that's why I was surprised when Pratiti mentioned this in our 1:1.

Adam S. Mosseri (2/09/2021 15:00:33 PST):
>I will admit I'm surprised body image and social comparison are as low as they are for internal leadership, US Policy insiders, and Gen Pop

Adam S. Mosseri (2/09/2021 15:00:43 PST):
>what is "Information access?"

Dr. Kristin Shay Hendrix (2/09/2021 15:00:59 PST):
>Agreed. These came out a bit more when we surveyed youth directly, but still didn't break the top 10.

Dr. Kristin Shay Hendrix (2/09/2021 15:01:26 PST):
>I told Pratiti that our decision to focus on social comparison / body image related topics was due to 1) our IG research and 2) discussions we've had with external experts in this space.

Dr. Kristin Shay Hendrix (2/09/2021 15:02:59 PST):
>It's like how easy it is to get information or the type of information people have access to (eg, through News Feed). I'm tracking down the original survey wording and will share more here.

FILED
2024 JAN 29 PM 4:35
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
D.C. & M.

Dr. Kristin Shay Hendrix (2/09/2021 15:03:09 PST):
>Jumping into mtgs but will fo/up soon.

Adam S. Mosseri (2/09/2021 15:03:52 PST):
>where we lead should be based on where there's a problem, what people expect of us, what we think might become a weak point over time, and where we think we have a unique opportunity to lead

Dr. Kristin Shay Hendrix (2/09/2021 15:05:03 PST):
>Here are the 4 focus areas they identified:
>
>Bullying & Harassment
>Connections
>Emotional impact
>Problematic use (formerly referred to as, "Addictive use")

Dr. Kristin Shay Hendrix (2/09/2021 15:05:25 PST):
>A table that describes these areas a bit more and what would be needed.

Dr. Kristin Shay Hendrix (2/09/2021 15:05:26 PST):

shared: 148286336_406309550462566_3986873650038377375_n.png

Dr. Kristin Shay Hendrix (2/09/2021 15:05:53 PST):
>Social comparison is an area where we have unique opportunity to lead especially.

Max Christian Eulenstein (2/09/2021 15:08:27 PST):

shared: 148789299_1131122410681936_4315762490660456431_n.png

Max Christian Eulenstein (2/09/2021 15:08:30 PST):
>It's interesting how different the conclusions are between IG research and central research. Pretty different methodology, but social comparison popped a lot more clearly for us.
>
>deck: https://docs.google.com/presentation/d/1WzvtsdxHlpDMXITMH8ueNpkVduH3Js7eGpvbd0VFIdQ/edit?ts=5ee2b03d#slide=id.g89b1490876_7_33

Dr. Kristin Shay Hendrix (2/09/2021 15:09:26 PST):
>A lot of this can be explained by methods differences, IMO, and sampling approaches.

Dr. Kristin Shay Hendrix (2/09/2021 15:10:59 PST):
>IMO, our focus areas aren't necessarily at odds with the 4 key areas Pratiti's team's survey called out.
>
>Social comparison and body image ladder up into "emotional impact" inasmuch as it relates to anxiety, stress, and other moods.

Max Christian Eulenstein (2/09/2021 15:11:16 PST):
>yeah, that makes sense

Max Christian Eulenstein (2/09/2021 15:13:24 PST):
>we considered a more direct approach for self-care/support, but an important factor was that it seemed like stakeholders and gen pop were holding us more directly accountable for social comparison/body image issues.

Max Christian Eulenstein (2/09/2021 15:13:26 PST):

shared: 148320311_789328794991620_2442904122587681438_n.png

Adam S. Mosseri (2/09/2021 15:19:47 PST):
>emotional impact feels like a misc bucket

Adam S. Mosseri (2/09/2021 15:19:57 PST):
>or at least a broad set of issues

Adam S. Mosseri (2/09/2021 15:20:16 PST):
>what does "Connections" mean in this context?

Dr. Kristin Shay Hendrix (2/09/2021 15:21:32 PST):
>It's basically like creating social value through helping people keep in touch with others that they care about through building and strengthening relationships.

Dr. Kristin Shay Hendrix (2/09/2021 15:21:47 PST):
>I agree that emotional impact is a misc bucket and the connections bucket feels that way to me, too.

Dr. Kristin Shay Hendrix (2/09/2021 15:22:21 PST):
>problematic use (addictiveness of our platforms) and bullying are clearer-cut, IMO.

Max Christian Eulenstein (2/09/2021 15:26:54 PST):
>Personally, I think problematic use is a valuable area to invest understand time in. But I'm not a big believer in having a well-being/integrity product team approach. I think it'll require more fundamental changes to our goals, what type of work they incentive, and therefore how core mechanics work (feed design, ranking, sharing, notifs).

# EXHIBIT 11

EXHIBIT 11

FILED
2024 JAN 29 PM 5:00
[illegible] TER
[illegible] C. CHANCERY CT
LN D.C. & M.

Message

**From:** Margaret Stewart [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=328A103E96A049B2A7DF982BD9481115]
**Sent:** 11/2/2018 5:18:57 AM
**To:** [redacted] [[redacted]]; [redacted] [[redacted]]; [redacted] [redacted]iris@fb.com] [redacted] [redacted]; [redacted] [redacted]]; [redacted] [redacted] [redacted] [[redacted]]
**Subject:** Re: Body-enhancing filters & Well-Being Lit Review request
**Attachments:** Consequences and Implications of Selfie Manipulation Literature Review _ Nov 2018.pdf

+ [redacted] to merge threads

Thanks so much for this report, [redacted] Given that there is selfie filter work happening in a few areas (FB Camera, Messenger) I think it would be good for us to be consistent in our policies around so-called beautification filters. For reference, here are our current guidelines for filters:

https://fb.quip.com/rRg8ArgwjOTI

It would be good for both teams to study this policy and share the ways in which they propose we evolve/change them to accommodate their efforts. I also think it's important that we study the report that Jennifer has gathered to understand that even though people may reporting wanting and liking these effects, there still may be negative affects on people in the long run, and we need to weigh that carefully. This is especially true with the youth/teen where we see s growing body of research that social media may be driving significant increases in rates of anxiety and depression, esp among young women. See this recent short summary of the research by Jonathan Haidt:

https://twitter.com/JonHaidt/status/1057231466076258304

I'd love for us to maintain a principled stance on avoiding default filters that change the way people look "in real life," avoid skin lightening (though it's OK to lighten the entire image for artistic effect), avoid anything that distorts the face shape akin to plastic surgery unless it is a part of a "fantasy filter" affect, etc.

It sounds like some of the things that Dantley's team are considering are a fairly nuanced tweak to our current policies (per some details he shared on another thread). I haven't see the latest on the Messenger filters but would be great to see a demo to see how far they diverge from the current guidelines.

This is a hard issue to navigate because I know there is a lot of competitive pressure and a lot of market demand for filters that go much more directly into the beautification space. And if we test any of these things, they will undoubtedly perform well. But just because people like and want something in the short term doesn't mean it's healthy for them.

I hope we can think carefully about this and maintain a more principled stance so we can not only avoid the bad press that could arise from launching more explicit beautification filters, but also feel proud that we are doing the right thing here. And if these new filters are not a significant divergence from our guidelines I apologies for the drama!

Would be great to gather the right group of people to discuss, review the filters live, and see if we can agree on the right tweaks to the guidelines if needed.

Best,
Margaret

Margaret Gould Stewart
VP of Product Design
Facebook, Inc

---

**From:** [redacted]
**Sent:** Thursday, November 1, 2018 10:43:39 AM
**To:** Margaret Stewart; David Ginsberg; Loredana Crisan; [redacted]; [redacted]
**Subject:** Re: Body-enhancing filters & Well-Being Lit Review request

Hi Margaret,
Attached is the literature review on "Consequences and Implications of Selfie Manipulation on Well-Being" as it relates to well-being and mental health. It was researched and written by a researcher and licensed psychologist at Duke who specializes in eating disorders and body image issues among adolescents and adults.

https://fb.quip.com/maGmAFSKg4KO
PDF attached

Please let me know if you have any questions or if any additional insights or consultation is needed. The researcher who compiled this is really great and conveyed she'd be happy to help or continue the conversation if needed.

Thank you for desiring to understand the possible implications of these sort of beautification features, and for being so thoughtful about what FB is putting out into the world. I'd be very curious to hear how this sort of report is helpful and how these conversations/product features play out.

-[redacted]

---

**From:** Margaret Stewart [redacted]>
**Date:** Tuesday, October 16, 2018 at 10:34 AM
**To:** David Ginsberg [redacted], [redacted] <[redacted], Loredana Crisan [redacted]>, [redacted] [redacted]>
**Cc:** [redacted] [redacted]
**Subject:** Re: Body-enhancing filters & Well-Being Lit Review request

+[redacted] and Loredana as the thread forked....

Margaret Gould Stewart
VP of Product Design
Facebook, Inc

---

**From:** David Ginsberg
**Sent:** Thursday, October 4, 2018 4:58:51 PM
**To:** [redacted]; Margaret Stewart
**Cc:** [redacted]
**Subject:** RE: Body-enhancing filters & Well-Being Lit Review request

I think it was in the AML team or the camera team (when that was all still in one org)

---

**From:** Jennifer Guadagno
**Sent:** Thursday, October 4, 2018 4:56 PM
**To:** David Ginsberg <[redacted]>; Margaret Stewart <[redacted]
**Cc:** [redacted]
**Subject:** Re: Body-enhancing filters & Well-Being Lit Review request

Thanks for the heads up about that, David. I'll do a search and include relevant existing studies into the lit review summary that's created.

I'll get this going tomorrow!

-[redacted]

---

**From:** David Ginsberg [redacted]
**Date:** Thursday, October 4, 2018 at 1:18 PM
**To:** [redacted], Margaret Stewart [redacted]
**Cc:** [redacted]>
**Subject:** RE: Body-enhancing filters & Well-Being Lit Review request

FWIW we did some research on this in the past – I remember seeing some studies on this when I first got here, on beautification effects, etc. nothing all that robust but I remember seeing something here on our team when I first joined...

---

**From:** [redacted]
**Sent:** Thursday, October 4, 2018 11:44 AM
**To:** Margaret Stewart [redacted]
**Cc:** David Ginsberg [redacted]>[redacted] <[redacted]
**Subject:** Body-enhancing filters & Well-Being Lit Review request

Hi Margaret (+ [redacted] & [redacted] as FYI),
I wanted to follow up on the request we chatted about yesterday to understand more about possible effects of using "body enhancing" filters on people from the well-being angle. I found an external researcher/clinical psychologist who specializes in body image issues who'd be able to summarize the literature and put forth a perspective on this, completed last week of the October.

I wanted to check in with you to see if the proposed summary/request matches what you're after and if the timing works. If all looks good, I'll get this kicked off asap.

-[redacted]

**Request:** Summarize relevant social science literature to understand possible positive, negative, or neutral effects of using (or having the option to use) photo manipulation techniques that alter the look or shape of the body. Understand who is most likely to engage in body-altering photo techniques. Also understand who is most likely to be negatively impacted by using body-altering photo techniques and viewing body-altered photos, and what the impacts are.
**Deliverable:** 3-5 page literature review, plus executive summary paragraph of main effects and point of view
**Timing:** Paperwork submitted Fri, Oct 5; work to start once approved late next week; work completed & delivered week of Oct 29th

# EXHIBIT 12

EXHIBIT 12

# TEEN MENTAL HEALTH

Creatures of Habit - Aug/Sep 2019



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT



FILED
2024 JAN 29 PM 4:25
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
D.C. & M.

# Contents

1 Research approach

2 Topline headlines

3 Wellbeing in context

4 Defining mental un-wellness

5 Mental health on Instagram

6 Support and coping strategies

7 What Instagram should do



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

# RESEARCH APPROACH

# Methodology

Field sites: L.A. USA / London UK

- **Stage 1) Mini- groups - Creative exercises**
- Using creative techniques to create an environment where four strangers could share insights about their mental health. The research was designed to build rapport, and used projective techniques (Lego) to get young people to describe mental health in a 'safe' and detached way.
- Focus groups lasted 2 hours; covering representations of self, depictions of mental wellness & unwellness, the impact of social media on MH and what IG should do to support wellbeing online.

- **Stage 2) Follow up phone calls with 8x participants**
- Were designed to play back some of the findings with participants and gauge response after the sessions had ended. Sense-checking findings and pushing the insight further.



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

# Sample

- 5x groups in each territory, split across gender, age and 'theme.
- 2x M 13-15 across markets, 2x M 16-18 across markets
- 2x F 13-15 across markets, 2x F 16-18 across markets
- Plus, 1x extra group in each market for no mental health issue (1x younger male in US, 1x older female in UK)
- Themes:
  - Body image, self-esteem, social pressure to be perfect, weight issues.
  - Negative mood, anxiety, feeling down, or a bit depressed.
  - Loneliness, isolation, unpopularity

**Secondary criteria:**

- Currently use at least one social media application
- Have used IG in the past month
- None to reject IG
- Screened for creative thinking and articulacy.



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

# TOPLINE HEADLINES

- Instagram is an inevitable and unavoidable component of teens lives. Teens can't switch off from Instagram even if they want to.

- Instagram has become the ID card of this generation. It is the go-to tool for both measuring and gathering social prestige.

- Instagram sets the standards not only for how teens should look and act but also for how they should think and feel.

- Teens feel themselves to be at the forefront of new social behaviours to which there is no consensus on how to behave or cope. They sorely lack empathetic voices to whom they can turn for support.

- Teens talk of Instagram in terms of an 'addicts narrative' spending too much time indulging in a compulsive behaviour that they know is negative but feel powerless to resist.

- The pressure to 'be present and perfect' is a defining characteristic of the anxiety teens face around Instagram. This restricts both their ability to be emotionally honest and also to create space for themselves to switch off.

- Anxiety around what to post and the potential cost involved in posting the wrong thing means teens are switching from proactive to passive engagement with the platform.

# WELLBEING IN CONTEXT

What role does Instagram play in shaping emotional wellbeing and state of mind of young people more broadly?

# In many ways, IG plays a positive role on MH.

Young people were quick to point out the positive role that IG plays in their personal and social lives.

*'There are some great things about social media. Mostly that you can keep in touch and see things where you think "oh I'd like to try that' - UK Female*

**There are many aspects of the platform that make young people feel good:**

- Getting social validation from likes, comments and followers
- Seeing 'trending' content that helps them be part of the crowd
- Watching or viewing content that expands their horizons, or arrests boredom
- Connecting with friends and family members
- Having an open record of the best parts of their lives
- Providing inspiration or stimulus to motivate them to be their best selves
- Source of role models and people to look up to
- Relatable content that helps them feel like they are not alone
- Memes and funny posts that lighten the mood
- Keeping up with news or issues around the world
- Being able to be nosey into other peoples lives

- IG is the ultimate connector; acting as a platform to connect young people to their social circles and to trends within popular culture.
- By being connected, young people can seek out people and information that help them feel less alone and more part of a collective.
- This points to why memes are so popular, as they allow political or real life struggles to be turned into resonant, yet light-hearted in-jokes.

**Without Instagram, teens would miss out on the key to their social world; the vital network to connect with each other.**

# IG is the connector & key to the social world.

Instagram is a central figure in the way that young people connect and relate to each other.

*'We're all feeling so much like we have to fit in, that as soon as someone mentions an influencer, you're on Instagram looking them up and following them. If you didn't keep up with what's going on, you'd 1000% feel like you were missing out. It's just not possible.' - Female, UK*

# Young people aren't using the platform constructively.

## Constructive uses of the platform for mental wellbeing were hypothetical rather than practical.

*'You end up scrolling through the explore page for hours. Like you get stuck down a rabbit hole. And then you think - what have I been doing with my time? It seems so wasteful' - UK, Female*

- Young people were open to how IG could help them constructively explore and enrich their lives; but it's not something they necessarily immediately connect to IG themselves.
- But in reality, despite this potential, the content they consume is fairly standard
- For all the talk of communities of interest, everyone still follows Kylie Jenner and gets excited about the same trainers.
- Support for MH was mostly conceived of as having 'positive quotes' to lift the mood for the day. But, the positive role that IG could play in helping provide social purpose and expand interests was harder to draw out from conversations.

**Helping young people understand and focus on the constructive role that Instagram can play in their lives is the key to helping them build resilience.**

- Instagram plays a significant role in how a young person feels about their day.
  - It could be a day where all your mates are liking your posts, leaving comments about how great you are, or a day where your supposed 'friends' are going out of their way to put you down and make you feel like crap.
- The boundary between social media and real life is blurred - and feelings and behaviours cross over between the two.
- Young peoples' sensitivity to content on Instagram creates a relationship between the platform and their daily state of mind - a mental connection that frames the platform in a positive or negative light.

**Young people are aware that their daily experiences on IG plays a central role in their state of mind. Their feelings on that day dictate whether they view the platform and brand in a positive or negative light.**

# IG has the power to make or break your day.

**IG plays a central role in teens' lives, and dictates how they feel about their day.**

*'I've had to stop myself looking at Instagram in the morning, because it has so much power to shape how I feel. So I just try to give myself the time to set my own day' - US, Female*

# Feelings in the moment dictate how well you cope.

In-the-moment feelings determines resilience to cope with content they see online.

*'When you're miserable you look at every comment on your profile and think that they comments are bad. You're feeling bad and so you think that people are giving you fake support, because you know your spotty and feeling fat' - UK Female*

- Underlying emotional states play a key role in a young person's ability to deal with the content they see. If they are having a bad day, they know they are more vulnerable to what they see online.
- This was particularly true for social comparison. The more a young person is feeling bad, the more vulnerable they are to negatively comparing themselves to others.
- Some young people were able to recognise the impact of looking at IG on their feelings for the day, and had tried to stop themselves looking at their feed in order to protect themselves.
- Others' recognised that they were still compelled to look at Instagram, even if they knew it would make them feel bad.

**Young people need help in seeing the value of creating balance in their use of social media. Knowing when you need to take a break, and what steps make you feel better is important.**

- As they vie for positions in the social hierarchy, young people are sensitively attuned to the words and actions of others; and relatively minor things (such as not getting a comment) can trigger off friendship ending processes.
- To deal with these social processes, teenagers have become the master scrutinisers of online behaviours.
- Things that adults would ordinarily overlook - such as not getting as many likes, or a seemingly unrelated comment - can kick off a whole set of reactions within the teen social world.
- Young people don't self harm or become anorexic over night; there is a build up of smaller things that can ladder up to more serious conditions.

**This presents a challenge because the majority of harmful behaviours are not things that would be flagged.**

# Small things are just as bad as the big ones.

When thinking of mental health, it's easy to jump to big things. But it's small stuff that builds up on a daily basis that has the most harm.

*'It builds up and there is a point where every person breaks. If you don't get help, you're going to have a mewl down' - UK female*

# Teens are hooked despite how it makes them feel

Instagram is addictive, and time-spend on platform is having a negative impact on mental health

*'Part of it [worst thing about IG] is just that it's just so addictive. Every time I pick up my phone it's the first thing I look at. At night when I should sleep, I just scroll through Explore' - UK, Male*

- They have an addicts' narrative about their Instagram use - it can make them feel good, it can make them feel bad, they wish they could spend less time caring about it, but they can't help themselves.
- They recognise that without even thinking every time they pick up their phone, they automatically go to Instagram. They know they stay up later than they should and miss out on sleep to stay plugged in.
- But they also know that this isn't good for them or their mental health.
- At exam time, they recognise their lack of willpower and use apps to control their screen time and get away from social media.

**Time-spend was one of the 'worst' aspects of teens' relationship to the platform. They were open to help reducing screen time, or making their experience more constructive.**

# DEFINING MENTAL UN-WELLNESS

How do young people define themselves when they are down?

# Language around MH has clear gender lines.

## Girls and boys express emotions in different ways and experience different issues on the platform.

*'Girls just try and do anything to get attention these days. Anything to get recognition. They'll fake posts. They'll buy followers, and all because they want to seem popular. It's sad really' - Male, US*

- Girls are able to narrate their feelings with sophistication and are more attuned to the emotional realm.
  - However, they clearly struggled to articulate practical solutions.
  - Their coping strategies tend to involve shutting down or fighting back.
- Boys can articulate how they might act but not how they feel, and tend to revert to anger when they are unable to process what they are feeling.
  - Mental unwellness tends to have two obvious manifestations for boys; either in anger/ 'popping off', or in a complete retreat into themselves

**Although many of the same issues affect boys and girls, their ways of expressing and processing emotions are different.**




# The lego game

# Mental un-wellness is...



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

# Steps and ladders.

## Young peoples recognise that they are at the point in their life journey which is unstable & fraught with difficulty.

Winding and unstable paths that young people have to navigate to reach 'adulthood'. They are on a journey and need to learn and grow from the challenges they face. Sometimes wellness and self-actualisation are out of reach. Sometimes the path feels so unstable it might break. There might be a window at the end of a painful process, where everything becomes clear.






# Walls & Gates.

## When in emotional turmoil young people tend to shut down and shut people out.

Putting up barriers, shutting people out, locking away your emotions, creating a safety in your own personal cocoon. They are dealing with a head-full of hormones, their emotions are in flux, and have all of this emotion bubbling up inside of them. It's too much for anyone to handle, so they shut down into themselves to process.

They shut people out. And they create walls around themselves for self-protection

# Dark & full of terrors.

## Participants used dull and dark colours to describe how they feel or see themselves when mentally unwell.

Being mentally unwell is dull, grey, morose, apathetic. Full of angst and turmoil, they view other people around them as other to themselves; colourful, present, free and happy.

This was the antithesis to their self-representations, which were colourful. The idea that the feeling of dark emotion sweeps over you, and you have no control over how it colours your personality. For Boys, red for anger also featured heavily, showing their struggles to process emotions.






# Isolationist & cold.

## Young people deliberately isolated themselves from friends and family even if they wanted attention and support.

When they feel bad, they seek space from others. But this leaves them feeling even more alone. They tell people to go away and leave them alone, but really this is in part a test, they really want some attention or support from those close to them. This leaves them with a sense of rejection. The unwell self is always at a distance to others; whether this is to dwell or process before self-soothing and reaching out to those around them.

# Circling & frenetic.

## Wheels were used to represent circling or whirring thought processes that were hard to stop; or keeping busy to distract from problems.

The circling of unwanted thoughts that come cascading through your mind when you over think things. The whirring, overthinking knots that you tangle yourself into. They see themselves as over-thinkers, worriers, 'cerebral'. Others try desperately to keep busy, to keep going, to find distractions that get them away from the things that bother them.






# Putting on a mask.

## Young people put up a facade, to hide inner emotions from peers, and protect themselves.

They fear being vulnerable. They fear judgement of others. They fear being called out for being over emotional, or standing out. The important thing is to maintain neutrality, to hide your emotions and lock them away. To get to the 'real me', people have to be super close, super trusted.

# Heavy Baggage.

## Young people feel mental un-wellness is often characterised by carrying the burden alone.

It feels heavy carrying all of the weight of your issues alone. But young people (particularly boys, and in the UK) felt that being open with their emotions was not appropriate, and that it was better to bottle things up until they pass. But avoiding their emotions, lead to them carrying the weight of the burden alone.






# Issues piling up.

**Stress and anxiety keeps building up, making them feel like they are drowning under the weight.**

All it takes is one bad day or thing to happen and then everything else weighs down on top of you making you feel even worse. Young people felt that it was never just one big thing that added up to them feeling bad, but lots of little things that got too much to handle.

As soon as they were stressed and anxious they recognised that they were much more reactive to other things in their day.

# Potentially explosive.

## The teen world is full of angst, drama and bad behaviour. Mental unwellness can also cause aggressive and challenging behaviours.

They 'saw red'. They couldn't keep a handle of it. It was a melting pot. Being a teenager is a complex time and people just don't know how to handle themselves yet. Both boys and girls in each territory described reacting to posts that made them feel a certain way, before calming down. And for some, feeling angry led to setting up exposure pages in their school to get their own back on someone who hurt them.



# MENTAL HEALTH ON IG

What impact does Instagram have on the mental health of young people?

Young people are acutely aware that Instagram is bad for their mental health, yet are compelled to spend time on the app for fear of missing out on cultural and social trends.

**They associate IG with:**

- Intense pressure to conform to social stereotypes
- Pressure to match the money and body shapes of famous influencers
- Need for validation and likes from others
- Bullying, hate speech and friendship conflict
- Over-sexualisation of girls' bodies
- Inappropriate adverts that sell weight loss products.

# Instagram is the worst platform for mental health.

**Instagram is called out for being the most problematic social media platform for mental health. But it's also the most popular.**

*'Depression and anxiety are so much worse than before, and the only thing that's changed is social media.' - UK Female*

# Teens blame generational MH issues on Instagram.

**Constant comparison on IG is 'the reason' why there are higher levels of anxiety & depression in young people.**

*'The reason why our generation is so messed up and has higher anxiety and depression than our parents is because we have to deal with social media. Everyone feels like they have to be perfect' - UK, Female*

- Social comparison and perfectionism are nothing new, but young people are dealing with this on an unprecedented scale.
- The proliferation of new and different ways to compare themselves to others, combined with constant access to means that there is no way to escape social comparison on IG.
- This was called out as being the number one reason why IG is worse than other platforms for MH. And, young people openly attribute their increased level of anxiety and depression to Instagram.

**If young people are already calling this out, it won't take long before others' pick up on this too.**

# Small differences exist between UK/US.

**The descriptions of the harm that IG can have on mental wellbeing were fairly similar in the UK and US.**

**Young people in the US and UK report similar struggles with IG. However, there were certain trends that were much more pronounced in different territories**

**In the UK Bullying and social comparison were cited as being the worst for MH.**

- Examples of bullying, trolling and being 'toxic' were extreme in the UK.
- Teens wished that people would be nicer on the platform, and felt that this single element would greatly improve their experience on IG.

**In the US, competition, and social pressure were cited as being the worst for MH.**

- Young people in the US were much more keenly aware of the competition of Instagram; understanding that they needed to play a game or lose.
- This comes with it a pressure to put up a facade, hide emotion and present a 'happy' face.

# Harm on IG falls into three categories




The categories of harm operate as a negative feedback loop - creating a spiralling effect where the worse you feel, the more impacted you are my interaction with the platform, and the more other peoples' behaviours impact on you.

NB: bullying not covered in this report. see previous report.



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

# Teens are their own worst enemy.

**Although others' behaviours online can really hurt, the self-scrutiny and anxiety associated with personal consumption patterns is arguably more damaging to MH overall.**




Lack of resilience or low sense of self exacerbates the impact that personal consumption patterns have on mental wellbeing.

Young people know that their own personal consumption patterns have a harmful impact on their self-esteem, but they don't adopt different patterns of behaviour.

In some cases, they can get addicted to things that make them feel bad. Obsessively looking at content of thin, gorgeous celebrities as a form of self-harm.

These habitual consumption patterns are much more insidious, but also highly damaging to self-esteem.

In the long term, constant self-critique and scrutiny will permanently shape the way a person views themselves in relation to others - heightening anxiety and likelihood of developing mental health conditions.

**Triggers are much more personal and internal, and as such, much harder to track and monitor.**

# Bullying is intense but time-limited.

**Although others' behaviours online can really hurt in the moment, aside from in extreme cases friendship conflict tends to be short-lived and is time-bound to the teen years.**




- Bullying and friendship conflict is the most overt and acutely painful thing that teens' can experience.
- It determines whether you feel included or excluded - which to teens is everything.
- Social media offers a treasure trove of ways that young people can be made to feel bad, and when in the midst of conflict, young people feel this very intensely.
- Though issues might be solved relatively quickly, shifting allegiances and shaky trust can damage young people's self-esteem if they feel their social position is being continually challenged.
- This type of harm is much more in line with patterns of behaviour known to most adults, but the extension of bullying and friendship conflict into every part of life is new. It's now in your bedroom as well as the school yard.
- Ultimately though, bullying and friendship conflict is time-limited. It's rare that dramas last forever, and young people quickly grow out of these behaviours as friendships become more firmly established.

**The problem is that in the moment, there are very few mechanisms that young people can draw on when they face bullying online.**



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

# Types of behaviour associated with categories of harm.

**Social comparison hurts YPs self-esteem, heightening anxiety and insecurity**

- Feeling you have to look a certain way, or comparing yourself to others
- Comparisons of followers and likes
- Having to match influencer level - i.e. professionalism of photos, body image & personality
- The popularity competition
- Perception & understanding that you're constantly scrutinised and judged

**Social pressure stops ability to be open with support networks, and encourages the adoption of unhealthy habits**

- Pressure to always be happy and not show 'weaknesses'
- Taking inspiration from posts as motivation to 'be a better self' - i.e. losing weight
- Pressure to be public about everything - e.g. pressure to have public account and show your life to strangers
- Intense scrutiny and pressure on posting relevant content

**Bullying & Friendship conflict is consuming and makes YPs feel vulnerable, alone and hated**

- People calling you names, being rude or disrespecting you
- Fomo and feeling left out; unfollows and not enough likes
- Public judgement and criticism
- 'Indirecting' & Exposure of confidential information to wider social group. E.g. secrets or drunk photos
- Gossip, and spreading drama

The way other peoples' behaviour affects me

Bullying & Friendship conflict

*'You can be playing a game online and everyone is being toxic. And sometimes that ok, but it can cross the line. Sometimes I get anonymous messages from people attacking me. I know it's a guy in my group who I don't quite get on with. But it can feel upsetting. That's why I prefer to spend time alone'*

**- Male, UK**



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

## Bullying and friendship conflict are a constant dramatic back-drop to teen life. But for some, it leaves lasting wounds that impact on relationships

Particularly amongst young girls and boys in the UK, bullying can often be more extreme or prolonged.

This means young people become used to slightly abusive patterns of behaviour from their friends; distorting their sense of trust and safety in the people around them.

This erosion of trust, impacts on self confidence and increases incidences of depression and isolationism.






*'You can't ever win on social media.*

*If you're Curvy- you're too busty. If you're skinny- you're too skinny. If you're bigger- you're too fat.*

*But it's clear you need boobs, a booty, to be thin, to be pretty.*

*It's endless, and you just end up feeling worthless and shitty about yourself.*

*I'm never going to have that body without surgery'*

**- Female, UK**



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

## Social comparison creates a negative feed-back loop.

As young people increasingly compare themselves to others, their feelings of self-doubt grow.

This doubt and feeling of worthlessness heightens the degree of attention they give to these feeling.

In turn this over-focus on negative self-aspects leads to low mood.

Being in a low or vulnerable state of mind then means the young person is more vulnerable to the content they see online.

*'It's a vicious cycle. You see content that encourages you to criticise yourself. But I rush to judge people as well. Standards are totally based on looks'-US female*






Social comparison

# The game of IG is what makes it worth playing.

## The size of your graph and number of likes encourages comparison as they are key metrics that display your popularity.

- IG become the ID card of this generation.
- It's how young people judge and criticise each other
- Your likes and followers determine how popular you are, and with that popularity how much you can get away with.
- Yet, despite how popular you might be within your immediate social sphere, there is always someone at the next level of influence who has more likes or followers than you. You can never win the game.
- Young people recognise that having likes and follower counts visible encourages them to seek to improve their ratio of followers, and post things explicitly because they will be liked.
- This encourages young people to post things that might not necessarily be for them, but for attention.

Social comparison

# Blurring celeb & teen content heightens anxiety

**Blurring professional and personal content dissolves the boundary between unreachable influencer and everyday teen content - increasing the pressure to reach unattainable standards.**

- Young people scroll through their feed and look at a picture of Kylie Jenner in her bikini, and then a picture of their friend and judge them in comparison - they know it's not fair, but it's just human nature to make that comparison.
- This increases the pressure young people feel at having to compete with people and lifestyles that are simply out of their reach.
- Some of the young men in L.A had turned their accounts into business accounts just to get analytics about their 'performance' on IG, and had begun to see themselves as their own personal brand. They directly attributed this to 'performance anxiety'.
- In the UK, young girls were acutely aware of 'skin for likes' and felt extremely pressured to post semi-nude photos on IG simply to get likes.

**Instagram is a game of likes/followers and everyday teens are struggling to live up the performance of the influencers around them - adding to their sense of deficiency.**



‘You’re scrolling through and you see Kylie Jenner and her perfect body, and then someone scrolls through and they see me. I’m always going to be shit in comparison to that...boys in our year think that we should all look like that.’- Female, UK.




# Teens are fighting a losing battle

## Teens recognise that influencer content is staged, but they can't help but hold themselves to unrealistic standards.

- Young people understand that everyone 'puts on a front' on IG - carefully curating the imagery of their lives, and photoshopping images to enhance aesthetic effect.
- Yet, while they know this and accept it; they are also still impacted by the content that they are seeing. They cannot live up to or match the beauty, body shapes or amazing lives of those they follow on IG.
- But this doesn't stop them from trying to compete, in a battle they know they won't win.

*'Everyone knows the score. The more you show the more you get likes… Skin for likes. I know girls at school who take pictures of themselves in their underwear. It's like, OK. It should be empowering, but it's not.. it makes me feel like that should be me. But I just don't have the confidence with my body' - Female, UK*

Social comparison

# Constant comparison is eroding teens' self-worth

## Young people directly attribute anxiety and low self-worth to the constant comparison to others' on social media.

- The sheer volume of points of comparison that young people are being exposed to, at a time in their lives when their sense of self is at its most fragile - is a new dimension to being a young person.
- More avenues than ever before have become open to social comparison: not only about you and your personality, but your body, your clothes, your lifestyle, your captions, your likes, your followers.
- They know other people are judging and criticising them, because they do it to other people.
- It means that they become tightly controlling over what they will and will not post online - expecting standards of themselves that are unrealistic.

**Instagram brings the whole world to your fingertips and with it, the vectors for comparison become infinite and consuming. This is having a damaging effect on how young people view themselves.**






'Scrolling through Instagram just always makes me feel like I'm not worthy. You can just never match up to other people. It makes you feel unwanted and lonely. Lonely in your view of yourself' - Female, US

# Social comparison is not gendered

**Although girls seem more obviously impacted by social comparison, boys just communicate comparison in a different language**

Social comparison

Social comparison appears to be more closely related to body image and therefore naturally aligned to female anxieties. However, boys were just as likely to be affected by body image - particularly around having the right clothes, body shape or look as girls.

This is still much more of a taboo subject for men to talk about, so the language they tend to use is around having the right garb or enough money to buy things to fit in, rather than explicitly about body shape.

*'Social comparison it brings your confidence down, guys who are built on the explore page. It's all about this image you're trying to create for yourself on social media...But you end up comparing yourself to people who have millions of pounds and are just totally out of reach. You think, I don't want to put my body up for judgement against that!' - Male, UK*

*'Yeah, you see everyone with these clothes that cost hundreds of dollars. And like, you do feel a pressure... you can't help but compare yourself... and like I try, I try to look my best, but who has that kind of money?' - Male, US.*



*'One of the main pressures is the pressure to be present. To share things so publicly about your life constantly or feeling pressured to have a public account. It forces you into feeling like you have to look or behave a certain way. It's tiring.'* **- Female, UK.**




*'You can see weight loss images of influencers and ads about how you can lose weight, and you take it as motivation to go work on your body. It pushes you to be your best self.'* **- Female, US.**



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT




## Social pressure creates an environment where young people act upon unrealistic standards they set for themselves.

All participants vocalised the pressure to look or act a certain way on Instagram as directly leading to hyper-scrutiny of their own actions.

The more they worry about trying to live up to unrealistic standards, the more they fear being honest or authentic about who they are and how they are feeling.

Not only does this lead to them hiding or bottling up their emotions, but it also means that they put up a facade to protect themselves online.

This leads to obsessive control of what goes on social media, and often leads to negative attention seeking to get validation.

And increases the likelihood that young people display characteristics of social perfectionism, or, become isolated from their support networks.




Social Pressure

# IG sets an emotional aesthetic that has to be met

## Young people respond to visual stimulus on IG and play out behaviours they think are 'right' - even if it hides their true emotional self.

- Teens are being provided with visual cues about how they should feel and behave, and feel like they are failing and alone when they don't meet these standards.
- And this stops them from speaking to others about what is going on.
- In the US, all depictions of mental unwellness had happiness built into it, pointing to the pressure that young people feel to be happy.
- In the UK, young people felt that they actively had to cut out their colourful friends when in a bad place because they didn't want to reveal their inner emotional turmoil.

*'I feel like the pressure to look a certain way is the worst. You end up dressing a certain way to please other people. But you end up faking who you are, or like trying to be something you're not. It just feels fake. It makes you feel like you can just be real with how you're feeling' - US Female*

# Pressure to be perfect changes behaviours online

## Following behavioural cues online, young people act out feelings, opinions and behaviours they think are acceptable.

- This is more than just looking and comparing yourself to others.
- It's changing the way you behave, think and feel you fit in.
- Making young people highly vulnerable to prompts within their environment about how they should behave.
- Girls concerned with body image, all turned to cosmetic treatments or working out to 'make them feel better'.

**Anxiety created through interaction with IG doesn't stay in their minds; it affects the practices and opinions of the young people.**

*'man, I just feel on the edge alot of the time. It's like you can be called out for anything you do. One wrong move. One wrong step. It's like you can buy a pair of sneakers you love, but the next day someone will burn you for it, and then you feel like you can't wear them again' - US male*



isara · Follow

Social Pressure



Here what s up from the past 5 years
exper enced living in a range of
es The funny thing is, ALL of

# Ads target insecurity & feeds unhealthy habits

## Multiple teenagers called out ad targeting on Instagram for showing them weight loss products.

- Young people called out Instagram for targeting them with adverts on weight loss and body image- whether this is weight loss lollypops, juices, weight trainers or teeth whitening.
- This directly lead to some teens purchasing products such as detox teas, weight trainers, weight loss lollipops, or not eating properly to lose weight.
- Others took these adverts as 'inspiration' to lose weight and exercise more, they take away the message that they should be doing things differently to match the standards they see on images daily.
- This is highly damaging, and likely to tip vulnerable young people into disordered eating habits.

**Targeting teens with weight-loss adverts should be prohibited. Advertising standards accept that young people are unable to critically appraise messages that sell them products.**

'Self-esteem on IG is a problem. Flat stomach, bigger boobs, bigger bum. My friends started working out & not eating. A load of people tried out weight loss teas or waist trainers. Even teeth whitening. It all causes pressure' - UK female

# The pressure to be present is hard

## The pressure to be present online, and public with their lives was an underlying narrative around mental health.

- Young people are forced to live their online lives more publicly than they might otherwise choose to in order to play the popularity game and get as many likes / followers as possible.
- This encourages a degree of openness and vulnerability about who they are as people - which leaves them open to censure and attack - particularly as they leave their accounts open to be followed by strangers.
- This makes the effort of having to think about what you are going to post, how much time you spend ruminating or obsessing over that post, super exhausting.
- The pressure to be constantly 'present' also means that young people today lack the space to switch off and shut down when they need to.
- In a lot of the descriptions of mental unwellness, young people spoke about having to pretend to be ok even when they are not.






Social Pressure

# Pressure leads to attention seeking

**Social pressure and need for validation increases problematic attention seeking which has the potential to change the way young people interact with others.**

- Instagram creates an appetite for attention, which is never quite satisfied. Creating a pressure to find new ways to get the likes or validation they have become accustomed to.
- For some, this pressure leads to problematic attention seeking behaviours.
- Posting things on line, or being fake in order to gain popularity or get the attention they feel they are not getting.
- Some participants called out people they know for faking injury or illness to get attention. Or, being accused of being attention seeking when they felt that they had a valid 'excuse'.

*'One girl said she broke her leg and a dick from her class kicked her cast and accused her of faking it' - UK female*

# As the pressure increases, activity decreases.

## This risks recreating the content collapse that occurred on Facebook.

- Teens are beginning to self-censor and are posting less frequently. They directly attribute this behaviour to the pressure they feel when posting on Instagram
- The less they contribute to their own platforms, the more they are exposed to influencer and celebrity content-increasing rather than decreasing the volume of content that is most harmful to their sense of self-esteem.
- It's a spiral whereby inactivity increases the amount of curated content that makes you feel worst, which then reduces likelihood of posting.

**Teens are already reporting reducing the amount they post from daily to monthly, and directly attributing this to the pressure they feel.**



‘I only post the perfect stuff, which isn’t my real life... I want my posts to be at the same level as the influencers. If it doesn't match theirs, I just feel shit. So until it is, I’m not going to post. I used to post all the time, now it’s barely once a month. ’
- UK Female

As humans we have underlying traits which social media exacerbates. Instagram doesn't cause these, but it enhances them. Growing up immersed in the social media world, young people are increasingly developing personality traits which are harmful to their wellbeing.

**Narcissism** - the increase of obsessive interest in, and admiration of the self.

**Social perfectionism** - heightening of unrealistic beliefs about expectation from others; increasing fear of failure or vulnerability. Reduced capacity to try and fail.

**Negative attention seeking** - increases need for validation from others through whatever means; increasing manipulative behaviours or heightened victimhood

**Emotional shut down** - Fearing that emotional disclosures are risky, bottling things up and not processing emotions.

# IG is exacerbating negative social traits

On an everyday level, Instagram is a recipe for low level mental anxiety that unchecked can ladder up to something more serious

'It kind of makes you obsess over what you post... you want everything to be perfect. Its like, everything you've ever said or done in real life is there, and people see it forever' - US, male

# SUPPORT AND COPING STRATEGIES

How do young people define the support and coping strategies they need to support with their emotional wellbeing?

- Wellbeing is a very adult concept and one that adults struggle for a lifetime to achieve.
- Young people have picked up on some basic language around wellbeing. But often they talk unconvincingly, saying what they think they are supposed to say rather than reporting what they actually do.
- When they speak about self-care they tend to revert to:
  - Beautifying treatments such as baths or facemasks
  - Taking time for the self; being alone, going out for a walk, exercising
  - Reaching out and talking to people - friends, family and surfacing the problem

**Young people need help understanding wellbeing; and find out ways that they can look after their own mental health.**

# Teens lack the vocabulary to articulate wellbeing.

Young people have a weak mental concept of mental well-being and struggle to know how to make themselves feel better.

*'We get taught sex health but there's nothing about mental health. I think we should be speaking more about mental health days. They're so necessary. ' - UK, Female*

# Without any solutions, 'Coping' is seen as talking

Teens have been taught to talk about their issues, but this doesn't always work.

*I have one friend who I really trust. There are some people that post how they're feeling bad but I would never do that because it's risky, you just get hate. It seems like they're attention seeking. - UK female*

- Young people have heard the lesson loud and clear that you should talk about your problems rather than let them fester.
- But in reality, it's hard to talk about things -particularly when everything feels complicated and messy, and the ups and downs are daily.
- Because of the frequency of their emotional problems, teens often don't want to talk about them.
- They don't want to talk to their social network because they don't want to stand out. They don't want to burden people with their struggles, or be called out for being over-emotional.
- They might talk to a few very close friends or siblings but friendships are changing all the time. Your BFF one day can be your enemy the next, talking about your MH with your close friend can still leave you vulnerable to having your emotional world weaponised against you.

**Disclosure is a risky business and teens need to think carefully about who they can trust.**

- All of the protective functions online - such as speaking to friends, or reporting content, or blocking someone - can be used against them.
- Allegiances shift, there are moles everywhere - and it's difficult to know who to trust, particularly on social media where anyone can 'fake their personality'.
- Blocking or unfollowing someone could mean that you can't see when you're being made fun of, or ignite a bigger issue.

**The practical tools that young people can use to protect themselves don't work.**

# Protective features can also be weapons.

Protective functions on social media don't make sense to young people as they can easily be weaponised against them.

*Blocking people makes it worse. If you block one account, then they know and other people still follow. You have to block all of them - UK, Male*

# Parents can't relate and don't know how to help.

**Parents are diminishing very real mental health struggles, leaving their children to fend for themselves.**

*'Talking to your family doesn't help because they can't understand and don't get what you need. How are you going to tell the people who literally gave you life that you don't want it anymore?' - UK, Female*

- Parents don't understand and tend to belittle or diminish their children's experiences because they don't see it as fundamentally different to what they experienced as teens themselves.
- This leaves young people to deal with some of the most acute challenges to mental wellbeing that society is facing, alone.
- Trusted authority figures -parents, teachers or counsellors (and in some cases even older siblings) - tend either to trivialise or dramatise online issues because they don't get the emotional terrain in which teens' operate.

- **These figures will either:**
  - diminish or trivialise issues they view as being trifling; such as not getting likes from a 'friend';
  - heighten issues by reporting bullying to the school or escalating an issue;
  - or just woefully misunderstand the intense pressure that young people feel by living their social lives out on social media.

- Teachers or school lessons on social media are perceived as out of touch, cheesy and ignorable.
- Counsellors are often mistrusted not to escalate issues when they are revealed; and also still come with a stigma of having a 'MH' condition.
- Parent's don't understand and put it down to being a teenager; dismissing their child when they come to them for support

# They have no trusted advisors to turn to.

As young people feel increasingly misunderstood, traditional figures in their lives stop being a source of advice and support

*'Even people who are 30 don't really get it. The experience is so different. And it's frustrating because everyone says that that's what young people always say. But it's really hard' - UK, Female*

# They shoulder the burden of their MH themselves.

**Teens have taken the lack of meaningful support as a sign that they should help themselves.**

*'Instagram shouldn't need to do any of this. It's not their fault that you're looking at a picture and getting upset about it. It's your fault. All those problems you're having… you can only blame yourself' - US, Male*

- Teens are shouldering the burden of new social issues that adults struggle to cope with themselves. This means there is a lack of widely understood coping strategies.
- Young people have filled the void with their own self-made ones. As such all of their coping strategies are incredibly self-directed.
- They tend to articulate the need to do things alone, such as going to their rooms, trying to self-talk in order to take things less seriously and move on from it.
- This reinforces the feeling that they are alone in their struggles.

**They need more people speaking to them who get their struggle and understand what they are going through; who will listen to their stories and provide understanding where adults in their lives are unable.**

# They want support from people who 'get it'.

Young people want an older person who has been through what they have been through to talk to.

- Older siblings or YouTubers their age consistently came up as examples of people they would like to offer real advice.
- It was important to have people who understood the nature of their struggles and in a language that fits their experience, rather than having to explain what basic jargon means - 'i.e. indirecting'.
- They want a space to chat about things without having to bring it up themselves.

*It would be great to have something deeper, like a documentary with real people and real stories in real settings.. like this one. Just getting people together to speak about Instagram. That would help' - US, Female*



# The lego game

# How to rebalance when you're down...



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

# Finding solace alone

## Teens turn inwards when trying to rebalance their mental wellbeing; processing emotions before reaching out.

Living up to the true teenage cliche of locking themselves in their room, for most young people the bed and bedroom were the place they wanted to retreat to alone when they were in the midst of struggles.

The central importance of maintaining a sense of neutrality and not showing your emotions meant that taking yourself away to work out how you were feeling about something was an important way of finding mental equilibrium.






# Self-talk & positivity

**As teens navigate their complex emotional environment alone, they rely on self-talk to help them find resilience.**

Young people were clear about the sheer volume of small things they see on a day to day basis online which could tip them into having a bad day. In the face of this onslaught, they have learned to try to talk themselves into a more positive mindset.

When those thoughts about your worth start creeping in, you have the power over your own mind to let them affect you or not. Trouble is, that is easier said than done.

# Doing activities



## Being active helps take your mind off your problems- whether through taking a walk, doing some sport or cosmetics.

Though perhaps more in theory than in practice, young people had bought into the messaging that exercise and doing things for yourself are ways to make yourself feel better.

Particularly in the US, the idea of going outside for a walk or to workout was felt to have beneficial impact on wellbeing. For others, keeping busy was about burying their issues and keeping distracted until the pain passes




# Seeking positivity

**Above all else, looking for positive quotes or funny memes was a way that young people sought to make themselves feel better.**

Quotes and memes help young people feel less alone in their struggles. It shows that the way they are feeling is shared by a broad section of the population.

While memes help lighten the tone of suffering and are an easy way to share emotional truths without sharing personal vulnerability - they offer a route to connect with peers around a challenge the young person is facing.

Quotes reinforce the self-talk that young people rely on to get through the day.

# Spending time

**Being young is about hanging out with friends. But in moments of crisis, your family can provide comfort that no one else can.**

Spending time with close friends and family helped young people get out of their state of mind, and have fun and comfort in trusted relationships.

While this was not always possible in the thick of feeling down, once young people feel that they can emerge from their bedrooms, spending time with friends and family was one of the top things that might make them feel better.

Even when they're stroppy teens, no one can give you a cuddle like your mum.





# Talking it out

## Participants all had one close people they could be honest with - allowing them to speak through their issues in a safe place.

Participants recognised the benefit of talking through their issues rather than bottling them up. But to do this in practice is not necessarily easy. People don't want to be seen as over-emotional or creating drama, they also don't want to overburden people. So they are being very selective about who they reveal their inner emotional world to. When they do choose to speak to someone, usually after a period of processing, it will be a close confidant. A friend they can rely on for support who isn't part of the day to day drama.

# Ignoring it

**More often than not, young people just try and ignore the issue and move on.**

With few tools in their arsenal to deal with the issues they are facing, young people just try and move on as best they can by ignoring the issues around them.

This doesn't always work, but in the day to day it helps them go on with school and other things they need to do.



CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

# Resilience is not fuelling a negative narrative.

**Teens with no MH issues take things less personally, giving attention in the story of their struggles.**

*'I put a ladder because there's a way out.. you just have to work out what the steps are.. and you can then learn from your experience for the next time. It's just life at the end of the day, it has its ups and downs' - UK, Female*

- In teens who don't code as having mental health struggles, mental unwellness is seen as a natural part of the rhythm of life - rather than a great experience of unwellness that needs to be understood.
- They were more able to understand that life has its ups and downs and take the experience of both lightly.
- Those who coded as having mental health struggles, were far more likely to have created a narrative out of their struggles - in some way giving credence to, and heightening the pain they feel on account of their past experiences.
- Resilience is not taking things too personally, knowing your limits and when you need to take a step back, and leaning on close friends and loved ones when you're in need for support.
- The ups and downs of life, were seen as a normal part of life that needed to be learned from; and depictions of unwellness often had steps or windows or light at the end of the tunnel.

# WHAT INSTRAGRAM SHOULD DO

What do young people think Instagram should do to support their mental health?

# Be a voice for young people

Helping create a conversation about the novelty of these struggles will help parents, teachers and other advisors listen more to youth experience.

- Being cut off from an adult support network is the possibly the worst thing for youth mental health.
- All teens are prone to think that the world misunderstands them, but it is important that the adults in their lives are aware of where their experiences might be different.
- Helping adults and trusted advisors learn how to support young people is important.
- Having fun, creative and engaging workshops or lessons could provide a platform for shared conversation, and help young people learn those around them.

- Giving people the language around a concept helps them understand their own experiences better.
- In Sierra Leone, there was no word for depression or PTSD. But after the war, many people struggled with a darkness. Providing a language helps people understand what they are going through, and access support to get better.
- Young people have some language around emotional turmoil, but they have a weak mental concept of mental wellbeing and what coping strategies to 'balance'.
- Help them explore their own needs and solutions by providing a guiding framework.

# Provide a vocab & framework

Young people need to be given a vocabulary that help them understand mental concepts around wellbeing

# Enhance their control

Young people have clear and consistent ideas about what feature-led developments they would like to see on the platform.

- Young people want to maintain their independence and find things that work for them.
- They know what functions exist to protect them already, and will use them if necessary.
- What IG offers less of, is active control and personalisation of their online experience.
- Features that enable them to curate and personalise will help them creative a platform which works for them
- They want more control over their explore feed - with the ability to choose and select different themes which are more attuned to their wellbeing
- There was also a desire for filtering the feed or explore pages based on their mood -i.e. being protected from content they find harmful when in a bad headspace

- The reason influencers and you tubers were initially so popular is because they offered everyday people to have their say and put thoughts and feelings out there into the world.
- Young people loved this as it made them feel less alone.
- As this sector has become more professionalised, the resonance of these voices is being diluted.
- Young people want to see and hear voices of people like them that makes them feel less alone.
- Instagram can play a role in creating spaces for this content to be shown, or creating spaces where these conversations can happen.

# Make them feel less alone.

**Young people want to see people like them talk about real issues they are facing.**



# Make Explore more personal.

Explore is the centre of the endless possibilities that Instagram can ignite. Yet all too often it is full with repetitive posts that don't feed your heart and soul.

Imagine a page that young people could curate to explore their interests, learn and develop. What if it were a constructive, cool place rather than a place to scroll through when bored?

Young people wanted more opportunity to personalise their Explore page. Being able to choose different Explore themes depending on preference for that day.

**How might we enable young people to customise and personalise their Explore page to have an experience which is more enriching?**

# Reduce visible competition.

Instagram is all about the likes and followers, but this is at the heart of social comparison and the pressure young people feel.

Taking away likes could be a way of reducing the pressure they feel, but it might also take away some essence of what it is to be on Instagram.

But, imagine a space where young people had the choice over whether they showed their like or follower count, or whether they had comments on images they post.

**How might we reduce visible competition on Instagram without taking away the positivity people feel through receiving validation from others?**





# Feed my Mood.

Just like content, emotions and feeling are fleeting and subject to constant change. One day you're looking at Instagram, getting loads of likes and feeling top of the world. The next, your period has hit, you're feeling like crap and even the happy posts of your best friends make you shout out in jealousy and self-loathing. And even emotion aside, people aren't uniform. We have to feed different parts of our selves at different times. One day it could be a gritty documentary about poverty, the next watching the Oscars. That's life.

Imagine a space where you could tailor your experience on Instagram to make space for the mood or flavour of the day.

**How might we create an experience on Instagram that can be tailored daily according to mood and preference?**

# Hold me to account.

Social media offers a dizzying array of ways that people can be mean online. It's detatched, anonymous. You don't have to try and say the things to peoples' face. In other words, there are no consequences to your bad actions - a recipe for bad behaviour from nice enough people.

But what would it take to create better behaviours and relationships online?

In a world without consequence how might we encourage positive digital citizenship?





# Empathy is everything.

Being a young person is tough. Their frontal lobes are reforming, they have an onslaught of hormones, they're trying to learn who they are as people. And on top of all of this, they are dealing with all of this online - where opportunities for comparison, bullying and vulnerable exposure are rife.

On top of this, the older people around them tell them to just get over it. That its nothing new. How about we give them a break and make them feel like we are on their side?

**How might Instagram offer young people the sense that there is a network of people around them who 'get it' and can empathise with their plight?**

# Wellbeing takes work.

Balance, looking after yourself and mental wellbeing are not easy things to understand. Even if you understand it theoretically, it's hard, and takes a life time of ups and downs to even know how to go about looking out for yourself. But wellbeing is a global buzzword. And with it, comes with a long list of ingredients that could add up to a more balanced self.

Teens can't afford to meet the wellbeing culture around them. They need free and easy things they can do themselves.

**How might we make wellbeing culture speak to young people and offer them practical ways to feel better?**





# Real teens, real talk.

Probably since the dawn of time, teenagers have felt that the older generation didn't "get it". And teens are all about their friends. They'll listen to their friends in a way that they won't to their parents.

Imagine a setting where young people sit down and get real about what it's like to live out a life on Instagram. They could talk in their own language and make content appropriate for them.

**How could Instagram create content which gives real teens the space to have real talk about their daily struggles?**

# Clock me, I'm hooked.

We all have times when we look up and realise we've just wasted the last hour aimlessly scrolling through social media. While that's ok for the most part, if this starts eating in to our much needed sleeping time, this could start to have an impact on the way we feel about our daily lives. And young people are already sleep deprived.

Young people feel pressured to be present online, but they often don't need to be.

**How might we help young people create more boundaries for themselves around their social media use?**






# The anonymous friend.

Young people don't trust that helplines are really anonymous, so they simply don't call.

They're worried that if they say something about how they're feeling, it might give power to people around them to escape an issue they would rather they kept to themselves. But people need to feel safe to reach out and talk.

Imagine a phone booth you could say anything in the world to, who could speak back and reassure you everything was going to be fine. That would feel like a safe space to chat.

**How can we assure young people that the support they can access is truly anonymous?**

# Think about Visual Diet.

We are what we eat - both physically and visually. Think about what you chose to consume on social media. You can fill both your mind and body with crap and you will feel equally awful. Or you can choose to enrich, expand and broaden your horizon.

Why not seek out things which make you feel better about yourself and more productive, than things which you know make you feel bad?

There's no point in martyring yourself to harmful content. You are in control of your own destiny.

**How might we help young people create more boundaries for themselves around their social media use?**



# VISUAL DIET

IN OUR VISUAL WORLD WE ARE ALL CREATORS AND CONSUMERS. EVERY SELFIE, EVERY SNAP FINDS ITS WAY INTO A VAST DIGITAL SOUP. THAT'S SERVED BACK TO US, EVERY SECOND OF EVERY DAY. AND IT'S STARTING TO LEAVE A VERY SOUR TASTE. WE ARE WHAT WE SEE AND, AT THE MOMENT, WE'RE BEING VISUALLY POISONED. BULLIED BY PERFECT SELFIES AND IGNORANT STEREOTYPES. OPPRESSED BY IMAGES THAT MAKE US FEEL INADEQUATE AND DEPRESSED. WE NEED TO OPEN OUR EYES TO THE IMPORTANCE OF WHAT WE SEE. AND CURATE A MORE VARIED, MORE NOURISHING DIET. FEAST OUR EYES ON THINGS WE'VE NEVER EXPERIENCED BEFORE. LOOK AT ART NOT SIMPLY AS CULTURE, BUT SOMETHING THAT HELPS US FEEL GOOD TOO. LET'S SEEK OUT MORE IMAGES THAT MAKE US HAPPY. THAT MAKE US SMILE. THAT MAKE US THINK. BECAUSE IF WE WANT A MORE BEAUTIFUL WORLD, THEN LET'S START WITH HOW WE LOOK AT IT. OUR VISUAL DIET.

CONFIDENTIAL - PROTECTED BY CONFIDENTIALITY AGREEMENT

# EXHIBIT 13

EXHIBIT 13

# Teen Mental Health Deep Dive

Wendy Gross, Marketing Insights
Caroline Fearon, Product Marketing

Confidential Treatment Requested

MT-IG-AG-00000029

FILED
2024 JAN 29 PM 4:19
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
LN D.C. & M.

# Objectives

Instagram is coming under increasing scrutiny with relation to mental health problems. Both popular and academic press point to social media in general, and Instagram specifically, as having a negative effect on teens' mental health. These effects have included body dissatisfaction, self-esteem, negative mood, anxiety, depression, loneliness, self-harm, and suicide. Other research suggests that the effects of social media is more nuanced, influenced by previous dispositions or the experiences teens have on the apps they use.

Existing research, however, does not explore the perceptions that teens have about their own mental health, the role that social media and Instagram play in it, or how Instagram can help teens.

WE CONDUCTED MARKET RESEARCH TO:

- understand how teens talk about mental health
- get a nuanced understanding of teens' perceptions of how Instagram effects their mental health

IN ORDER TO:

- Inform outreach teams how we might build meaningful and impactful campaigns in this space
- Inform product teams how to best support teens in this space

# Methodology

| | In-person qualitative | Follow-up video call | Online survey |
|---|---|---|---|
| Sample size | 40 | 8 | 2,503 |
| Markets | London, UK<br>Los Angeles, USA | UK, US | US 1,221<br>UK 1,282 |
| Recruitment | Regionally representative third-party panels | Participants from in-person qualitative groups | Instagram users |
| Tasks | 2-hour in-person focus groups (4 per gendered group) | 1-hour VC conversation | Online survey |
| Qualifications | Monthly Instagram user<br>Age 13-17<br>Fit into one of themes | | Monthly Instagram user<br>Teens |
| Recruited around themes* | Body image, self-esteem<br>Negative mood, depression<br>Lonely, isolated | | |
| Baseline group | Did not code into any theme | | |

* Themes identified based off review of academic literature on the topic of social media and teen mental health.

# Seven key takeaways

1. Teens generally agree on the definition of mental health, what issues fall into the category of mental health, and the language to describe feeling unwell.
2. 82% of teens have felt at least one emotional issue in the past month. One in five has thought about suicide or self-injury.
3. Teens say Instagram has had a positive impact on their mental health, but those who are unsatisfied with their lives are more negatively affected by the app.
4. Harm on Instagram falls into three major categories: social comparison, social pressure, and negative interactions with other people.
5. Teens feel they have to cope alone, but they want help.
6. Product suggestions include personalized Explore and Feed, better time spent tools, and opting out of personally triggering ad categories.
7. Outreach suggestions include a page about feeling good about yourself, content to help teens talk about these issues, and parents education.

# Teens generally agree on what "mental health" is

# Teens generally agree on the definition of mental health and what issues are related to it




Q: In your own words, please tell us what "mental health" means.
US n = 679; UK n = 658




Q: Which of the following would you consider to be related to mental health? Please select all that apply
US n = 617; UK n = 650

# There is large consensus on what issues constitutes mental health among teens




Q: Which of the following would you consider to be related to mental health? Please select all that apply

US n = 617; UK n = 650

# Mental unwellness was depicted in six themes



*"I had a wall around everything because I want people to go away, to go to my room, to lock myself out from people and keep everyone out"*
*- US, Male*

Walls



*"I had wheels because I'm all over the place.My mind is always spinning"*
*- US Female*

Circling, frenetic



*"I put people far away to represent that feeling lonely. I feel like I need people but I pull away"*
*- US Male*

Loneliness, isolation



*"I put dark colors because its the dark place that you don't want to fall into"*
*- US Male*

Dark, full of terrors



*"I put myself underneath all of these blocks, because it feels heavy. Like you have a weight on your shoulders"*
*- UK, Male*

Heavy baggage



*"I put red devil horns online because I'm easily angered and tipped over the edge"*
*- UK, Male*

Potentially explosive

# The phrases "down" and "a bit depressed" describe teens when they're feeling bad, but descriptions are gendered

## Total

Unable to articulate practical solutions or true coping strategies for both online and offline experiences

- Down
- A bit depressed

## Boys

Boys articulate how they might act, but not how they feel. They revert to anger when they are unable to process what they're feeling

- Down
- A bit depressed
- Shut off/shut down

## Girls

Girls are able to narrate their feelings with sophistication and are more attuned to the emotional realm

- Fragile
- Falling apart
- Mentally unwell

Q: Do any of the following words or phrases describe you when you're feeling bad? Please select all that apply
US n = 1296; UK n = 1308

# Teens say the phrases “down” and “a bit depressed” best describe them when they’re feeling bad

Words to describe feeling bad




Q: Do any of the following words or phrases describe you when you’re feeling bad? Please select all that apply
US n = 1296; UK n = 1308

# Language around mental health is gendered

- Girls and boys express emotions in different ways Girls are able to narrate their feelings with sophistication and are more attuned to the emotional realm.
- Boys articulate how they might act, but not how they feel. They revert to anger when they are unable to process what they're feeling.
- Both girls and boys are unable to articulate practical solutions or true coping strategies for both online and offline experiences.

| Boys more likely to use: | Girls more likely to use: |
|---|---|
| Down<br>A bit depressed<br>Shut off/shut down | Fragile<br>Falling apart<br>Mentally unwell |

Q: Do any of the following words or phrases describe you when you're feeling bad? Please select all that apply

# Most teens report feeling a mental health issue

# About half of teens report having positive well-being, but boys have higher levels of well-being than girls

Subjective well-being




Q: In the past month, how satisfied were you with your life?
Q: In the past month, how good have you felt?
Q: In the past month, how bad have you felt?
US n = 1296; UK n = 1308; All items had five point scale with options of : Extremely, Very, Somewhat, A little, Not at all. Arrows denote comparison to boys in each market

# 82% report feeling a wide range of emotional issues

**21% in UK, 14% in US:**
Wanted to hurt themselves
Wanted to kill themselves

**52% have felt:**
Don't have enough friends
Friends aren't really their friends



**62% have felt:**
Down, sad, or depressed
Alone or lonely

**67% have felt:**
Have to create the perfect image
Have to be happy
Can't be honest about their feelings

**70% say they've felt:**
Not good enough
Not attractive

Q: In the past month, have you felt or experienced any of the following? Please select all that apply
US n = 669; UK n = 672

# The perfect image, feeling attractive, and having enough money are the most likely to have started on Instagram

Started on Instagram




Q: Of the things you've felt in the past month, did any of them start on Instagram? Please select all that apply

US n =565; UK n = 557

# Depression, low self-esteem, and loneliness are both experienced and identified as mental health problems




Q: In the past month, have you felt or experienced any of the following? Please select all that apply

Q: Which of the following would you consider to be related to mental health? Please select all that apply

US n = 1296; UK n = 1308; high/low % defined as being above/below the median. There was no difference when using mean, and no differences between markets.

# Friends and family have the most positive impact on mental health




Q: In general, how does each of the following affect [the way you feel about yourself/your mental health]?
There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"
US n = 1296; UK n = 1308

# More teens who are satisfied with life say that various attributes have a positive effect than those not satisfied




Q: In general, how does each of the following affect [the way you feel about yourself/your mental health]?

There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"

US n = 1296; UK n = 1308

# The effect of Instagram depends on teens' subjective well-being

# Teens are quick to point out the positive role Instagram plays in their well-being

| Connecting with friends/family | Enjoying entertainment and humor | Seeking out information and current events | Wider World View & Community | Pursuing a passion & self-expression |
|---|---|---|---|---|
| "When at school, we send photos to each other. I like using filters" 13-15 girls, US | "When I have a free morning, I like to lie in bed and catch up on funny accounts" 16-18 boys, US | "I like going to concerts, so when I see a show coming, I tell my mom so we can get tickets" 16-18 girls, US | "I watch videos of gamers, I can then learn about new ones that are coming out soon" 13-15 boys, FR | "I look at other volleyball players and challenge myself to get better" 13-15 girls, US |
| • Instagram<br>• Snapchat | • Instagram<br>• Snapchat<br>• Youtube | • Instagram<br>• YouTube | • Instagram | • Instagram |

Note: Insights taken from Teen Well-being Foundational Research

# One in five teens say that Instagram makes them feel worse about themselves, with UK girls the most negative

Stated effect of Instagram




Q: In general, how has Instagram affected [the way you feel about yourself/your mental health]?

There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"

US n = 1296; UK n = 1308

# Meme accounts, comments, and conversations on social media make teens feel the best

Instagram effects on mental health




Q: How has each of the following on Instagram affected [the way you feel about yourself/your mental health]?

There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"

US n = 1296; UK n = 1308

# While the overall effects of Instagram are positive, the effects are determined in the moment

- Instagram shapes daily lives and moods.
- The boundary between social media and IRL is blurred; feelings and boundaries cross between the two.
- Teens' sensitivity to content on Instagram creates a relationship between the platform and their daily state of mind -- a mental connection that frames the platform in a positive or negative light.
- In-the-moment feelings determine resilience to cope with content teens see online.
- Underlying emotional states play a key role in teens' ability to cope in what they see.
- Teens having a bad day know they are more vulnerable to what they see.

*"I've had to stop myself looking at Instagram in the morning because it has so much power to shape how I feel. So I just try to give myself the time to set my own day."*
*- US Female*

*"When you're miserable you look at every comment on your profile and think that the comments are bad. You're feeling bad and so you think that people are giving you fake support, because you know you're spotty and feeling fat"*
*- UK Female*

# Teens blame Instagram for increases in the rates of anxiety and depression among teens

- This reaction was unprompted and consistent across all groups
- Constant comparison on Instagram is "the reason" why there are higher levels of anxiety and depression in young people
- Social comparison and perfectionism are nothing new, but young people are dealing with this on an unprecedented scale.
- The proliferation of new and different ways to compare themselves to others, combined with constant access to means that there is no way to escape social comparison on IG.
- For both boys and girls, this was called out as being the number one reason why IG is worse than other platforms for mental health. And, young people openly attribute their increased level of anxiety and depression to Instagram.

*"The reason why our generation is so messed up and has higher anxiety and depression than our parents is because we have to deal with social media. Everyone feels like they have to be perfect."*
*- UK Female*

# Teens who struggle with mental health say Instagram makes it worse

- Young people are acutely aware that Instagram can be bad for their mental health, yet are compelled to spend time on the app for fear of missing out on cultural and social trends.
- Teens specifically call out the following as ways that Instagram harms their mental health:
  - pressure to conform to social stereotypes
  - pressure to match the money and body shapes of influencers
  - the need for validation -- views, likes, followers
  - friendship conflicts, bullying, and hate speech
  - over-sexualization of girls
  - inappropriate advertisements targeted to vulnerable groups




Q: In general, how has Instagram affected [the way you feel about yourself/your mental health]?
There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"
US n = 1296; UK n = 1308

# Teens not satisfied with their lives are more likely to say IG makes them feel worse than those who are satisfied




Q: How has each of the following on Instagram affected [the way you feel about yourself/your mental health]?

There were no statistically significant differences among those who answered for "the way you feel about yourself" and those who answered for "your mental health"

US n = 1296; UK n = 1308

# The perceived effects of Instagram differed by market

| US | UK |
|---|---|
| • In the US, competition and social pressure were cited as being the worst for mental health.<br>• Teens were much more keenly aware of the competition of Instagram: understanding that they needed to play a game or lose.<br>• This comes with a pressure to put up a facade, hide emotions, and present a "happy face" | • In the UK, bullying and social comparison were cited as being the worst.<br>• Examples of bullying, trolling, and being toxic were extreme in London.<br>• Teens wished that people would be nicer on the platform, and felt that this single element would greatly improve their experience on IG. |

# Three categories of harm on Instagram

# Harm on Instagram falls into three categories

## Impact from comparisons to others

- Feeling like you have to look a certain way or comparing yourself to others
- Comparisons of followers and like counts
- Having to match influencers
- Popularity competitions
- Perception and understanding of being constantly judged

↓

Self-esteem, anxiety and insecurity

## Impact from pressure of looks/ behaviors

- Pressure to always be happy and not show weaknesses
- Taking inspiration from posts as motivation to be "better self"
- Pressure to be public about everything
- Intense scrutiny and pressure to post relevant content

↓

Isolation, adopt unhealthy habits

## Impact from others' behavior

- Bullying, friendship drama
- People calling you names, being rude, disrespecting
- FOMO and feeling left out
- Unfollowers
- Not enough likes
- Public judgment and criticism
- Indirecting and doxing
- Gossip, spreading drama

↓

Isolation, loneliness, depression

# Social comparison creates a negative feedback loop

- As young people compare themselves to others, their feelings of self-doubt grow
- Feelings of doubt and worthlessness heighten the degree of attention they give to these feelings
- This over-focus on the negative parts of themselves leads to low mood
- Being in a low or vulnerable state of mind means teens are more vulnerable to the content they see online

*"It's a vicious cycle. You see content that encourages you to criticize yourself. But I rush to judge people as well. Standards are totally based on looks."*
*- US Female*



# Social comparison exacerbates problems teens are dealing with

- Although others' behaviors online can hurt, the self-scrutiny and anxiety associated with personal consumption patterns is more damaging to mental health.
- Young people know this, but they don't adopt different patterns.
- In some cases, they can get addicted to things that make them feel bad.
- In the long term, constant self-critique and scrutiny will permanently shape the way a person views themselves in relation to others.
- What triggers social comparison is personal and internal and as such, hard to track and monitor.

Social comparison makes teens feel very bad




*"You can't ever win on social media. If you're curvy -- you're too busty. If you're skinny -- you're too skinny. If you're bigger -- you're too fat. But it's clear you need boobs, a booty, to be thin, to be pretty. It's endless, and you just end up feeling worthless and shitty about yourself. I'm never going to have that body without surgery."*

*- Female, UK*

Q: How do these things make you feel when you experience it on Instagram?
US n = 1296; UK n = 1308

# Boys and girls report comparing themselves to others with similar frequency but about different topics

- Social comparison appears to be closely related to body image and therefore stereotypically matched to female anxieties.
- Boys were just as like to talk about comparing themselves to others.
- Rather than using language around body shape, boys talk about the right clothes or having enough money to buy things to fit in

*"Social comparison it brings your confidence down, guys who are built on the explore page. It's all about this image you're trying to create for yourself … But you end up comparing yourself to people who have millions of pounds and are just totally out of reach"*
*- UK Male*

*"Yeah, you see everyone with these clothes that cost hundreds of dollars. And like, you do feel a pressure … you can't help but compare yourself … and like I try, I try to look my best, but who has that kind of money?"*
*- US Male*

# Social pressure leads to teens setting unrealistic standards for themselves

- Teens vocalized the pressure to look or act a certain way as directly leading to hyper-scrutiny of their own actions.
- The more they worry about living up to that standard, the more they fear being honest with who they are.
- Teens therefore bottle their emotions and put up a facade to protect themselves
- This leads to obsessive control of what goes on social media and often to attention seeking (often in negative ways) to get validation

*"One of the main pressures is the pressure to be present. To share things so publicly about your life constantly or feeling pressured to have a public account. It forces you into feeling like you have to look or behave a certain way."*
*- UK Female*



# Social pressure, especially around body image, makes teens feel bad

- Feeling like you have to look a certain way, do certain things, or buy certain things to fit in leaves teens feeling bad about themselves.

*"Self-esteem on IG is a problem. Flat stomach, bigger boobs, bigger bum. My friends started working out & not eating. A load of people tried out weight loss teas or waist trainers. Even teeth whitening. It all causes pressure"*
*- UK Female*

Social pressure makes teens feel very bad




*"You can see weight loss images of influencers and ads about how you can lose weight, and you take it as motivation to go work on your body. It pushes you to be your best self"*
*- US Female*

Q: How do these things make you feel when you experience it on Instagram?
US n = 1296; UK n = 1308

# Social pressure leads to negative downstream effects

- Teens called out ad targeting on Instagram as feeding insecurities, especially around weight and body image.
- The pressure to be present means teens lack the space to switch off and shut down.
- Teens play out behaviors they think are "right" and feeling like they've failed and are alone when they don't meet these standards.
- Looking for validation can lead young people to post simply for the attention it can garner.
- Teens directly link the pressure they feel online to self-censorship and decreased production on IG.

*"I only post the perfect stuff, which isn't my real life ... I want my posts to be at the same level as the influencers. If it doesn't match their, I just feel shit. So until it is, I'm not going to post"*
*- US Female*

*"I just feel on the edge a lot of the time. It's like you can be called out for anything you do. One wrong move. One wrong step"*
*- US Male*

# Bullying and friendship drama leaves lasting wounds

- Particularly among younger teens in the UK, bullying can often be more extreme or prolonged
- Teens become used to slightly abusive patterns of behavior from their friends, distorting their sense of trust and safety in the people around them
- Erosion of trust negatively impacts self-confidence and increases incidence of depression and isolationism

*"You can be playing a game online and everyone is being toxic. And somethings that's OK, but it can cross the line. Sometimes I get anonymous messages from people attacking me. I know it's a guy in my group who I don't quite get on with. But it can feel upsetting"*
*- UK Male*



# Bullying is intense but time-limited

- This hurts in the moment, but aside from extreme cases friendship conflict tends to be short-lived
- Bullying and friendship conflict determine whether teens feel included or excluded, and when in the midst of conflict, young people feel this very intensely.
- Shifting allegiances and shaky trust can damage young people's self-esteem if they feel their social position is being continually challenged.
- The extension of bullying and friendship conflict into every part of life is new. It's now in teens' bedroom as well as the school yard.
- In the moment, there are very few mechanisms that young people can draw on when they face bullying online.

Bullying makes teens feel very bad




Q: How do these things make you feel when you experience it on Instagram?
US n = 1296; UK n = 1308

# How mental health plays out on Instagram

# About 70% say they've seen IG posts or Stories related to mental health issues




Q: In the past month, have you seen any posts or Stories on Instagram about any of the following? Please select all that apply
US n = 627; UK n = 637

# Teens who are unsatisfied with their lives are more likely to see content related to mental health on Instagram

Has seen content on Instagram




Q: In the past month, have you seen any posts or Stories on Instagram about any of the following? Please select all that apply

US n = 627; UK n = 637

# Content about SSI makes teens feel the worst, followed by people feeling they aren't good enough




Q: How does seeing these posts or Stories affect you? Does it make you feel very bad, somewhat bad, neither bad nor good, somewhat good, or very good? n's vary

# Feeling not good enough, questioning friendship, and feeling alone have high reach and intensity for teens




Q: In the past month, have you seen any posts or Stories on Instagram about any of the following? Please select all that apply
Q: How does seeing these posts or Stories affect you?
US n = 1296; UK n = 1308; high/low % defined as being above/below the median. There was no difference when using mean, and no differences between markets.

# Teens feel they have to cope alone

# Teens feel like they have to cope by themselves, but they don't want to be alone

- Young people have a weak mental concept of what mental well-being is, so they struggle to understand how they can make themselves feel better.
- They say they should talk to someone but at the same time say they don't have anyone to talk to.
- Teens have taken the lack of any meaningful support for them as a sign that they need to shoulder the responsibility themselves.

*"I have one friend who I really trust. There are some people who post how they're feeling bad but I would never do that because it's risky, you just get hate. It seems like they're attention seeking"*
*- UK Female*

| | US | UK |
|---|---|---|
| Down, sad, or depressed | Friends | Nowhere |
| Feeling alone or lonely | Friends | Nowhere |
| Wanted to hurt yourself | Friends | Nowhere |
| Wanted to kill yourself | Nowhere | Nowhere |
| Like you're not good enough | Friends | Nowhere |
| Like you're not attractive | Nowhere | Nowhere |
| Create the perfect image | Nowhere | Nowhere |
| Like you have to be happy | Friends | Nowhere |
| Uncomfortable being honest | Friends | Nowhere |
| Like you don't have enough money | Nowhere | Nowhere |
| Like you don't have enough friends | Nowhere | Nowhere |
| Friends aren't really your friends | Nowhere | Nowhere |

Q: When you have felt [ITEM], where did you go for help?
Sample size varies.

# Most teens think friends and parents should help them with the challenges they face

Who should help teens with mental health




Q: Who should help teens deal with the challenges they face? Please select all that apply
US n = 1296; UK n = 1308

# At the same time, parents can't understand and don't know how to help

- Today's parents came of age in a time before smartphones and social media, but social media has fundamentally changed the landscape of adolescence.
- Social media amplifies many of the age-old challenges of being a teenager.
- The always-on nature of social media means that teens' social lives have infiltrated into every part of life without a break.
- Sharing more parts of life means more points of comparison.

*"Talking to your family doesn't help because they can't understand and don't get what you need. How are you going to tell the people who* **literally gave you life** *that you don't want it anymore?"*
*- UK Female*

# Product suggestions: Personal and custom

# Teens want help controlling the time they spend on the app

- Teens talk about the amount of time they spend on Instagram as one of the "worst" aspects of their relationship to the app.
- They have an addicts' narrative about their use -- it can make them feel good, feel bad. They wish they could spend less time caring about it, but they can't help themselves.
- Teens recognize the amount of time they spend online isn't good for them but at the same time know they lack the willpower to control the time spent themselves

Time spent tools




Q: Now you're going to see some things that Instagram could do to help teens. Please select your top 3 for what Instagram should do.
US n = 1296; UK n = 1308

# Teens in both markets want Instagram to enhance their control of both Feed and Explore

- Teens want to maintain their independence and find things that work for them
- Beyond tools and functions that exist to protect them, teens want active control and personalization of their online experiences
    - Curate Feed to show positive accounts
    - Control Explore, with the ability to choose different themes which are more attuned to their well-being
    - Filter Feed and Explore based on their mood
- Opt out of advertising categories that are personally triggering, such as skinny teas and lollipops or waist-trainers

Enhance control on Instagram




Q: Now you're going to see some things that Instagram could do to help teens. Please select your top 3 for what Instagram should do.
US n = 1296; UK n = 1308

# Teens in the UK, especially, wanted Instagram to punish bad actors

- Teens are aware that multiple accounts allow more free expression than a main account
- At the same time, teens create new accounts to get around consequences (e.g., being Blocked) from Instagram
- Teens in the UK suggested a individuals only be allowed to have one account
  - Some went so far as to recommend the account be verified by a passport
- Similarly, teens wanted accounts using the same email address to be linked, so that Blocking one blocked all of them and that "strikes" for bad behavior accumulated across all accounts

Punish bad behavior




Q: Now you're going to see some things that Instagram could do to help teens. Please select your top 3 for what Instagram should do.
US n = 1296; UK n = 1308

# Outreach suggestions: Make it easier to talk

# About 3 in 4 teens, and half of girls, would be likely to look at a page around feeling good about yourself




Q: If Instagram had a page around feeling good about yourself, how like would you be to look at it?
US n = 1296; UK n = 1308

# Teens want to hear from people like them to be their voice and make them feel less alone

- Helping adults and trusted advisors learn how to support teens and young people is an important step.
- Teens want to hear from ordinary teens and counselors to make them feel less alone. Influencers and YouTubers were once "regular" teens but have become out of reach and are perceived as being inauthentic and sponsored.

*"It would be great to have something deeper, like a documentary with real people and real stories in real settings...like this one. Just getting people together to speak about Instagram. That would help"*
*- UK Female*




Q: Who should the information come from? Please select all that apply
US n = 988; UK n = 965

# On average, teens say that about 25% of the content should be practical tips for those in need

Content for mental health page




Q: What portion of the content should be...
Numbers are mean scores for each item
US n = 988; UK n = 965

# Based on qualitative feedback, we tested seven statements

- I can seek support on Instagram by following positive accounts that make me feel better or inspire me
- Instagram can help me connect to or communicate with close friends when I'm feeling down
- Instagram can make me laugh when I'm feeling down
- Instagram can help me connect to or communicate with people when I'm feeling down
- Instagram can help me escape or distract me from reality when I'm feeling down
- Instagram cares about people's Mental Health and is working to support it
- Instagram is a place where I can get support and encouragement

# Positive accounts, connect to close friends, and make me laugh were the most resonate territories

| Dimension | Top positioning territory/territories |
|---|---|
| Most preferred | • Instagram can help me connect to or communicate with people when I'm feeling down<br>• Instagram can help me escape or distract me from reality when I'm feeling down |
| Fit with Instagram | • I can seek support on Instagram by following positive accounts that make me feel better or inspire me<br>• Instagram can help me connect to or communicate with close friends when I'm feeling down<br>• Instagram can make me laugh when I'm feeling down |
| Is realistic | • I can seek support on Instagram by following positive accounts that make me feel better or inspire me<br>• Instagram can help me connect to or communicate with close friends when I'm feeling down<br>• Instagram can make me laugh when I'm feeling down |
| Is believable | • I can seek support on Instagram by following positive accounts that make me feel better or inspire me<br>• Instagram can help me connect to or communicate with close friends when I'm feeling down<br>• Instagram can make me laugh when I'm feeling down |
| Is appealing | • Instagram is a place where I can get support and encouragement |

# Positive accounts, connect to close friends, and make me laugh were the most resonate territories

| | Preferred | Fit with IG | Realistic | Believable | Appealing |
|---|---|---|---|---|---|
| I can seek support on Instagram by following positive accounts that make me feel better or inspire me | Red | Green | Green | Green | Green |
| Instagram can help me connect to or communicate with close friends when I'm feeling down | Red | Green | Green | Green | Yellow |
| Instagram can make me laugh when I'm feeling down | Red | Green | Green | Green | Yellow |
| Instagram can help me connect to or communicate with people when I'm feeling down | Green | Yellow | Yellow | Yellow | Red |
| Instagram can help me escape or distract me from reality when I'm feeling down | Green | Yellow | Red | Yellow | Red |
| Instagram cares about people's Mental Health and is working to support it | Red | Red | Red | Red | Green |
| Instagram is a place where I can get support and encouragement | Red | Red | Red | Red | Yellow |

# Make me laugh is the most preferred in both markets




Q: Which statement do you prefer the most?
US n = 1296; UK n = 1308

# Make me laugh and communicate with close friends have the best fit with Instagram

Fit with Instagram




Q: How well does this statement fit with your perception of Instagram?
US n = 1296; UK n = 1308

# Make me laugh and communicate with close friends are the most realistic




Q: How well does each of the following describe this statement? -- Is realistic
US n = 1296; UK n = 1308

# Positive accounts (in the US), communicate with close friends, and make me laugh are the most believable

Is believable




Q: How well does this statement fit with your perception of Instagram? -- Is believable
US n = 1296; UK n = 1308

# Positive account is the most appealing in the US, and cares about mental health in the UK




Q: How well does this statement fit with your perception of Instagram? -- Is appealing
US n = 1296; UK n = 1308

# Teens respond best to positive language and uplifting actions

- I can seek support on Instagram by following positive accounts that make me feel better or inspire me
- Instagram can help me connect to or communicate with close friends when I'm feeling down
- Instagram can make me laugh when I'm feeling down
- Instagram can help me connect to or communicate with people when I'm feeling down
- Instagram can help me escape or distract me from reality when I'm feeling down
- Instagram cares about people's Mental Health and is working to support it
- Instagram is a place where I can get support and encouragement

Q: How do you feel about each of the following words? Please click on each word you like then highlight it green. Highlight words you dislike in red.
Words highlighted are one standard deviation above/below the average score of (% like - % dislike)

# Explore best matches positive accounts, laugh, and escape; DMs with communication.

| | US | UK |
|---|---|---|
| I can seek support on Instagram by following positive accounts that make me feel better or inspire me | Explore | Explore |
| Instagram can help me connect to or communicate with close friends when I'm feeling down | Direct messages (DMs) | Direct messages (DMs) |
| Instagram can make me laugh when I'm feeling down | Explore | Explore |
| Instagram can help me connect to or communicate with people when I'm feeling down | Direct messages (DMs) | Direct messages (DMs) |
| Instagram can help me escape or distract me from reality when I'm feeling down | Explore | Explore |
| Instagram cares about people's Mental Health and is working to support it | Blocking | Blocking |
| Instagram is a place where I can get support and encouragement | Close Friends | Direct messages (DMs) |

Q: Which tools on Instagram match this statement?
US n = 1296; UK n = 1308

# Many thanks to the team that made this possible



Have ideas or thoughts for next steps? Click here



Confidential Treatment Requested

# EXHIBIT 14

EXHIBIT 14

FILED

2024 JAN 29 PM 4:51

CLERK & MASTER
DAVIDSON CO. CHANCERY CT

LN D.C. & M.

**Mental Health: A Quick Overview**

Shruti Bhutada · Last edited November 13, 2019 · 10 minute read

Save ···




FILED
2024 JAN 29 PM 4:51
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
D.C.&M.

# Mental Health: A Quick Overview

**Please note, this review tries to simplify the inherently complex and vast area of mental health in order to provide a birds eye view of the field. Please caveat accordingly.**

Thank you to [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted], [redacted] and [redacted] for guiding me to the right resources and providing feedback at various stages of writing this note.

### TL;DR

- Mental Health is both an absence of mental illness and a presence of subjective well-being. It is a state in which an individual is both not mentally ill and flourishing.
- On Instagram, mental health issues impact one of our core demographics (teens and younger users), as they generally demonstrate lower well-being. Mental health issues are also a leading driver of well-being complaints related to Instagram.
- Social media is often not the cause of problems related to mental health. However, it can and does both attenuate or exacerbate a user's experience with mental health issues.
- Therefore solutions to mental health issues should focus on both promoting positive mental health outcomes (enhancing overall well-being) and preventing negative mental health outcomes (prevention and support for the most distressed users).

### What is mental health?

- WHO defines mental health as a state of well-being in which every individual realizes his or her own potential, can cope with the normal stresses of life, can work productively and fruitfully, and is able to make a contribution to her or his community. (X) However it is important to keep in mind that positive functioning and emotions as a constant state may not be appropriate in many situations and negative affect is a part of life (X).
- Mental health therefore includes
  - Emotional Well-Being
  - Psychological Well-Being
  - Social Well-Being

### Isn't this just subjective well-being?

Subjective well-being refers to people's evaluation of their own lives — in thoughts and feelings (X). It includes overall evaluations like life satisfaction as well as the experience of positive feelings (like happiness) and negative feelings (like stress). At the broadest level it also includes people's evaluation of whether their important psychological needs are being met, like having supportive and enriching relationships and feelings of self-worth, mastery, meaning, and autonomy. (X; X)

Mental health and subjective well-being can be seen as similar streams of work that started in different fields; clinical and social psychology respectively. Interestingly, research in subjective well-being unintentionally yielded clusters of mental health symptoms; used in the DSM -VI to diagnose depression (X). For instance, just as depression requires symptoms of *an-hedonia*; mental health consists of symptoms of *hedonia* such as emotional vitality and positive feelings towards ones life.

The historic focus on prevention and treatment combined with relatively recent interest in and strides in the domain of mental illness (until the mid 1990's mental illnesses were overlooked as sources of economic burden) are some reasons why the unverified assumption that mental health is the absence of mental illness persisted for some time. In a bid to move away from defining mental health as simply the absence of mental illness, WHO released a 2001 report (X), outlining their vision of mental health as not just the absence of disorder or struggle with mental health, but a state of well-being where individuals are able to thrive and flourish.

Mental health as it is defined by WHO is a broader construct that is inclusive of, but not limited to subjective well-being.

Measures of mental illness and mental health (operationalized through measures of subjective well-being) form two distinct continua in US population (X) and there is evidence that only a small proportion of those that are free from mental illness are mentally healthy indicating that the absence of mental illness does not automatically mean the presence of mental health (an older assumption when defining mental health) (X). In addition, simply an absence of mental illness - also defined as 'languishing in life' - can sometimes be as bad as a major depressive episode (X).




The two continua model of mental health

This two-continua model of mental health suggests that mental health and mental illness, or positive (PMH) and negative mental health (NMH), are two correlated but distinct factors (X, X; X; X, X, X, X). Some aspects of positive mental health are associated with greater levels of life satisfaction, greater positive affect and lesser negative affect, also defined as subjective well-being (X). On the other hand, negative mental health is most commonly associated with psychopathological symptoms. Generally lower levels of positive mental health is accompanied by more severe symptoms of depression, anxiety or stress. (X)

There is a modest correlation between mental health and mental illness such that those languishing are 5 times more likely to suffer from depressive symptoms than those who are flourishing (X). However it is important to note that flourishing may not guarantee an absence of mental illness, just a lower probability that mental illness occurs.




Image from Keyes, 2007

## Proposed Definition of Mental Health

In conclusion, I propose a simplified version of WHO's definition which can clarify what mental health is and how it relates to subjective well-being and mental illnesses.

> Mental Health is both an absence of mental illness and a presence of subjective well-being. It is a state in which an individual is both not mentally ill and flourishing.

## What does mental health include and how are these factors inter-related?

While mental health itself includes a range of issues, for the purposes of this note I will focus specifically on issues that come up in relation to social media use.

Past research on mental health and social media use has consistently surfaced a few mental health issues that are particularly relevant to social media generally and Instagram in particular (x,x,x,x,x). This list is not exhaustive and should be expanded.

- Problematic Use
- Depression
- Loneliness
- Social Comparison
- Anxiety
- FOMO
- Stress
- Suicide and Self-Injury
- Eating Disorders
- Body Image issues
- Other mental health disorders (bipolar, schizophrenia etc.)

At Facebook, work in mental health has been divided into two work-streams: Understanding subjective well-being and the drivers of subjective well-being (see here) and preventing extreme harm which focusses on suicide, self injury and eating disorders (all grouped under the category of SSI). While these distinctions are helpful for tackling mental health to the extent that it is impacted by social media use, they are more arbitrary than natural.

Mental health problems are complex and co-morbid. This means that regardless of the

chronological order they occur in, they can co-exist in a person and exacerbate each other (X). It is also hard to gauge causal relationships as often Problem A can cause/ exacerbate Problem B but Problem B can also cause/exacerbate Problem A.




Expectation




Reality

Understanding relationships between factors impacting mental health: Expectation vs Reality

In addition, a person's mental health journey is not always linear and the distress they experience may not always progress or regress systematically. Therefore the issues listed above are not discrete issues that can be addressed in a vacuum. Let's take the example of suicide and self-injury.

Suicidal distress is not always extreme and users can be in varying states of distress ranging from curiosity about what others experiencing similar distress are doing to the act of taking ones' life following a triggering event. Additionally, a person's journey to suicide or recovery is not always linear. After experiencing moderate levels of distress they might recover or commit suicide, depending on the presence of certain triggers (X). Additionally, suicidal thoughts can be triggered due to a variety of mental health issues with social media serving as a carrier of these triggers. However, social media may also provide unique opportunities for users to connect with others or seek help when they do not have a support system to lean on more close by (X).

The lack of linear relationships between some of these mental health dimensions is further complicated by difficulty in determining what the right intervention might be. Taking the example of suicide and self injury for instance: taking down content and hashtags associated with ED/SSI can prevent downward spiral for some but alienate others who are coming to the platform to seek support.

So, why should we, as a social media company, care about mental health? What role do we play in our users' mental health and how can we help our users through their journey to better mental health?

## What does mental health have to do with social media and why should we care?

On Instagram in particular, issues related to or impacting mental health are have high perceived reach, especially among teens. What is perhaps more surprising is that while overall we either have no impact or make things better, a sizable proportion of users (under a third) think we make issues related to mental health worse.

In a survey with over 22000 Instagram users across United States, India, Japan, Indonesia, Brazil and Turkey, we found that at least 1 in 2 users had experienced at least one mental health related issue in the last 30 days. We include issues ranging from problematic social media usage to general mental health relevant experiences like social comparison, loneliness, sleep issues, mild depression/sadness, anxiety, FOMO, stress (as a result of work, finance or family), eating issues, body image issues, suicide and self injury. We found that social comparison, SSI, loneliness and problematic social media use especially stand out above other issues when looking at the reach and intensity of issue, expectation of support from Instagram for them and the extent to which we make them worse (x).




Intensity x proportion IG made worse x Reach (bubble size) of mental health issues among teens on Instagram

There is other evidence across internal and external research that mental health or issues that impact it negatively affect one of our core demographics that also happens to be the most vulnerable - teens. 71% of teens in US use Instagram, the second highest use social network, preceded only by Snapchat (X). However, IG is perceived as worse for mental health compared to other social media sites like Snap, Twitter, Facebook and Youtube. According to a survey of 1500 young adults, Instagram was ranked as the worst social media app (compared to Snap, Twitter, Facebook and Youtube) for mental health and well being, particularly for its impacts on anxiety and depression (X, X).

Younger users on Instagram (age 24 and below) also demonstrate lower well-being than older users (x). More specifically they demonstrate greater depression, loneliness and negative affect (x).

Mental health and SSI is also one of the consistent safety issues that our users worry about (x). Additionally, exposure to non-suicidal self-injury (NSSI) content may increase risks in engaging in these behaviors and consuming NSSI content online can trigger offline NSSI behaviors. Instagram is particularly susceptible to this as it allows for use of anonymous identities and hashtags and is a visual medium. Also parents, regulators and other expert bodies may often struggle to understand how hashtags are being used (X)

Finally, mental health issues like anxiety and depression are the leading drivers of well-being complaints related to Instagram (X).

### What role does IG (and other social media) play in users mental health?

> Social media is more of a catalyst than the primary driver of negative mental health.

Social media is often not the cause of problems related to mental health. However, we have the power to both positively and negatively influence a user's experience with these problems.

Users go to social media with the intent to explore, express or connect. While doing so they can have both positive and negative experiences. Many of the negative experiences exacerbate existing mental health issues and mitigating these while promoting positive experiences could lead to better overall well-being for our users (X).

| | Negative Experiences | Positive Experiences |
|---|---|---|
| **Self-Expression** | Social comparison and others' judgements | Affirmation |
| **Exploration** | Boredom, Envy, Distress | Entertainment, Admiration, Inspiration |
| **Connection** | Disconnection | Closeness |

Positive and Negative experiences in teens as a result of social media use

Social media therefore plays the role of a catalyst more so than being a primary driver of negative mental health (with certain exceptions like problematic use) (X). Hence, we have the ability to drive both positive and negative outcomes related to users mental health.

## How can we help our users flourish?

Given the role we play, we have the power to both mitigate the bad and super-charge the good impact we have on our users' mental health. In addition, we also need to be mindful of the two-continua model of mental health while thinking of interventions and product solutions in this space. Just as not struggling does not mean flourishing, simply removing triggers that cause distress will not help in improving our users' mental health.

As such, solutions to mental health issues should therefore focus on both promoting positive mental health outcomes (enhancing overall well-being) and preventing negative mental health outcomes (prevention and support for the most distressed users).

Here are some examples of treatments/ interventions proposed in past research that both aim to prevent the negative impact of social media use on mental health and promote the positive impact.

| | Preventing Negative Outcomes | Promoting Positive Outcomes |
|---|---|---|
| General | Preventing specific problematic use: e.g. night time usage | Positive Drivers of overall mental health (MSI, Authentic self-expression, safe space for identity exploration) |
| | Better control of social media experience (content filters, short term blocks on content type, managing notifications) | Providing tools to seek support: (1)expert support (2)seeking support from similar others online (support groups; see groups work) (3) seeking support of close connections (e.g. parent teen interactions) |
| SSI | Recommending/upranking SSI support hashtags (like #depressionwarrior) when you search an SSI or depression-related hashtags, taking down triggering content, providing immidiate resources for help, altering emergency services (x,x,x) | tools and reminders centered on self care, proactively surface online support communities and mental health and well-being resources, provide tools for supporting distressed others (x,x,x) |
| Social Comparison (x) | User controls to mute or ignore content people don't want to see (x) | Positive Interactions (encourage comment after x likes/closeness; support gratitude, positive focus on others) (x) |
| | Interruptions after too much scrolling/ preventing rabbit holes(x) | Positive memories (to remind people of the good things/ moments in their lives) (x) |
| | UI React changes (to limit vanity views etc.. e.g. *Project Daisy*) (x) | |

24 2 Comments 4 Shares

Like Comment Share

[redacted]
Great note. Thanks for sharing **Shruti!**
Like Reply 2y

[redacted]
This is fantastic- thank you for breaking down a very complex and abstract problem area.
Like Reply 2y

Write a comment...
Press Enter to post.

Recommended Reading

**Be Different**
Naomi Gleit

**All Systems Go for RTO: How to Join From Conference Rooms**
[redacted]

**Preview of Return-To-Office room booking experience...**
[redacted]

# EXHIBIT 15

EXHIBIT 15

# Mental health: UK could ban social media over suicide images, minister warns

*BBC News*

Site search

27 January 2019

**Social media firms could be banned if they fail to remove harmful content, the health secretary has warned.**

Speaking on the BBC's Andrew Marr show, Matt Hancock said: "If we think they need to do things they are refusing to do, then we can and we must legislate."

But he said it would be better to work jointly with social media companies.

The minister earlier called on social media giants to "purge" material promoting self-harm and suicide in the wake of links to a teenager's suicide.

Asked if social media could be banned, Mr Hancock said: "Ultimately parliament does have that sanction, yes" but added: "it's not where I'd like to end up."

Molly Russell, 14, took her own life in 2017 after viewing disturbing content about suicide on social media.

Speaking to the BBC, her father said he believed Instagram "helped kill my daughter".

Mr Russell also criticised the online scrapbook Pinterest, telling the Sunday Times: "Pinterest has a huge amount to answer for."

AdChoices

ADVERTISING

Instagram responded by saying it works with expert groups who advise them on the "complex and nuanced" issues of mental health and self-harm.

Based on their advice that sharing stories and connecting with others could be helpful for recovery, Instagram said, they "don't remove certain content".

"Instead (we) offer people looking at, or posting it, support messaging that directs them to groups that can help."

But Instagram added it is undertaking a full review of its enforcement policies and technologies.

A Pinterest spokesman said: "We have a policy against harmful content and take numerous proactive measures to try to prevent it from coming and spreading on our platform.

"But we know we can do more, which is why we've been working to update our self-harm policy and

enforcement guidelines over the last few months."

Facebook, which owns Instagram, said earlier it was "deeply sorry".

The internet giant said graphic content which sensationalises self-harm and suicide "has no place on our platform".

AdChoices

ADVERTISING

- Almost half of UK internet users 'harmed' online
- University switches off social media
- Reality TV harms youngsters' body image

Papyrus, a charity that works to prevent youth suicide, said it has been contacted by around 30 families in the past week who believe social media had a part to play in their children's suicides.

"We've had a spike in calls to our UK helpline since the BBC first reported this six days ago, all saying the same thing," said a spokeswoman for the charity.

Mr Hancock said he was "horrified" to learn of Molly's death and feels "desperately concerned to ensure young people are protected".

In a letter sent to Twitter, Snapchat, Pinterest, Apple, Google and Facebook (which owns Instagram), the minister "welcomed" steps already taken by firms but said "more action is urgently needed".

He wrote: "It is appalling how easy it still is to access this content online and I am in no doubt about the harm this material can cause, especially for young people.

"It is time for internet and social media providers to step up and purge this content once and for all."

AdChoices

ADVERTISING

He added that the government is developing a white paper addressing "online harms", and said it will look at content on suicide and self-harm.

Mr Hancock explained: "Lots of parents feel powerless in the face of social media. But we are not powerless. Both government and social media providers have a duty to act.

"I want to make the UK the safest place to be online for everyone - and ensure that no other family has to endure the torment that Molly's parents have had to go through."

Molly was found dead in her bedroom in November 2017 after showing "no obvious signs" of severe mental health issues.

Her family later found she had been viewing material on social media linked to anxiety, depression, self-harm and suicide.

Mr Russell told the BBC: "Some of that content is shocking in that it encourages self harm, it links self-harm to suicide and I have no doubt that Instagram helped kill my daughter."

Solicitor Merry Varney, who represents the Russell family, said Molly's case "and the examples of how algorithms push negative material" show a need to investigate online platforms, and how they could be "contributing to suicides and self-harm".

*If you've been affected by* self-harm*, or* emotional distress*, help and support is available via the* BBC Action Line.

AdChoices

ADVERTISING

# How could social media sites and apps be blocked?

Preventing the British public from visiting some of the most popular internet platforms would be a drastic step. But it is not outside the realms of possibility.

The most obvious approach would be to make the country's internet service providers (ISPs) block access to certain internet protocol addresses directly.

The risk with this is that IP addresses can sometimes be shared between services. In the past, an effort to block one illegal site led to users being unable to visit the Radio Times. It also doesn't address the fact that banned services could start using alternative IP addresses.

So another approach would be to order ISPs to make adjustments to their domain name system (DNS) servers, which act as a sort of internet address book, translating easy-to-type web addresses into the long string of numbers that actually represent the services involved.

The aim would be to prevent requests being routed to the correct internet protocol (IP) addresses, effectively blocking access to the platforms.

But this alone would not be enough, since some people route their traffic via DNS servers belonging to Google or Cloudflare - a company that optimises web traffic performance and also protects against cyber-attacks - rather than their ISP. These firms are based overseas.

It is possible for them to detect DNS requests that originated in the UK and refuse them when appropriate, but there would likely need to be considerable arm-twisting to get them to agree to set such a precedent.

But to complicate matters, users could still try to circumvent a ban by using tools to anonymise their location and identity, such as a virtual private network (VPN) or the Tor browser.

Prof Alan Woodward from the University of Surrey said: "Many of the ways around such bans are relatively simple unless you also ban all those methods as well, such as happens in countries like China.

"For a ban to be truly effective, the UK government [would have to take steps] that I can't imagine users or ISPs would be happy with."

Matters would become further convoluted if the social media firms decided to help users bypass a ban, as has been the case with some piracy sites.

The Pirate Bay, for example, regularly updates a list of proxy sites that act as middle men, sending data to and from the banned database via intermediary servers. The government would therefore need to keep on top of such proxies and ensure they were blocked too.

*This story was updated on 28 January to add the analysis "How could social media sites and apps be blocked?"*

# EXHIBIT 16

EXHIBIT 16

**Appearance-based social compariso...**

[redacted] · Last edited February 1 · 9 minute read

Save

FILED
2024 JAN 29 PM 4:51
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
D.C. & M.

# Appearance-based social comparison on Instagram

with [redacted] and [redacted]

Negative forms of social comparison, particularly appearance-based comparison, can worsen body image problems, eating disorders, anxiety, and loneliness. This is a high-reach, high-intensity problem [1, 2], that appears frequently in academic literature and the media. Teen girls perceive Instagram as the "worst" social media app in terms of body and appearance comparison.

In this note, we summarize a large international survey on Instagram measuring the prevalence of appearance-based social comparison on Instagram and more general body image issues, as well as the kinds of people most affected. In upcoming notes, we'll show log data identifying surfaces and content that are linked to high levels of appearance-based comparison. For a similar series on more general social comparison (not just appearance-based), see our previous series on social comparison on Instagram.

## Takeaways

- Appearance-based comparison is common on Instagram. One-third (33%) of people [illegible] they compare their appearances to others' often or always. Nearly half (48%) of teen girls do.
- It causes people to feel bad about themselves: One quarter (26%) report often or always seeing posts that make them feel worse about their bodies or appearances. More than one-third (37%) of teen girls do.
- One-quarter of people on IG (23%) feel a lot or extreme pressure to look perfect on Instagram, and one-third of teen girls (34%) do.
- Appearance-based comparison is worse for teens, women of all ages, and people in globally western countries (US, GB, AU, France).
- Independent of Instagram, many people feel bad about their appearances (25%, including 32% of teen girls) or weight (40%) more generally (44% of teen girls).

## Method

We surveyed 50,590 people in 10 countries (Australia, Brazil, France, Germany, Great Britain, India, Japan, Korea, Mexico, United States) in December 2020. Respondents answered questions adapted from the literature about their experiences with appearance comparison on Instagram as well as their body image and weight more generally (full survey). Responses are weighted using Graviton to match IG DAP.

## Instagram's impact on body image

Appearance-based comparison is common on Instagram. **Roughly ⅓ of people on Instagram feel like they often or always compare their appearance to others on the platform, and ¼ feel intense pressure to look perfect** (orange bars in Figure 1). **It's worse for teen girls:** Nearly half of teen girls (48%) often or always compare their appearances on IG, and one-third (34%) feel intense pressure to look perfect (not shown).

While people's experiences vary widely, with many people feeling no comparison or pressure, there are two reasons to focus on people who feel frequent comparisons and pressure (orange bars below): (1) as we show in the next section, it's worse for teens, particularly girls, and (2) as we show at the end of this note, many people have some form of body dissatisfaction even if it doesn't manifest badly for them on Instagram, and by addressing the problem of Instagram making body image issues worse, we can create a more supportive environment for everyone.




Figure 1. Frequency of appearance-based comparison and pressure to look perfect on Instagram. Orange bars indicate the highest frequency / most intense categories. Responses are weighted to reflect IG DAP.

How do those appearance comparisons make them feel? Both better and worse about themselves (Figure 2). **Roughly 1 in 4 people (26%) say that they often see content that makes them feel worse about themselves (37% of teen girls, not shown), and 1 in 5 (18%) have felt worse in the past 7 days** (not shown, and 23% of teen girls, not shown).

We don't want to discount the positive, inspirational aspects of Instagram, and as Figure 2 shows, 23% of people on IG often or always see content that makes them feel better about themselves, too. This is consistent with prior research, that Instagram both triggers negative comparisons and inspires people [1, 2, 3].




Figure 2. Outcomes of social comparison are a mixed bag. People see content on IG that makes them feel both worse (left) and better (right) about their bodies and appearances.

## Appearance comparison on IG is worse for women and teens

Who experiences the most appearance comparison and its negative outcomes? Women and [illegible]s.

To answer this question, we created an IG appearance comparison scale by averaging three of the questions above (appearance comparison, pressure to look perfect, and feeling worse about your body, alpha = 0.78). As Figure 3 shows, appearance comparison is worse for women at nearly all ages (23% worse than men on average), and it begins to decline around age 30. (Respondents reported their age on the survey.) People who choose to use custom genders (not shown) also experience higher negative social comparison on IG, 11% higher than men, though the number of responses is low (139), so additional research on appearance comparison among those with non-binary genders is needed.




Figure 3. Appearance-based comparison on Instagram is worse for women at nearly all ages, and is higher for teens and young adults than older adults.

## Appearance comparison on IG is worse in western countries

**Appearance-based comparison on IG is greatest in globally western countries**, including Great Britain, Australia, France, and the US (Figure 4, also see Footnote 1). In most countries, it's

worse among women, though this result is not uniform. **In India, comparison is higher among** [illegible] **women**. This is consistent with prior research, that women generally experience more social comparison than men, with exceptions in some countries such as India. In the countries where men experience more comparison, women generally comprise a smaller proportion of the paid workforce, suggesting that men there may experience comparison and stress on more dimensions (professional and social). It's surprising that these results hold for appearance-based comparison specifically (not just comparison of achievements or status), especially since societal expectations for appearance are stricter for women than men in India.




Figure 4. Appearance-based comparison on Instagram is highest in globally western countries. In most countries, it's worse among women, though this result is not uniform. In India, comparison on IG is higher among men.

From the academic literature on body image (summary), body dissatisfaction may be higher in East Asia than in the US/UK, in part because of adoption of western beauty standards. As we discuss below (Figure 8), this bears out in our survey data: general body dissatisfaction is much higher in Japan and Korea. So, it's surprising here that Instagram's role is much lower in those two countries -- people there report feeling like they don't compare themselves to others on IG as often as people in the US/UK do.

## Independent of IG, how do people feel about their bodies and weight?

Thus far, we've described people's feelings about appearance-based comparison on Instagram. Independent of our platform, how do people generally feel about their bodies and weight?

We asked respondents four questions derived from the academic literature on body image, capturing four dimensions of body image (see Figure 5):

- Appearance satisfaction
- Weight satisfaction
- Body appreciation
- Appearance orientation (how important it is to look good)

A substantial proportion of people report body image concerns, independent of their feelings about Instagram. As shown in Figure 5, 1 in 4 **(25%) are dissatisfied with their appearance and 40% are dissatisfied with their weight** (orange bars). Roughly 1 in 3 (38%) never feel good about their bodies, or only occasionally. The fourth dimension, appearance orientation, is orthogonal to the others, identifying how important it is for that person to look good physically. (A person may be dissatisfied with their appearance, but it doesn't matter much to them.) The majority (53%) say that it's quite or very important to look good physically.






Figure 5. Responses to general body image questions (not about Instagram). A large proportion of people report body image concerns (orange bars), including dissatisfaction with appearance or weight, and only occasional body appreciation. A majority of people (53%) feel that it's quite or very important to always look good physically. Responses are weighted to reflect IG DAP.

To understand how body image concerns vary by demographics, we created a general body image scale by averaging three of the questions above (appearance satisfaction, weight satisfaction, and body appreciation, alpha = 0.79).

The contours of body image concerns are somewhat different from those specific to Instagram (Figure 6 has a different shape than Figure 3). As Figure 6 shows, **women still experience greater body image concerns than men at nearly all ages**. However, rather than decreasing with age like IG-specific appearance comparison, body image concerns dip in the late teens/ early twenties, and then increase again. While individuals' experiences may vary, **on average men experience increasing body concerns as they age, while women become more comfortable in their bodies around age 50**. (As noted, these are averages and individuals may feel differently.) Despite that, women still experience worse body image concerns than men; it's the worst for teen girls and even a woman in her mid-50s still has more body image concerns than a teen boy.




Figure 6. Body image concerns (not specific to Instagram) by age and gender.

## Separating IG's role from general body image concerns

We know that teens, women of all ages, and people in western countries experience higher levels of both general body image concerns and problems with appearance comparison on Instagram. In the plots below, we separate these two dimensions (general body image concerns vs. IG-specific appearance comparison). As you can see in Figure 7, for teens and young adults, both dimensions are high. However, **around age 30, the role of IG begins to diminish:** even though people still have high levels of body image concern, they don't compare themselves to others on IG as much, and don't report as many of the negative outcomes. **This reinforces the idea that we should focus our efforts on teens and younger adults.**




Figure 7. General body image concerns vs. IG-specific appearance comparison by age.

In many western countries, IG-specific issues track general body image concerns (the two sets of points are roughly parallel in Figure 8). However, in Korea, Japan, and Mexico, concerns over IG-specific comparison are low, while body image issues are high. Why might IG's impact be less negative in those places? Some possible hypotheses needing deeper dives include (1) content shared in those countries might be less appearance- and body-focused and (2) people in these countries interpret appearance- and body-focused content in a way that doesn't hurt their own self-image (see footnote 1). Furthermore, though general body image concerns are relatively lower in India, issues with appearance comparison on IG is substantially higher there, suggesting we need to better understand appearance-based content shared in India better and its impact on viewers.




Figure 8. General body image concerns vs. IG-specific appearance comparison by country

# EXHIBIT 17

EXHIBIT 17

Message

FILED
2024 JAN 29 PM 4:54
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
LN D.C. & M.

**From:** Adam Mosseri [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=AC59CDE168C34676B09679178C985E05]
**Sent:** 8/27/2021 7:00:28 PM
**To:** Adam Mosseri [redacted]; [redacted] [[redacted]
**Subject:** Message summary [{"otherUserFbId":100008918290724,"threadFbId":null}]

Mrs. [redacted] (8/27/2021 11:35:15 PDT):
>Hey Adam - let me know if you have a quick sec to talk through the WSJ story, we're just starting to pull together a response - direction from you would be helpful

Adam S. Mosseri (8/27/2021 11:43:09 PDT):
>sorry, slammed right now

Adam S. Mosseri (8/27/2021 11:43:12 PDT):
>can we try async?

Mrs. [redacted] (8/27/2021 11:45:11 PDT):
>all good - Jeff Horwitz has a leaked social comparison research deck from 2020, he's writing a story that essentially argues that IG's design is inherently bad for teenage girls (leads to SSI, poor mental health, dysmorphia) and is not something we can fix with product, or an app design overhaul

Adam S. Mosseri (8/27/2021 11:46:04 PDT):
>can you send me the deck?

Mrs. [redacted] (8/27/2021 11:46:07 PDT):
>arguments are based on our own research so difficult to rebut but we're pulling a response together (interviews w/research team, potentially previewing nudges, for e.g.), we'd like to put you up for interview

Mrs. [redacted] (8/27/2021 11:46:13 PDT):
>https://docs.google.com/presentation/d/1kY2bA9dTwMdL8v4_me-kxuokIIOQbqjyeFWAcA0bmJA/edit#slide=id.p

Mrs. [redacted] (8/27/2021 11:48:11 PDT):
>sending an escalation note shortly that lays out the story - but I expect we'll see resurgence of [redacted] issue, external environment for IGY will worsen, and more - so wanted to get your early POV on any direction you'd want to lead with in particular

Adam S. Mosseri (8/27/2021 11:49:49 PDT):
>what do we know about the article?

Adam S. Mosseri (8/27/2021 11:50:10 PDT):
>SSI isn't in this deck...

Mrs. [redacted] (8/27/2021 11:53:12 PDT):
>slide 8 and 34 reference eating disorders

Mrs. [redacted] (8/27/2021 11:53:45 PDT):
>main angle: IG is bad for teen girls according to our own research, leads to poor mental health outcomes, our app is inherently flawed for vulnerable groups

Adam S. Mosseri (8/27/2021 11:54:51 PDT):
>slide 8 doesn't say anything about IG's effect on eating disorders

Mrs. [redacted] (8/27/2021 11:56:05 PDT):
>it defines body image as inclusive of eating disorders, then says "how appearance comparisons on IG can worsen teen girls body image"

Adam S. Mosseri (8/27/2021 11:56:41 PDT):
>yup

Adam S. Mosseri (8/27/2021 11:56:57 PDT):
>"This work examines the intersection of these two problems. Namely, how appearance comparisons on IG can worsen teen girls body image"

Adam S. Mosseri (8/27/2021 11:58:41 PDT):
>I'm sure it's too nuanced, but it's saying it will examine the connection

Mrs. [redacted] (8/27/2021 11:59:16 PDT):
>yep, I'm operating under the assumption that he's going to interpret the deck in the most damning fashion

Mrs. [redacted] (8/27/2021 11:59:21 PDT):
>but see your point

Adam S. Mosseri (8/27/2021 11:59:36 PDT):
>that he will

Adam S. Mosseri (8/27/2021 11:59:42 PDT):
>what are you the most worried about quote wise?

Mrs. [redacted] (8/27/2021 12:00:28 PDT):
>I'm mostly worried about the fallout from the article, moreso than pull quotes - that our own research confirmed what everyone has long suspected

# EXHIBIT 18

EXHIBIT 18

Message

**From:** Fidji Simo [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=010B9E77C8944AE1B3D95C9109D8D344]
**Sent:** 9/23/2016 9:32:22 PM
**To:** Fidji Simo [redacted]; Tom Alison [redacted] Kang-Xing Jin [redacted] Adam Mosseri [redacted] Will Cathcart [redacted]
**Subject:** Message summary [id.624856927586739]
**Attachments:** 1897965_10152328382479224_85795575_n.jpg; sticker.png; sticker.png; sticker.png; sticker.png; 10150019_827854840188_1553850453_n.jpg; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; 10157325_10102798501277809_3046653271609545809_n.jpg; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; 10312017_839718400518_581920267_n.jpg; sticker.png; sticker.png; sticker.png; sticker.png; 10342688_842268515068_298021855_n.jpg; 10374370_842268784528_386080562_n.jpg; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; 10416775_857706127968_819596495_n.jpg; 10543808_10103042197583459_77007494_n.jpg; sticker.png; sticker.png; sticker.png; sticker.png; 10917601_10103566048951119_1484636180_n.jpg; sticker.png; sticker.png; sticker.png; 10922015_921576750728_2000346147_n.jpg; sticker.png; 10934703_10103620418558989_827145921_n.jpg; sticker.png; sticker.png; sticker.png; sticker.png; sticker.png; 14459920_10154577038774224_1792916517_n.png; sticker.png

FILED
2024 JAN 29 PM 4:57
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
D.C. & M.

```
Adam Mosseri (3/12/2014 20:58:31 PDT):


Adam Mosseri (3/12/2014 20:59:02 PDT):
>Testing the new groups feature in Messenger.

Robert Cathcart (3/12/2014 20:59:18 PDT):


Robert Cathcart (3/12/2014 20:59:36 PDT):
>Related: Shirley is following up to see if they really plan to name it Groups =)

Adam Mosseri (3/12/2014 21:00:01 PDT):
>Probably a worthwhile thing to figure out.

Thomas Alison (3/12/2014 21:00:56 PDT):

shared: 1897965_10152328382479224_85795575_n.jpg

Thomas Alison (3/12/2014 21:01:11 PDT):
>My god. Internal mene generator.

Adam Mosseri (3/12/2014 21:01:25 PDT):
>Amazing.

Adam Mosseri (3/12/2014 21:04:30 PDT):
>[redacted] what if we named this group 'GI Joe?'

Robert Cathcart (3/12/2014 21:05:53 PDT):
>That seems eminently reasonable

Robert Cathcart (3/12/2014 21:06:02 PDT):
>Motion seconded

[redacted] (3/12/2014 21:57:20 PDT):
>yes! the return of GI Joe!

[redacted] (3/12/2014 21:57:32 PDT):
>BTW we have dinner rezzies next monday at 7:15. Tamarine in PA

Adam Mosseri (3/12/2014 22:27:11 PDT):


Adam Mosseri (3/12/2014 22:30:12 PDT):
```

Adam Mosseri (3/12/2014 22:30:26 PDT):

Thomas Alison (3/13/2014 09:25:47 PDT):
>Hey - wanted to give this group a heads-up. [redacted] messaged me last night about the fact that he's not comfortable with [redacted] involvement in Shots. There's been a shift in the past week where more responsibility has gone to [redacted] and less to [redacted] so that Will could focus more on Moments. This doesn't seem to be going over well with the team. I'm going to talk to [redacted] and a few folks today to better understand the dynamic. Will - it would be helpful to understand how [redacted] sees her role as well.

Adam Mosseri (3/13/2014 09:26:41 PDT):
>Will and I were planning on talking this through today. [redacted] brought it up with me yesterday.

[redacted] (3/13/2014 09:26:57 PDT):
>Yeah [redacted] also messaged me and I put some time on his calendar to chat about it today.

Robert Cathcart (3/13/2014 09:27:29 PDT):
>yay

Adam Mosseri (3/13/2014 09:27:33 PDT):
>This is probably something one of us should take point on.

Robert Cathcart (3/13/2014 09:27:34 PDT):
>any of you think it's cool if I talk to [redacted]

Adam Mosseri (3/13/2014 09:27:40 PDT):
>Instead of spinning all four of us up.

Adam Mosseri (3/13/2014 09:28:35 PDT):
>I nominate Will.

Thomas Alison (3/13/2014 09:28:41 PDT):
>Who is closest to [redacted]

[redacted] (3/13/2014 09:28:53 PDT):
>I am pretty close with [redacted]

Adam Mosseri (3/13/2014 09:28:58 PDT):
>Probably me or [redacted] but at the end of the day [redacted] is [redacted] manager.

Robert Cathcart (3/13/2014 09:29:25 PDT):
>Yeah, I do want to get the feedback on what she's doing wrong - her role has been to step in and help pick up things so [redacted] doesn't have to do them, and if that's going poorly that's not good

Adam Mosseri (3/13/2014 09:29:32 PDT):
>As long as he doesn't try and force the issue I think it's better.

[redacted] (3/13/2014 09:30:23 PDT):
>I have some time with him at 11 today--Will, are you free then? We could hear his feedback together. I also think getting Will [redacted] perspective would also be good.

Adam Mosseri (3/13/2014 09:30:36 PDT):
>I like that.

Thomas Alison (3/13/2014 09:30:42 PDT):

shared: sticker.png

Adam Mosseri (3/13/2014 09:31:02 PDT):
>I'm so pumped on GI Joe.

Robert Cathcart (3/13/2014 09:32:11 PDT):
>I have something at 11 - but cool if I ask [redacted] to see what the options are?

[redacted] (3/13/2014 09:32:56 PDT):
>Yeah.

Robert Cathcart (3/13/2014 09:49:33 PDT):

shared: sticker.png

[redacted] (3/14/2014 10:28:27 PDT):
>Sad news. [redacted] told me he's decided to leave the company. His design interests have shifted to wanting to pursue more hardware/software types of problems (Nest, Lockitron, etc.)

[redacted] (3/14/2014 10:29:05 PDT):

shared: sticker.png

Thomas Alison (3/14/2014 10:30:21 PDT):
>whoa :(

Adam Mosseri (3/14/2014 10:32:56 PDT):
>In so sad.

[redacted] (3/14/2014 10:50:51 PDT):

shared: sticker.png

[redacted] (3/14/2014 10:51:27 PDT):
>I don't think we do a ton of hw/sw stuff here but you may want to check with [redacted]

Thomas Alison (3/14/2014 14:01:39 PDT):
>Any update on [redacted] [redacted] Shots? She asked me to invite her to all the team meetings going forward but I wanted to check with this group first so I don't exacerbate any unresolved stress [redacted] has about it.

Thomas Alison (3/14/2014 14:04:02 PDT):
>I'm talking to [redacted] today as well so I can see if this comes up.

Robert Cathcart (3/14/2014 14:25:08 PDT):
>Yeah, [redacted] suggested that it would be better if she came to the scrums.
>
>[redacted] and I talked with [redacted] yesterday, and the gist of the complaint was that she's involved in some things like reviews where she makes suggestions, but then wasn't a part of the team level conversation so her suggestion feels randomizing and inconsistent with the team. A specific example was mentioning that "Pong" was one of the team's naming ideas in the Cox review this week when [redacted] and Will had decided not to bring that up.
>
>We agreed that I could give her that feedback (I did, she got it and was receptive) and then encourage her to either be involved on the projects she's doing or, where not involved, defer to the team in the reviews. And then [redacted] is going to give me feedback in a few days on how he feels about the involvement.

Thomas Alison (3/14/2014 14:26:44 PDT):
>(y)

Adam Mosseri (3/19/2014 10:50:08 PDT):
>Just a heads up I heard that Mark pushed back pretty aggressively on the app linking / feed linking to other apps yesterday. Apparently he wasn't fully onboard and now they have some backtracking to do with partners.

Robert Cathcart (3/19/2014 11:09:35 PDT):
>Wowzers

Thomas Alison (3/19/2014 11:58:04 PDT):
>That's rough. That's a big f8 feature.

Robert Cathcart (3/20/2014 11:44:20 PDT):

shared: 10150019_827854840188_1553850453_n.jpg

Robert Cathcart (3/20/2014 11:44:32 PDT):
>Time spent change by state

Robert Cathcart (3/20/2014 11:44:38 PDT):
>Arizona doesn't have daylight savings time =)

Thomas Alison (3/21/2014 11:01:56 PDT):
>Not sure if the sharing team is looking at drawing/goofy stuff for posts, but between seeing the fun drawing stuff in shots and random stuff from rumble like this I think it's a cool direction to explore.
>
>References:
>
>https://www.facebook.com/photo.php?fbid=10202022581979383&set=a.1991922790995.2109202.1031130044&type=1
>
>https://www.facebook.com/groups/603866786328607/permalink/639760386072580

Robert Cathcart (3/21/2014 11:02:31 PDT):
>Yeah, that's a really cool direction

Robert Cathcart (3/24/2014 18:17:54 PDT):
>App idea:
> + composer
> + chronological stream using your FB graph
> + hashtag / topic tagging, with hashtag/topic feeds
> + all content expires after 24h
>

>Basically a depressurized space for sharing

Robert Cathcart (3/24/2014 18:24:42 PDT):
>Actually, I'm not sure using the FB graph helps much

Adam Mosseri (3/25/2014 22:55:40 PDT):
>Push notifs for every post?

Robert Cathcart (3/26/2014 09:27:07 PDT):
>Of course

Robert Cathcart (3/26/2014 09:27:35 PDT):
>Oh, maybe content should only last 1h and push notifs warning you that the message will vanish soon

Robert Cathcart (3/27/2014 17:08:27 PDT):
>I'm late to the party but just saw the dcurtis Litestand post

[redacted] (3/27/2014 17:09:07 PDT):
>working on a response to run by pr

Robert Cathcart (3/27/2014 17:09:59 PDT):

shared: sticker.png

Adam Mosseri (3/27/2014 17:10:24 PDT):
>What did dCurtis say?

Robert Cathcart (3/27/2014 17:10:40 PDT):
>We abandoned Litestand because it would have cost us money

Robert Cathcart (3/27/2014 17:11:21 PDT):
>Would be fun to just publicly say that the opposite was true (LS was positive to ads but we didn't think it was right for people)

Thomas Alison (4/03/2014 20:37:18 PDT):
>Did anyone hear how the meeting between [redacted] [redacted] and Cox went? Going into it [redacted] and [redacted] were still really excited about the sharing/composer tools more so than the public content angle.

Adam Mosseri (4/03/2014 20:38:15 PDT):
>Chris says they're bought into the PC app.

Adam Mosseri (4/03/2014 20:38:27 PDT):
>And that Mark says the default section should be FB.

Robert Cathcart (4/03/2014 20:38:59 PDT):
>Everyone wins, except Adam.

Robert Cathcart (4/03/2014 20:39:12 PDT):

shared: sticker.png

Thomas Alison (4/03/2014 20:39:54 PDT):

shared: sticker.png

Adam Mosseri (4/03/2014 20:40:22 PDT):
>Going to see if [redacted] take lines up with Chris's tomorrow.

Adam Mosseri (4/03/2014 20:40:50 PDT):
>Looks like my concerns are the minority though.

Robert Cathcart (4/03/2014 20:42:24 PDT):
>Oh, I share your concern but if Mark and the whole team are excited about the same thing that seems like a victory.

Adam Mosseri (4/03/2014 20:42:47 PDT):
>For sure.

[redacted] (4/03/2014 22:12:46 PDT):

shared: sticker.png

[redacted] (4/03/2014 22:12:51 PDT):
>I spoke with them at happy hour

[redacted] (4/03/2014 22:12:56 PDT):
>([redacted] and mike)

[redacted] (4/03/2014 22:13:20 PDT):
>there was serious discussion of the magazine idea which was good.

[redacted] (4/03/2014 22:14:12 PDT):
>I would still characterize mike as a little skeptical of how we would transition from the 'primary value prop right now is facebook' and 'would it ever be a viable app if it didn't replace one of the main apps you did use daily?' but he was thoughtfully considering and talking about these points

[redacted] (4/03/2014 22:14:19 PDT):
>rather than just naysaying them

[redacted] (4/03/2014 22:15:42 PDT):
>I think they are comfortable with the direction that "80-90% of the investment would be in developing differentiating features" and not in developing news feed or adding additional facebook features.

[redacted] (4/03/2014 22:16:22 PDT):
>Oh, I did want to bring up slingshot for tomorrow's review

[redacted] (4/03/2014 22:16:33 PDT):
>[redacted] pretty worried about the review tomorrow

Adam Mosseri (4/03/2014 22:16:56 PDT):
>What is he worried about specifically?

[redacted] (4/03/2014 22:17:59 PDT):
>he wants to propose that for the v0 launch, we do replies as is (photos/video selfie) and also add big text overlay functionality, but he doesn't think replies should be text only or test.

[redacted] (4/03/2014 22:18:33 PDT):
>He has a plan for what to do with text replies in the future, but doesn't think we should build it because he wants to get the product out the door and he doesn't think text replies really change the game.

[redacted] (4/03/2014 22:18:46 PDT):
>He's worried that this is a microoptimization even before we launch.

[redacted] (4/03/2014 22:19:04 PDT):
>and he's frustrated Mark is being so directive with this when Mark hasn't even tested or used the replies feature as is.

Thomas Alison (4/03/2014 22:21:31 PDT):
>I think Mark is right about the barrier with selfie replies, but it seems pretty reasonable to tackle text replies post launch.

[redacted] (4/03/2014 22:23:20 PDT):
>I agree with that, I too find them a little heavy but I think even best case scenario doing text replies lifts usage a bit, it isn't what's going to make shots successful or not. And it seems better to learn earlier whether the core mechanic works.

Adam Mosseri (4/03/2014 22:24:02 PDT):
>Happy to push on the ship and learn philosophy.

Adam Mosseri (4/09/2014 16:49:56 PDT):
>How often do we do Engagement All-Hands? Once a quarter?

Robert Cathcart (4/09/2014 16:52:23 PDT):
>Historically, yeah

Adam Mosseri (4/09/2014 20:58:10 PDT):
>Who's the right person to help close quenton on slingshot?

Adam Mosseri (4/09/2014 20:58:35 PDT):
>He's deciding by the end of day tomorrow and it's between slingshot and Instagram.

Thomas Alison (4/09/2014 20:58:55 PDT):
>i'm assuming he's talked to [redacted]

Adam Mosseri (4/09/2014 20:58:58 PDT):
>[redacted] I introed you but [redacted] said you are booked solid.

Adam Mosseri (4/09/2014 20:59:40 PDT):
>He's spent time with the team and i just sent [redacted] Will, [redacted] and [redacted] a note about reaching out to him.

[redacted] (4/09/2014 22:24:37 PDT):
>I can meet with him late, like 6:30

Adam Mosseri (4/09/2014 22:25:07 PDT):

>Think he plans to decide by then.

Thomas Alison (4/09/2014 22:26:42 PDT):
>i can meet him early, like 10am to try to help. what role is he considering on instagram?

[redacted] (4/09/2014 22:26:52 PDT):
>I have to announce [redacted] tmr so lots of 1:1s that are hard to move since I'm out Friday and [redacted] out next week.

Adam Mosseri (4/09/2014 22:27:39 PDT):
>Tom, that might help.

Adam Mosseri (4/09/2014 22:28:22 PDT):
>Maybe reach out and offer to meet?

Thomas Alison (4/09/2014 22:28:41 PDT):
>will do

Adam Mosseri (4/09/2014 22:31:53 PDT):
>Thanks guys.

Thomas Alison (4/09/2014 22:37:14 PDT):
>confirmed with quenton at 10am tomorrow. i'll let you know how it goes.

Adam Mosseri (4/09/2014 22:37:36 PDT):
>I really appreciate it.

[redacted] (4/09/2014 22:37:52 PDT):
>I msged him and he said 6:30 was fine so we're going to meet then.

Adam Mosseri (4/09/2014 22:38:17 PDT):
>Great. Cox is also going to do 15m.

Thomas Alison (4/10/2014 09:26:48 PDT):
>Quick heads up that I asked [redacted] to prune the invite list for Mobile Quality + osmeta to keep both small. They are also both being driven by Infra so this seems more natural. KX - I still have you coming to osmeta since we may talk about some of the engineering work related to the apps in your world.

Robert Cathcart (4/10/2014 09:27:47 PDT):

shared: sticker.png

[redacted] (4/10/2014 09:29:28 PDT):

shared: sticker.png

Robert Cathcart (4/10/2014 11:04:19 PDT):
>What's the probability that we could use OSMeta for Moments? The Moments team is responding to Mark about Dropbox's launch, and one of the points they are going to make is that Dropbox launches on iOS+Android simultaneously and I expect OSMeta to come up.

Thomas Alison (4/10/2014 11:05:07 PDT):
>When does Moments want to ship?

Robert Cathcart (4/10/2014 11:09:07 PDT):
>this half

Robert Cathcart (4/10/2014 11:09:15 PDT):
>perhaps sooner once they digest carousel

Thomas Alison (4/10/2014 11:09:51 PDT):
>Not possible on osmeta in that case.

Thomas Alison (4/10/2014 11:10:26 PDT):
>Late H2 is the guidance from Amit but we will confirm in today's review.

Robert Cathcart (4/10/2014 11:11:02 PDT):
>cool, thanks

Robert Cathcart (4/10/2014 11:23:57 PDT):
>https://www.facebook.com/groups/engagementecosystem/
>
>[redacted] starting to post stuff about Time moving up or down in unexplained ways here to try and corral teams into paying attention to what's happening with their product. Lots of interesting stuff in here.

Adam Mosseri (4/11/2014 06:11:17 PDT):
>There's nobody here...
shared: 10157325_10102798501277809_3046653271609545809_n.jpg

Adam Mosseri (4/12/2014 12:39:50 PDT):
>Can you guys keep an ion pivots while out of town next week? Kumar is going to come in and see Chris on Tuesday as well as Mark later that day. Ideally he would earn some credibility with Chris and we would get to some consensus around a design direction.

Thomas Alison (4/12/2014 13:00:16 PDT):

shared: sticker.png

Thomas Alison (4/12/2014 13:00:40 PDT):
>Will do. Do you think he needs a prep round before Chris?

[redacted] (4/23/2014 12:30:02 PDT):
>Am I missing any of the engagement admin team-[redacted] [redacted] [redacted] and [redacted]

[redacted] (4/23/2014 12:30:23 PDT):
>Wanted to write a post and thank them for making the engagement group run so well

Thomas Alison (4/23/2014 12:31:12 PDT):
>[redacted] on the Photos team?

[redacted] (4/23/2014 12:31:51 PDT):
>Ah, [redacted] Thanks

Thomas Alison (4/23/2014 12:32:12 PDT):
>Yup

[redacted] (4/23/2014 12:33:13 PDT):

shared: sticker.png

Thomas Alison (4/23/2014 12:33:35 PDT):
>(y)

[redacted] (4/23/2014 13:07:03 PDT):
>Also rennie (Doug's admin).

[redacted] (4/23/2014 13:07:33 PDT):

shared: sticker.png

Adam Mosseri (4/24/2014 19:34:14 PDT):
>How's everyone's week going?

Robert Cathcart (4/24/2014 19:34:58 PDT):

shared: sticker.png

Adam Mosseri (4/24/2014 19:35:31 PDT):

shared: sticker.png

Thomas Alison (4/24/2014 19:36:34 PDT):

shared: sticker.png

[redacted] (4/25/2014 06:08:53 PDT):

shared: sticker.png

Adam Mosseri (4/29/2014 08:14:03 PDT):
>Crazy long shot idea: [redacted] manages PC if we can't keep CT.

Thomas Alison (4/29/2014 08:24:06 PDT):
>Another long shot is [redacted] He's interested in a big open-ended challenge in H2 and he used to be a PM.

Adam Mosseri (4/29/2014 08:25:15 PDT):
>On [redacted] he'd have to learn a lot but he's sharp and this could help naturally align Paper and PC.

Adam Mosseri (4/29/2014 08:25:50 PDT):
[redacted] is also interesting, though PC specifically seems a bit out of left field for him.

Thomas Alison (4/29/2014 08:27:01 PDT):
>True.

[redacted] (4/29/2014 08:27:42 PDT):

>[redacted] is interesting. Agree this helps align the two groups. He hasn't had the best interactions with [redacted] though so he'd be working uphill from that perspective.

[redacted] (4/29/2014 08:29:09 PDT):
>I wonder if we should look externally. The role should be really attractive for the right person (I'm thinking someone who works at Prismatic/Flipboard or HuffPo/BuzzFeed/NYTimes) and it's possible we could get a really strong person in this role who lives the space already.

[redacted] (4/29/2014 08:38:07 PDT):
>BTW Will, do you want me to reach out to Chris T?

Robert Cathcart (4/29/2014 08:54:45 PDT):
>[KX and I just talked - we are going to wait for Cox to talk to him today and then strategize]
>
>[redacted] would be super interesting. I went through a list of 6/7 PMs with Annette yesterday afternoon and he was one of the (very) few that stood out as an option.
>
>Along the lines of an external hire, Cox has this video person he's really excited about that he mentioned as an option - I'm curious to meet with him and learn more.

[redacted] (5/05/2014 19:50:42 PDT):
>[redacted] just asked me what our sabbatical policy is. :/

Robert Cathcart (5/05/2014 19:50:54 PDT):
>:(

Adam Mosseri (5/05/2014 19:51:18 PDT):
>He mentioned to me he might be 'burned out on this place.'

Thomas Alison (5/05/2014 20:15:02 PDT):
>:(

Adam Mosseri (5/06/2014 14:59:38 PDT):

Robert Cathcart (5/06/2014 14:59:57 PDT):

shared: sticker.png

Robert Cathcart (5/08/2014 11:02:46 PDT):
>We were just talking about Yahoo Digest, so Tom and I pulled the Onavo stats.

Robert Cathcart (5/08/2014 11:02:58 PDT):

shared: 10312017_839718400518_581920267_n.jpg

Robert Cathcart (5/09/2014 11:40:13 PDT):
>Hey- I told [redacted] yesterday that he should push on having the key narratives for News Feed work that cover all the relevant teams (e.g. distro+corex+others) and are likely to be timeless. Basically what is the list that includes "The 7 Best Things" but also covers all the other work. He's writing up his thoughts in a quip and will share.
>
>Flagging for this group in case that's controversial - I don't think it is given that I think he's the best PM in the space we have to put this together and we kind of need someone to step up as a spiritual lead for Feed, but figured I'd share anyway.

Adam Mosseri (5/09/2014 11:42:54 PDT):

shared: sticker.png

Adam Mosseri (5/09/2014 11:43:13 PDT):
>I wrote up a free narratives and sent them to him yesterday FYI.

Adam Mosseri (5/09/2014 11:43:22 PDT):
>*a few

Adam Mosseri (5/09/2014 11:43:49 PDT):
>Though they were, indeed, also free.

[redacted] (5/09/2014 11:59:53 PDT):

shared: sticker.png

[redacted] (5/09/2014 13:51:29 PDT):
>[redacted] just gave his 2 weeks notice

Adam Mosseri (5/09/2014 13:51:52 PDT):
>Oh man, I'm sorry.

[redacted] (5/09/2014 13:52:05 PDT):

shared: sticker.png

Thomas Alison (5/09/2014 13:52:40 PDT):

shared: sticker.png

[redacted] (5/09/2014 13:52:49 PDT):
>He' s been somewhat bummed since the Muse project and [redacted]' s departure, and recently his gf got deported back to Australia. All of those things combined have convinced him he should try and find a job that lets him have more flexibility in living/working from Australia part-time.

Adam Mosseri (5/09/2014 13:52:53 PDT):
>Dropbox?

Adam Mosseri (5/09/2014 13:53:53 PDT):
>Oh, never mind.

Adam Mosseri (5/09/2014 13:54:04 PDT):
>Deported, that's a big deal.

[redacted] (5/09/2014 13:57:06 PDT):
>Yeah, I think it was a huge bummer for them. She couldn't get a visa to stay here and will have to work from Google australia.

[redacted] (5/14/2014 13:00:34 PDT):
>What's on the agenda for mark on Fri? Content production narrative I know of... Do we still have an open slot? Will did you say the second slot was already taken by something else? We had talked about getting the composer team in there to talk Mark through new content type ideas as Chris felt Mark might have strong feedback. I don't know if the team is ready yet but KX and I are meeting with them later this afternoon.

Robert Cathcart (5/14/2014 13:17:48 PDT):
>We added something for Public Content. [redacted] is likely canceling the con prod time, so we have extra time if we want it and tell [redacted] to hold it, though the sequencing feels backwards (con prod ideally would go before composer). Also, I think the time is on Thu not Fri

Robert Cathcart (5/14/2014 13:18:25 PDT):
>Definitely up for reviewing whatever!

Robert Cathcart (5/14/2014 13:18:48 PDT):
>And can help poke anyone if it is helpful, though Adam and I are pretty out of pocket at this offsite

Robert Cathcart (5/15/2014 15:01:15 PDT):
>[redacted] told Aaron he isn't going to pass, and we are moving into planing messaging for early next week

Adam Mosseri (5/15/2014 15:01:43 PDT):
>Strong moves.

Robert Cathcart (5/16/2014 07:54:07 PDT):
>Slingshot metrics have really improved.

Adam Mosseri (5/16/2014 09:12:42 PDT):
>Link?

Robert Cathcart (5/16/2014 09:13:20 PDT):
>http://home.fburl.com/~wbailey/shots_growth_metrics/

Robert Cathcart (5/16/2014 09:13:35 PDT):

shared: 10342688_842268515068_298021855_n.jpg

Robert Cathcart (5/16/2014 09:15:05 PDT):
>Or-

Robert Cathcart (5/16/2014 09:15:15 PDT):

shared: 10374370_842268784528_386080562_n.jpg

Thomas Alison (5/16/2014 09:23:17 PDT):

shared: sticker.png

[redacted] (5/16/2014 09:31:52 PDT):

shared: sticker.png

Robert Cathcart (5/16/2014 11:20:00 PDT):
>Adam scheduled a 4h offsite debrief for Tue!

Robert Cathcart (5/16/2014 11:20:05 PDT):
>Can we all make fun of him?

Robert Cathcart (5/16/2014 11:20:18 PDT):

shared: sticker.png

Adam Mosseri (5/16/2014 11:24:50 PDT):
>I was punking Will, don't worry.

Robert Cathcart (5/16/2014 11:30:51 PDT):

shared: sticker.png

[redacted] (5/16/2014 11:36:21 PDT):
>I made fun of you silently in my head when I saw that.

Adam Mosseri (5/17/2014 14:08:30 PDT):
>Just a heads up I've been starting to flesh out an agenda for Monday - https://quip.com/IESAAA4NsNm. Will and I are on point to complete this over the weekend but if any of the rest of you have some time to go over it, provide feedback or edits, etc. it would be much appreciated.

Adam Mosseri (5/18/2014 15:38:42 PDT):
>Anybody going to head to the hotel from the office tomorrow?

[redacted] (5/18/2014 19:52:52 PDT):
>I won't be unfortunately (the hotel is 2 blocks from my apartment so I'll be walking :P).

Thomas Alison (5/18/2014 20:15:24 PDT):
>me neither. i'm taking a car service over because i'm going to head to the airport right after our offsite to fly to the london office.

Thomas Alison (5/18/2014 20:15:59 PDT):
>i can have the guy swing by and pick you on my way if you want though. the office is not too far from my house.

Adam Mosseri (5/18/2014 20:53:44 PDT):
>Only if it's easy. How about dinner at the end of the day?

[redacted] (5/18/2014 20:55:19 PDT):
>I need to be out by 7pm (need to get to portola valley by 7:30) but would be down for dinner from 6-7.

Adam Mosseri (5/18/2014 20:55:39 PDT):
>I think Chris has something too come to think of it.

Thomas Alison (5/18/2014 20:55:44 PDT):
>I'm headed to the airport at 5:15 so I won't be able to join.

Adam Mosseri (5/18/2014 20:56:02 PDT):
>Alright, another time maybe then.

Thomas Alison (5/18/2014 20:56:13 PDT):

shared: sticker.png

Adam Mosseri (5/27/2014 07:08:41 PDT):
>Everybody cool with the Shiplove award going to privacy for the new default friends setting?

Thomas Alison (5/27/2014 07:58:09 PDT):
>That's a good one.

[redacted] (5/27/2014 08:16:33 PDT):

shared: sticker.png

Robert Cathcart (5/27/2014 08:33:13 PDT):

shared: sticker.png

[redacted] (5/27/2014 08:54:17 PDT):
>(y)

Adam Mosseri (5/27/2014 09:18:25 PDT):
>Who has the most context / can write up a paragraph?

Robert Cathcart (5/27/2014 09:21:33 PDT):
>KX or I can do it - when do you need it by?

Robert Cathcart (5/27/2014 12:02:39 PDT):
>Do any of you have topics/ideas for things we should review with Mark this week?

Robert Cathcart (5/27/2014 13:56:33 PDT):
>We only have a couple of reviews today, so I'm going to cancel the weekly debrief unless anyone objects =)

Adam Mosseri (5/27/2014 13:56:46 PDT):
>(y)

[redacted] (5/27/2014 13:57:11 PDT):
>(y)

Adam Mosseri (5/28/2014 08:56:56 PDT):
>Will, can you do that ship love write up today sometime?

Robert Cathcart (5/28/2014 08:58:27 PDT):
>Yeah, will do

Robert Cathcart (5/28/2014 09:01:10 PDT):
>Any call for topics for reviews?

Robert Cathcart (5/28/2014 09:01:14 PDT):
>call->ideas?

Robert Cathcart (5/28/2014 21:01:54 PDT):
>[redacted] got Rumble to test showing actor names in the UFI on m_touch

Robert Cathcart (5/28/2014 21:02:28 PDT):
>+15% likes, likely positive on time spent as well

Adam Mosseri (5/28/2014 21:04:04 PDT):
>I thought we were testing that as part of the UFI work.

Robert Cathcart (5/28/2014 21:04:51 PDT):
>Yeah, I asked him about that

Robert Cathcart (5/28/2014 21:05:35 PDT):
>Sounds like he ran it to resistance that it was part of the larger UFI work, and he thought that work was taking too long, and he got frustrated and went to Rumble

Adam Mosseri (5/28/2014 21:08:52 PDT):
>Doesn't make sense.

Adam Mosseri (5/28/2014 21:10:28 PDT):
>We are literally testing versions that shoe social context right now on mtouch as a way to get signal on the UFI work.

Adam Mosseri (5/28/2014 21:10:43 PDT):
>*show

Adam Mosseri (5/28/2014 21:11:49 PDT):
>I'll look into it.

Robert Cathcart (5/28/2014 21:12:35 PDT):
>I think [redacted] felt like he made that happen

Robert Cathcart (5/28/2014 21:12:51 PDT):
>But regardless, broader point is that these numbers are *insane*

Robert Cathcart (5/28/2014 21:14:04 PDT):
>And, if true, they suggest that we may be way under optimized on Feed design details in a way I would have totally not expected

Thomas Alison (5/28/2014 21:20:47 PDT):
>That's pretty sweet if it holds. I'll ping Rumble and see what's up.

Robert Cathcart (5/28/2014 21:21:07 PDT):
>Yeah, [redacted] appropriately cautious about it

Robert Cathcart (5/28/2014 21:21:16 PDT):
>And wants to test on more people, etc

Robert Cathcart (5/28/2014 21:21:26 PDT):

>But it's pretty exciting nonetheless

Thomas Alison (5/28/2014 21:21:54 PDT):

shared: sticker.png

Adam Mosseri (5/29/2014 15:33:16 PDT):
>Monster.com - "When I Grow Up": http://youtu.be/myG8hq1Mk00

Robert Cathcart (5/29/2014 15:33:58 PDT):
>yeah, that's actually where I got it from

Robert Cathcart (5/29/2014 15:34:02 PDT):
>you caught me

Adam Mosseri (5/29/2014 15:34:16 PDT):
>Pretty amazing.

Robert Cathcart (5/29/2014 15:34:26 PDT):
>yeah it's awesome

Adam Mosseri (5/29/2014 15:37:30 PDT):

Adam Mosseri (5/30/2014 19:33:35 PDT):
>Dinner the week after next?

Robert Cathcart (5/30/2014 19:33:41 PDT):

shared: sticker.png

[redacted] (5/30/2014 19:34:56 PDT):

shared: sticker.png

Adam Mosseri (5/30/2014 19:35:32 PDT):
>Will, KX's thumb is bigger than yours.

[redacted] (5/30/2014 19:36:33 PDT):
>Paper ftw

Adam Mosseri (5/30/2014 19:51:24 PDT):
>[redacted], Tom?

Thomas Alison (5/30/2014 19:52:01 PDT):
>Yeah, I'm in.

[redacted] (5/30/2014 21:39:19 PDT):

shared: sticker.png

Thomas Alison (5/30/2014 21:46:18 PDT):
>Whoa. Breaking out the extra large thumb.

[redacted] (5/30/2014 21:48:56 PDT):

shared: sticker.png

Robert Cathcart (5/30/2014 21:50:38 PDT):

shared: sticker.png

Adam Mosseri (5/31/2014 11:37:16 PDT):
>Where the fuck are all these thumbs coming from?

Thomas Alison (5/31/2014 11:47:16 PDT):

shared: sticker.png

Adam Mosseri (5/31/2014 11:47:44 PDT):
>I want [redacted] megathumb.

Robert Cathcart (5/31/2014 11:47:45 PDT):

shared: sticker.png

Adam Mosseri (6/06/2014 09:40:24 PDT):
>Any thoughts on the structured sharing team being in PPT?

Thomas Alison (6/06/2014 09:42:46 PDT):
>What is structured sharing? Is that the minutae extensions or the 3rd party sharing?

Adam Mosseri (6/06/2014 09:42:57 PDT):
>Mostly the former.

Robert Cathcart (6/06/2014 10:29:39 PDT):
>It's a potential (and likely) source of tension with the composer team as they start to work on inventing a new lighter-weight form of sharing.
>
>The most imminent conflict is that we are excited about 'away messages'* which the minutiae team is excited about but for potentially different reasons. We pushed the team to come up with a slightly more concrete proposal for what we want to build so we can sit down with the minutiae team and figure out if we can both be excited about and either pick one team to build it or divide up the work.
>
>If that doesn't work it'll frame up the conversation we'll need to have on how to resolve the overlap.
>
>*Letting people set what is really a status message a la AIM or Old Facebook.

[redacted] (6/06/2014 10:36:41 PDT):
>Yeah, +1 what Will said. I think solving the "help people share what they're thinking/feeling/doing right now" problem is one that the Sharing team should drive. Away/status is one of the more promising solutions in this space and could have some overlap with Minutiae, so I would have concerns about that team being in PPT if it makes it harder for us (as a company) to execute on this space. The next step that Will proposed sounds right to me.

[redacted] (6/06/2014 10:44:21 PDT):
>I feel much more strongly that minutaie should be in sharing versus PPT. PPT's goals are to capture structured content/metadata, and sharing's goals are to increase sharing. The growth of minutaie thus far has been much more in the 'feeling' category than in any of the structured data categories (watching/reading) and it seems much more high potential as a form of increased sharing than of structured data collection.

Adam Mosseri (6/06/2014 10:51:29 PDT):
>Seems like they overlap pretty heavily.

Adam Mosseri (6/06/2014 10:51:43 PDT):
>Aryeh seems good.

Robert Cathcart (6/06/2014 10:57:59 PDT):
>Yeah, he does. Regardless of how optimistic or pessimistic you are that we'll be able to get the teams excited to work on the problem the same way, it seems like the right next step is to frame up the proposed product we want to build and discuss it with them.

Robert Cathcart (6/10/2014 16:23:21 PDT):
>Shirley pulled together the DAP charts from v1 launches of a bunch of different apps - pretty interesting:
https://www.facebook.com/photo.php?fbid=10101115313339923&set=gm.684833691565249&type=1&theater

Robert Cathcart (6/19/2014 11:06:55 PDT):
>Hey- where in the eng headcount zoho do we track privacy and composer/sharing?

[redacted] (6/19/2014 11:40:44 PDT):
>That is in the sharing bucket of 36

[redacted] (6/19/2014 11:40:49 PDT):
>Privacy is 8

[redacted] (6/19/2014 11:41:18 PDT):
>Rest is composer and new sharing

[redacted] (6/19/2014 11:41:25 PDT):
>I might have a few of the numbers off

[redacted] (6/19/2014 11:43:07 PDT):
>Er...they are gone now. I think someone might have inadvertently deleted them in the re-sort/re-formatting.

[redacted] (6/19/2014 11:43:29 PDT):
>This is the backup doc for my half
https://docs.fb.com/sheet/ropen.do?rid=osbge43683f4823534389af9d2f5062162a95
shared: http://www.facebook.com/10101490593615241

[redacted] (6/19/2014 11:44:09 PDT):
>"Sharing" is 36 by EOY. We have ~8 for Privacy and ~16 for Composer right now, so ~12 left for growth (bulk of the growth in LON).

[redacted] (6/19/2014 11:45:17 PDT):
>I re-added those in just now.

[redacted] (6/19/2014 11:45:27 PDT):
>About to head to airport, back online much later tonight.

Adam Mosseri (6/20/2014 07:24:31 PDT):
>We really should make a go / no-go decision on [redacted] and [redacted] on rich comments today so we can effectively communicate it out to the people effected.
>
>[redacted] are we forcing this with [redacted] to a degree that makes you question if we should do it? Will, does [redacted] have the bandwidth and do we think he'll do sell?
>
>Assuming that we want to do this the plan is to communicate it as flesh out a design and a prototype in London with [redacted] crew (Tom, is that okay). We should give [redacted] [redacted] and [redacted] a heads up and then post in CoreX leads.

Robert Cathcart (6/20/2014 07:49:07 PDT):
>Posted thoughts on the thread- I think I missed a conversation you guys had so I'm a little disconnected from the latest thinking, but my TL;DR is that if we want to do this in London I'd have [redacted] do it with [redacted] (not least because I don't think there's a London alternative). And definitely agree that we should make a final call either way and ship it.

[redacted] (6/20/2014 09:21:34 PDT):
>I'm comfortable with [redacted] doing it and think he'll do a good job. Yes, it's not the project he's the wildest about, but he really needs to ship something impactful given the past six months so I don't really want to over-pivot on maximizing his happiness right now. I also think the framing of 'in your free time you can work on prototyping some ideas with [redacted] provided you deliver on rich commenting makes this better for him.

[redacted] (6/20/2014 09:22:21 PDT):
>I think having [redacted] and [redacted] do it together to get to a prototype or v1 is good. But we should have them work with the team here to define the feature set closely.

[redacted] (6/20/2014 09:41:52 PDT):
>Adam, are you still around? Will/Tom--who should talk with Chuanxin about this latest development with [redacted] Would be great to get them all in a room to discuss today.

Thomas Alison (6/20/2014 10:32:02 PDT):
>I can talk to her. I'd also like to give a heads-up to [redacted] and [redacted] before. Would Monday morning work for a meeting or do you think we need to get this done today?

[redacted] (6/20/2014 10:35:08 PDT):
>Today ideally, because [redacted] and [redacted] leave for London this Sunday and having one face-to-face before then while everyone's here seems best.

Thomas Alison (6/20/2014 10:35:39 PDT):
>Oh wow. Ok.

Adam Mosseri (6/20/2014 11:11:16 PDT):
>Wait, we're framing this as something for [redacted] to do in his free your?

Adam Mosseri (6/20/2014 11:11:33 PDT):
>×free time?

[redacted] (6/20/2014 11:12:54 PDT):
>No, no, commenting is his primary project and 100% of my expectatations for him in terms of what he'll deliver in London. In his free time, if he wants to hack on a side project with [redacted] that's cool.

Adam Mosseri (6/20/2014 11:13:49 PDT):
>Ah, got it.

Adam Mosseri (6/20/2014 11:14:36 PDT):
>Alright, I'm going to give Chuanxin a heads up.

Robert Cathcart (6/20/2014 11:15:03 PDT):

shared: sticker.png

Adam Mosseri (6/20/2014 11:17:42 PDT):
>Will look into how we've been staffing stickers in Comments and see if it makes sense to keep that separate or consolidate. On

Thomas Alison (6/20/2014 11:35:07 PDT):
>[redacted] McDonald is good with this plan. So is [redacted]

Robert Cathcart (6/20/2014 11:35:13 PDT):

shared: sticker.png

Adam Mosseri (6/20/2014 11:35:25 PDT):
>Chuanxin is good too.

Adam Mosseri (6/20/2014 11:35:48 PDT):
>One question is about when to bring the work to Android which will inevitably be staffed out of MPK.

Adam Mosseri (6/20/2014 11:36:15 PDT):
>I suggest we make it good on iOS first.

Thomas Alison (6/20/2014 11:36:26 PDT):
>Agree.

[redacted] (6/20/2014 11:42:54 PDT):
>(y)

[redacted] (6/20/2014 11:43:08 PDT):
>Okay, getting the crew together later this afternoon to chat in person.

Adam Mosseri (6/20/2014 11:50:01 PDT):
>Great, thanks guys.

Adam Mosseri (6/21/2014 17:07:23 PDT):
>Hey guys, Path launched a messaging app with a take on state that is pretty interesting.

[redacted] (6/21/2014 17:15:32 PDT):
>http://mobile.theverge.com/2014/6/20/5827666/snapchat-stories-bigger-than-snaps-electric-daisy-carnival

[redacted] (6/21/2014 17:16:09 PDT):
>(I view stories as a take on sharing state/what you are doing now too)

[redacted] (6/21/2014 17:16:16 PDT):
>will have to check out path

[redacted] (6/21/2014 17:21:13 PDT):
>https://itunes.apple.com/us/app/path-talk-the-new-messenger/id867760913?mt=8

[redacted] (6/23/2014 07:11:09 PDT):
>Did you see Zuck's note about ephemeral sharing/Snapchat stories?

[redacted] (6/23/2014 07:11:41 PDT):
>I'm trying to process how to respond to that and his direction to not do anything related to Status.

[redacted] (6/23/2014 07:13:55 PDT):
>(I agree with him on all of his points, it's just that the best ideas I have all are somewhat related to the Status space and he's told us to not work on that, so right now in our "Sharing" group we have no work on lightweight/ephemeral or semi-ephemeral stuff as a result).

[redacted] (6/23/2014 07:14:24 PDT):
>Anyway, I'll send an email to this group + Cox. Probably a good topic for leads (unfortunately I'm in NYC).

Adam Mosseri (6/23/2014 07:24:10 PDT):
>For what it's worth I think exploding stories could be cool and are probably different than state.

Adam Mosseri (6/23/2014 07:24:48 PDT):
>If it were me I'd take a look at the composer and probably the privacy settings and see if we could incorporate a time limit.

Adam Mosseri (6/23/2014 07:25:27 PDT):
>I'd probably start on mobile as we're probably looking to caption raw authentic happenings in the moment.

Adam Mosseri (6/23/2014 07:25:56 PDT):
>To start the Feed integration might just be an indication that it's going to blow up.

Adam Mosseri (6/23/2014 07:26:07 PDT):
>Think James Bond, this message will self destruct in 12 seconds;

[redacted] (6/23/2014 07:26:30 PDT):
>My intuition is that the time limit will be too friction-ful but it's definitely worth a try (like, I'd want to experiment with an extreme where all posts expire by default and you can choose to make permanent--that seems to reflect the use case better, since you'd be doing this in the moment and need to minimize friction).

Adam Mosseri (6/23/2014 07:27:09 PDT):
>Yeah, the friction point is a good one.

[redacted] (6/23/2014 07:27:16 PDT):
>Agree on starting with mobile.

Adam Mosseri (6/23/2014 07:27:20 PDT):
>Maybe it's somethign we NUX and the setting is sticky.

Adam Mosseri (6/23/2014 07:27:43 PDT):
>As in, you can now post things that disappear after a day, would you like to switch your setting?

[redacted] (6/23/2014 07:28:08 PDT):
>The nice thing about the default-to-ephemeral is that it matches use cases better (like, if I'm sharing wedding photos, I'm okay taking the extra 2-3 seconds to flip a switch, whereas if I'm trying to share something in moment, I'm not)

Adam Mosseri (6/23/2014 07:28:17 PDT):
>Conflating it with privacy might be really bad, but surfacing both audience and expiration sounds insane.

[redacted] (6/23/2014 07:29:02 PDT):
>I would also consider doing a twist on ephemeral where you (as poster) have access to stuff permanently, but feed distribution gets killed after some amount of time.

Adam Mosseri (6/23/2014 07:29:04 PDT):
>Maybe ephemeral is just another privacy setting thought. As in Everyone, Friends, Friends for 24 hours, Only Me.

Adam Mosseri (6/23/2014 07:29:22 PDT):
>I see why that might be interesting but it's got to be simple.

[redacted] (6/23/2014 07:29:24 PDT):
>It just adds so much complexity to have another toggle.

Adam Mosseri (6/23/2014 07:29:32 PDT):
>Yeah, I'm trying to avoid another toggle.

[redacted] (6/23/2014 07:36:59 PDT):
>I agree the implementation may diverge a bit from Status, but it feels like the specific problem we are trying to solve (the thesis) is the same--namely, help people share what they are doing/thinking/feeling in the moment in a broadcast way, with low friction to post and ephemerality as key levers.

[redacted] (6/23/2014 07:38:13 PDT):
>I would love to give that thesis to the Sharing team and have them riff on it/try a bunch of different things (but all tied together by this thesis).

[redacted] (6/23/2014 08:20:40 PDT):
>The team is still experimenting with lightweight sharing ideas (not exactly away messages but in the same vein--like ephemeral photos that live for a day, so mark's feedback is pretty on target to what they're already doing.) I think our lever is feed since utility team won't really touch that.

[redacted] (6/23/2014 08:21:37 PDT):
>Where are we staffing that?

[redacted] (6/23/2014 08:22:04 PDT):
>And with whom?

[redacted] (6/23/2014 08:24:46 PDT):
>I thought we were organizing the team around theses, and the ones in MPK we are currently doing are Core Composer/Reliability and Collaborative Sharing/Icebreakers, with LON doing 3rd Party Sharing.

[redacted] (6/23/2014 08:24:56 PDT):
>MPK team. Still in design/exploratory phase. I think the default-to-ephemeral status is pretty interesting, worth trying something simple and testing with. 1 like the switch-to-default idea, although it doesn't seem great to conflate it with privacy in the same menu (I should be able to do ephemeral to public if I want).

[redacted] (6/23/2014 08:25:03 PDT):
>(None of which cover this specific thesis).

[redacted] (6/23/2014 08:25:26 PDT):
>This specific thesis I would frame as: " "helping people share what they are doing/thinking/feeling in the moment in a broadcast way, with low friction to post and ephemerality as key levers."

[redacted] (6/23/2014 08:26:28 PDT):
>I'd be stoked to have this be a primary thing the MPK team does, but it trades off against Icebreakers on the staffing side (like, I'd worry about giving them this + icebreakers as it would stretch us too thinly).

[redacted] (6/23/2014 08:26:58 PDT):
>And I was under the impression that we'd decided *not* to staff this thesis based on the feedback from Zuck about having Sam drive.

[redacted] (6/23/2014 08:27:35 PDT):
>Icebreakers is still being built in parallel. It'll be ready for internal testing this week on desktop. Based on our thoughts on that, we can figure out the right next steps.

[redacted] (6/23/2014 08:27:44 PDT):
>(Like I think that this thesis is more promising/important than icebreakers or 3rd party sharing)

[redacted] (6/23/2014 08:28:27 PDT):
>The team just wasn't quite ready to give up on the lightweight sharing thesis so there are still some ideas being generated on how to do it without conflicting with utility.

[redacted] (6/23/2014 08:28:54 PDT):
>But there isn't a solid, crisp idea in place just yet.

[redacted] (6/23/2014 08:29:10 PDT):
>What I'm saying is that given staffing constraints, it is highly unlikely we'll be able to succeed at executing on both icebreakers and on lightweight sharing with the same MPK team. Lightweight sharing is clearly the more leveraged one to apply a team to.

[redacted] (6/23/2014 08:30:35 PDT):
>I'm also not sure if "lightweight sharing, but don't overlap with Utility" is a recipe for success for the MPK team, since ultimately we just need to build the right product for the use case, regardless of what product group(s) it overlaps with.

Robert Cathcart (6/23/2014 08:30:39 PDT):
>I think having them take a few passes at implementations of this thesis (ephemerality) that are different than away messages would be interesting and then we can look at the idea and decide what to do with it / Icebreakers. Definitely agree it would be interesting to do this with away messages and agree that it would be taxing to build two of these, but should be worth a few days of exploration

[redacted] (6/23/2014 08:32:44 PDT):
>Yes, I agree with the priority, but I just don't think they don't conflict at this moment in time for the team right now, hence I'm not seeing it as a problem. (One is in exploration/design phase, and one is being prototyped by engineering for an internal test which can only give us more information.)

Thomas Alison (6/27/2014 14:10:22 PDT):
>Hey guys - I'm going to miss debrief today. My wife is out if town and I need to pick up my daughter from camp now. Ping me on messenger if you need anything.

Robert Cathcart (6/27/2014 14:16:14 PDT):
>Sure thing- and have a good weekend!

Robert Cathcart (6/27/2014 14:16:33 PDT):
>You'll mostly just miss us making fun of KX for threatening to resign.

Thomas Alison (6/27/2014 14:20:04 PDT):
>I'm sad I'm going to miss that.

[redacted] (6/27/2014 15:10:39 PDT):
>I'm also missing :/ I have to leave early today. See you guys in two weeks!

Robert Cathcart (6/30/2014 08:57:41 PDT):
>Any of you plugged into what we are doing about the News Feed research blowup?

[redacted] (6/30/2014 08:58:00 PDT):
>I am not. We should discuss in leads.

Adam Mosseri (7/01/2014 07:40:51 PDT):
>What's the News Feed research blow up?

Thomas Alison (7/01/2014 07:44:18 PDT):
>http://www.forbes.com/sites/gregorymcneal/2014/06/30/controversy-over-facebook-emotional-manipulation-study-grows-as-timeline-becomes-more-clear/

Adam Mosseri (7/01/2014 07:47:57 PDT):
>Ah, I thought you mean we were splitting up the research team. I know about this press cycle.

Robert Cathcart (7/09/2014 09:25:35 PDT):

shared: 10416775_857706127968_819596495_n.jpg

Robert Cathcart (7/09/2014 09:25:44 PDT):
>Thanks for coming in to work today!

Adam Mosseri (7/09/2014 09:32:07 PDT):
>En route.

Adam Mosseri (7/09/2014 09:32:26 PDT):

shared: 10543808_10103042197583459_77007494_n.jpg

[redacted] (7/09/2014 09:32:37 PDT):

shared: sticker.png

Robert Cathcart (7/11/2014 14:33:08 PDT):
>KX and I were just talking about this: should we redo seating?
>Motivations:
>1/ We could update seating for the org changes: get the Feed team closer together, get Paper over to the Public Content
>2/ Our current seating puts a bunch of empty desks + teams that tend to be in the office less really close to us, which contributes to the feeling like the office is empty everyday. This drives Chris bonkers in case you haven't noticed =)

Adam Mosseri (7/13/2014 09:36:38 PDT):
>Thanks for the Scotch guys, much appreciated.

Robert Cathcart (7/13/2014 09:50:37 PDT):

shared: sticker.png

Robert Cathcart (7/13/2014 09:50:57 PDT):
>Also, it was Chris's idea so he should get the credit :)

Thomas Alison (7/21/2014 11:45:18 PDT):
[redacted] and I are talking about some desk moves to bring his team closer to the Web CoreX folks. Will - you asked earlier if we should reconsider seating. I think we should take the opportunity to look at what we can do in the short-term and longer-term. I was going to ask [redacted] to start looking at what is even in the realm of possibility w/r/t bringing Paper closer to public content and ranking closer to experience.
>
>Do you guys have opinions on any other adjacencies we should look at?

Robert Cathcart (7/21/2014 11:45:40 PDT):
>Yay!

Robert Cathcart (7/21/2014 11:46:10 PDT):
>Yeah, I think we should move some teams that show up to work more often into our area. Sounds a little silly but I actually think it'll change the vibe of the office

Thomas Alison (7/21/2014 11:46:58 PDT):
>That will probably involve moving the design team :)

Thomas Alison (7/21/2014 11:47:20 PDT):
>And seeing if we can take over this internet.org seating. I'll ask [redacted] if she and [redacted] can look at options.

Robert Cathcart (7/21/2014 11:47:42 PDT):
>Cool

Robert Cathcart (7/21/2014 11:47:50 PDT):
>Yeah, I think we should move the design team

Adam Mosseri (7/24/2014 09:53:13 PDT):
>You guys want to drink or eat together sometime?

Thomas Alison (7/24/2014 09:55:24 PDT):
>For sure. I probably won't be able to until the week after next though (taking some PTO next week).

Adam Mosseri (7/24/2014 17:14:15 PDT):
>Who's driving seating?

Thomas Alison (7/24/2014 17:58:02 PDT):
>I'm getting options from [redacted] and I drew up a rough plan yesterday.

Thomas Alison (7/24/2014 18:05:34 PDT):
>The current configuration we've asked [redacted] and [redacted] to look is basically to take the space shared by Ranking/Design/Paper/iOS CoreX and consolidate [redacted] world there (which now includes [redacted] Web Core Experience team).
>
>This entails:
>1/ Move Ji's team next to Ranking

>2/ Move [redacted] design team into the space where Slingshot use to sit (behind the other designers). Space-permitting. If not, we'll carve out space for them.
>3/ Move iOS Core Experience back into the Android Core Experience area
>4/ Move Paper next to Public Content
>5/ Pull [redacted] backend and production engineering teams into the space where Paper/iOS Core experience used to sit.
>
>It's easier to see on a map, but we're not even sure if it's going to work yet so I'll follow up after we see the options.

[redacted] (8/04/2014 17:21:23 PDT):
>How about next Tuesday for dinner?

[redacted] (8/04/2014 17:45:18 PDT):
>Works for me!

Thomas Alison (8/04/2014 20:43:07 PDT):
>Something to keep an eye on. It looks like the video improvements made in June almost doubled p75 data usage: https://www.facebook.com/groups/447068888675065/permalink/711058078942810/
>
>Infra is working on giving teams more tooling around this now, but the rate at which p75 mobile data usage went up was pretty surprising and puts the p75 user in the 300MB/month territory for FB data alone.

Thomas Alison (8/04/2014 20:44:40 PDT):
>This is all cellular data, does not count wifi.

[redacted] (8/04/2014 21:16:04 PDT):
>Thanks for flagging. I'll pass along to Paul/Doug/Fidji. One thing that is unclear is if this growth was in generally data unconstrained cohorts or in data constrained ones (if it's the latter that is obviously much more concerning).

Thomas Alison (8/04/2014 21:17:36 PDT):
>Agree, that's why we need to deliver on better targeting. But just wanted to flag the magnitude of the change so we can keep an eye on it while we get better at this.

[redacted] (8/04/2014 21:17:39 PDT):
>The pXX numbers are for our entire userbase right?

Thomas Alison (8/04/2014 21:17:47 PDT):
>yup

[redacted] (8/04/2014 21:17:54 PDT):
>Yeah I'll definitely send to Videos folks so they keep eye on it.

Thomas Alison (8/04/2014 21:18:49 PDT):
>p25 is stable, and so this is ideally only affecting our "unconstrained data" cohort (to whatever degree we can be accurate about that now).

[redacted] (8/25/2014 15:38:51 PDT):
>I track Engagement Design headcount planning in this numbers doc. I have a column for a first pass at design head count growth for 2015, split up by function (targeting 60% overall which is pretty aggressive) https://www.dropbox.com/sh/htun70ycourx1lo/AAAdAkPpVdYnyJu5b2PMsHmda?dl=0
shared: http://www.facebook.com/10101243157095013

Robert Cathcart (9/02/2014 16:28:31 PDT):
>Anyone have potential Mark reviews for this week?

Adam Mosseri (9/02/2014 16:32:45 PDT):
>Might have one for navigation

Robert Cathcart (9/02/2014 16:34:52 PDT):
>cool

Robert Cathcart (9/02/2014 16:35:20 PDT):
>[redacted] said Thu is too soon for Groups UEX data so we'll aim for early next week if possible for groups

Robert Cathcart (9/03/2014 14:41:04 PDT):
>We're converging on Navigation and Privacy (proposal to add a default privacy). Any others before we bail on the last 30m?

Adam Mosseri (9/03/2014 15:36:18 PDT):

shared: sticker.png

Adam Mosseri (9/03/2014 15:36:23 PDT):
>Mistake

Thomas Alison (9/03/2014 15:59:39 PDT):

>haha

Robert Cathcart (9/03/2014 16:30:17 PDT):
>last call

Thomas Alison (9/28/2014 09:54:25 PDT):
>The Secret folks are testing out the notifier concept: http://thenextweb.com/apps/2014/09/27/hands-ping-mysterious-new-app-people-behind-secret/

Adam Mosseri (11/18/2014 07:51:00 PST):
>Let's [redacted]

Robert Cathcart (11/18/2014 07:51:14 PST):

shared: sticker.png

Adam Mosseri (11/18/2014 11:43:15 PST):
>I meant to say 'Welcome [redacted]

Adam Mosseri (11/18/2014 11:51:36 PST):
>What do you guys think about the idea of paying people to produce public content for Slingshot? The people they' ve been talking to about featuring are all Vine and Snapchat public content producers and they say the precedent is some form of monetary compensation.

Thomas Alison (11/18/2014 11:54:45 PST):
>How are these deals structured? Just wondering if we're going to pursue a strategy like this if it's better to concentrate energy on having these folks share more in the main app.

Adam Mosseri (11/18/2014 11:55:45 PST):
>I think the main app is pursuing a different strategy, which is monetizing their spaces and doesn't work for Slingshot.

Robert Cathcart (11/18/2014 11:59:20 PST):
>We looked at something like this for the main app a while ago, and concluded that offering to pay people directly opened up a can of worms (all the celebs talk to each other, then they all want us to pay them, etc etc). But I'm not sure if the dynamics are different for new apps that are starting out. [redacted] has a ton of context on the industry and how this would play out.

Adam Mosseri (11/18/2014 12:00:36 PST):
>Yeah, to be clear I don't think this makes sense for the main app.

Adam Mosseri (11/18/2014 12:01:12 PST):
>But I think it is the sort of hack and try it kind of thing that FCL apps should consider doing (maybe not this specifically). I'll definitely reach out to [redacted]

Robert Cathcart (11/18/2014 12:01:37 PST):
>Yeah, I think the question would be whether this bleeds over into how partners view their relationship with FB overall. If not, seems worth trying. If so, may not be worth it.

Adam Mosseri (11/19/2014 09:32:32 PST):
>Guys, I checked with the design managers and I' m confident in the 63 number.

Adam Mosseri (11/19/2014 09:32:50 PST):
>Will and I will double check the PM number this morning.

[redacted] (11/19/2014 12:43:54 PST):
>Yes to 63! (excluding k12 education)

Adam Mosseri (11/19/2014 12:52:19 PST):
>Will and I also confirmed the 58 number for PM.

Adam Mosseri (11/19/2014 12:52:42 PST):
>Tom and KX, do you guys have the finals on Groups and the other requests?

Thomas Alison (11/19/2014 12:58:20 PST):
>I think KX has groups sorted out now.

Adam Mosseri (11/19/2014 12:59:04 PST):
>(y)

Thomas Alison (11/19/2014 12:59:43 PST):
>The main things that gave me pause on the design staffing were 2 on Rooms (their headcount is only 5 eng), and 2 on Design Standards (just because I don't know what that is).

Adam Mosseri (11/19/2014 13:00:03 PST):
>That's FIG, we moved that into Interfaces.

Adam Mosseri (11/19/2014 13:00:10 PST):
>2 on rooms is weird.

Adam Mosseri (11/19/2014 13:00:39 PST):
>Will, any ideas?

Thomas Alison (11/19/2014 13:00:42 PST):
>News also had a somewhat high Design:Eng ratio, but I think there's a bunch there.

Robert Cathcart (11/19/2014 13:20:46 PST):
>I don't have context on Rooms, but my gut reaction is the same as Tom's - why not just have that be 1?

Adam Mosseri (11/19/2014 14:21:34 PST):
>Seems weird, asking [redacted] [redacted] mind asking [redacted]

Robert Cathcart (11/19/2014 14:29:18 PST):
>Yeah, will do (subject to time zone lag) :)

Adam Mosseri (11/19/2014 14:32:24 PST):
>Thanks.

[redacted] (11/19/2014 15:40:20 PST):
>Rooms has always had two designers and I don't think they would have gotten by with just one. In general I want to push for at least 2 designers (one more senior, one junior) per project because it's pretty challenging to own an entire fcl app by yourself (there's a lot of pressure and risk of burnout--which Laura is currently feeling on moments--no one to bounce ideas off of and balance skillsets, no way to get better as a designer), unless that one designer is super senior (like [redacted]

Adam Mosseri (12/12/2014 11:31:16 PST):
>Ideas for he Shiplove bear for the all hands next week?

Adam Mosseri (12/12/2014 11:31:38 PST):
>[redacted] for new mtouch nav?

Thomas Alison (12/12/2014 11:32:05 PST):
>That's a good one. The videos egress stuff has been great too. Not sure if there's a particular engineer behind that.

Thomas Alison (12/12/2014 11:32:16 PST):
>Maybe ask [redacted].

Adam Mosseri (1/05/2015 11:39:08 PST):
>Do you guys want to keep Engagement Leads today or skip?

Robert Cathcart (1/05/2015 11:41:38 PST):
>Anything exciting happen in the last few weeks or happening in the next few? =)

[redacted] (1/05/2015 11:45:29 PST):
>Two things on the hiring front - [redacted] (who is really awesome) has joined the news team (he was working on in store) ; [redacted] (not confirmed ) will likely join sharing to eventually lead the sharing team. These are two very strong additions to the team.

[redacted] (1/05/2015 13:39:16 PST):
>Let's keep Engagement Leads. Have some people updates + want to talk through how we want to do DE this year.

Robert Cathcart (1/05/2015 15:04:53 PST):
>[redacted] we are starting :)

[redacted] (1/05/2015 15:05:46 PST):
>Ok. I am pretty jet lagged. Will not join today.

Adam Mosseri (1/05/2015 15:06:00 PST):
>No worries, get some rest.

Robert Cathcart (1/07/2015 13:18:45 PST):
>https://medium.com/backchannel/a-teenagers-view-on-social-media-1df945c09ac6
shared: http://www.facebook.com/920405253418

[redacted] (1/07/2015 14:29:01 PST):
>Good read!

[redacted] (1/07/2015 19:12:05 PST):
>Very interesting. I have two Nephews who are late teens going to Yale and UCLA and both of them were consistent in saying that a, snapchat is totally taking over and they dont post on FB anymore and their friends do less too b, groupme is becoming a big deal. The reasons were exactly what was in the article.

Adam Mosseri (1/09/2015 17:28:30 PST):

>[redacted] on India time, what's your excuse Will?

Adam Mosseri (1/09/2015 17:28:34 PST):

shared: 10917601_10103566048951119_1484636180_n.jpg

Robert Cathcart (1/09/2015 17:42:27 PST):
>Hahahaha

Robert Cathcart (1/09/2015 17:42:55 PST):

shared: sticker.png

Adam Mosseri (1/12/2015 08:50:16 PST):
>Middle management dinner this January?

Robert Cathcart (1/12/2015 08:50:32 PST):
>Yes please!

Thomas Alison (1/12/2015 08:50:33 PST):

shared: sticker.png

[redacted] (1/12/2015 08:52:12 PST):
>Yay!!!

[redacted] (1/12/2015 08:52:53 PST):

shared: sticker.png

Adam Mosseri (1/12/2015 08:57:26 PST):
>Tomorrow, next Tuesday?

[redacted] (1/12/2015 08:59:52 PST):
>Tomorrow - I already have a dinner with the my Integrity team. Next Tuesday works - though we have the engagement anaytics calibration until 6 PM that may run a little over.

Robert Cathcart (1/12/2015 09:22:56 PST):
>next Tue works for me

Robert Cathcart (1/12/2015 09:23:11 PST):
>this is worth reading if you haven't seen it already: https://www.facebook.com/notes/775818149179538/

[redacted] (1/12/2015 09:27:05 PST):
>Might have a recruiting dinner 1/20 evening, but if not I'm there.

Adam Mosseri (1/12/2015 09:30:17 PST):
>How about next Monday/

Adam Mosseri (1/12/2015 09:30:18 PST):
>?

Robert Cathcart (1/12/2015 09:34:27 PST):
>monday the holiday, or one week after that (1/26)

Robert Cathcart (1/12/2015 09:34:42 PST):
>Also- PPT is turning afterparty off for reshares, which it was tanking:

Robert Cathcart (1/12/2015 09:35:00 PST):

shared: 10922015_921576750728_2000346147_n.jpg

Adam Mosseri (1/12/2015 09:52:00 PST):
>They showed afterparties after retirees?

Adam Mosseri (1/12/2015 09:52:12 PST):
>Wow.

Robert Cathcart (1/12/2015 09:52:21 PST):
>Apparently

Adam Mosseri (1/12/2015 09:52:50 PST):
>You want to reach out to [redacted] or should I? We might want to ask him to make sure they over communicate about anything that effects the sharing flow or News Feed.

Robert Cathcart (1/12/2015 09:57:27 PST):
>Already good - been messaging with [redacted] and he gets it

Adam Mosseri (1/12/2015 10:04:47 PST):
>Sweet.

Adam Mosseri (1/13/2015 10:46:37 PST):
>How about tonight for dinner?

[redacted] (1/13/2015 10:48:37 PST):
>I'm free. Sol?

Adam Mosseri (1/13/2015 10:50:53 PST):
>I' d say offsite if we can swing it.

[redacted] (1/13/2015 10:51:30 PST):
>Free at 6.

Robert Cathcart (1/13/2015 10:54:42 PST):
>1 think we lose [redacted] today (I also wouldn't mind finishing off peer reviews tonight) - was next Tue a conflict for you KX?

[redacted] (1/13/2015 10:56:04 PST):
>Actually next Tue cleared up. So we could do that!

Robert Cathcart (1/13/2015 10:56:24 PST):
>Sounded like that worked for [redacted] too

Robert Cathcart (1/13/2015 10:56:38 PST):
>@JZ+Tom, would next tue work for you?

Thomas Alison (1/13/2015 11:00:58 PST):
>Yup, Tuesday works.

[redacted] (1/13/2015 12:14:42 PST):

shared: sticker.png

Adam Mosseri (1/14/2015 12:03:52 PST):
>Invite coming. Any ideas for a good place?

Robert Cathcart (1/14/2015 12:06:22 PST):
>I'm afraid I don't know PA at all =/

[redacted] (1/20/2015 18:47:02 PST):
>Eta 12 min

Adam Mosseri (1/20/2015 18:47:13 PST):
>I'm drinking alone.

[redacted] (1/20/2015 18:48:41 PST):
>Are you at the bar?

Adam Mosseri (1/20/2015 18:48:49 PST):
>At the table.

Robert Cathcart (1/20/2015 18:48:52 PST):
>I'll save you!

Robert Cathcart (1/20/2015 18:48:55 PST):
>Just got here

[redacted] (1/20/2015 18:48:59 PST):
>Where is that

Adam Mosseri (1/20/2015 18:49:34 PST):

shared: 10934703_10103620418558989_827145921_n.jpg

Adam Mosseri (1/20/2015 18:49:39 PST):
>Looks like this.

[redacted] (1/20/2015 18:50:10 PST):
>What's the rez under

Adam Mosseri (1/20/2015 18:50:19 PST):
>My name.

Thomas Alison (1/21/2015 13:40:24 PST):

>Just a quick heads-up - mostly for you Will. [redacted] told me that [redacted] is going a bit rogue and set up a 1:1 to talk to Mark about how he can help with the content production issue. We should probably have an opinion on what we want him to work on before him and Mark decide.

[redacted] (1/21/2015 13:56:15 PST):
>Should probably also give Hudack a heads up.

Robert Cathcart (1/21/2015 14:30:06 PST):
>Thanks for the heads up - asked [redacted] to share whatever he has with [redacted] and/or [redacted] this morning

Robert Cathcart (1/21/2015 14:30:48 PST):
>He sort of described it as something that [redacted] was stoked about too - was that generous?

Thomas Alison (1/21/2015 14:31:57 PST):
>No, [redacted] is psyched to help out as well. I don't have a clear picture of the idea yet but I think the gist is that they want to tilt the FCL efforts in London toward this problem. Not sure yet if that totally fits a need we have, but I believe [redacted] is going to send out an email with some of his thoughts. He's also talking to Gemma.

Robert Cathcart (1/21/2015 14:33:02 PST):
>Yeah- I think one conversation to have with Mark (and I told [redacted] this as well) is how willing he is to let us pull people from FCL to sharing. I'd pull [redacted] (or at least 80% of his time) if it were my call.

Thomas Alison (1/21/2015 14:34:57 PST):
>Agree. I'd be psyched to point them toward Visual Status in the main app. They could prototype the ideas in a standalone app for internal use and then integrate.
>
>I don't think the Slingshot team is going to bite on that one based on talking to them, but we didn't do a hard sell or share the entire context with them yet either.

Robert Cathcart (1/21/2015 14:43:00 PST):
>oh interesing

Robert Cathcart (1/21/2015 14:43:03 PST):
>interesting*

Robert Cathcart (1/21/2015 14:43:20 PST):
>I'd prefer a world where SS did visual status, and folks in London picked up some of the other projects we already have there that need help (like channels)

Robert Cathcart (1/21/2015 14:43:27 PST):
>if I could have my cake and eat it to

Thomas Alison (1/21/2015 14:44:35 PST):
>I think we need another day or two to see where Slingshot nets out. [redacted] - what was your read on that?

[redacted] (1/21/2015 14:44:41 PST):
>Regarding visual status, I do think we need to figure out the deal with that and now. It sounds like mark is asking the now team to ship what they have as soon as possible (March) and it's full steam ahead.

Robert Cathcart (1/21/2015 14:45:40 PST):
>Cox's note suggested Mark thinks these are different: "
>- I confirmed he wants to staff two separate, independent teams for lightweight spaces: the Now team (doing what they' re doing) and a separate team for Visual Status that we will staff. I hear this as a portfolio investment vs. necessarily believing that Facebook will end up with both of these surface over the long run."

[redacted] (1/21/2015 14:46:40 PST):
>I thought it was a really good meeting (honest, supportive), but I put the chance that [redacted] leaves as pretty high, 75%.

Robert Cathcart (1/21/2015 14:46:51 PST):
>=(

Adam Mosseri (1/21/2015 15:19:35 PST):
>Yeah, that was my read too. I don' t think we' ll be able to swing pivoting them into the main app so I' d start working on alternate plans.

[redacted] (1/21/2015 15:33:03 PST):

shared: sticker.png

Adam Mosseri (1/27/2015 12:59:19 PST):
>How did Chris' s conversation with [redacted] go yesterday?

Thomas Alison (1/27/2015 13:00:00 PST):
>Not good - Chris thinks he's leaving. [redacted] is talking to [redacted] at 2:30.

Adam Mosseri (1/27/2015 13:00:50 PST):
>That is so sad, but not entirely suprising.

[redacted] (1/27/2015 18:08:24 PST):
>His last day will be March 1.

Robert Cathcart (1/27/2015 18:31:08 PST):

shared: sticker.png

[redacted] (2/25/2015 17:13:13 PST):
>Anyone around for some moral support?

Adam Mosseri (2/25/2015 17:13:47 PST):
>Will be soon.

[redacted] (2/25/2015 17:42:43 PST):

shared: sticker.png

Adam Mosseri (5/04/2015 17:40:42 PDT):
>Do we have a leads dinner tomorrow night?

Thomas Alison (5/04/2015 18:03:10 PDT):
>Nothing on my calendar

Adam Mosseri (5/04/2015 18:04:26 PDT):
>iCal is the worst.

[redacted] (5/04/2015 18:13:58 PDT):
>You gotta move to outlook!

Adam Mosseri (5/04/2015 18:14:13 PDT):
>I use both.

Adam Mosseri (5/04/2015 18:14:55 PDT):
>But yeah, you're right.

Robert Cathcart (5/04/2015 18:36:30 PDT):
>1 see it on cal a month from now. But maybe I've been disinvited =)

Adam Mosseri (5/04/2015 19:48:56 PDT):
>No chance. How's LA?

Robert Cathcart (5/04/2015 21:09:30 PDT):
>Good! Full on sleep deprivation, but otherwise good

Adam Mosseri (5/04/2015 21:11:21 PDT):
>I can only imagine, but I think [redacted] Tom and [redacted] get it.

Robert Cathcart (5/04/2015 21:12:34 PDT):

shared: sticker.png

Robert Cathcart (7/22/2015 09:34:32 PDT):
>[redacted] is grabbing us some time tomorrow to work through 2016 headcount planning. I'll bring a spreadsheet (yay!).
>
>On the timeline- Product Groups are going to have August to work through their plans. But, we'd like to circulate Engagement's plan as a template for other teams to follow in advance of that. We don't need that template to be our official plan - we can still work on it in August - but it would be good to get something directionally correct this week and next week when Chris is back.

Adam Mosseri (7/22/2015 11:41:12 PDT):
>CoolCool. I'm out as of 12:30 or so tomorrow.

Robert Cathcart (7/22/2015 11:59:48 PDT):
>We are going to do 1030 so you should be good :)

Adam Mosseri (7/22/2015 12:00:02 PDT):

shared: sticker.png

Adam Mosseri (7/22/2015 12:11:17 PDT):
>Thanks.

[redacted] (7/23/2015 12:32:06 PDT):

>quick thought on today's hc planning exercise
>
>Felt like we were over-indexed towards the leadership and team that we have and our ability to execute than thinking about the big bets that will get us to a great place in a few years. Would be great for us to come up with a common framework of how to think about this exercise
>
>-should we optimize for the one year or 3 year horizon ?
>-Should we be doing fewer things better ?
>-should we optimize for people or should we be changing these teams to make things happen ?
>-what % of what we do should be big bets/long term investment versus what gives us increment time spent ?
>-For incremental TS, what are the main areas/drivers that will give us the additional TS ?
>-For strategic long term investment, what are the areas that we need to invest in ?
>
>I think the conversation had all the elements but IMHO was not that structured and hence not easy to find the right level of investment.
>
>My 2c. Feel free to ignore :-)

Robert Cathcart (7/23/2015 15:52:44 PDT):
>Yeah, I think that (generally) makes sense. I think one way to resolve it would be to talk about some of these questions as a group next week - e.g., is our preference to do fewer things better, or would we prefer to pick all of the areas we think we need to be working on in the next three years.
>
>This also might just be a consequence of time - we'd work through a lot of these questions when tackling the individual debates (e.g. should we cut fb@work in the -10% case). Let me take a pass at framing up the lists we have and putting them on Quip so we can argue through some of the details and prioritization.

Robert Cathcart (7/23/2015 15:57:24 PDT):
>On over-indexing towards leadership / team - I actually think we did less of that than it sounded like =)
>
>There were a couple of areas where it came up (e.g. KX mentioned some stuff in Media), but I actually think on a lot of those there's *also* doubt as to the overall importance of the area seperate from the team. There are some other areas where we also lack the right leadership / people (e.g. currently fb@work needs help), but the debate was more on the importance of the area assuming we'll fix that.

[redacted] (7/23/2015 19:36:48 PDT):
>Yeah. Makes sense. For example, we were quickly willing to dismiss moments and did not want to invest too much into fb@work. I think fb@work and groups are huge opportunities if we get this right. So, feels like if we can look at things in a principled manner we will come to the right decisions. We also discussed a few months back on investing on big bets and want to make sure we continue to invest in it or consciously decide not do it.

[redacted] (7/23/2015 20:52:51 PDT):
>Really good points [redacted] Thanks for raising them.

Robert Cathcart (7/28/2015 09:27:26 PDT):
>Made a quip for us to make sure we've identified product areas that can affect [redacted] LRP - let's take a pass at it to make sure we've got any major ones in there and then we can pick which ones are big enough to actually be worth forecasting (e.g. Video Home - Yes, Moments - No)

Robert Cathcart (7/28/2015 09:27:35 PDT):
>https://quip.com/ZDFgARoG9qrZ

Robert Cathcart (8/27/2015 07:58:26 PDT):
>Enjoy: https://www.facebook.com/TheAtlantic/posts/10153631573963487

Adam Mosseri (8/28/2015 10:45:18 PDT):
>We' ve got Engagement Leads today - is the plan to go over the headcount plans?

Robert Cathcart (8/28/2015 11:00:43 PDT):
>For part of it

Robert Cathcart (8/28/2015 11:00:54 PDT):
>I think the other part is happy birthday

Adam Mosseri (8/28/2015 11:02:45 PDT):
>Yeah, though [redacted] invited all the PM Leads.

Robert Cathcart (8/28/2015 11:03:42 PDT):
>Ah, we might have to kick them out quickly

Adam Mosseri (9/22/2015 17:37:38 PDT):
>[redacted] are you the right person to fill out the Data Eng column in the 2016 Headcount doc?

[redacted] (9/22/2015 17:43:19 PDT):

>yes

Adam Mosseri (9/22/2015 17:43:41 PDT):
>And [redacted] are you on point for Content Strategy?

[redacted] (9/22/2015 17:43:54 PDT):
>Yes

[redacted] (9/22/2015 17:44:06 PDT):
>Have a thread with [redacted] and [redacted] already

Adam Mosseri (9/22/2015 17:47:11 PDT):
>Do we want to send all the edits on this thread so we can send back one doc on Friday?

Adam Mosseri (9/23/2015 09:15:01 PDT):
>I ported the Excel into Quip - https://quip.com/UTb2AtqXq6nn - so we can all fill it out at once without passing around files. We have to send in a final version on Friday, so I' ll copy it out of Quip and send over the Excel.
shared: http://www.facebook.com/10104340018949039

Adam Mosseri (9/24/2015 18:18:42 PDT):
>Has everyone followed up on their headcount doc todos ?

Adam Mosseri (9/24/2015 18:24:34 PDT):
>[redacted] the heads in the columns for 2015 design add up to 67, but we have 66 according to [redacted].

Adam Mosseri (9/24/2015 18:28:32 PDT):
>There are also 9 content strategists in 2015 and the headcount says 7.

Thomas Alison (9/24/2015 18:42:00 PDT):
>2015 headcount is slightly wrong for News Feed and Interfaces - I wrote a comment for you in the doc.

Thomas Alison (9/24/2015 18:42:22 PDT):
>Need to check the other engineering numbers as well.

Adam Mosseri (9/24/2015 18:43:00 PDT):
>Thanks, please do.

[redacted] (9/24/2015 19:35:02 PDT):
>I filled out the reserve, the hc for market research in 2015. Was there any other AI ?

Adam Mosseri (9/24/2015 20:28:20 PDT):
>The headcount for Market Research ended up being in GEN. Let's just make sure to call out any incremental heads we want to request on top of the 5 we have for this year.

[redacted] (9/24/2015 20:30:46 PDT):
>We are having three more for next year. I included that in general. Is there anything more to do ?

[redacted] (10/02/2015 09:07:02 PDT):
>I updated the quip to reflect the proposed changes for analytics and DE. Anything else from my side ?

Adam Mosseri (9/23/2016 08:28:35 PDT):
>Do we need to revive this bad boy?

Robert Cathcart (9/23/2016 08:29:08 PDT):
>Haven't we clawed our way out of Middle Management by now?

Robert Cathcart (9/23/2016 08:29:15 PDT):
>Obviously we should rename this "Junior Executive Management"

Adam Mosseri (9/23/2016 08:29:54 PDT):
>I think, as the little boy says, we've clawed our way into middle management, but I'd be happy to be wrong.

Thomas Alison (9/23/2016 08:31:37 PDT):

shared: 14459920_10154577038774224_1792916517_n.png

Robert Cathcart (9/23/2016 08:31:39 PDT):
>https://www.youtube.com/watch?v=0iBw48PivJU
shared: http://www.facebook.com/10100204880504708

Adam Mosseri (9/23/2016 08:32:35 PDT):
>Amazing.

Adam Mosseri (9/23/2016 08:32:49 PDT):
>Fidji, you're half in terrible trouble.

Robert Cathcart (9/23/2016 08:33:01 PDT):
>Just need a brilliant idea

[redacted] (9/23/2016 08:33:03 PDT):
>I think Zuck is the only non middle manager at fb

Robert Cathcart (9/23/2016 08:33:10 PDT):
>Heh

Robert Cathcart (9/23/2016 08:33:26 PDT):
>I sometimes tell people that most companies are 'feudal' in their structure -- nesting minor fiefdoms.

Robert Cathcart (9/23/2016 08:33:52 PDT):
>But thankfully Facebook is not. It's an absolute dictatorship.

Adam Mosseri (9/23/2016 08:34:25 PDT):
>Hence Mark being the only non middle-manager.

Robert Cathcart (9/23/2016 08:34:34 PDT):
>yup

Adam Mosseri (9/23/2016 08:34:44 PDT):
>Does that we nee to add ~500 people to this group?

Robert Cathcart (9/23/2016 08:35:19 PDT):
>I think the new structure actually means we hand this group over to Chris

Robert Cathcart (9/23/2016 08:35:27 PDT):

shared: sticker.png

Thomas Alison (9/23/2016 08:35:33 PDT):
>An early mentor in my career believed the only effective form of corporate governance was "benevolent dictatorship." He also happened to be the benevolent dictator of the company.

[redacted] (9/23/2016 10:39:54 PDT):
>Adam did you just call will "a little boy?"

Adam Mosseri (9/23/2016 11:07:55 PDT):
>Not will, this guy: https://www.youtube.com/watch?v=myG8hq1Mk00
shared: http://www.facebook.com/10105369820817839

Adam Mosseri (9/23/2016 11:07:58 PDT):
>*Will

Fidji Simo (9/23/2016 12:57:19 PDT):
>Boy I'm so glad I got added to this

Robert Cathcart (9/23/2016 13:19:56 PDT):
>Don't worry Fidji- normally we use this group for serious topics like:
> A/ headcount planning
> B/ seating arrangements
> C/ trying to retain people who are quitting
>so the fun will only go up from here!

Fidji Simo (9/23/2016 13:49:20 PDT):
>I am so tempted to leave this group but it seems like it's too late :)

Adam Mosseri (9/23/2016 14:01:19 PDT):
>Actual work: do any of you have opinions on how research is doing in your group? I' m meeting with Pratiti and she asked me to gather some context from Core App as she has less visibility into what' s happening here.

[redacted] (9/23/2016 14:13:30 PDT):
>Varies quite a bit by group. I'd say FS is going reasonably well now (some of the Snapchat research they did was quite good). Groups is in a very bad place (way below what we need on staffing, quality of work is not there, and very hard to figure out when this will be fixed). The latter just got escalated to me by [redacted]/Alex earlier this week and I may need to spend some tom with [redacted] on it soon.

[redacted] (9/23/2016 14:14:06 PDT):
>Would be interesting to understand where we think that research is going 'best' within core app--I'd live to sync with whoever leads that area to understand how to replicate.

[redacted] (9/23/2016 14:14:17 PDT):
>I told Alex to ask you (Fidji) if you were happy about research in Media :)

Fidji Simo (9/23/2016 14:26:39 PDT):

>It's pretty hit and miss. The big issues for us is lack of strong leadership, as Media was split between 3 research managers. We're now going down to 2 but losing the strongest of the 3 to Teens (damn you KX).

Fidji Simo (9/23/2016 14:27:09 PDT):
>So good work is happening in pockets but not consistently across the board.

Robert Cathcart (9/23/2016 14:28:03 PDT):
>It's early, so I reserve my right to change my opinion, but so far the research on Search seems to be quite strong.

[redacted] (9/23/2016 14:28:36 PDT):
>Got it. I hear you on leadership gap. We should make sure John and we are aligned on all the leadership hires we need. Adam said he has started a thread with John on this.

[redacted] (9/23/2016 14:29:10 PDT):
>On Groups I think part of the problem is there is no full time manager so no one actively tracking the issue at the same urgency the team would like.

[redacted] (9/23/2016 14:31:39 PDT):
>On research - [redacted] ask me to help John on 4 things while she was away - a, help him with leadership hiring; b, helping him with scaling orgs; c, help him focus on most important areas (e.g. Teens); d, help him get Research to have greater impact and influence.

[redacted] (9/23/2016 14:31:55 PDT):
>so, please include me on any leadership gaps that you see.

Thomas Alison (9/23/2016 14:32:22 PDT):
>Adam, you have context on Interfaces from [redacted].

# EXHIBIT 19

EXHIBIT 19

Message

**From:** Susan Li [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=0FEEDEB3AA474C37BB6F13E80AFB8ED5]
**Sent:** 11/14/2021 1:36:47 PM
**To:** Naomi Gleit [redacted] Nick Clegg [redacted] Mark Zuckerberg [redacted]
**CC:** Chris Cox [redacted] Alex Schultz [redacted] Pratiti Raychoudhury [redacted] Kang-Xing Jin [redacted] Sheryl Sandberg [redacted] Joel Kaplan [redacted] John Pinette [redacted] Antigone Davis [redacted] Monika Bickert [redacted] David Wehner [redacted] Adam Mosseri [redacted]
**Subject:** RE: Well-being product strategy + headcount
**Attachments:** image001.png; image002.png

FILED 2024 JAN 29 PM 4:55 CLERK & MASTER DAVIDSON CO. CHANCERY CT. D.C. & M.

I'll defer to Mark on the decision here (and we have a Budget meeting on Monday), but unfortunately XFN heads are running even more constrained than ENG.

**From:** Naomi Gleit [redacted]
**Sent:** Sunday, November 14, 2021 6:31 AM
**To:** Nick Clegg [redacted] Mark Zuckerberg <[redacted]
**Cc:** Chris Cox <[redacted] Alex Schultz <[redacted] Pratiti Raychoudhury <[redacted] Kang-Xing Jin <[redacted] Sheryl Sandberg <[redacted] Susan Li <[redacted] Joel Kaplan <[redacted] John Pinette <[redacted] <[redacted] Antigone Davis <[redacted] Monika Bickert <[redacted] David Wehner [redacted] Adam Mosseri <[redacted]
**Subject:** Re: Well-being product strategy + headcount

Mark FWIW this is my #1 "below the line" project to fund on Social Impact (i.e. before Climate.) We've also scaled this request back to ask for XFN only and 0 eng given there are none :)

---

**From:** Nick Clegg <[redacted]
**Date:** Wednesday, November 10, 2021 at 1:53 AM
**To:** Mark Zuckerberg <[redacted]
**Cc:** Chris Cox <[redacted]>, Alex Schultz <[redacted] Pratiti Raychoudhury <[redacted] Naomi Gleit <[redacted] Kang-Xing Jin <[redacted]>, Sheryl Sandberg <[redacted]>, Susan Li <[redacted] Joel Kaplan <[redacted] John Pinette <[redacted] <[redacted]>, José Gordon <[redacted] Eden Litt <[redacted] Antigone Davis <[redacted] Lena Pietsch <[redacted] Monika Bickert <[redacted] David Wehner <[redacted] Pavni Diwanji <[redacted] Adam Mosseri <[redacted]
**Subject:** Well-being product strategy + headcount

Mark,

Circling back re: investment needed to strengthen Meta's position on well-being (see original email from Aug below).

This investment is important to ensure we have the product roadmaps necessary to stand behind our external narrative of well-being on our apps, and soon in the metaverse. This work & narrative has of course become a

more critical focal point for policymakers, regulators et al in recent weeks – this is not likely to diminish going forward.

A number of us have met and agreed upon a revised investment proposal:

1. Agreement on the need to fund a central product team to organize cross-company strategy, execution, and measurement (as per our approach to other societal issues or privacy)
2. Alignment that product work must map to and support our external narrative (as part of Project Beyond)

Funding the central product team remains our biggest gap. Our original 2022 ask from Aug was 25 XFN and 20 ENG to address the roadmap detailed here, which was not funded.

Scaling down, we can make necessary progress in two ways:

1. +25 XFN (and 0 ENG) to form both the central well-being product pod, and 2 topic pods within it to drive focused progress on topics like problematic use and connections. This group would create a cross-Meta well-being strategy, align disparate team roadmaps for well-being topics, and drive necessary measurement for each topic.
2. +7 XFN (and 0 ENG) would form only the central well-being pod, and would focus solely on forming a cross-Meta view of well-being strategy and existing roadmaps and gaps. This would be the bare minimum needed to meet basic policymaker inquiries.

If funded, the team will start by working with existing ENG teams operating in the space (as of Aug, ~90 ENG across Meta - ex RL - disparately working on these topics), ensuring these efforts ladder up to a coherent company strategy.

Given the increased urgency of all this since the initial escalation in August, are you supportive of funding this scaled back proposal?

Thx

N

**From:** Nick Clegg <[redacted]
**Date:** Friday, August 27, 2021 at 5:30 PM
**To:** Mark Zuckerberg <[redacted]
**Cc:** Chris Cox <[redacted] Alex Schultz <aschu[redacted] Pratiti Raychoudhury <[redacted] Naomi Gleit <[redacted] Kang-Xing Jin <[redacted]>, Sheryl Sandberg <[redacted] Susan Li <[redacted]>, Joel Kaplan <[redacted] John Pinette <[redacted] [redacted] <[redacted]>, [redacted] <[redacted] [redacted] <[redacted] Antigone Davis <[redacted] [redacted] <[redacted] Monika Bickert <[redacted] David Wehner <[redacted] [redacted]<[redacted]
**Subject:** Well-being product strategy + tech headcount

Mark

KX, Pratiti and [redacted] have put together the proposal below for additional investment to strengthen our position on wellbeing across the company. Chris, Alex and I strongly endorse this approach, and I wanted you to see their thinking ahead of the discussions on headcount allocation.

From a Policy perspective, this work has become increasingly urgent over recent months. Politicians in the US, UK, EU and Australia are publicly and privately expressing concerns about the impact of our products on young people's mental health. In the US, this was specifically raised with me by the Surgeon General, and is the subject of potential legal action from State AGs. We have received numerous policymaker inquiries and hearing requests.

This policy focus - at all levels of government and in multiple jurisdictions - is now being reflected in a greater push for legislation (eg, body image bills, youth design bills, etc.). It has multiple root causes, including but not limited to:

- Increased concerns about the impact of online tools during Covid-19 -- exacerbated by increased suicide ideation amongst teens during the pandemic as well as an uptick in actual suicides and other negative mental health outcomes.
- Press and policymaker focus on new product developments like IG Youth.
- Political considerations (eg, efforts to win back "suburban moms" has resulted in Congressional Republicans making youth/kids as a centerpiece of their tech agenda).

We're already seeing that our pivot to the metaverse will raise new questions from policymakers about the impact that our FRL products will have on young people. In a recent US policy elites survey, participants (both Democrats and Republicans) expressed concerns about the potential impacts of AR/VR on young users, particularly with regard to time spent on the devices and the potential for harmful actors to target children.

The good news is we are starting to make real progress internally: We now have a strong program of research underway (led by Pratiti); we have established a Youth XFN (led by [redacted] which is driving some valuable product changes; and we are organizing our comms and marketing efforts in a more streamlined fashion (Lena's narrative disruption team has youth wellbeing as a top priority, and as you know wellbeing is one of our key "Arguments to Win").

Nonetheless, we need to do more and we are being held back by a lack of investment on the product side which means that we're not able to make changes and innovations at the pace required to be responsive to policymaker concerns. Our wellbeing work is both under-staffed and fragmented across teams, which is why we view the proposed investment outlined below as important – conscious though we all are of the numerous other competing headcount demands.

Nick

**Well-being product strategy headcount request:**
We are not on track to succeed for our core well-being topics (problematic use, bullying & harassment, connections, and SSI),* and are at increased regulatory risk and external criticism. These affect everyone, especially Youth and Creators; if not addressed, these will follow us into the Metaverse *[Status Quo summary below]*.

KX and team developed a product strategy that will get us on track for success over the next ~2 years.

We hope much of the funding can come out of App, Youth, Creators, and Integrity teams, but a few critical

things will likely not:
**1) Establishing a central cross-Family team:** One of the core gaps right now is each team approaches well-being differently (if at all), and no one owns end-to-end success in each area across all audiences; staffing this is a pre-requisite for company long-term success, and will let us achieve more out of the family of app investments. [25 XFN Headcount]
**2) Accelerating work around Problematic Use on FB/IG:** This is the topic where we have the largest gap relative to competitors and external expectations as well as minimal current staffing. [20 ENG for FB/IG]

If we want to make meaningful progress, we recommend at a minimum staffing these up for 2022 *[See Options Table below]*. This ask does not cover funding product work specific to AR/VR; however, if we fund the central team, it can work with AR/VR to align on the strategy and approach here as well. For more details, an overall one-pager for well-being product strategy is here.

| | Status Quo | Option 1 [Minimum Recommended] | Option 2 [Ideal] |
|---|---|---|---|
| Description | No changes from Status Quo | 1) Centralize tracking across all topics, and strategy and measurement for Problematic Use and Connections<br>2) Staff up Problematic Use product work across FB and IG | 1) Centralize tracking, strategy, and measurement across all topics<br>2) Staff up all identified product gaps across topics in FB, IG, MSGR, WA and Integrity |
| Incremental Asks | 0 | 25 XFN (Central) + 20 ENG (Product) | 40 XFN (Central) + 84 ENG (Product) |
| What this gets us | Not on path to fully address any topic area; no central ownership | --Central accountability for the 2 topics that are currently wholly un-owned<br>--On path to address Problematic Use challenges (topic where we have largest gap relative to competitors and external expectations, and minimal current staffing)<br>--Not on path to address all 4 topic areas, but may be able to accomplish more, dependent on ability Centrally to influence teams across FoA to prioritize work on these topics (e.g. Youth, Creators, Integrity, AR/VR, FB/IG/MSGR/WA) | --Clear central accountability for all topics<br>--On path to address challenges across all 4 topic areas across FB, IG, MSGR, WA without needing to align prioritization with other teams (excluding AR/VR) |

## Status Quo

| | | Problematic use | Bullying & Harassment | SSI | Connections |
|---|---|---|---|---|---|
| **Success** | | *People feel their time on the platform is worthwhile and empowered to manage their experiences.* | *People feel safer and supported when interacting on our platforms.* | *People don't associate the company with suicide and self-injury struggles.* | *People use our products to meaningfully interact with their connections.* |
| **Where are we today relative to success** | **Amplification**<br>Proactively prevent and reduce the amplification of problematic aspects of each topic on platform (e.g., ranking, goaling). | Gaps: No guardrails; inconsistency or not available across platforms; not consistently optimized for youth across the company. | Gaps: Better detection of mass harassment/brigading (e.g. Euro 2020 incident); inconsistency across platforms; classifiers not optimized for youth. | Gaps: Regulation; missing borderline/adjacent problematic content; not optimized for youth. | Gaps: Missing high-responsibility investments; inconsistency across platforms; contradictory product investments without clear guardrails. |
| | **Support & resources**<br>Provide people with the right tools at the right time to prevent and/or navigate <topic> on platform (e.g., controls, reflections). | Gaps: Existing tools neither widely used nor promoted; missing high-responsibility investments; not consistently customized for youth across the company. | Gaps: Improved targeting and timely upselling of existing tools; inconsistency across platforms; not consistently customized for youth across the company. Unclear on user satisfaction with support offered. | Gaps: Some countries don't have localized content; not customized consistently for youth across the company. | Gaps: We don't know which products and use cases are the most impactful; could do some more work on quality refinements (e.g., Graph cleanup). |
| | **Measurement**<br>Centralized way to measure the topic and track progress against our success state. | Gaps: No centralized measure; don't know impact of current products. | Gaps: Don't know impact of current products or have measurement for the supportiveness of our current products. | Gaps: Don't have a way to define or measure progress toward long-term success. | Gaps: No centralized measure across apps. There is little empirical evidence on the impact of our products, and which products and use cases are most impactful. |
| | **Narrative**<br>Centralized narrative where we are transparent about all of our work, and have public advocates for it.<br>***(Needs to be driven by Arguments to Win)*** | Gaps: No centralized narrative or strong public advocates (opportunity to be proactive for the metaverse). | Gaps: No centralized narrative; could have more public advocates for the whole family of apps. | Gap: Addressing perceived "adjacent" problems (e.g. Problematic Use, B&H, Eating Disorders) even if most evidence does not suggest they are actual drivers of SSI. | Gaps: No centralized narrative; other well-being topics detract; no strong empirical evidence or public advocates (strong opportunity to be proactive for the metaverse) |

* After considering 1,000+ well-being topics, we selected the top topics that key experts and policy stakeholders advocate are important for us to focus on, and where we are currently underinvested:

problematic use, bullying + harassment, connections, SSI. These topics are also highly aligned with what teens want Facebook and Instagram to prioritize.

# EXHIBIT 20

EXHIBIT 20

FILED

2024 JAN 29 PM 4:55

CLERK & MASTER
DAVIDSON CO. CHANCERY CT

LN
D.C. & M.

Message

**From:** Adam Mosseri [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=AC59CDE168C34676B09679178C985E05]
**Sent:** 9/17/2019 4:05:39 PM
**To:** Fidji Simo [redacted]
**Subject:** Re: Well-being *raw* notes

100% agree. My current take is the biggest problem is: Well-being is the existential question we face, and we lack a strong understanding of our effects on people's well-being as well as roadmap of work that demonstrates we care about well-being.

From there most my sense is most of issues are around execution, things like staffing, but given this team is in your organization right now I want to be sensitive about articulating these.

---

**From:** Fidji Simo <[redacted]>
**Date:** Tuesday, September 17, 2019 at 8:53 AM
**To:** Adam Mosseri <[redacted]>
**Subject:** Re: Well-being *raw* notes

Don't disagree but I want to make sure we first agree on the problems we are trying to solve before we jump to solutions.
My sense is that the main problem is that we need to increase investment, not lack of coordination / centralization. On investment, I plan to do a big reshuffle in Oct/Nov once we know what Mark will give us to free up some heads to staff a few key things and WB is on the list. I could even find a way to do it earlier.
But let's agree first on what the problems are.

Get Outlook for Android

---

**From:** Adam Mosseri <[redacted]>
**Sent:** Tuesday, September 17, 2019 7:41:05 AM
**To:** Fidji Simo <[redacted]>
**Subject:** Re: Well-being *raw* notes

Again, I'm not trying to take this team from you or have it go anywhere else. These are just my raw notes on David's take. We left the meeting with a few follow ups:

- Emily and I are going to meet with [redacted] from your team to get his take on the product work
- Emily is going to outline two different models: (1) where we centralize more in CPS, maybe just research or maybe research and product and (2) one where we have twin teams in the Facebook app and Instagram orgs that coordinate tightly — which I asked to be added as an option.

I honest take is there are multiple models that can work, but we probably need to do something significantly different than we have to date. If you disagree though I totally respect that.

> On Sep 16, 2019, at 20:59, Fidji Simo <[redacted]> wrote:
>
> My belief is that as long as we have someone great on the analytics/research side in my org or yours who can coordinate the orgs on their well being research – which Ronan can do, and Alex was excited

for him to do that since it cuts across analytics and research – then I think we'll be in good shape. On the actual product work, I do believe that the work we will pick will naturally be different in each app (it just doesn't make enough sense for me to prioritize anti-bullying). We should definitely discuss level of investment with Mark - I think I'm probably less invested there than you are, but it may also be because we have made it a less central part of our narrative, since Communities was really the only key message we wanted to see break through for this year, and part of our WB strategy is tied to Communities.
As for narrative, I think we should each have a WB narrative that makes sense for each of our apps, and also ladders up to a company WB narrative. On spokespeople, I think we need a credible one on the research side to represent the findings (and that's where I need to check with Ronan whether he wants to play that role externally to replace what David did), then we need each of the app leads to have well-being as one of the key things they talk about for each of their apps, and Mark to talk about the overall narrative.
I know it doesn't solve for IG owning this cross-family but honestly I just don't see how this works otherwise, since this is so different from a shared architecture workstream for ex.

---

**From:** Adam Mosseri <[redacted]>
**Date:** Monday, September 16, 2019 at 5:54 PM
**To:** Fidji Simo <[redacted]>
**Subject:** Well-being *raw* notes

Here are my raw notes on David's take on how we ended up where we are on well-being.

**History**

- We kicked off a bunch of work in 2017 that ended up being mostly folded into MSI. It was largely a research effort with some support from me to turn it into experiences. There are researchers both in Core Data Science (mostly [redacted]) and the Facebook app that are experts in this area and work on it.
- Later there was a desire to push this work further, so we hired a PM named [redacted], he came from headspace. At that moment Tom broke apart the Compassion team. The memorialization work moved, so were other chunks. We held onto the research aspect to make sure we understood the work, but the PM lacked real structural support.
- Early 2019 Chris Cox was looking into us doing more on this, came to David Ginsberg and asked him what it would take to 10x well-being, which resulted in a plan that was reviewed with Chris Cox and Sheryl Sandberg and then was submitted to Mark as an incremental ask, maybe ~10 engineering and ~15 XFN. They were told to do this, but self-fund, which ended up punted given other ambiguities.
- Chris Cox, who was the most effective advocate for the work, left the company. It sort of fell on David Ginsberg afterwards, but he was more of a spokesperson and ended up taking a new role.
- Since David Ginsberg took the Choice and Competition role about who is going to take the lead on well-being since he left. Since then Mark has had meetings with external experts who have been focused on teen well-being. As a side note Margaret has been trying to get traction as it connects to her responsible innovation work stream.
- The team was more focused on Facebook because most of the scrutiny was on Facebook, but that may change as people shift attention to Instagram and teens. That said the research team has been focused on the Facebook app *and* Instagram.

**Questions**

- Who is the VP level person to be an external spokesperson on well-being? Maybe not the same person managing the work.

- Who is directing our well-being efforts? both the foundational research and building product features to improve the problems that social media has (problematic use, loneliness and social comparison probably being the top three)

**Notes**

- The key work is working out how to make sure the research is translated into product.
- We need someone very senior who can look after the well-being of well-being.
- If we're going to stand up new products it makes more sense to centralize, if we're going to iterate on our current products it makes more sense to federate.

# EXHIBIT 21

EXHIBIT 21

Message

FILED

2024 JAN 29 PM 4:56

CLERK & MASTER
DAVIDSON CO. CHANCERY CT

LN D.C. & M.

**From:** Susan Li [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=0FEEDEB3AA474C37BB6F13E80AFB8ED5]
**Sent:** 9/22/2021 12:11:33 AM
**To:** Susan Li [[redacted]]; Nick Clegg [[redacted]]
**Subject:** Message summary [{"otherUserFbId":100029466965306,"threadFbId":null}]

Nick Clegg (9/21/2021 16:36:22 PDT):
>Hey - to state the flamingly obvious, the WSJ story about IG and teenage depression and suicide will have a huge impact on regulatory/political pressure on us going forward. Whilst this trend - focus on the impact of our services on kids - was already growing, it has intensified exponentially with the WSJ series. I'm worried that none of this is - yet - being reflected in Mark's decision making on head count etc. Can you remind me of the delta between the eng napkin allocation for youth and the initial bid?

Nick Clegg (9/21/2021 16:36:44 PDT):
>as eg of the pressure just this today:
>https://urldefense.com/v3/__https://mobile.twitter.com/search?q=Cruz*20facebook__;JQ!!MPAZj1r9Mghpww!WTF9-s4SFK2Twypq8QgUyCLvFHJAHM0XCw86ngZV9kvP4vWlKdy-drQuyYnwv6kBDjBxxw$

Susan J. Li (9/21/2021 16:49:18 PDT):
>I think the original bid was 140

Susan J. Li (9/21/2021 16:50:43 PDT):
>And 50 were received here

Nick Clegg (9/21/2021 16:52:28 PDT):
>Got it - and do you know by any chance what is likely to be dropped/cut back without the 90 heads?

Susan J. Li (9/21/2021 16:55:22 PDT):
>I am not dialed in enough on Youth specifically to know, unfortunately

Susan J. Li (9/21/2021 16:55:31 PDT):
>But I'd be happy to start a thread with the team

Nick Clegg (9/21/2021 16:57:01 PDT):
>Understood - thanks - I don't want to spin up unnecessary work but the external environment has hardened more than I think Mark appreciated on this issue so I think it would be useful to quickly see what the gaps are

Nick Clegg (9/21/2021 16:57:15 PDT):
>appreciates

Susan J. Li (9/21/2021 16:59:23 PDT):
>Also just as fyi

Susan J. Li (9/21/2021 16:59:33 PDT):
>And this gives you a sense of the current recruiting landscape

Susan J. Li (9/21/2021 17:00:22 PDT):
>But as of mid-Aug when we last pulled this

Susan J. Li (9/21/2021 17:00:57 PDT):
>They had 80 ENG on the team and 62 unfilled heads from their 2021 Budget of 142

Susan J. Li (9/21/2021 17:01:20 PDT):
>So just filling their existing allotment would represent tremendous growth for them

Nick Clegg (9/21/2021 17:11:33 PDT):
>Ah I see - yes that is v useful context. No instant fixes…

# EXHIBIT 22

EXHIBIT 22

FILED

2024 JAN 29 PM 5:02

CLERK & MASTER
DAVIDSON CO. CHANCERY CT
LN D.C. & M.

Message

**From**: Nick Clegg [/O=THEFACEBOOK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=[redacted]
**Sent**: 3/30/2020 9:54:59 PM
**To**: [redacted] [tcolbourne@fb.com]
**Subject**: FW: Cosmetic Surgery Filters
**Attachments**: image001.jpg; image002.jpg; image003.jpg; image004.jpg

Good

---

**From:** Sheryl Sandberg <[redacted]
**Date:** Monday, March 30, 2020 at 2:43 PM
**To:** Monika Bickert <[redacted]
**Cc:** Nick Clegg <[redacted]>, Joel Kaplan <[redacted]
**Subject:** RE: Cosmetic Surgery Filters

I just reviewed this.

I really hope we can keep the ban since we already have it. This follows our standards of being ahead on eating disorders, self harm. Let's not break something that is not broken.

---

**From:** Monika Bickert <[redacted]
**Sent:** Thursday, March 26, 2020 5:02 PM
**To:** Sheryl Sandberg <[redacted]
**Cc:** Nick Clegg <[redacted]>; Joel Kaplan [redacted]
**Subject:** Cosmetic Surgery Filters

Hi Sheryl,

I wanted to flag next Thursday's meeting (4/2) with Mark on "Cosmetic Surgery AR Effects". The issue is whether to continue our October 2019 ban on certain facial filters that mimic plastic surgery (reshaping the chin or nose, etc.). Product wants to lift the ban, but there are potential safety and IG brand risks – Nick is pretty worried about them. We thought you might want to join the meeting. If so, let me know and I'll get you the pre-read and mtg details.

- **Potential safety risk:** We spoke to 18 mental health experts around the world. Each one raised concern that cosmetic surgery filters could cause lasting harm, especially to young people. There's no longitudinal research on this yet, however.

- **Potential Brand risk:** The press sharply criticized us last summer after we started allowing developers to build their own effects and some of their effects were cosmetic surgery effects. We instituted the temporary ban in October because of the bad press and agreed to revisit in a few months (now).

- **Product perspective:** Understandably, product and growth teams want to allow these effects; they're popular – especially in APAC – and developers wants freedom to be creative. Some product folks (and Adam Mosseri) think it could work to allow the filters but remove them from recommendations. It's not a perfect answer, though, because people find filters through following influencers more than through recommendations.

- **Industry positions:** Everyone but us allows these filters.

Thanks,
Mon

**Some details on safety and brand risks:**

Expert feedback:

*"[cosmetic surgery effects are] highly likely to fuel mental health problems in vulnerable individuals, particularly young people...Filters such as this only serve to reiterate the message that young people are not good enough as they are and that cosmetic procedures can be used to solve the problem."*

- Kitty Wallace, Body Dysmorphic Disorder Foundation

*"While it might seem like an excuse to spoil a bit of online fun, a 2018 study showed that "exposure to idealized Instagram images (attractive peers, celebrities) has a detrimental impact on body image". So pair that with the opportunity to completely switch-up your face, and the effects are bound to intensify."*

- NIH study, "The Effect of Instagram "Likes" on Women's Social Comparison and Body Dissatisfaction" by Tiggemann, Hayden, Brown and Veldhuis (as summarized in a Vice article)

*"What's interesting about visuals is that we always say that we can tell what's real and not real but the emotional/social imprint is much more nuanced, the brain really can't tell the difference."*

- Dr. Janis Whitlock, Cornell University

*"This is a self-fulfilling feedback loop of getting more praise or positive attention with the use of filters which implies that their real self – their unaltered self – is not good enough."*

- Lionel Brossi, University of Chile

What the the press has said:

M News › UK News › Cosmetic surgery

**Instagram 'fuelling mental health crisis' with "Fix Me" plastic surgery filter**

-Daily Mirror, October 10, 2019

*Natasha Devon, the UK government's former tsar for children's mental health, has warned the filters could be damaging. She said: "It's been shown in numerous studies that looking at pictures of highly photoshopped models conveying impossible beauty standards can induce feelings similar to trauma in vulnerable individuals."*

**Faking it: how selfie dysmorphia is driving people to seek surgery**

-The Guardian January 23, 2019

> *A recent report in the US medical journal JAMA Facial Plastic Surgery suggested that filtered images' "blurring the line of reality and fantasy" could be triggering body dysmorphic disorder (BDD), a mental health condition where people become fixated on imagined defects in their appearance.*

CANADA

## The ugly side of Snapchat and Instagram filters



BY AALIA ADAM · GLOBAL NEWS

Posted July 25, 2019 6:00 am
Updated July 26, 2019 6:47 pm

-Global News CA July 25, 2019

> *But these digital tweaks that obscure your flaws are setting an unrealistic standard of beauty and that can take a toll on one's self-esteem.*
> *In some cases, augmented reality filters are also causing dependence.*
> *Farr believes she suffers from a mild version of selfie dysmorphia, a body-image disorder defined as a need to heavily edit one's own digital image and an intense dissatisfaction with one's own appearance after using digital filters.*

# Instagram bans plastic surgery filters in bid to improve mental health of users

-The Telegraph October 23, 2019

> *Senior Instagram executives told MPs in May that the firm would pay closer attention to appearance-changing photo filters over concerns about the impact they may have on people's body image.*
>
> *"I think that body image is a really important topic, broadly speaking, not just on Instagram, and this is something that we are taking really seriously, especially in some of the research we are doing," Vishal Shah, head of product at Instagram, told the Digital, Culture, Media and Sport Committee.*

# EXHIBIT 23

EXHIBIT 23

Message

**From:** Margaret Stewart [/O=THEFACEBOOK/OU=EXTERNAL (FYDIBOHF25SPDLT)/CN=RECIPIENTS/CN=328A103E96A049B2A7DF982BD9481115]
**Sent:** 5/12/2020 9:38:13 PM
**To:** Mark Zuckerberg [redacted]
**CC:** Sheryl Sandberg [redacted] Mike Schroepfer [redacted] Monika Bickert [redacted] Nick Clegg [redacted]
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

FILED 2024 JAN 29 PM 5:02 CLERK & MASTER DAVIDSON CO. CHANCERY CT. D.C. & M.

\- some

Hey there, thanks for getting back to us on this. I respect your call on this and I'll support it, but want to just say for the record that I don't think it's the right call given the risks.

As a parent of two teenage girls - one of whom has been hospitalized twice in part for body dysmorphia - I can tell you the pressure on them and their peers coming through social media is intense with respect to body image. I recognize that my family situation makes me somewhat biased but it also gives me first hand knowledge that most of the people looking at this issue don't have. There won't be hard data to prove causal harm for many years, if ever, but I was hoping we could maintain a moderately protective stance here given the risk to minors.

I know these are difficult tradeoffs. I don't minimize the concerns about restricting voice and the internationalization angle. I just hope that years from now we will look back and feel good about the decision we made here.

I wanted to take a moment to express my disagreement even as we move to implement this decision. Thanks for listening.

Margaret Gould Stewart
VP of Product Design
Facebook, Inc

**From:** Mark Zuckerberg <[redacted]
**Sent:** Friday, May 8, 2020 2:28 PM
**To:** [redacted] <[redacted] Nick Clegg <[redacted] Monika Bickert <[redacted] Naomi Gleit <naomi@fb.com>; [redacted] <[redacted] Mike Schroepfer <[redacted] Javier Olivan <[redacted] Andrew Bosworth <[redacted] <[redacted] Adam Mosseri <[redacted] Will Cathcart <[redacted] Fidji Simo <[redacted] Alex Schultz <[redacted] Pratiti Raychoudhury <[redacted] Joel Kaplan <[redacted] Margaret Stewart <[redacted] <[redacted] <[redacted] Sheryl Sandberg <[redacted]
**Cc:** [redacted] <[redacted] Ashley Baugh <[redacted] mzprereads <[redacted]
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

I'm supportive of moving forward with option 2 (lifting restrictions but not promoting on IG). I don't think this is urgent to resolve, so I'm certainly willing to take a longer path to roll this out if it will help us land it better. I don't have strong opinions on other implementation details so I'll leave you to figure those out.

**From:** [redacted] <[redacted]
**Sent:** Thursday, April 16, 2020 6:28 PM

**To:** Nick Clegg <[redacted] Monika Bickert <[redacted] Mark Zuckerberg <[redacted] Naomi Gleit <naomi@fb.com>; [redacted] <[redacted] Mike Schroepfer <[redacted] Javier Olivan <[redacted] Andrew Bosworth <[redacted] <[redacted] Adam Mosseri <[redacted] Will Cathcart <[redacted] Fidji Simo <[redacted] Alex Schultz <[redacted] Pratiti Raychoudhury <[redacted] Joel Kaplan <[redacted] Margaret Stewart <[redacted] <[redacted] <[redacted] Sheryl Sandberg <[redacted]
**Cc:** [redacted] <[redacted] Ashley Baugh <[redacted] mzprereads <[redacted]
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

Hi @Mark – bumping because the team would love your feedback on next steps.

I've attached the original decision doc as well as the product/comms follow-up.

Thanks,
[redacted]

---

**From:** Nick Clegg <[redacted]
**Date:** Wednesday, April 8, 2020 at 9:42 PM
**To:** [redacted] <[redacted] Monika Bickert <[redacted] Mark Zuckerberg <[redacted] Naomi Gleit <naomi@fb.com>, [redacted] <[redacted] Mike Schroepfer <[redacted] Javier Olivan <[redacted] Andrew Bosworth <[redacted] <[redacted] Adam Mosseri <[redacted] Will Cathcart <[redacted] Fidji Simo <[redacted] Alex Schultz <[redacted] Pratiti Raychoudhury <[redacted] Joel Kaplan <[redacted] Margaret Stewart <[redacted] <[redacted] <[redacted] Sheryl Sandberg <[redacted]
**Cc:** [redacted] <[redacted] Ashley Baugh <[redacted] mzprereads <[redacted]
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

+ Sheryl

---

**From:** [redacted] <[redacted]
**Date:** Wednesday, April 8, 2020 at 8:51 PM
**To:** Monika Bickert <[redacted] Mark Zuckerberg <[redacted] Naomi Gleit <naomi@fb.com>, [redacted] <[redacted] Mike Schroepfer <[redacted] Javier Olivan <[redacted] Andrew Bosworth <[redacted] <[redacted] Adam Mosseri <[redacted] Will Cathcart <[redacted] Fidji Simo <[redacted] Alex Schultz <[redacted] Pratiti Raychoudhury <[redacted] Nick Clegg <[redacted] Joel Kaplan <[redacted] Margaret Stewart <[redacted] <[redacted] <[redacted]
**Cc:** [redacted] <[redacted] Ashley Baugh <[redacted] mzprereads <[redacted]
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

+ @[redacted] @[redacted]

Hi Mark - Attached is our product/comms plan to lift the ban on Cosmetic Surgery AR Effects. Let us know if you need any more information to decide whether we should continue, modify, or lift the temporary ban.

Thanks
[redacted]

**From:** Monika Bickert <[redacted]
**Date:** Wednesday, April 1, 2020 at 3:03 PM
**To:** Mark Zuckerberg <[redacted] Naomi Gleit <naomi@fb.com>, [redacted] <[redacted] Mike Schroepfer <[redacted] Javier Olivan <[redacted] Andrew Bosworth <[redacted] [redacted] <[redacted] Adam Mosseri <[redacted] Will Cathcart <[redacted] Fidji Simo <[redacted] Alex Schultz <[redacted] Pratiti Raychoudhury <[redacted] Nick Clegg <[redacted] Joel Kaplan <[redacted] Margaret Stewart <[redacted] <[redacted]
**Cc:** [redacted] <[redacted] Ashley Baugh <[redacted] mzprereads <[redacted]
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

Thanks, Mark. We will work on a plan and come back to you soon.

---

**From:** Mark Zuckerberg <[redacted]
**Date:** Wednesday, April 1, 2020 at 2:00 PM
**To:** Naomi Gleit <naomi@fb.com>, [redacted] <[redacted] Mike Schroepfer <[redacted] Javier Olivan <[redacted] Andrew Bosworth <[redacted] <[redacted] Adam Mosseri <[redacted] Will Cathcart <[redacted] Fidji Simo <[redacted] Alex Schultz <[redacted] Pratiti Raychoudhury <[redacted] Nick Clegg <[redacted] Joel Kaplan <[redacted] Monika Bickert <[redacted] Margaret Stewart <[redacted] <[redacted]
**Cc:** [redacted] <[redacted] Ashley Baugh <[redacted] mzprereads <[redacted]
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

It has always felt paternalistic to me that we've limited people's ability to present themselves in these ways, especially when there's no data I've seen that suggests doing so is helpful or not doing so is harmful, and that there's clearly demand for this type of expression. I'm generally supportive of finding a way to relax or lift these bans. That said, I'm not sure I was involved with how we got to this point, and it may be very difficult to relax restrictions from where we are now. I'm interested in seeing our best plan to do so, and then I can make a call on whether this something it makes sense to prioritize doing right now.

---

**From:** Naomi Gleit <naomi@fb.com>
**Sent:** Wednesday, April 1, 2020 12:07 PM
**To:** [redacted] <[redacted] Mark Zuckerberg <[redacted] Mike Schroepfer <[redacted] Javier Olivan <[redacted] Andrew Bosworth <[redacted] <[redacted] Adam Mosseri <[redacted] Will Cathcart <[redacted] Fidji Simo <[redacted] Alex Schultz <[redacted] Pratiti Raychoudhury <[redacted] Nick Clegg <[redacted] Joel Kaplan <[redacted] Monika Bickert <[redacted] Margaret Stewart <[redacted] <[redacted]
**Cc:** [redacted] <[redacted] Ashley Baugh <[redacted] mzprereads <[redacted]
**Subject:** Re: Pre-read on Cosmetic Surgery AR Effects (next Thursday)

Hi this meeting was cancelled for tomorrow – @Mark is it possible to resolve this over email so we can save you the meeting time?

---

**From:** [redacted] <[redacted]
**Date:** Thursday, March 26, 2020 at 4:11 PM
**To:** Mark Zuckerberg <[redacted] Mike Schroepfer <[redacted] Javier Olivan <[redacted] Andrew Bosworth <[redacted] <[redacted] Adam Mosseri <[redacted] Will

Cathcart <[redacted] Fidji Simo <[redacted] Alex Schultz <[redacted] Naomi Gleit <naomi@fb.com>, Pratiti Raychoudhury <[redacted] Nick Clegg <[redacted] Joel Kaplan <[redacted] Monika Bickert <[redacted] Margaret Stewart <[redacted] [redacted] <[redacted]
**Cc:** [redacted] <[redacted] Ashley Baugh <[redacted] mzprereads <[redacted]
**Subject:** Pre-read on Cosmetic Surgery AR Effects (next Thursday)

Mark- Next Thursday we are meeting to decide whether we should continue, modify, or lift the temporary ban on Cosmetic Surgery AR Effects that we instituted in October 2019 in response to expert and press concerns about potential negative wellbeing impacts (especially on minors). The pre-read is attached.

Thanks,
Andy

# EXHIBIT 24

EXHIBIT 24

CQ Congressional Transcripts
Sep. 30, 2021

Sep. 30, 2021 Final

FILED
2024 JAN 29 PM 5:09
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
LW D.C.&M.

# Senate Commerce, Science and Transportation Subcommittee on Consumer Protection, Product Safety and Data Security Holds Hearing on Protecting Kids Online

## LIST OF PANEL MEMBERS AND WITNESSES

RICHARD BLUMENTHAL:

This hearing of the Subcommittee on Consumer Protection of the US Senate Committee on Commerce, Science, and Transportation will come to order. I thank the ranking member, Senator Blackburn, for being here. And especially want to express my gratitude to the chairman of the committee, Senator Cantwell, who has encouraged and supported this effort.

And to the ranking member, Senator Wicker, who is also with us, and who has helped to lead. This effort has been very, very bipartisan. And I think the ongoing series of hearings that we will have, similarly, will be bipartisan in its objective and its conduct. I want to welcome our witness Ms. Davis, who is appearing on behalf of Facebook.

Thank you for being with us. This hearing is the third in the series intended to help us draft legislation, but not just educate, not just legislate, but also to prompt action by Facebook itself. And that action has to address the harms that children and teens face on social media. I want to make clear that our interests are not limited to Facebook and Instagram.

Our subcommittee has secured commitments from several social media companies to appear in the coming weeks. We will hold them to those promises. We're here today because Facebook has shown us once again that it is incapable of holding itself accountable. This

month, a whistleblower approached my office to provide information about Facebook and Instagram.

Thanks to documents provided by that whistleblower, as well as extensive public reporting by The Wall Street Journal and others, we now have deep insight into Facebook's relentless campaign to recruit and exploit young users. We now know, while Facebook publicly denies that Instagram is deeply harmful for teens, privately, Facebook researchers and experts have been ringing the alarm for years.

We now know that Facebook routinely puts profits ahead of kids' online safety, we know it chooses the growth of its products over the well-being of our children, and we now know that it is indefensible delinquent in acting to protect them. It is failing to hold itself accountable, and the question that haunts me is how can we or parents or anyone trust Facebook.

Facebook, last night, disclosed two reports. We have those two reports among the documents that the whistleblower has provided. There are numerous other extensive and sophisticated reports that Facebook has not disclosed. Why? That will be a question that I think will resonate throughout this hearing. Because the fact of the matter is Facebook has concealed research studies of experts that show the harm that has been caused to children on its site, how it knew about that harm, and how it concealed it continually.

In August, ahead of this hearing, Senator Blackburn and I wrote to Mark Zuckerberg, and we asked, as you can see from this poster board, "Has Facebook research ever found that its platforms and products can have a negative effect on children's and teens' mental health or well-being, such as increased suicidal thoughts, heightened anxiety, unhealthy usage patterns, negative self-image, or other indications of lower well-being?" Facebook's response was, "We are not aware.

We are not aware of a consensus among studies or experts about how much screen time is too much." That response was simply untrue. Facebook knows. It knows the evidence of harm to teens is substantial and specific to Instagram. In new previously undisclosed

documents provided by the whistleblower, we're making them available now through these quotes.

We know that its own comprehensive internal review indicated that Facebook employees found, "Substantial evidence suggests that experiences on Instagram and Facebook make body dissatisfaction worse, particularly viewing attractive images of others, viewing filtered images, posting selfies, and viewing content with certain hashtags." I'm going to repeat that quote.

"Substantial evidence suggests that experiences on Instagram and Facebook make body dissatisfaction worse, particularly viewing attractive images of others, viewing filtered images, posting selfies, and viewing content with certain hashtags." That finding was not some disgruntled Facebook employee making a complaint.

It was Facebook's own employees making a formal finding based on their research. And it was available at the highest levels of Facebook's management. In our August letter, we also asked, "Has Facebook ever found that child or teenage users engage in usage patterns that would indicate addictive or unhealthy usage of its platforms or products?" Facebook didn't even bother to respond directly and pointed us to a previous evasion.

And there was a reason they responded in that way. Because Facebook knows, they know that children struggle with addiction on Instagram and they didn't want to admit it. Facebook researchers have concluded that teens "have an addict's narrative about their youths. Have an addict's narrative about their youths." Another survey also not disclosed publicly found that over one-third of teens felt they have "only a little control or no control at all over how Instagram makes them feel." Again, this conclusion is not solely one report, one Facebook employee's perspective.

It is a pattern of findings repeated across sophisticated and extensive studies that Facebook itself conducted over the past four years. Not displeased or disgruntled employees. Facebook formal findings and conclusion. Facebook knows the destructive consequences that Instagram's design and algorithms are having on our young people and our society, but it has routinely prioritized its own rapid growth over basic safety for our children.

There is a teenage mental health crisis in America. After years of decline starting in 2007, the suicide rate for young people has begun to skyrocket. The suicide rate for 10- to 14-year-olds has doubled. For young girls, it has quadrupled. Instagram didn't create this crisis. But from the documents provided by the whistleblower, clearly, Facebook's own researchers described Instagram itself as a "perfect storm" that "exacerbates downward spirals." Facebook knew it was a perfect storm through Instagram that exacerbates downward spirals.

My office did its own research. We created an Instagram account, identified as a 13-year-old girl, and followed a few easily findable accounts associated with extreme dieting and eating disorders. Within a day, its recommendations were exclusively filled with accounts that promote self-injury and eating disorders.

That is the perfect storm that Instagram has fostered and created. So, Facebook has asked us to trust it. But after these evasions and this revelation, why should we? It's clear that Facebook has done nothing to earn that trust, not from us, not from parents, not from the public. In truth, Facebook has taken Big Tobacco's playbook.

It has hidden its own research on addiction and the toxic effects of its products. It has attempted to deceive the public and us in Congress about what it knows. And it has weaponized childhood vulnerabilities against children themselves. It's chosen growth over children's mental health and well-being, greed over preventing the suffering of children.

These internal Facebook studies are filled with recommendations, recommendations from Facebook's own employees. And yet, there is no evidence, none, that Facebook has done anything other than a few small, minor, marginal changes. We all know that Facebook treated protecting kids with disregard. If it had protected kids like it did drive up revenue or growth, it would have done a whole lot more.

Instead, Facebook has evaded, misled, and deceived. I hope that this hearing provides real transparency and marks the start of a change from Facebook. Parents deserve the truth. Thank you to everyone for being here this morning. I'll turn to the ranking member. And then if the chairwoman or the ranking member have remarks, I'd be happy to call on them.

MARSHA BLACKBURN:

Thank you, Mr. Chairman. And I want to say thank you to you and your staff for working in partnership with us on this hearing. And I wish that Senator Markey was still here. He and I have been on this issue since we were each in the House and working on privacy Big Tech accountability. So, this is the type of hearing that has been a long time coming, and this is truly an important conversation for us to be having to continue and to be bringing our findings forward so that the public is aware.

There are a lot of moms, security moms, I call them, that are very concerned about what they see happening in the virtual space. 2019, CDC released some data -- and adding to what you were talking about, I think this is important. In 2019, the CDC data showed that 20 percent, 20 percent of our American high school students seriously considered attempting suicide.

Forty percent reported experiencing sadness, hopelessness. Now, our children who have lived through COVID, school closings, and more upheaval in their lives than ever before deserve better than this. Yet, where are the findings about the social interaction and relationship that they so desperately need? Where they are finding this is on social media, on sites like Instagram, TikTok, Snapchat.

And now, we know that at least one of these sites, Facebook, knows that its services are actively harming young children. They know this. How did they know this? Because they did their own research as Chairman Blumenthal just said. In 2019 and 2020, Facebook's in-house analysts performed a series of deep dives into teen use of Instagram, and it revealed, and I'm quoting from the report, "Aspects of Instagram exacerbate each other to create a perfect storm, and that perfect storm manifests itself in the minds of teenagers in the form of intense social pressure, addiction, body image issues, eating disorders, anxiety, depression, and suicidal thoughts." But it gets even worse than this because Facebook, despite touting their compliance with COPPA, was scheming to bring even younger users into their field.

Instagram announced this week that it is temporarily shelving their plans for Instagram Kids. But until this week, they were moving forward with this, trying to bring younger children onto their platforms. Yet, at the same time that we're learning this, The Wall Street Journal reported how Facebook tried to use playdates, that is right, playdates to attract more children to its Messenger Kids service.

In fact, Facebook is fully aware that underage children are using their platforms. Not only that, but they encourage older teen siblings to recruit their younger siblings and are actually devising marketing plans to help kids and teens, get this, create secondary or anonymous accounts that they can hide from their parents.

And they perform market research on kids as young as eight years old so they can learn how to recruit them to their sites. Facebook is also aware of other types of harmful content on their site. In fact, a report shows how Facebook knew about content devoted to coercing women into domestic servitude. Yet, they chose to do nothing to stop it until Apple threatened to pull Facebook from the App Store.

That's correct. It took Apple standing up to get them to stop this. In fact, this seems to be a recurring theme with this company, do everything and anything to mold the world into your own image for your own profit without any regard for any harm that is going to be done because your focus is on your pocketbook.

Adam Mosseri, CEO of Instagram, continues to double down on youth marketing. He said on the Today show earlier this week when asked about Instagram Kids, and I'm quoting him, "I firmly believe it's a good idea. As a father, the most important thing to me is the safety of my children." Well, Mr. Mosseri, I am a mother and I'm a grandmother, and I really beg to differ with you.

In fact, I would imagine that most of the chief mommas in charge at their own households would disagree with you. I think they would vehemently disagree with you. They don't want their kids going on platforms like Instagram even if you assure us that it will be safe for tweens. As the chairman said, you've lost the trust, and we do not trust you with influencing our children, with reading into their minds.

They also don't want Facebook collecting data on their children because call them whatever you want, tweens, teens, young adults, the bottom line is these are children. They're children. And you and Mr. Zuckerberg, both of you being parents, should understand that Facebook has both a legal and a moral obligation to forego collecting and using children's data.

So, Mr. Chairman, I'm grateful for the opportunity that we have this hearing today to continue to investigate, continue to expose what is happening in the virtual space. And I am certain that we will be holding Facebook to account as other tech platforms will be held to account. Ms. Davis, I do thank you for appearing before us today, and I hope that we can have a very frank and candid conversation.

Thank you, Mr Chairman

RICHARD BLUMENTHAL:

Thanks, Senator Blackburn. I call on Senator Cantwell.

MARIA CANTWELL:

Thank you, Mr. Chairman, and thank you -- and Ranking Member Blackburn, for this hearing today and for your long-standing work on this very important public policy area. I think it's very important to understand that our committee would like to move forward on stronger privacy legislation. And yesterday's hearing clearly crystallized that we need to update the Children's Online Privacy Protection Act. And this hearing, I'm sure, will put even more focus to the fact that we need to do that.

I want to thank Senator Markey for his questioning yesterday. This month, The Wall Street Journal published a series of articles about Facebook and Instagram, showing the management knew in great detail about the impacts of these products, the harm to children, the harm to teenagers, and, in spite, continued to bury that knowledge.

So, as our colleague just said, data collection of children is something that should have more aggressive attention. They should not have the products and services track and follow these

young children and updating COPPA will be essential. As we said yesterday, the committee talked about also, first time, privacy and data security violations.

There was unanimous support for that. So, it's very important that we continue to take steps on this issue. I agree that the safeguards in place are not enough, and we need to do more. So, I look forward to hearing from the witness today.

RICHARD BLUMENTHAL:

Thank you, Senator Cantwell. Senator Wicker, do you have any opening --

ROGER WICKER:

Thank you, Senator Blumenthal. And I will -- I'll be brief because we need to get to our witness. Facebook is one of a handful of Big Tech companies wielding immense power over our internet experiences. Using its market dominance, Facebook maintains unprecedented control over the vast flow of news information and speech on the internet.

To maintain a free, open, safe, and secure internet, many of us on this committee have long called for more transparency and accountability from Facebook and other social media platforms. Today, the content moderation and data collection practices of Big Tech remain largely hidden to consumers. Too often, Americans are left wondering why their online posts have been deleted, demoted, demonetized, or outright censored without a full explanation.

Users also remain in the dark about what data is being collected about them, how it's being used, and to whom it's being sold, and for what purpose. Recent reports from The Wall Street Journal may have shed new light on why Facebook's platform management practices have been kept from public view. This month, the Journal revealed that Facebook's so-called cross-check program purportedly exempts certain public figures from its terms of service and community standards.

The Journal also disclosed Facebook's own internal research documenting the harmful mental effects of the platform and its photo-sharing site effects on children and teens. Both

of these reports are deeply troubling and only amplify concerns about Facebook's inconsistent enforcement of its content moderation policies and its disregard in well-being for children and teens.

This morning, I hope Facebook will be forthcoming about its platform management practices and take this opportunity to address The Wall Street Journal's report. I also hope Facebook will outline what it is doing to increase transparency and begin protecting users of all ages on its platforms. Following yesterday's data privacy hearing, what remains clear to me is that Congress must act to address Big Tech's continued reign to censor contact -- content, censor content, suppress certain viewpoints, prioritize favored political speech, stockpile consumer data, and act in other unfair and anticompetitive ways.

The time to act is now, and I'm the fourth member of this committee this morning to say that. Addressing these issues is essential to preserving a free and open internet and a thriving digital economy for generations to come. We are serious about taking action. Thank you, Mr. Chairman.

RICHARD BLUMENTHAL:
Thanks, Senator Wicker. We will now turn to our witness, Ms. Antigone Davis, who is the global head of safety at Facebook. She spearheads Facebook Safety Advisory Board efforts, and she earned her JD from the University of Chicago Law School and her BA from Columbia University. Ms. Davis, the floor is yours.

ANTIGONE DAVIS:
Thank you, Chairman Blumenthal, Ranking Member Blackburn, and distinguished members of the subcommittee. Thank you for the opportunity to appear before you today. My name is Antigone Davis. I'm a parent, a former teacher, and the global head of safety at Facebook. Like you, I care deeply about the safety and well-being of young people online, and I have dedicated the better part of my adult life to these issues.

In my current role, I work with internal teams and external stakeholders to ensure that Facebook remains a leader in online safety, including issues of bullying and combating child exploitation. This is some of the most important work that I have done in my career, and I'm proud of the work that my team does every day.

At Facebook, we take the privacy, safety, and well-being of all those who use our platform very seriously, especially the youngest people on our services. We work tirelessly to put in right -- in place the right policies, products, and precautions so they have a safe and positive experience. We have dedicated teams focused on use safety, and we invest significant resources in protecting teens online.

We also know that we can't do this work alone. We work closely with experts and parents to inform the features we develop. We require everyone to be at least 13 years of age on Facebook and Instagram. When we learn that an underage user has created an account, we remove them from our platform. When it comes to those between 13 and 17, We consult with experts to ensure that our policies properly account for their presence, for example, by age-getting content.

We work constantly to improve safety and privacy protections for young people. For example, earlier this year, we announced that all users under 16 in the US will now be defaulted into a private account when they join Instagram. We also think it is critical to give parents and guardians the information, resources, and tools they need to set parameters for their children and help them develop healthy and safe online habits.

That's why we publish a variety of guides and portals intended to foster important conversations around online safety. And we're fortunate to do all this work with the help of industry experts, including our youth advisors, a group of experts in privacy, youth development, psychology, parenting, and youth media.

We understand that recent reporting has raised a lot of questions about our internal research, including research we do to better understand young people's experiences on Instagram. We strongly disagree with how this reporting characterized our work. So, we want to be clear about what the research shows and what it does not show.

The research showed that many teens said that Instagram is helping them with heart issues that are so common to being a teen. In fact, one of the main slides referenced in the article includes a survey of 12 difficult and serious issues like loneliness, anxiety, sadness, and eating disorders. We asked teens, who told us that they were struggling with these issues, whether Instagram was making things better, worse, or having no effect.

On 11 of the 12 issues, teen girls said they struggled with those issues, were more likely to say that Instagram was affirmatively helping them, not making it worse. That was true for teen boys on 12 of 12 issues. I want to be clear, not diminishing the importance of these issues are suggesting that we will ever be satisfied anyone is struggling on our apps.

That's why we conduct this research to make our platform better, to minimize the bad and maximize the good, and to proactively identify where we can improve. And the most important thing about our research is what we've done with it. We've built AI to identify suicide content on our platform and rapidly respond with news sources.

We've launched tools to help control time spent on our apps. We've built a dedicated reporting flow for eating disorder-related content, and we offer resources when people try to search for it. We have a long track record of using our internal research, external research, and close collaboration with experts to improve our apps and provide resources for people who use them.

And our work to respond to this research is ongoing. One idea we think has promise is finding opportunities to jump in if we see people dwelling on certain types of content and point them to content that inspires and uplift them. Finally, I want to talk -- speak to our work on Instagram experience for those under 13. As every parent knows, when it comes to kids and tweens, they're already online.

We believe it is better for parents to have the option to give tweens access to a version of Instagram that's designed for them where parents can supervise and manage their experience than to have them lie about their age to access a platform that wasn't built for them, or rely on an apps ability to verify the age of kids who are too young to have an ID. That's why we've been working on delivering age-appropriate parent-supervised

experiences, something YouTube and TikTok already do. But we recognize how important it is to get this right, and we've heard your concerns, which is why we announced that we are pausing the project to take more time.

We'll keep listening to parents, keep talking with policies -- policymakers and regulators, like yourselves, keep taking guidance from experts, and we'll revisit this project at a later date. There's an important part of what we've been developing for Instagram Kids that we won't be pausing, supervisory tools for parents.

We'll continue our work to allow parents to oversee their children's accounts by offering these tools to teen accounts on Instagram. These new features, where parents and teens can opt into, will give parents tools to meaningfully shape their teen's experience. As a parent, this development means a lot to me. I know I would truly appreciate more insight and tools to help me support my daughter and manage her online experience as she learned how to navigate social media.

I want to thank you for the opportunity to discuss these important issues with you today and answer your questions. Your safety and well-being are areas where we are investing heavily, and we welcome productive collaboration with lawmakers and elected officials. Thank you, and I look forward to our discussion.

RICHARD BLUMENTHAL:
Thank you, Ms. Davis. You know, we both know -- all of us know, as parents, how vulnerable teens are at this age, how they can succumb to eating disorders, even the suicidal tendencies, and how susceptible they are. So, the effects known to Facebook of its site in condoning and even encouraging those tendencies is so deeply repugnant.

Facebook knows from its own report, disclosed -- undisclosed, previously that it found in December 2020 a survey of over 50,000 Facebook users that "Teens, women of all ages, and people in Western countries experienced higher levels of both body image concerns and problems with appearance comparison on Instagram." In an April 2021 report, which also

has not been disclosed, it found a quarter of teen girls felt discouraged about their own lives and worse about themselves often or very often after using Instagram.

Another undisclosed report, March 2020, found "social comparison is worse on Instagram," in part, because its recommendations "enable never-ending rabbit holes," and because it's "perceived as real life." I don't understand, Ms. Davis, how you can deny that Instagram isn't exploiting young users for its own profits.

ANTIGONE DAVIS:

Thank you, Senator, for your question. I'd like to speak specifically to this as an experienced mom of a teenage daughter, as someone who was a teenage girl herself, and as someone who's taught middle school and teenage girls. I've seen firsthand the troubling intersection between the pressure to be perfect between body image and finding your identity at that age.

And I think what's been lost in this report is that, in fact, with this research, we found that more teen girls actually find Instagram helpful. Teen girls who are suffering from these issues find Instagram helpful than not. Now, that doesn't mean that the ones that aren't aren't important to us. In fact, that's why we do this research well.

If we just try --

RICHARD BLUMENTHAL:

Well, if I may interrupt you, Ms. Davis, these are your own reports. These findings are from your own studies and your own experts. You can speak from your own experience, but will you disclose all of the reports, all of the findings, will you commit to full disclosure?

ANTIGONE DAVIS:

Well, I know that we've -- Senator, thank you. I know that we have released a number of the reports, and we are looking to find ways to release more of this research. I want to be clear

that this research is not a bombshell. It's not causal research. It's, in fact, just [Inaudible] research that we use for product [Inaudible]

RICHARD BLUMENTHAL:

Well, I beg to differ with you, Ms. Davis. This research is a bombshell. It is powerful, gripping, riveting, evidence that Facebook knows of the harmful effects of its site on children, and that it has concealed those facts and findings. So, I ask you to commit that you will make full disclosure, all of the thousands of pages of documents that the whistleblower has, and more that can be made available.

I want to switch to a separate topic because I think that you've indicated that you're not willing, at this point, to make a commitment that you'll fully disclose everything unless I'm mistaken, I'll give you a chance to respond.

ANTIGONE DAVIS:

Thank you, Senator. We are looking for ways to release more research. There are privacy considerations that we need to take into place. But I think more importantly, we're actually also looking for ways to give external researchers access to data so that they can do independent research, as well.

RICHARD BLUMENTHAL:

Well, I think that's a very important point. You haven't provided that access to researchers. You refused to make it available to independent experts and researchers. And I will ask you as well for a commitment to do so. And I recognize you're not going to answer this question here, but let me ask you separately.

In your remarks, you say, "We think it is important to help provide parents and guardians the information, resources, and tools they need." I want to talk about one major source of concern for parents, they are Finstas. Finstas are fake Instagram accounts. Finstas are kids' secret second account. Finstas often are intended to avoid parents oversight.

Facebook depends on teens for growth. Facebook knows that teens often are the most tech savvy in the household, that they need or they would like to have critical ways. Facebook would like to have critical ways to acquire new older users, but Facebook also knows that nearly every teen in the United States has an Instagram account.

It can only add more users as fast as they -- there are new 13 year old. So, what Facebook has done is Finstas. In multiple documents, Facebook describes these secret accounts as "a unique value proposition." It's a growth strategy. A way to boost its monthly active user metric. And that active user metric is of great interest to your investors, to this -- to the markets.

And it looks to me like it's another case of prioritizing growth over children's safety. So, Facebook claims it's giving tools to parents to help their kids navigate social media and stay safe online, but behind the scenes, your marketers see teens with multiple accounts as unique value opportunity propositions.

Let me quote, "unique value proposition." And we all know that means Finstas. You're monetizing kids, deceiving their parents. You make money when kids deceive their parents. You make money from these secret accounts. You make money from heightening the metrics that impress the markets, your investors raise the stock price.

How can parents trust you?

ANTIGONE DAVIS:
Respectfully, Senator, that's not how I would actually characterize the way we built our products. We build our products to provide the best experience for young people. Interestingly, when you mention Finstas, in my engagement with teens, Finstas the -- are not something that we actually -- we built -- they built.

They did it to, actually, provide them -- themselves with a more private experience, which is one of the things that led us to think about offering them privacy, more privacy. So, that's actually where Finstas come from, teens, not us. But I think, more importantly, our announcement that we are going to be providing supervisory tools that give parents actual

insight into what their children are doing on Instagram is exactly contrary to what you're suggesting.

RICHARD BLUMENTHAL:

Well, with all due respect, these are private. Yes, they are secret. They are secreted from parents so that whatever the tools you may have, parents can't apply them. And they are part of the metrics, they're measured so that you can show growth. I'll turn to the ranking member.

MARSHA BLACKBURN:

Thank you, Mr. Chairman. And, Ms. Davis, thank you for your testimony and for being with us today. We appreciate that, and I congratulate you on a perfectly curated background. It looks beautiful coming across the screen. I wish the message that you were giving us were equally as attractive. Let me go to Instagram CEO, Adam Mosseri, recently saying and I used his interview in my opening statement that 13-year-olds are not allowed on Instagram.

Is that true? Yes or no?

ANTIGONE DAVIS:

Thirteen-year-olds and above are allowed on Instagram. Under 13-year-olds are not.

MARSHA BLACKBURN:

But we know that you are doing research on children as young as eight and are marketing to eight- to 12-year-olds, correct?

ANTIGONE DAVIS:

We do not market to eight- to 12-year-olds because they're not on Instagram. Thirteen-year-olds and above, if we find an account of someone who's under 13, we remove them. In fact, in the last three months, we removed 600,000 accounts of under-13-year-olds.

MARSHA BLACKBURN:

OK. So, talk to me about how you enforce the policy that 13-year-old -- under-13 cannot be on Instagram.

ANTIGONE DAVIS:

I actually appreciate that question. So, there are a number of different things that we do. We have an age screening when someone tries to join Instagram. If we see someone trying to, repeatedly, change the date to get past that, we actually will restrict their ability to access the app. We also allow people to report underage accounts, even if you're not on Facebook, and we will remove them.

And we're investing and using AI and other signals to remove underage accounts as well.

MARSHA BLACKBURN:

OK. Then let me -- not to interrupt, but I've got five minutes. Then talk to me about what the map is because I know you've -- your research, your research shows that you've looked into using the map for kids under 13. So, why don't you explain that to us?

ANTIGONE DAVIS:

That is just a measure of how many people are using the site in a month, monthly active people.

MARSHA BLACKBURN:

OK. But you were going to apply that to children under 13, so therefore, you were trying to quantify the number of children that were under 13 years of age that were using your site. Correct?

ANTIGONE DAVIS:

Respectfully, that that doesn't sound accurate to me. In fact, what we are trying to do is to remove [Inaudible]

MARSHA BLACKBURN:

OK. Well, then let's have you clarify that for the record because your research shows that you were using the map on children under 13. I want to move on and talk to you about the information I've seen about the presence of content on Facebook and Instagram that is used to recruit women into domestic servitude.

This is a kind of trafficking where people are forced to work against their will for little or no pay. Their passports are often taken away from them. They can be auctioned online and abused. And I have a poster that is behind me. I hope that you can see this. I've seen information suggesting that Facebook knew this content was on its website but did nothing to delete it until Apple threatened to drop Facebook from the Apple App Store.

To quote from a Facebook internal report, and I quote, "Was this issue known to Facebook before the BBC inquiry and Apple escalation? Yes," But quoting again, "Due to the underreporting of this information and absence of proactive detection, domestic servitude content remained on the platform. Removing our applications from Apple platforms would have had, potentially, severe consequences to the business." Ms. Davis, did Facebook know about content on its platform used to recruit women into forced slavery?

And why did you not remove it until Apple threatened to drop Facebook from the App Store?

ANTIGONE DAVIS:

Respectfully, Senator, I don't agree with that characterization of what occurred. In fact, we have policies against sex trafficking on our platforms.

MARSHA BLACKBURN:

This is your reporting. Ms. Davis, this is your company's reporting. You knew this was there. You knew it was there, but you didn't do anything about it. Is it still there? Are you still

allowing sex trafficking on Facebook? Is this something that girls, as young as eight, who are on your site, are exposed to? Let's get a little bit more definition around this.

One more question for you. One of The Wall Street Journal articles, came out Monday, shared Facebook research about the product segment it would like to target in the future. It shows younger and younger kids. This is your poster. I mean, this is your graphic. I've put it on a poster. Where we've been and where we're going.

In fact, documents I saw showed Facebook doing market research on eight-year-olds. And I'm quoting from you all now. "Tweens and younger teens are very similar in digital behaviors. Even kids as young as eight are interested in similar digital experiences." The documents show survey results into the digital interest of eight- to 10-year-olds.

So, with this categorization in mind, does Facebook conduct market research on tweens? Yes or no?

ANTIGONE DAVIS:

Thank you, Senator. I'd, first, like to actually clarify that document that you have up behind you. That document is actually from an age-appropriate design code, something that Senator Markey and others have actually given to tech companies as a way for us to think about how we design for different ages.

It is actually a direction on policy --

MARSHA BLACKBURN:

So, you are admitting to me that you're designing for eight- to 12-year-olds? I think that that is something that is very interesting because you know that's a violation of the Children's Online Privacy Act. And I guess, what you're telling us then is that you also are doing market research on children, and that you are continuing to collect data on children as you try to figure out what type digital experience children, children, ages eight to 12, are interested in having.

I'm over time, Mr. Chairman. I will yield back.

RICHARD BLUMENTHAL:

Thanks, Senator Blackburn. Senator Klobuchar.

AMY KLOBUCHAR:

Thank you very much. Ms. Davis, we now know that Facebook's own research found that Instagram worsens body image issues for one in three teenage girls. Were you aware of those internal findings before The Wall Street Journal articles came out?

ANTIGONE DAVIS:

Senator Klobuchar, I'd just like to correctly characterize those findings. What those findings are are actually of teen girls who already expressed having that issue.

AMY KLOBUCHAR:

OK. OK. I will --

ANTIGONE DAVIS:

Mind you, one in one is too many but --

AMY KLOBUCHAR:

OK. I have five minutes, and I appreciate that. And we'll put that on the record. But were you aware of the internal findings before The Wall Street Journal articles came out?

ANTIGONE DAVIS:

Thank you, Senator Klobuchar. I and my team work on a weekly, maybe even [Inaudible]

AMY KLOBUCHAR:

Could you just answer -- I'm sorry. I was, actually, asking a polite question. Were you aware? Could you answer? Yes or no?

ANTIGONE DAVIS:

Yes, I was.

AMY KLOBUCHAR:

And what specific steps did you then take, in response to your own research? And when?

ANTIGONE DAVIS:

Senator Klobuchar, I don't give you exact dates, but what I can tell you is that this research has fueled numerous product changes. So, for example, in the context of eating disorders, we now have a dedicated reporting flow for eating disorder content. We also pop-up resources for individuals if they try to search for this for this content --

AMY KLOBUCHAR:

OK, but did you take --

ANTIGONE DAVIS:

Due to the numerous changes.

AMY KLOBUCHAR:

OK. I will then -- what I will do is in writing ask the questions, so we can find out the dates from when the research came out and what you did. You were creating -- Facebook was creating a version of Instagram that targeted kids under 13. You announced this week that you are pausing that program. What specific criteria will you use to determine whether to unpause the plan?

And who will make that decision?

ANTIGONE DAVIS:

Thank you, Senator Klobuchar. I think what we intend to do at this point in time is to step back, to talk with more parents, to engage with more policymakers like yourself, to engage with more experts. What I do know is that parents are -- 10 parents in fact four kids under the age of 13, are allowing their children onto sites between the ages of 18 and 12 and --

AMY KLOBUCHAR:

OK. But I ask, is going to make the decision --

ANTIGONE DAVIS:

Sure that it has --

AMY KLOBUCHAR:

I so appreciate If you were answering the question, I would let you go ahead, but I was asking who will make the decision about whether to unpause the work on developing that program?

ANTIGONE DAVIS:

Well, certainly, we are a collaborative team within the company, but it will be done with the guidance and expertise of our youth advisers, hearing from parents, hearing from policymakers --

AMY KLOBUCHAR:

OK. All right, I know that's guidance. But I was asking the identity of the person who will make the decision. That's all. I'll do that in writing --

ANTIGONE DAVIS:

I don't have a single person. I'm sorry, Senator Klobuchar.

AMY KLOBUCHAR:

OK. Last quarter, Facebook publicly reported that its advertising revenue per user in the US and Canada, this is for a quarter was $51 per quarter, didn't even compare with any other industrialized nation or any other country. They're making so much money of American users. I asked your colleague, Steve Satterfield, about that last week in a hearing in my Judiciary Antitrust Subcommittee, the hearing we had on big data.

In his response, he said he wasn't entirely sure whether the data included Instagram revenue. Does it include Instagram revenue? And specifically, does it include revenue from kids under 18?

ANTIGONE DAVIS:

Senator Klobuchar, that is not something I work on, but it's sort of not how we build products particularly in relation to young people. We actually have always limited ads for young people, and much more recently we've reduced it so that, based on actually guidance from experts, that we don't target young people --

AMY KLOBUCHAR:

OK. But again, I appreciate we're good at filibustering in the Senate too, but I am really concerned about the answer because I think it's specific. And again, I will do this in writing, I will publish the answers, but I'm just asking a fact. You guys published your -- these quarterly revenues, we have them on different countries, right?

How much money you make, we got that information. And so, I'm trying to figure out if it includes Instagram. I'm trying to figure out if it includes kids, which I assume it does and I will keep pursuing it another way. When you estimate the lifetime value of a user, you must do that because I know your profit model and how it works now after years of taking on this monopoly dominant platform issue.

What do you estimate the lifetime value of a user is for kids who start using Facebook products before age 13?

ANTIGONE DAVIS:

Respectfully Senator. That's not how we think about building products for our -- for young people. We actually are quite focused on ensuring that parents have the kinds of supervisory tools that they need. That's just -- that's just not the way we think about. It's certainly not the way my team --

AMY KLOBUCHAR:

OK. Ms. Davis --

ANTIGONE DAVIS:

Think about it.

AMY KLOBUCHAR:

That may be true about your team. But are you saying that Facebook, in developing products, has never considered, and you are under oath, has never considered the profit value of developing products when they make their decisions of how those products look.

ANTIGONE DAVIS:

Respectfully Senator, we are a business, I'm fully aware of that. But what we are thinking about is, how do we provide the best experience if we have a very short-sighted version of just -- without focusing on providing a better experience for people are good experience. That's just a terrible business model.

AMY KLOBUCHAR:

Well, we'll follow up in writing. I am out of time. I'll try to come back if there's a second round. Thank you very much.

RICHARD BLUMENTHAL:

Thanks, Senator Klobuchar. I'm hopeful we will have a second round. I don't know whether Senator Thune is available. If not Senator Moran or Senator Lee. I will turn to Senator Markey in the absence of a Republican Senator wishing to ask questions. And I am going to vote, so you're in charge Senator Markey.

ED MARKEY:

OK, thank you, Mr. Chairman very much. And we will recognize Republican members as they arrived. In April, Senator Blumenthal and I wrote to CEO, Mark Zuckerberg, ringing the alarm about Facebook's plan to launch a version of Instagram for kids 12 and under. I'm pleased that Facebook responded to our concerns and is backing down at least temporarily from its plans.

But a pause is insufficient. Let's be clear. The problem isn't that Instagram hasn't developed a safe product for kids. The product -- the problem is Instagram itself. According to Facebook's own research, teen users consistently blame Instagram for increases in their anxiety and depression. In fact, 32 percent of teen girls said, "When they felt bad about their bodies, Instagram made them feel worse". And six percent of American teen users traced their desire to kill themselves to Instagram.

For teens, Instagram is worse than a popularity contest in a high school cafeteria because everyone can immediately see who's the most popular or who's the least popular. Instagram is that first childhood cigarettes, meant to get teens hooked early, exploiting the peer pressure of popularity, and ultimately endangering their health.

Facebook is just like big tobacco, pushing a product that they know is harmful to the health of young people, pushing it to them early. Also, Facebook can make money. IG stands for Instagram, but it also stands for Instagreed. The last thing we should allow Facebook to do is push young kids to use Instagram.

Ms. Davis, will you commit that Facebook will not launch any platforms targeting kids 12 and under, that includes features such as, like buttons and follower accounts, that allow children to quantify popularity. Yes, or no?

ANTIGONE DAVIS:

Senator Markey, I'd like to actually take a second to disagree with your comparison. Our products actually add value and offer enriched changed lives. They enable them to connect with their friends with their family and actually --

ED MARKEY:

I appreciate that.

ANTIGONE DAVIS:

During COVID and pandemic --

ED MARKEY:

I appreciate that Senators just have limited time in the question-and-answer period. I have a question to you. Will you stop launching, will you promise not to launch a site that includes features such as, like buttons and follower counts, that allow children to quantify popularity? That's a yes or a no.

ANTIGONE DAVIS:

Senator Markey. Those are the kinds of features that we will be talking about with our experts trying to understand, in fact what is most age appropriate, and what isn't age appropriate, and we will discuss those features with them. Of course.

ED MARKEY:

Well, let me just say this, we're talking about 12-year old's, we're talking about nine-year old's. If you need to do more research on this, you should fire all the people who you're paid to do your research up until now, because this is pretty obvious. And it's pretty obvious to every mother and father in our country because all recent scientific studies by child development experts found that, not getting enough likes on social media significantly reduces adolescent's feelings of self-worth.

Here's another threat to young people on Instagram. The app is full of images and videos of popular influencers, who peddle products while they flaunt their lavish lifestyles to users. Ms. Davis, will you commit that Facebook will not launch any platforms targeting kids, that host influencer marketing, commercial content that children may be incapable of identifying as advertisements?

Yes or no?

ANTIGONE DAVIS:
Senator, that's actually one of the questions that we will be working with, with our experts as well. I do think it's important to point out that our app Messenger Kids for -- a messaging app for young kids under 13, doesn't show ads at all. And that was based on the feedback that we got from parents and from our experts.

ED MARKEY:
I will just say this is -- it's not acceptable that you don't have answers for these questions right now. These are the obvious problems that exist in television. We don't allow the host of a program to hawk a product to a child. It's illegal, you know. And I'm the author of those laws, so I know it's illegal, and the same thing is true here.

Why Facebook just can't say flat out, no, we won't allow influencers to be trying to push a child towards buying something because that child has now seen a video is just, again, completely and totally unacceptable because we know that children lack the cognitive ability to decipher whether something is an advertisement, and influencer marketing is inherently manipulative to kids.

The same thing was true on television. It's true over here. We have to move the same values from television over to the internet or else, the same exploitative policies will be adopted by marketers. Research also finds that your algorithms send teen users into a spiral of harmful content, including misinformation about COVID, and ads for diet pills and appetite suppressants.

Ms. Davis, will you commit that Facebook will not launch any platforms targeting children that employ algorithms promoting this dangerous content?

ANTIGONE DAVIS:

Thank you, Senator Markey. We actually don't allow weight loss ads to be shown to people under the age of 18 already.

ED MARKEY:

OK. Well, and -- that's reassuring because that content shouldn't exist anywhere on your platform. Your platforms, however, from my perspective, are actively promoting these materials. And we can't let that happen to kids. So, you seem to disagree with whether or not you are doing that, but my research says that you are.

So, that's also something that I think we should just quantify. If Facebook has taught us anything, it's that self-regulation is not an option. We need rules, rules that are federally mandated that have to be adhered to by companies. And that's why today, I am reintroducing the Kids Internet Design and Safety Act, the KIDS Act, partnering with Senator Blumenthal, who I thank for working with me on this bill.

Our legislation bans damaging website design features like follower counts, autoplay, and push alerts that are harmful to kids, limits advertising and commercial content like product placement and influencer marketing to kids, and prohibits amplification of harmful and violent content to kids. Ms. Davis, do you agree that Congress needs to pass this legislation and enact these critical safeguards for children online?

Yes or no?

ANTIGONE DAVIS:

Senator Markey, I think our company has made its position really well known that we believe it's time for the update of internet regulations, and we'd be happy to talk to and work with you on that.

ED MARKEY:

OK. Well, do you support this legislation?

ANTIGONE DAVIS:

I'd be happy to follow up, most certainly.

ED MARKEY:

Well, your company has had this legislation in your possession for months, and you're testifying here today before the committee that would have to pass this legislation. And again, I just feel that, you know, delay and obfuscation is the legislative strategy of Facebook, especially since Facebook has spent millions of dollars on a marketing campaign calling on Congress to pass internet regulations.

And Facebook purports to be committed to children's well-being, so it's simply wrong that you will not support this legislation to enact protections on kids -- for kids online. That's the only conclusion I can reach since you've had it in preparation for this hearing for a long period of time. So, we know that Facebook's top priority is its bottom line.

Congress has to step in. We have an obligation to enact a bold agenda for young people online, and that means passing the KIDS Act to take on Big Tech's damaging and coercive tactics to hook kids, to updating the Child [Ph] Online Privacy Protection Act to finally give young people up to the age of 16, a privacy bill of rights for the 21st century, and passing my CAMRA Act to launch a major research project at the National Institutes of Health on the effects of tech on children.

It's time for us to do this. We cannot wait, this is a crisis, and we must act. Let me now turn and recognize Senator Thune.

JOHN THUNE:

Thank you, Mr. Chair. I along with many of my colleagues are deeply concerned about the lack of consumer transparency and limited accountability of Big Tech companies.

Consumers have been -- become increasingly troubled about the way that their information is used by social media platforms and how these sites decide what news and information we see.

Because of the secrecy with which platforms protect their algorithms and content moderation practices, which largely has been and continues to be a black box, consumers have little or no idea how the information they see has been shaped by the sites that they're visiting. I've introduced two bipartisan bills to address these issues, the Platform Accountability and Consumer Transparency or the PACT Act and the Filter Bubble Transparency Act. The PACT Act would increase transparency around the content moderation process and provide consumers more due process when a platform like Facebook removes a post.

And the Filter Bubble Transparency Act would give consumers the option to engage with internet platforms without being manipulated by opaque algorithms. And I'd like to, Ms. Davis, just very briefly, discuss those with you today. The Wall Street Journal recently revealed that Facebook overhauled its algorithm in 2018 in an effort to boost, "meaningful social interactions or MSI meant to strengthen bonds between friends and family." Instead, the overhauled algorithm rewarded outrage and sensationalism, making Facebook's platform an angrier replace.

Mr. Zuckerberg reportedly resisted proposed fixes because he was worried it would hurt Facebook's objective to make users engage more with Facebook. Ms. Davis, should consumers be able to use Facebook and Instagram without being manipulated by algorithms designed to keep them engaged on the platform?

ANTIGONE DAVIS:

Respectfully, Senator, that's not how we think about our News Feed. In fact, our News Feed is designed to connect people to people that they have a meaningful connection to, so friends, family, things that they're interested in. That particular change actually reduced the amount of time that was spent on our platform by about 50 million hours a day.

The goal there was really to promote that more meaningful connection between friends and family. That said, I do think we have instituted additional controls for people's news feeds, so people can actually have a news feed that's based on chronological order as opposed to a ranking, and we have made numerous investments in transparency broadly.

We have an annual transparency report, we actually submit to human rights impact assessment, we have an oversight board, all because we too, like you, believe more transparency is important.

JOHN THUNE:
The PACT Act, which I referenced earlier, is a Section 230 legislation I introduced with Senator Schatz, would, among other things, require that large online platforms remove court-determined illegal content and activity within four days or lose their Section 230 liability protection. Do you believe that Facebook and other large internet platforms should remove content that has been found by a court to be illegal?

ANTIGONE DAVIS:
Certainly, Senator. We have policies against illegal activity on our platform and illegal content.

JOHN THUNE:
There's a study published in the Proceedings of the National Academy of Sciences way back in 2014 that revealed that Facebook had conducted a massive experiment of 700,000 users on its platform that found, and I quote, "emotional states can be transferred to others via emotional contagion, leading people to experience the same emotions without their awareness." Today, seven years later, we're learning through media leaks that Facebook's internal studies continue to show the emotional contagion its services can produce among its users, most recently with teen users on Instagram.

What do you think should be done to make users in the public more aware of the emotional contagion that occurs on Facebook and Instagram? And what can be done to counter

program against emotional contagion on Facebook and Instagram?

ANTIGONE DAVIS:

Thank you, Senator. I really appreciate that very thoughtful question. In fact, the research that we did wasn't exactly about emotional contagion. Nonetheless, the recent research really identified areas where we could actually improve our products. So, for example, we saw that -- young people indicated that when they saw uplifting content or inspiring content, that could move them away from some other issues that they are struggling with.

So, one of the things that we're looking at is something called nudges where we would actually nudge somebody who we saw maybe potentially rather holding down content toward more uplifting or inspiring content to break that what you're referring to as sort of contagion.

JOHN THUNE:

Mr. Chairman, my time's expired, but let me just close by saying that the -- I think it's time for us to look at some of these reforms. I've got a couple of bills as I mentioned and I just think that users need to know, they need more transparency. These algorithms are opaque and I think, in many cases, at least users ought to have an option to be able to see content that hasn't been moderated by the platform.

So, I hope that we can make some headway on that and I hope we do it soon. Thank you.

RICHARD BLUMENTHAL:

Thanks, Senator Thune. I call on Senator Lujan.

BEN RAY LUJAN:

Thank you so much, Mr. Chairman. Ms. Davis, we've heard from you today and from others that Facebook contests The Wall Street Journal's reporting on internal research rather than argue details. I have a simple question, yes or no, does Facebook have internal research

indicating that Instagram harms teens, particularly harming perceptions of body image, which disproportionately affects girls?

ANTIGONE DAVIS:

Senator, we have released the two studies in relation to this. What our research showed was that, for people who are struggling with these issues, that actually more of them found their engagement on Instagram helpful than harmful. In fact, of the 12 issues that we looked at, 11 of those were the case for young girls and 12 of 12 for teen boys.

BEN RAY LUJAN:

So, one of the challenges that I'm facing here, Ms. Davis, is that there's two sides to this story. The problem is Facebook is telling both sides. You're seeing your own internal research is misleading and then taken out of context. So, please help us get to the bottom of this. Yes or no, will Facebook release the basis of the research, the data set minus any personally identifiable information to allow for independent analysis?

ANTIGONE DAVIS:

Senator, we've already released two of the primary pieces of research. We are actually looking to release additional research and to create greater transparency. We're also quite invested in giving external researchers an opportunity to look at -- to access data in a way that's privacy protective. In addition, we fund and research external independent research through grants.

And we have been --

BEN RAY LUJAN:

Ms. Davis, I apologize, I don't have a lot of time. If you could please give me a yes or no to this question. And it's either yes or it's no. Will Facebook release the basis of the research, the dataset minus any personally identifiable information to allow for independent analysis?

ANTIGONE DAVIS:

We're looking to release more of that research.

BEN RAY LUJAN:

That sounds like a yes, am I incorrect?

ANTIGONE DAVIS:

[Inaudible] we have privacy obligations, but we're looking to provide greater transparency, yes.

BEN RAY LUJAN:

Again, that's why I'm trying to be clear here, Ms. Davis. You can -- I'm asking for you to release the data minus any personally identifiable information. And if I'm incorrect with your answer being interpreted as yes, please correct me.

ANTIGONE DAVIS:

Respectfully, Senator, I want to be really clear. This research is not that --

BEN RAY LUJAN:

So, that sounds like a no, there's no reason -- I'm just -- yes or no. And if the answer is not yes, then it's no. On April 11, 2018, I asked Mr. Zuckerberg if Facebook creates shadow profiles for nonusers that utilize the site without logging on or officially creating an account. Despite ongoing and public reporting on this issue, in response, Mr. Zuckerberg claimed that he had never heard the term "shadow profile". Ms. Davis, now in the context of today's discussion, I'll ask a slightly different question.

Yes or no, does Facebook or Instagram collect personally identifiable information specific to individual children under the age of 13 without the consent of those children's parents or guardians?

ANTIGONE DAVIS:

Senator, children under the age of 13 are not allowed on Instagram or Facebook.

BEN RAY LUJAN:

Does Facebook or Instagram collect personally identifiable information specific to individual children under the age of 13? Is your answer, no.

ANTIGONE DAVIS:

Respectfully, Senator, we do not allow children under the age of 13 onto our apps.

BEN RAY LUJAN:

That's not the question that I'm asking. The question I'm asking in the same way that I asked Mr. Zuckerberg on April 11th about the collection of this information. Does Facebook or Instagram collect personally identifiable information specific to individual children under the age of 13 without the consent of those parents or guardians?

If the answer's no, that's sufficient.

ANTIGONE DAVIS:

Senator, it would be my understanding that we don't since we don't allow them on our apps.

BEN RAY LUJAN:

I appreciate that. I understand that the algorithms underpinning content moderation and recommendations on Facebook and Instagram change on a regular basis. Ms. Davis, yes or no, in preparation of changes to existing algorithms, has Facebook ever first tested potential impacts of those changes before they are rolled out broadly?

ANTIGONE DAVIS:

This is not my area of expertise. I know that we do, do testing to understand the impact of changes, but I can't speak specifically to this one.

BEN RAY LUJAN:

Publicly, Facebook has said they do, do that. Yes or no, has Facebook ever tested whether a change in its platform will later increase growth in users or growth in revenue?

ANTIGONE DAVIS:

All right, Senator, would you might you repeat the question? Your voice sped up weirdly.

BEN RAY LUJAN:

Has Facebook ever tested whether a change to its platform would later increase growth in users or growth in revenue?

ANTIGONE DAVIS:

Respectfully, Senator, this is not my particular area of expertise. I can certainly take the question back to the team. But I'm sure that we think about business issues of those kinds.

BEN RAY LUJAN:

Facebook has said publicly they do. Yes or no, has Facebook ever tested whether a change to its platform increases an individual or a group of users' propensity to post a violent or hateful language?

ANTIGONE DAVIS:

Again, Senator, this is not my area of expertise, but I'd be happy to take your questions back to the right team and get your answers.

BEN RAY LUJAN:

And Mr. Chairman, I think with that last question, we might get more responses to that one next week. Yes or no, has Facebook ever tested whether a change to its platform makes an individual or a group of users more likely to consider self-harm?

ANTIGONE DAVIS:

Actually, the research that has been released and has been reported on looks at whether a young person thinks that they -- that their first thoughts of suicide occurred on our platform. And you know, well, the numbers there show about 0.5 percent, about a half a percent do. That's one too many. As someone who had a brother who died by suicide, as well as a very close college friend, if there's one person on our platform who attributes their suicidal ideation to our platform, that's one too many and we care deeply about it. We've built product changes to address that.

So, we have a suicide prevention reporting flow where you can actually connect with a crisis counselor right from that reporting flow. Family members who report something can actually connect with the person immediately because our experts have told us that when they connect with that person, that's one of the best ways to prevent suicide.

We take this issue very seriously and we're the industry leader when it comes to preventing -- addressing suicide content on our platform.

BEN RAY LUJAN:

And my final question, Mr. Chairman, yes or no, has Facebook ever found a change to its platform would potentially inflict harm on users but move forward because the change would also grow users or increase revenue?

ANTIGONE DAVIS:

It's not been my experience at all at Facebook. We care deeply about the safety and security of the people on our platform. We've invested $12 billion in it. We have thousands and thousands of people working on this issue. That's just not how we would approach it.

BEN RAY LUJAN:

Now, Mr. Chairman, I hope that the answer to the very first question that I asked will be a profound, yes. The one area that Facebook can make structural changes here is by simply making research public by default. Allow real independent oversight. And I look forward to that information being given to the committee.

If not, I look forward to requesting it formally. Thank you, Mr. Chairman.

RICHARD BLUMENTHAL:

Thanks, Senator Lujan. And I think you're absolutely right in that regard. Let me just ask. Ms. Davis, you've refused to commit that these research and findings will be made public. Who will make that decision at Facebook?

ANTIGONE DAVIS:

I don't know that there's any -- Senator, there's any one person who will make that decision. I do know that there are many people looking at [Inaudible]

RICHARD BLUMENTHAL:

Well, let me just ask you. Isn't it a fact that Mark Zuckerberg is the one who will make that decision?

ANTIGONE DAVIS:

Respectfully, Senator, this is a kind of decision that would involve many people in the company. We need to look at our privacy obligations, and we are looking to be -- to provide more transparency.

RICHARD BLUMENTHAL:

Well, with all due respect to you, the word transparency is easy to use, it's hard to do. And so far, there is nothing that you have said to indicate that disclosure of these findings,

conclusions, recommendations, facts known to Facebook about the harmful effects of its products will be made available and, in fact, that a decision will be made by any specific time or by any particular individual.

Can you tell us more?

ANTIGONE DAVIS:

Respectfully, Senator, I think that our commitment to transparency in the last few years should be a very good indication of our commitment. We've launched a transparency report regularly. We have set up an oversight board. We have human rights impact assessments. We're doing a tremendous amount to ensure transparency around our platform.

And we're looking for ways to give independent researchers access to data so that they can do independent studies as well.

RICHARD BLUMENTHAL:

You know, that is perhaps one of the most discouraging parts of your testimony, that you're relying on your past record of transparency for what you will do in the future. The fact of the matter is there are thousands of documents that we have only because a whistleblower has come forward, documents that show your own findings.

That is directly the opposite of transparency, Ms. Davis. I realize that you are testifying here about the efforts of Facebook to counter those documents, but the only way to counter facts is with real transparency. Let me ask you while we're waiting for other senators to arrive. I know that some are on their way.

For years, Instagram did nothing about eating disorders. It began to take some small steps only when a 14-year-old girl, her name was Molly Russell, took her own life. She was getting trapped in that perfect storm that Facebook researchers described. Your own researchers called it a perfect storm. Our research has shown that right now in real-time, Instagram's recommendations will still latch on to a person's insecurities, a young woman's

vulnerabilities about their bodies, and drag them into dark places that glorify eating disorders and self-harm.

That's what Instagram does. In fact, according to documents provided to me as recently as April of 2021, that's this year, a Facebook engineer raised concerns that "no one has decided to dial into eating disorders." They documented the problems we have verified. So, you knew. You knew. How long should it take to fix these problems?

What are you going to do to address what we have found just within the past week or so?

ANTIGONE DAVIS:
Senator, we've been working with suicide prevention experts since 2006. We also work with eating disorder experts. We don't allow the promotion of either kinds of content on our platform. We do allow individuals to talk about their journeys to recovery because our experts have told us that that's really important and helpful to them.

We have a dedicated reporting flow when it comes to eating disorder content, and we actually offer resources of support. That's all work that's been generated out of both this research and working with our experts. And that would be [Inaudible]

RICHARD BLUMENTHAL:
So, let me -- Ms. Davis, because our time is limited. In your answer in response to my question what are you going to do to fix the problem, you're essentially saying there's no problem. Is that right?

ANTIGONE DAVIS:
Respectfully, Senator, no. In fact, that's not what I'm saying. As long as there's one person dealing with the issue on our platform, we consider it a problem. And actually, there are additional products changes that we're looking at. So, for example, I think I mentioned earlier that we're looking at nudges towards uplifting content, one of the things that has --

teens themselves has identified as helpful to them when they're dealing with certain issues that they're struggling with like eating disorders.

We're also looking at something called Take a Break where we would encourage somebody to take a break when we think there may be a rabbit hole and down certain kind of content or on the app too long.

RICHARD BLUMENTHAL:
So, you're not committing to any specific steps by any specific time, but you do acknowledge there is a problem with eating disorders, with suicidal tendencies that may be fostered or promoted?

ANTIGONE DAVIS:
Sure -- certainly, Senator, I think we actually have issues in relation to teens and suicide and eating disorders within our society. And to the extent that those things play out on our platform, we take them extraordinarily seriously. While you've asked -- you've mentioned a time commitment, I can't give you a time commitment, but I can tell you that we're working on it. And I can tell you that in addition to all the things that we already do, we'd be happy to follow up with you and share with you our progress in that direction.

We take these issues very seriously.

RICHARD BLUMENTHAL:
I know you take it seriously, at least that's what you're telling us. But all you're doing is looking at these possible steps. And -- with all due respect, these steps are baby steps, not even baby steps in the direction of trying to improve Instagram and meet the very serious problems that have been disclosed.

Let me come right to the point. Instagram for kids has been paused. How long will it be paused?

ANTIGONE DAVIS:
I don't have a specific date, but I do have a commitment from all of us at Facebook that we will be look -- speaking to parents. We'll be talking to policy makers like yourselves. We'll be talking to experts. We want to get this right. We also know that young people are online under the age of 12, on apps that aren't designed for them, that we want to get their parents the supervisory tools and insights that they need so that they can manage the amount of time that their child is spending.

So, they can determine what their child should be seeing or should not be seeing, actually, fundamentally, to allow them to parent their children.

RICHARD BLUMENTHAL:
Who will make the decision about how long Instagram for kids is paused? Mark Zuckerberg, right?

ANTIGONE DAVIS:
There's no one person who makes a decision like that. We think about that collaboratively. But quite honestly, we'll be working with experts to understand and to -- and get -- to feel that people are in a comfortable place before doing so.

RICHARD BLUMENTHAL:
Senator Blackburn.

MARSHA BLACKBURN:
Thank you, Mr. Chairman. Ms. Davis, let's go back to this issue of all the data that you all are collecting on kids through your program where you're tracking them, you're doing the digital experience surveys. What are you do with that data and how long do you keep it? And do you have the parents' permission to do that research?

ANTIGONE DAVIS:

Whenever we do research, we use the most stringent privacy protections. And whenever we do research with minors, we certainly get parental consent.

MARSHA BLACKBURN:

You get parental consent. Why don't you submit to us for the record a screenshot of what you use as a parental consent form? Will you do that?

ANTIGONE DAVIS:

Senator, I'd be happy to take your request back to the teams that do the research.

MARSHA BLACKBURN:

No, we want a copy of the form. If you get parental consent, there has to be some kind of form that is signed. So, even if it's a digital signature. So, why don't you submit that to the record? Will you submit that form for the record?

ANTIGONE DAVIS:

Senator, I will go back to the teams and bring that request to them.

MARSHA BLACKBURN:

OK. The Wall Street Journal articles have had a big impact and have helped to bring some sunlight to your practices, and I'm sure that Mr. Zuckerberg was not pleased with this. And in some of the documents, we've seen that there's a real lack of governance. It's kind of his way or the highway at Facebook.

So, how long have you worked at Facebook?

ANTIGONE DAVIS:

I've worked there for seven years.

MARSHA BLACKBURN:

Seven years. OK. And have you all deleted any document since you learned about the whistleblower in The Wall Street Journal reporting?

ANTIGONE DAVIS:

Senator, we will not do anything in violation of any law. I really -- there are 60,000 employees. I have no idea if any -- and never suggest that I know what emails one of our 60,000 employees have deleted.

MARSHA BLACKBURN:

OK, well, how are you restricting access to data internally? Have your policies changed since The Wall Street Journal articles?

ANTIGONE DAVIS:

Senator, not that I am -- not that I'm aware of certainly.

MARSHA BLACKBURN:

OK, so, you don't know if there's a parental consent form, even though you say you have people sign one if you're going to do research on their children. And I would be interested to see if it's similar to a medical release form that parents have to sign. And you don't know if you've changed any practices about data handled internally or if you've eliminated data.

OK. Let me ask you this. Will you commit that Facebook will not take revenge, retribution, or retaliation against the whistleblower?

ANTIGONE DAVIS:

Senator, we would never take -- retaliate against someone coming to speak -- for speaking to Congress. That's just not who we are.

MARSHA BLACKBURN:

OK. But you're not going to say about the actions. I wasn't asking about speaking in Congress. I was asking about the actions, but we'll leave that where it is. Are you aware of Facebook enabling tracking on the Uyghur Muslims in Xinjiang province in China when they would download Messenger? Are you aware that they've put tracking spyware in Messenger in China?

ANTIGONE DAVIS:

Senator, in fact, we did not put that tracking spyware. We found that tracking spyware, we removed it. We briefed the Senate on it.

MARSHA BLACKBURN:

OK. Why did Senator Blumenthal's office so easily access Instagram and set up this account for a 13-year-old, and then, immediately, they began to receive information about eating disorders and self-harm content? What kind of artificial intelligence are you using that would direct them that way?

ANTIGONE DAVIS:

Senator, we didn't -- we do not direct people towards content that promotes eating disorders. That actually violates our policies, and we remove that content when we become aware of it. We actually use AI to find content like that and to remove it.

MARSHA BLACKBURN:

OK. So, what you're saying is the experience that Senator Blumenthal's office had is an outlier or an anomaly, is that correct?

ANTIGONE DAVIS:

Senator Blackburn, I haven't seen the particular things. I would take a look, but I can tell you that our policies -- it's against our policy.

MARSHA BLACKBURN:

I'm certain he can send you the digital copy of the poster that he had here. So, thank you. And, Mr. Chairman, I yield my time.

RICHARD BLUMENTHAL:

Thank you, Senator Blackburn. And we can make available to you, Ms. Davis, all of the information about how easily and readily we put this profile of a 13-year-old young woman on and the reactions on eating disorders. I'm sure you already have the findings in evidence that supports our conclusions. Senator Lummis is on remotely.

CYNTHIA LUMMIS:

Thank you, Mr. Chairman. Like many members of this committee, I'm alarmed by the revelations of The Wall Street Journal article demonstrating the disturbing conclusions of Facebook's own research, conclusions which merit repeating. Just under one in three teen girls reported the Instagram app made them feel worse about their body image.

Another significant portion of users also reported increased feelings of anxiety, suicidal thoughts, depression, and eating disorders as a result of the app's use. Unfortunately, this research did nothing more than confirm many of our earlier intuitions and suspicions: Social media can be dangerous to your mental health.

I look forward to more studies on the impact of social media on mental health. However, I'm concerned by the consistent lack of transparency from Facebook. The fact is that this committee would not be here without the brave whistleblower who stepped forward to shed light on this issue, an issue that many of us had previously sought answers to before and that we now seek answers to today.

We must remember that despite apps that purport to be free for us to use, there's a very real cost, one that often comes with the price of our youth's mental health. I was fortunate to grow up without the pressures of social media. But for the first time, today's generation of

children struggle with how to grow up, managing a virtual version of themselves, all while the billion-dollar industries compete for their time, information, money, and attention.

So, I firmly believe that more must be done. I recently signed on to a bill that would update the Children's Online Privacy Protection Act by placing strict restrictions on behavioral advertising directed at children. So, my question for you, Ms. Davis, has Facebook conducted research into how children are more easily manipulated by highly personalized advertising?

ANTIGONE DAVIS:

Senator, I would not be familiar with that research. What I can tell you is that we have very limited advertising to young people. You can only actually now target a young person based on their gender, age, or location for Messenger. Kids are -- at or under 13, we actually don't allow ads at all. And I think we would want to know how we can safely provide an experience for young people on our apps in relation to advertising, and that's why we have our rules in place.

CYNTHIA LUMMIS:

Does Facebook withheld any other relevant information relating to its services' impact on mental health? Here's why I ask. When asked during a congressional hearing in March of -- earlier this year about the impact of social media on children's mental health, Mr. Zuckerberg responded, "The research that we've seen is that using social apps to connect with other people can have positive mental health benefits." That's only one side of the coin.

This answer clearly only told part of the story. These documents reveal Facebook knew that. How can Congress or Facebook users have confidence in the credibility and safety of Facebook moving forward? And is Facebook withholding information about studies they've done on negative mental health consequences?

ANTIGONE DAVIS:

Thank you. Thank you for your question, Senator. Actually, I would say that the one-sided and misleading reports actually were in The Wall Street Journal, which didn't provide the full context. In fact, the research showed that many more people -- actually, more teens found the Instagram use helpful when they were struggling with these particular issues.

Our research is not bombshell research; it's research that is -- correlates to similar research out of Harvard, out of Pew, out of Berkeley. That doesn't mean we don't take it seriously. We do this research to improve our product, to make our product better for young people, to provide them with a positive experience.

Right now, young people tell us, eight out of 10 tell us, that they have a neutral positive experience on our app. We want that to be 10 out of 10. If there's someone struggling on our platforms, we want to build product changes to improve their experience and help support them.

CYNTHIA LUMMIS:

So, do you have information that from the two out of 10 who have not had neutral or positive experiences, so you know how to adapt the presentation of your product to consider the fact that some children seem harmed or negatively impacted by what they're seeing?

ANTIGONE DAVIS:

Thank you, Senator I really, really appreciate that thoughtful question. Actually, some of the research that we did was to actually find out from those teens what they thought could be particularly helpful to them. And one of the things that they identified is inspiring content or content that talks about people overcoming these particular issues, uplifting content.

And so, we are actually looking at some product changes to find ways to nudge that content to individuals who are struggling.

CYNTHIA LUMMIS:

Thank you, Ms. Davis. Mr. Chairman, I yield back.

RICHARD BLUMENTHAL:
Thank you, Senator. I'm going to do the second vote and yield to Senator Cruz for his questions. And I will be back shortly.

TED CRUZ:
Thank you, Mr. Chairman. Ms. Davis, where are you right now?

ANTIGONE DAVIS:
Washington, DC. In a conference room.

TED CRUZ:
So, you're in Washington, DC. What -- why aren't you in this hearing room right now?

ANTIGONE DAVIS:
This is where I was told to come. There's COVID protocols for the safety and security of my family.

TED CRUZ:
Facebook is in the process of hiding. Facebook is in the process of trying to avoid accountability. You're not physically here even though you are blocks away from us. So, you're sitting in a conference room, but you don't want to actually face Senators and answer questions. Last week, a colleague of yours, I guess, didn't have the instincts of hiding that you did.

Mr. Satterfield actually came physically and was here for a hearing. And by the way, we have hearings every week even with COVID. So, it is witnesses that want to hide and avoid us that are not physically here and choose to don't -- do it over video, as well. But your colleague, Mr. Satterfield, played the Sergeant Schultz game.

Do you remember the old TV show Hogan's Heroes? His testimony was, essentially, I hear nothing, I see nothing. And so, when it came to Facebook's research concerning the incredible harm that Insta brand -- Instagram is inflicting on young girls, your colleague, Mr. Satterfield, said he didn't know anything about it, that he didn't cover those issues, he didn't know anything about it. So, I would assume, Ms. Davis, as global head of safety, you are familiar with these issues?

ANTIGONE DAVIS:

Certainly.

TED CRUZ:

So, you're not going to going to plead ignorance as Mr. Satterfield did, is that right?

ANTIGONE DAVIS:

Answer questions about my -- in my area of expertise, of course.

TED CRUZ:

OK. One of the things The Wall Street Journal reported was that Mark Zuckerberg was personally and directly aware of that research. Is that correct?

ANTIGONE DAVIS:

Senator, Mark pays attention to a lot of the impact research that we do, and I would -- I don't know whether he was aware of the specific piece of research, but I know that he's looking at the research as we all are. I work with the research teams on a weekly basis, a daily basis actually in relation to the safety and security of the people on our platform.

TED CRUZ:

All right. So, you said you weren't going to plead ignorance. Your very next question is, I don't know. It was reported, Mark Zuckerberg was personally aware. Have you ever

discussed this research with Mark Zuckerberg? Yes or no?

ANTIGONE DAVIS:

This particular research, I don't remember discussing that with him. No.

TED CRUZ:

OK. A minute ago, you said that this research was -- and I wrote it down because the phrase really jumped out at me. You said this is not bombshell research. I found that a pretty remarkable statement. The Wall Street Journal reported that your Facebook research concluded that 13 percent of British users and six percent of American users trace their desire to kill themselves to Instagram.

Is that right? Is that a conclusion of your research?

ANTIGONE DAVIS:

Respectfully, Senator, actually what the research shows, if you look at it more carefully, is it about 0.5 percent of teens indicate a connection of suicidal ideation to their Instagram use, and these are just teens who have that ideation, that's 0.5 percent to many, and we've invested incredibly heavily in suicide prevention on our platform.

For example, we have reporting flows specifically dedicated to suicide [Inaudible] response.

TED CRUZ:

So, you just suggested a moment ago that I look at the research more carefully. How would you propose I do that? Have you released the research.

ANTIGONE DAVIS:

We've released two primary pieces of research that are part of that story, and we're looking to release additional research.

TED CRUZ:

So, was The Wall Street Journal not telling the truth when it said "13 percent of British users and six percent of American users trace their desire to kill themselves to Instagram." That is from The Wall Street Journal. Was that true or false?

ANTIGONE DAVIS:

It's a misunderstanding of the research, but I'd point you to the blog posts that our vice president of research wrote that goes through the characterization and explains the research.

TED CRUZ:

And has the full research been released or not?

ANTIGONE DAVIS:

Actually, Senator, we've released two of the specific studies, and we're looking to release more research.

TED CRUZ:

So, what is the research you haven't released? What are you keeping secret? Because you're telling us if only you knew the full research, and then at the same time you're not releasing the research. So, which is it?

ANTIGONE DAVIS:

I understand your question.

TED CRUZ:

Do you want us to examine the full research or not?



Confidential Treatment Requested MT-IG-AG-00000380

ANTIGONE DAVIS:

These two primary sources, we're trying to release others, I believe you have.

TED CRUZ:

So, you have cherry-picked the ones you want us to see. Have you released the research? I haven't seen this research. If you've released that, I will happily take a look at it. Have you released the research that The Wall Street Journal said concluded, and this is your own research you're concluding, "13 percent of British users and six percent of American users trace their desire to kill themselves to Instagram?" Have you released the underlying and the entire underlying research behind that?

ANTIGONE DAVIS:

Please, Senator, again, I disagree with the characterization of the research in The Wall Street Journal.

TED CRUZ:

Have you released the entire research behind it? Have you released the research behind it, the entire research?

ANTIGONE DAVIS:

We've released the two studies as I've just said, and --

TED CRUZ:

So, you have cherry-picked part of the research that you think helps your spend right now. So, let me ask you, if six percent of American users trace their desire to kill themselves to Instagram, you just said that's not bombshell research. Tell me, what would be bombshell research if six percent is not, what would be?

ANTIGONE DAVIS:

Respectfully, Senator, that is, again, a mischaracterization of the research. And more -- maybe more importantly what the research showed is that in those small instances, in that 0.5 percent, there's actually an opportunity for us to help, that teens do find that we can be helpful in these instances. It's a [Inaudible]

TED CRUZ:
So, has Facebook changed your policies after you had a report that said teenagers using your product were significantly more likely to kill themselves? Did you change your policies at any regard to prevent that?

ANTIGONE DAVIS:
Respectfully, Senator, we have a set of suicide prevention experts that we work with on a regular basis, and we are constantly updating our policies and with regard to [Inaudible] content.

TED CRUZ:
Did you change your policies as a result of this research informing you that your products were making teenage girls significantly more likely to kill themselves?

ANTIGONE DAVIS:
We update our policies on an ongoing basis. Senator, we work with experts who've helped us --

TED CRUZ:
You're not answering my question. Did you change your policies in response to this research? That's a yes or no?

ANTIGONE DAVIS:
We change our policies based on expert guidance, not based on [Inaudible]

TED CRUZ:

So, you're not not going to answer that question. I'm just going to ask one final question, which is your company conducted paid-for research that informs you that your products were making teenage girls more likely to kill themselves. I have a two part question. Number one, have you quantified how many children have taken their own lives because of your products?

And number two, as the global head of safety for Facebook, what would you say to a mother, what would you say to a father who lost a child because of Facebook's products?

ANTIGONE DAVIS:

Well, first of all, Senator Cruz, the research that you are referring to is in fact not causal research. So, that's important to understand. Second of all, as someone who's had a brother died by suicide, as well as a close college friend who's died by suicide, I would offer any family who's ever lost a child regardless of whether it has to do with Facebook or not in relation to suicide the utmost of empathy.

TED CRUZ:

So, you didn't answer the question if you've done any effort to quantify how many children have taken their own lives because of Facebook's products? Have you done any, has the company done any effort to quantify to put a number to it?

ANTIGONE DAVIS:

Causal research of that kind, Senator, requires an extraordinarily long period of time, and in fact, we have made significant investments to understand causal -- the cause and effect -- excellent research.

TED CRUZ:

Is that a no?

ANTIGONE DAVIS:

This is not causal research, Senator.

TED CRUZ:

So, it's a no. You've done no research to determine how many children have taken their own lives because of Facebook's products.

ANTIGONE DAVIS:

That's not research that we could do easily. That's a long-term set of research. That's just not -- but, it's actually much more --

TED CRUZ:

Well, I'm sorry it's not easy. Let me suggest that when you have children taking their own lives, it's worth doing. Your characterization that this is not bombshell research is inaccurate. And for the parents who are losing their children, it is a bombshell in their lives. And I understand, Facebook needs to make a buck.

And so, if the research isn't easy -- apparently, you guys aren't doing it, but there is a reason people across the country are horrified at this behavior.

MARSHA BLACKBURN:

Thank you, Mr. Cruz. Senator Lee, you're recognized.

MIKE LEE:

Thank you, Madam Chair. Ms. Davis, I've long been concerned about the targeting of adult-themed ads to minors because adult content or sexually suggestive content has unique psychological effects on minors. I think it should be addressed when we're talking about teen mental health. And so, my first question to you is: Does Facebook, and by Facebook here, I mean Facebook and Instagram, allow these businesses to target their advertisements

to children using your platform, children who are between the ages of 13 and 17? I just need a yes or no answer on that.

ANTIGONE DAVIS:

Thank you, Senator.

MIKE LEE:

Do you allow businesses to target those kinds of advertisements to kids between 13 and 17?

ANTIGONE DAVIS:

Thank you, Senator. If I -- if you'll allow me to explain how we do advertisements for our app, and that would be helpful to answering your questions.

MIKE LEE:

I'd like a yes or no. If you need a sentence to add to that, that's fine. But I would like a yes or no. And you can take a sentence or so to do it, but I've got a lot of content I want to cover.

ANTIGONE DAVIS:

So, when we do ads to young people, there are only three things that an advertiser can target around: age, gender, and location. We also prohibit certain ads to young people, including weight-loss ads. And one of the reasons that we're so invested in looking at things like Instagram Youth is to try to create more age-appropriate experiences for [Inaudible]

MIKE LEE:

OK. OK. So, you do --

ANTIGONE DAVIS:

[Inaudible] control.

MIKE LEE:

You do allow some businesses to target their advertisements to young children. I get that. I'd like a yes or no on this one also. I really just need you to work with me on this because we need to get through material. I'm not trying to play, gotcha. I just need you to give me a yes or a no. If you need a sentence to explain, that's fine.

Does Facebook collect data? Do either, Facebook or Instagram, collect data or assign interest of adult-related material to the profiles of children using your platform?

ANTIGONE DAVIS:

Senator --

MIKE LEE:

By adult-related material, I mean, you know, things not limited to sexually suggestive content, but also things like, I don't know, cigarettes, alcohol, or other things that are -- that would be considered more appropriately themed to adults.

ANTIGONE DAVIS:

Senator, thank you for your question. We don't allow -- let me answer certain parts of it as directly as I can here. We don't allow tobacco ads to -- at all. We don't allow them to children either. We don't allow alcohol ads to minors. We also have policies against some of the content that -- the kind of content that you're referring to. So, for example, we don't allow [Inaudible]

MIKE LEE:

Yeah. Keep in mind this question --

ANTIGONE DAVIS:

We don't the sexualization of minors on our platform.

MIKE LEE:

You're answering a different question than the one I asked. But we've got to move on because I've got limited time. Does Facebook and does Instagram allow businesses to target children on your platforms with advertisements that are sexually suggestive, sexually explicit, or that contain other adult themes or products?

ANTIGONE DAVIS:

Senator, I'd have to understand more what you mean, but we don't allow young people to see certain types of content. And we have age-gating around certain types of content. I'd have to see specifically what you're talking about, and I'd be happy to follow up with you for sure.

MIKE LEE:

So, what's the process then for determining what advertisements are age-appropriate and permitted by Facebook to be targeted at children?

ANTIGONE DAVIS:

There are category of ads -- categories of ads that we don't allow for young people. So, I've mentioned a few of them: tobacco, alcohol, weight-loss products. I'd be happy to get you the full list.

MIKE LEE:

I would very much like to see that. I think that would be important to have, and I also hope that in our follow-up, you can also let us know what data you are collecting about the interests that your users have in those age groups. Now, I hear countless stories about how platforms, including Instagram, but by no means limited to Instagram, can facilitate child exploitation, as well as easy access to pornography.

Each of these platforms have an app that's available through the Apple App Store and the Google Play app Store, which have an age-rating guide to guide consumers to what's considered age-appropriate content. For example, app -- for Apple on Apple's App Store, Instagram and Facebook are rated for children 12 and up. And on Google Play, Instagram and Facebook are both rated T for teen.

Is that 12-plus rating from Apple and the teen rating from Google -- is the recommendation that Facebook made to Apple and Google for suggesting the operating -- in other words, did those age ratings come from Facebook?

ANTIGONE DAVIS:
[Off-mic]

MIKE LEE:
Yeah, we can't hear you.

ANTIGONE DAVIS:
[Off-mic]

MIKE LEE:
I think you're on mute. Can you -- I need you to unmute.

ANTIGONE DAVIS:
Sorry. Sorry about that, Senator. this is not necessarily my area of expertise, but I'll answer to the best of my understanding. We don't submit the age and say this is the age of our app. We actually submit a form that we fill out, and then an app rating is assigned to our app.

MIKE LEE:
Assigned by whom, by the app stores?

ANTIGONE DAVIS:

Again, this is not exactly my area of expertise, so I'm probably not the best person to answer you. But I am happy to get more information. I think it's an interesting line of questioning, and I don't mean to not be able to answer for you.

MIKE LEE:

OK. Well, you know, a lot of these questions that I'm asking relate to the fact that due to the allegations that we're hearing about today, about problematic content, including content that is sexually explicit or suggestive, or in some cases adult-themed, if not sexually explicit or suggestive -- in light of the fact that that content does exist, why is there such a disparity between the app's rating on the one hand and the content that's available on the platform on the other?

And what are you doing to promote appropriate age ratings and transparency about the content that's on your platforms, taking into account that you've got a whole lot of teenage and child users and that not all of that content is appropriate for them?

ANTIGONE DAVIS:

Senator, I'm glad you're asking this question because, as a parent, this is one of the things that I thought about quite a bit in relation to raising my teenage daughter in terms of access to, particularly, to sexually suggestive content, as well as content that I thought could across -- cross media and social media broadly impact her sense of her own body image and well-being.

And one of the things that we committed to, when we pause Instagram use, was actually giving parents supervisory tools in relation to their teen that's on Instagram, in part for exactly what you're talking about, which is to give them the ability to better manage their child's experience, to have visibility into it to actually potentially control portions and meaningfully control their child's experience, and certainly to give them the visibility to make -- to set boundaries.

MIKE LEE:

Right. But on the existing apps, the existing apps have an age rating. And so, I really would like to know whether you recommended those age ratings and regardless of whether you recommended them, whether you think those are appropriate given the availability of content that's not suitable for children.

ANTIGONE DAVIS:

We do not recommend those ratings, and we are very focused on building age-appropriate experiences. That's why we're investing in AI to -- and it's why we're looking at Instagram Youth. And it's, actually, why we've put these supervisory tools or are going to be launching the supervisory tools on Instagram because like you we care very much the parents can help determine what their child should see and not see.

MIKE LEE:

OK. I'm out of time, but I want to just leave you with a parting question. Are those ratings appropriate? Let's say Apple's, rating 12 and up. Are they appropriate for Facebook? For Instagram? Or any other platform, like them not really another platform like them, but if there were. Platform that like Facebook and Instagram, does allow for minors to access in some cases be targeted using material that's not appropriate for children.

So, are those age ratings appropriate?

ANTIGONE DAVIS:

Senator I would really love for you to invite Apple to answer those questions, and I'd love to hear from Apple --

MIKE LEE:

Oh, believe me --

ANTIGONE DAVIS:

On their child safety --

MIKE LEE:

I've asked Apple this question many times --

ANTIGONE DAVIS:

Investing heavily [Inaudible] --

MIKE LEE:

Many conversations with Apple, and I will continue to have conversations with Apple, but I'm asking your opinion as a Facebook executive.

ANTIGONE DAVIS:

I don't have visibility into their -- into the decisions, the decisions that they make, but what we do have control over is building age-appropriate experiences and that's what we're trying to do. So, we're trying to actually develop experiences where parents have supervisory control. We're under the age of 13, We can actually ensure age-appropriate content.

We're putting in policies in place and our apps we're 13 and over to ensure that kids don't have access to inappropriate content. This is all part of our ongoing work and our commitment to families.

MIKE LEE:

The term attractive nuisance and a term used in the common law keeps coming to mind. I wish we could talk more about attractive nuisances, but my time is expired. Thank you, Mr. Chairman.

RICHARD BLUMENTHAL:

Thanks, Senator Lee. And we will be inviting other tech companies to testify, and I hope that they will respond to the kinds of questions that you raise here, Senator Lee. Just a few final questions. You were asked about possible retaliatory action and you said, "I think that it's not who we are. There would be no retaliation against the whistleblower". Will you commit, there will be no legal action based on the disclosure of the whistleblower's documents?

ANTIGONE DAVIS:

I'm aware that there are rules in terms of the Senate and we will comply with those rules.

RICHARD BLUMENTHAL:

I'm asking you whether there will be any legal action based on the disclosure of the documents? Either from the whistleblower or anyone else publicly.

ANTIGONE DAVIS:

We've committed to not retaliating for them coming to the Senate.

RICHARD BLUMENTHAL:

So that's a yes, there will be no legal action based on the disclosure of documents, Facebook documents, that is a yes. Correct?

ANTIGONE DAVIS:

Senator we've committed to not retaliating for this individual company is speaking to the Senate.

RICHARD BLUMENTHAL:

Can you tell me Ms. Davis, following up on Senator Blackburn's question, regarding these documents that have been disclosed publicly, all of thousands of the -- not just the two that

Facebook disclosed last night, have you locked down these documents? shutting out other Facebook employees?

ANTIGONE DAVIS:

Senator, it's not my understanding that we've done that, but I know -- it's not my understanding that we've done that.

RICHARD BLUMENTHAL:

You have not -- that's your testimony.

ANTIGONE DAVIS:

I just am not the person, the right person to ask and I can certainly follow up and get an answer for you. It was not my understanding of [Inaudible] done anything like that.

RICHARD BLUMENTHAL:

I'd like you to confirm if you would, that those documents, the research, the findings and recommendations, are available to others at Facebook. And I'm just going to ask you finally, you've declined to commit that any more of those documents will be made available. Who in the company will get back to us in response to that question?

ANTIGONE DAVIS:

We will be sure to follow up with your office. I'll take it back to the team that work with your office to come back to you.

RICHARD BLUMENTHAL:

Will you commit to ending Finsta?

ANTIGONE DAVIS:

Senator again, let me explain, we don't actually -- we don't actually do Finsta. What Finsta refers to is, young people setting up accounts where they want to have more privacy. You referred to this privacy from their parents, what in my interaction with teens. What I found is that they sometimes like to have an account where they can interact just with their -- with a smaller group of friends.

RICHARD BLUMENTHAL:

Well, Finsta is one of your ..

ANTIGONE DAVIS:

It's actually.

RICHARD BLUMENTHAL:

Finsta is one of your products or services, we're not talking about Google or Apple, it's Facebook, correct?

ANTIGONE DAVIS:

Finsta is slang for a type of account --

RICHARD BLUMENTHAL:

OK. Will you end --

ANTIGONE DAVIS:

It's not, it's not --

RICHARD BLUMENTHAL:

That type of account?

ANTIGONE DAVIS:

We -- I'm not sure I understand exactly what you're asking. What I can say is that based on what we've seen in terms of teams using those kinds of accounts, we've actually given them additional privacy options to address, to address those kinds of issues, where they want more privacy so that they can have more privacy.

RICHARD BLUMENTHAL:
Well, I don't think that's an answer to my question. I think we have reached the end of our hearing. We have another vote. I don't think any of my colleagues have any other questions.

UNKNOWN:
Senator Sullivan.

RICHARD BLUMENTHAL:
So, sorry. Senator Sullivan.

DAN SULLIVAN:
Thank you, Mr. Chairman.

RICHARD BLUMENTHAL:
I'm so glad you're here --

DAN SULLIVAN:
Yeah, thank you for --

RICHARD BLUMENTHAL:
I'm glad, I ran into you on the floor.

DAN SULLIVAN:

Yes, thank you for holding this hearing. And I think it's a really important hearing and I know you care a lot about it. I care a lot about it. So, Ms. Davis, it's probably -- well, I want to ask you, but I have three daughters. And when I read the -- when I read the Wall Street Journal story, I was shocked, but, you know, in some ways it's not surprised because I think we've seen a lot of this.

So, when you are looking at your applications, your services. Do you balance the mental health needs of Americans versus the addictive nature of the products that you sell?

ANTIGONE DAVIS:

Thank you, Senator. I think you were going to ask me whether I -- I have children, I do have a twenty-three-year-old daughter. I -- first of all, I don't agree with the characterization of our product, but in fact we do think --

DAN SULLIVAN:

Wait, what, what --

ANTIGONE DAVIS:

Quite seriously about --

DAN SULLIVAN:

What don't you -- sorry, I'm going to interrupt here. What don't you agree with? I just said, addictive nature?

ANTIGONE DAVIS:

Yeah, yeah --

DAN SULLIVAN:

I said addictive nature versus mental health. What two phrases did you not agree with?

ANTIGONE DAVIS:

So, I disagree with calling our product addictive. I also think that's not how we build products, but to your question about ...

DAN SULLIVAN:

You know, let me -- I mean --

ANTIGONE DAVIS:

Mental health --

DAN SULLIVAN:

I want to drill down, sorry, I'm going to drill down on that. You don't think you're -- you don't think your products are addictive? In terms of teenagers constantly wanting to be engaged in social media.

ANTIGONE DAVIS:

Senator as a parent, and as someone who talks with parents quite a bit, it's certainly parents, all parents, I haven't met a parent who doesn't think about the time that their child spends on their phone. And one of the things actually that we've done to actually address to try to address that, is to make people aware of how much time they're spending.

There's a dashboard where they can see it, they can actually set a reminder to let them know that they've been on, so they'll get off. In addition, we're looking at something called, take a break, which would prompt somebody when they've been on to take a break. So that I think gets at your question --

DAN SULLIVAN:

So, is your -- but let me just --

ANTIGONE DAVIS:

But I want to get back to about mental health --

DAN SULLIVAN:

I want to -- well, I'll get to mental health, but I want to drill down on this addictive element. But isn't part of your business model to have more eyeballs for a longer amount of time engaged using your services?

ANTIGONE DAVIS:

Respectfully Senator, that's not actually how we build our products. In fact, we made changes to our News Feed to allow for more meaningful interactions, knowing that that would impact the time spent. In fact, it did impact the time spent by about 50 million hours per day, but we did it anyway because we were trying to build a positive, more positive experience.

DAN SULLIVAN:

So, can you address the issue of mental health? Were you aware of these mental health challenges for teenage girls? I'm sure you've seen the statistics more broadly about suicides for teenage American females. What are you doing to address that? And were you aware of these challenges according to The Wall Street Journal that was in that study?

ANTIGONE DAVIS:

Certainly, Senator. I am very aware of the issues that teens face. I used to be a middle school and high school teacher, and had a teenage daughter and was a teen myself. And being a teen comes with a -- come with some -- with challenges. And we -- that is reflected sometimes in our platform. And what we have done and why we did this research was to identify where those challenges may be on our platform, and how we could potentially change our product to help.

What we saw with that research was that in -- out of 12 issues, really challenging issues, issues like anxiety, depression, loneliness, sadness, that out of -- 11 out of 12 teens, more teens said that they thought that their experience on the platform was helpful than harmful. Now the teens where they found it harmful --

DAN SULLIVAN:

But do you believe that? I don't --

ANTIGONE DAVIS:

We actually want to make those changes -- we want to make changes to actually provide them with a better experience. And so, I talked about a few of them --

DAN SULLIVAN:

And do you -- sorry, I'm going to interrupt, my time is getting shorter.

ANTIGONE DAVIS:

OK, sorry.

DAN SULLIVAN:

Do you have evidence that those issues, isolation, mental health, do you have evidence that those challenges and -- mental health challenges are actually helped by using, for example, Instagram more or less? Are you telling me that the use of your products actually limits those challenges? I think it's almost obvious that they increase those challenges.

So, what's your testimony today? I thought you said that to actually reduce that. Is that what you just said? Because I find that quite remarkable.

ANTIGONE DAVIS:

Thank you, Senator. Actually, there's a blog post that our vice president of Research has released on this. I want to be really careful that this research is not causal research. It's what

teens said about their experiences on our platform. And the numbers that you're talking to speak specifically to teens who identified as suffering from these particular issues.

I think what's really important here though is that this research actually is being used to make up product changes, to identify places where we can be more supportive of teens. So, for example, Take a Break, is something I mentioned earlier in some of the questioning. This is something that would surface to a teen who may be online for a long period of time and given an opportunity to take a break so they don't rabbit hole down a direction that may be not positive.

We're also looking at something called nudging, where we would nudge them towards uplifting or inspiring content because they told us that, that content can be helpful. Our goal here is to really -- right now, the research shows that eight out of 10 teens say that they have a positive to neutral experience.

Our goal is for that to be 10 out of 10, and for it to be positive. We want to provide a better experience for teens.

DAN SULLIVAN:
OK. Let me end here. I'm going over my time, but I don't see any other senators waiting for questions and I know the chairman is going to come back to wrap this up. But, look, I think the issues of mental health, of depression, of isolation, I think the social media engagement, particularly for teenagers, enhances these challenges.

And I think we're going to see this in more and more studies. And you mentioned Take a Break. I'm not a big fan of the Chinese Communist Party. Matter of fact, most things they do, I instinctively disagree with. But you may have seen recently that they have -- way they do things, it wasn't a law. I guess it was an edict from on high, from the Party and Xi Jinping.

But they have told Chinese teenagers to take a real break and to limit the amount of time that a teenager in China can spend on social media or gaming, or things like this. Do you think the US government needs to look at doing something like that? An edict, if you guys won't -- I personally believe that we're going to look back like 20 years from now and see the

massive social mental health challenges that were created by this era when teenagers had phones in their faces starting in seventh and eighth grade, and continuing.

And we're going to look back and we're going to go, what in the hell were we thinking? Maybe it might be the one time where we say, why didn't we, like the Chinese Communist Party, say take a break? What do you think about the Chinese new edict on taking a break for over a billion people? And should the United States government think about doing something like that?

Mending [Ph] --

ANTIGONE DAVIS:
Respectfully --

DAN SULLIVAN:
Not relying on you guys because I do think your business model in part is eyeballs in time spent online with your services. I mean, I think that's pretty obvious. If you have less viewers and less time, you're going to get more -- you're going get less revenue. So, can you really, on your own, help people take a break or do we, the US government, have to help people take a break like the Chinese are doing right now?

ANTIGONE DAVIS:
Respectfully, Senator, I think that there's some complexity here. So, for example, during COVID, young people use apps like ours to actually stay connected. It was a lifeline for them. They couldn't go to school, they couldn't go to their colleges, they couldn't do their graduations. Social apps actually provided them with a way to stay connected to their friends and their family.

So, I think it's a bit more complex than that. That said, I think I would certainly like for apps like ours to build experiences where parents can actually have some control over the time that their children are spending, similar to what we did in Messenger Kids. I think parents

would far more welcome the ability to set time controls than to have an edict on high tell them how much or how to parent their children.

DAN SULLIVAN:

So, what do you think of the Chinese edict? I know you guys aren't allowed in China, but what do you think of it?

ANTIGONE DAVIS:

As a parent, I'd much prefer to be able to determine my child's time online than to have China tell me how to tell how to raise my child.

DAN SULLIVAN:

OK. Fair enough. I'm going to move to recess this hearing for a few minutes until the chairman comes back. So, Ms. Davis, if you can just hold on for a few more minutes, the chairman will be back in, I think about just a couple minutes. So, for now, this hearing stands in recess until the arrival back of the chairman.

RICHARD BLUMENTHAL:

We're back from a brief recess. I'm hopeful that our witness is still online and with us. I was going to offer her the opportunity if she has anything to add in conclusion.

ANTIGONE DAVIS:

Sorry, Senator, was that directed to me?

RICHARD BLUMENTHAL:

Yes.

ANTIGONE DAVIS:

Thank you. Really, the only thing that I would add is that I look forward to the hearings where TikTok and others will come. I think it's important for us to hear from companies that have already started providing these types of apps to young people under the age of 13. TikTok, I think, does. YouTube, Google does.

It'd be good to understand what they're trying to solve for. As an industry, we face a real issue. We're trying to figure out a way how to best serve young people in a way that actually meets the needs of their parents and families.

RICHARD BLUMENTHAL:
I take your point, Ms. Davis. And TikTok, along with others will be invited -- have been invited and others will be here. At this point, we're not specifying who. But I would emphasize that each company bears its own responsibility. The race to the bottom has to stop. Facebook, in fact, has led it. And if Facebook can't hold itself accountable, Congress must act.

The record so far is Facebook can't be trusted to hold itself accountable. Nothing personal to you. And you have, in fact, said that some amorphous team will make these decisions about disclosure, about Instagram for kids on pause about potential legal action. These kinds of decisions, ultimately, I'm assuming will be made by Mark Zuckerberg.

But the point is, right now, Facebook has failed to hold itself accountable and Congress and the public must do so. So, we are concluding this hearing. And the record will be kept open for a week in case any of my colleagues have written questions. Thank you very much. Ms. Davis. We really appreciate your participating and we look forward to your responses to the questions that you've said that you would respond to. Thank you very much.

This hearing is adjourned.

ANTIGONE DAVIS:
Thank you for the opportunity.

**List of Panel Members and Witnesses**

PANEL MEMBERS:

SEN. RICHARD BLUMENTHAL (D-CONN.), CHAIRPERSON

SEN. AMY KLOBUCHAR (D-MINN.)

SEN. BRIAN SCHATZ (D-HAWAII)

SEN. EDWARD J. MARKEY (D-MASS.)

SEN. TAMMY BALDWIN (D-WIS.)

SEN. BEN RAY LUJAN (D-N.M.)

SEN. MARIA CANTWELL (D-WASH.) EX-OFFICIO

SEN. MARSHA BLACKBURN (R-TENN.), RANKING MEMBER

SEN. JOHN THUNE (R-S.D.)

SEN. ROY BLUNT (R-MO.)

SEN. JERRY MORAN (R-KAN.)

SEN. MIKE LEE (R-UTAH)

SEN. TODD YOUNG (R-IND.)

SEN. CYNTHIA LUMMIS (R-WYO.)

SEN. TED CRUZ (R-TEXAS)

SEN. DAN SULLIVAN (R-ALASKA)

SEN. ROGER WICKER (R-MISS.) EX-OFFICIO

WITNESSES:

FACEBOOK GLOBAL HEAD OF SAFETY DIRECTOR ANTIGONE DAVIS

**Testimony & Transcripts**

**About Senate Commerce, Science and Transportation**

Staff

Hearing

Transcripts

Testimony

Committee Reports

Associated Bills

Schedules

Markup

Amendments

© 2021 · CQ - Roll Call, Inc · All Rights Reserved.

1201 Pennsylvania Ave NW, 6th floor · Washington, D.C. 20004 · 202-793-5300

it CQ Help Privacy Policy Masthead Terms & Conditions

# EXHIBIT 25

EXHIBIT 25

FILED
2024 JAN 29 PM 5: 08
CLERK & MASTER
DAVIDSON CO. CHANCERY CT
LN D.C. & M.

**Hearing Before the United States Senate**
**Committee on Commerce, Science, and Transportation**
**Subcommittee on Consumer Protection, Product Safety, and Data Security**

**Testimony of Adam Mosseri**
**Head of Instagram, Meta Platforms Inc.**

December 8, 2021

## I. Introduction

Chairman Blumenthal, Ranking Member Blackburn, and members of the Subcommittee, my name is Adam Mosseri, and I have served as the Head of Instagram since 2018. Over the last few months, this Subcommittee has held a number of hearings about the safety and well-being of young people online. This is a critically important topic, and it is something that we think about—and work on—every day at Instagram.

Our mission at Instagram is to bring people closer to the people and things they love. Our platform began a decade ago with a few million users. Today, we proudly serve well over a billion people. While our platform began as a simple photo-sharing app, we have evolved to provide new ways for people to express themselves, including Stories, Reels, and Live. Teens use our app every day to spend time with the people they care about, explore their interests, and express themselves. They are doing incredible things on our platform, and I firmly believe that Instagram can be a force for good in the lives of young people.

Much has been said recently about Instagram and its impact on young people. As a parent and as the Head of Instagram, this is an issue I care deeply about. It's an area our company has been focused on for many years, and I'm proud of our work to help keep young people safe, to support young people who are struggling, and to empower parents with tools to help their teenagers develop healthy and safe online habits.

I hope we can work together—across industry and government—to raise the standards across the internet and better serve young people. The reality is that keeping young people safe online is not just about one company. An external survey from just last month suggested that more US teens are using TikTok and YouTube than Instagram.[1] With teens using multiple platforms, it is critical that we address youth online safety as an industry challenge and develop industry-wide solutions and standards.

[1] Mike Prouix, Weekly Usage of TikTok Surpasses Instagram Among US Gen Z Youth, FORRESTER (Nov. 18, 2021), https://www.forrester.com/blogs/weekly-usage-of-tiktok-surpasses-instagram-among-us-gen-z-youth/.

## II. Keeping Young People Safe on Instagram

As Head of Instagram, I am especially focused on the safety of the youngest people who use our services. This work includes keeping underage users off our platform, designing age-appropriate experiences for people ages 13 to 18, and building parental controls.

### *Age Verification on Instagram*

Instagram is built for people 13 and older. If a child is under the age of 13, they are not permitted on Instagram. When we learn someone underage has created an account, we remove them. In fact, in the third quarter of this year, we removed over 850,000 accounts on Instagram that were unable to demonstrate that they meet our minimum age requirement.

Understanding people's age on the internet is a complex and industry-wide challenge—especially considering that many young people in the US do not have a driver's license until they are 15 or 16 years old. However, we're building new technology to proactively find and remove accounts belonging to those under 13 and to identify those people who may be under the age of 18.

In addition to requiring people to share their date of birth when they register and allowing anyone to report a suspected underage account, we train our technology to identify if people are above or below 18 using multiple signals. We look at things like wishing people a happy birthday and the age written in those messages—for example, "Happy 21st Bday!" or "Happy Quinceañera." This technology isn't perfect, and we're always working to improve it, but that's why it's important that we use it alongside many other signals to understand people's ages.

There is more that we can do as an industry to ensure that there are clear standards of age verification across apps. For instance, I think it would be much more effective to solve the problem at the phone level so that a young person using a phone has an age-appropriate experience across any of the apps that they use on that device.

### *Keeping Instagram Safe*

Understanding age is important so that we can create a more age-appropriate version of Instagram for the youngest people on our platform. We've put in place multiple protections to create safe and age-appropriate experiences for people between the ages of 13 and 18.

Wherever we can, we want to stop young people from hearing from adults they don't know or that they don't want to hear from. We believe accounts that offer people more control about who can see and respond to their content are the best way to prevent this from happening, and we recently announced that everyone who is under 16 years old in the US is defaulted into what is called a private account when they join Instagram. For young people who already have a public account on Instagram, we are sharing a notification highlighting the benefits of a private account and explaining how to change their privacy settings.

Private accounts let people control who sees or responds to their content. If a young person has a private account, people have to follow them to see their posts, Stories, and Reels, unless they choose to allow others to re-share their content. We're also—by default—eliminating the ability for young people to be tagged or mentioned by others or to have their content included in Reels Remixes or Guides. Additionally, people can't comment on their content in those places, and they won't see the young person's content at all in places like Explore or through hashtags.

Encouraging young people to have private accounts is important when it comes to stopping unwanted contact from adults. But we've gone even further to make young people's accounts difficult to find for certain adults. We developed technology that allows us to find accounts that have shown potentially suspicious behavior—for example, an adult account that might already have been blocked by another young person—and to stop those accounts from interacting with young people's accounts. Using this technology, we don't show young people's accounts in Explore, Reels, or 'Accounts Suggested For You' to these adults. If they find young people's accounts by searching for their usernames, they are not able to follow them. They also are not able to see comments from young people on other people's posts nor are they able to leave comments on young people's posts.

Additionally, we've launched a number of tools to restrict direct messaging between teens and adults and to prompt teens to be more cautious about interactions in direct messaging. To protect teens from unwanted contact from adults, we introduced a new feature that prevents adults from sending messages to people under 18 who don't follow them. For instance, when an adult tries to message a teen who doesn't follow them, they receive a notification that says that sending a Direct Message isn't an option.

In addition to preventing conversations between adults and teens who don't follow one another, we started using prompts—or safety notices—to encourage teens to be cautious in conversations with adults they're already connected to. These safety notices alert young people when an adult who has been exhibiting potentially suspicious behavior is interacting with them. For example, if an adult is sending a large amount of friend or message requests to people under 18, we use this tool to alert the recipients and give them an option to end the conversation, or block, report, or restrict the adult.

Our work to create age-appropriate experiences for teenagers on Facebook and Instagram also includes age gating certain content, prohibiting certain types of ads from being served to minors, and limiting options for serving any ads to these users.

We've always had rules about the kinds of content we suggest to people in places like the Explore tab. These rules apply to everyone, but we're going to go a step further for young people. We're developing a new experience that will raise the bar even higher for what we recommend for them in Search, Explore, hashtags, and suggested accounts. This new experience will make it harder for young people to find potentially sensitive content on Instagram.

We're also optimistic about using nudges to point people towards different topics. External experts have suggested that, if people are dwelling on one topic for a while, it could be helpful to nudge them towards other topics.[2] [3] That's why we're building a new experience that will nudge people towards other topics if they've been spending time on one topic for a while.

When it comes to advertising, we've long restricted certain kinds of ads from being served to minors, and we recently limited advertisers' options for serving ads to people under 18. Now, advertisers can only serve ads to people under 18 based on age, gender, and location but not interests or activity. This means that previously available targeting options, like those based on interests or on their activity on other apps and websites, are no longer available to advertisers.

***Supporting Teens Who May Be Struggling***

In addition to making sure young people are safe on Instagram, we believe it's important to support young people who are struggling with mental health and well-being.

Sometimes young people come to Instagram dealing with hard things in their lives. I believe Instagram can help many of them in those moments. This is something that our research has suggested as well. One of the internal studies that has been the subject of much discussion showed that teen boys and girls who reported struggling with loneliness, anxiety, sadness, and eating disorders were more likely to say that Instagram made those difficult times *better* rather than worse.

We care deeply about the teens on Instagram, which is in part why we research complex issues like bullying and social comparison and make changes. We have a long track record of using research and close collaboration with our Safety Advisory Board, Youth Advisors, and additional experts and organizations to inform changes to our apps and provide resources for the people who use them.

We don't allow people to post graphic suicide and self-harm content, content that depicts methods or materials involved in suicide and self-harm (even if it's not graphic), or fictional content that promotes or encourages suicide or self-harm. In the third quarter of 2021, we removed 96 percent of this content before it was reported to us.

Since 2019, we've taken steps to protect more vulnerable members of our community from being exposed to suicide and self-harm related content that is permissible under our policies, for example, if someone posts about their recovery journey. We remove known suicide- and self-harm-related posts from places where people discover new content, including our Explore page, and we will not recommend accounts we have identified as featuring suicide or self-injury content.

---

[2] Aditya Purohit et al., Designing for Digital Detox: Making Social Media Less Addictive with Digital Nudges, ASSOC. FOR COMPUTING MACHINERY (Apr. 2020), https://dl.acm.org/doi/10.1145/3334480.3382810.
[3] Christoph Schneider et al., Digital Nudging: Guiding Online User Choices through Interface Design. Communications of the ACM (July 2018), https://cacm.acm.org/magazines/2018/7/229029-digital-nudging/fulltext.

We also remove certain hashtags and accounts from appearing in search. When someone starts typing a known hashtag or account related to suicide and self-harm into search, we restrict these results. We also add sensitivity screens to blur more content that isn't graphic but could have a negative impact on someone searching.

We have a resource center[4] developed with help from mental health partners, and, when a post is identified as being about suicide (either because a friend reported it or our technology detected it), a person at Meta reviews the post. If it's about suicide, we provide resources to the poster such as a one-click link to the Crisis Text Line. Additionally, whomever reported the post also receives resources and information about how to help the person in distress.

Similarly, we don't allow content that promotes or encourages eating disorders on our platforms. We use technology and reports from our community to find and remove this content as quickly as we can, and we're always working to improve. We follow expert advice from academics and mental health organizations, like the National Eating Disorder Association ("NEDA"), to strike the difficult balance between allowing people to share their mental health experiences while protecting them from potentially harmful content.

We've made a number of changes to support those struggling with eating disorders. When someone searches for or posts content related to eating disorders or body image issues, they'll see a pop-up with tips and an easy way to connect to organizations like NEDA in the US.

We also introduced a dedicated reporting option for eating disorder content. People have always been able to report content related to eating disorders, but, until recently, this was combined with the option to report suicide and self-harm-related content, because they are part of one policy—but now people will see a separate dedicated option for eating disorder content.

We also worked with the JED Foundation to create expert- and research-backed educational resources for teens on how to navigate experiences like negative social comparison.[5]

Lastly, we don't allow people to bully or harass other people on Instagram and have rules in place that prohibit this type of content. We've also built tools that help prevent bullying from happening in the first place and empower people to manage their accounts so they never have to see it.

We launched Restrict in 2019, which allows people to protect themselves from bullying without the fear of retaliation.[6] We also created comment warnings when people try to post potentially offensive comments. So far, we've found that, about 50 percent of the time, people edited or deleted their comments based on these warnings.

---

[4] Suicide Prevention, https://www.facebook.com/safety/wellbeing/suicideprevention.
[5] More information on this work is available here: https://pressuretobeperfect.jedfoundation.org/.
[6] Introducing the "Restrict" Feature to Protect Against Bullying, Instagram Blog (Oct. 2, 2019), https://about.instagram.com/blog/announcements/stand-up-against-bullying-with-restrict.

We recently announced a new tool called 'Limits' that lets people automatically hide comments and direct message requests from people who don't follow them, or who only recently followed them. We developed this feature because we heard that creators and public figures sometimes experience sudden spikes of comments and message requests from people they don't know. In many cases, this is an outpouring of support, but sometimes it can also mean an influx of unwanted comments or messages. Now, if you're going through that—or think you may be about to—you can turn on Limits and protect yourself.

We also recently launched Hidden Words, which automatically filters message requests containing offensive words, phrases, and emojis into a separate inbox so people never have to see them. Because messages are private conversations, we don't proactively look for hate speech or bullying the same way we do elsewhere on Instagram, so Hidden Words allows people to control what they see and receive in messages and protect themselves from abuse. In addition, all accounts on Instagram have the option to switch off messages from people they don't follow. This means people never have to receive a message from anyone they don't know.

These are just a few examples of the tools we developed to protect people from bullying and harassment. We have numerous other tools including comment controls, blocking, and managing who can comment on your posts and who can tag and mention you.

***Giving Teens Tools to Control their Experience***

We want to give people on our platform—especially teenagers—tools to help them manage their experiences in the ways that they want and need, including the time they spend. We have built time management tools including Daily Limit, which lets people know when they've reached the total amount of time they want to spend on Instagram each day; 'You're All Caught Up,' which notifies people when they've caught up with new content on their feed; and controls to mute notifications.

This week, we launched 'Take A Break' to go even further and empower people to make informed decisions about how they're spending their time on Instagram. We'll show reminders suggesting that people close Instagram if they've been scrolling for a certain amount of time, and we'll show them expert-backed tips to help them reflect and reset. We want to make sure young people are aware of this feature, so we'll show them notifications suggesting they turn the reminders on.

Also this week, we began testing a new activity center, a central place for people to see and manage their information on Instagram. For the first time, people will be able to bulk delete content they've posted like photos and videos as well as their previous likes and comments. While available to everyone, this tool will help young people more fully understand what information they've shared on Instagram and what is visible to others and give them an easy way to manage their digital footprint.

***Prioritizing and Expanding Parental Controls***

We want parents to have the information to help their teens have a safe and positive experience on Instagram. That's why in March we're launching Instagram's first set of controls for parents and guardians, allowing them to see what their teens are up to on Instagram and manage things like the time they spend in our app. These new features, which parents and teens can opt into, will give parents tools to meaningfully shape their teen's experience.

In the US, we've also collaborated with The Child Mind Institute and ConnectSafely to publish a new Parents Guide that includes the latest safety tools and privacy settings as well as a list of tips and conversation starters to help parents navigate discussions with their teens about their online presence.[7]

## III. Using Research to Improve Instagram

A lot of focus in recent weeks has been about internal research. As our Head of Research Pratiti Raychoudhury has written, the public reporting about our internal research was mischaracterized, so I want to take a moment to address it. Among other things, the research in question actually demonstrated that many teens said that using Instagram helped them when they were struggling with the kinds of hard moments that teenagers have always faced.

In addition to putting specific findings in context, it is also critical to make the nature of this research clear. This research, some of which relied on input from only 40 teens, was designed to inform internal conversations about teens' most negative perceptions of Instagram. It did not measure causal relationships between Instagram and real-world issues.

Our goal with all of the research that we do is to improve the services that we offer. That means our insights often shed light on problems so that we can evaluate possible solutions and work to improve. We believe this work is critical to delivering a better Instagram.

Moving forward, we will continue to collaborate and engage in data-sharing with researchers on issues related to young people. We have been working with external academics and research partners in this space for many years, and we plan to do even more early next year. This is something that we have done in our program with independent academics around the US 2020 elections. We will take the methodology from the US 2020 program and apply it to well-being research over the coming year. This will involve collaborative co-design of studies and peer-reviewed publication of findings.

In addition, we are continuing our investment in external research to better understand how to keep young people safe and to ensure their well-being is protected in the metaverse. For example, we committed to providing $5 million over three years to the Digital Wellness Lab at Boston Children's Hospital for independent research on these important topics.

[7] Instagram Teen Safety for Parents, https://about.instagram.com/community/parents#guide.

## IV. Supporting Industry Regulation to Protect Young People

The reality is that keeping young people safe online is not just about one company. We've been calling for updated regulations for nearly three years. From where I sit, there is no area more important than youth safety.

Specifically, we believe there should be an industry body that will determine best practices when it comes to at least three questions: how to verify age, how to design age-appropriate experiences, and how to build parental controls. This body should receive input from civil society, parents, and regulators to create standards that are high and protections that are universal. And I believe that companies like ours should have to adhere to these standards to earn some of our Section 230 protections.

In addition, the body could take steps to require each member to publish regular reports on the progress they are making against each standard and to develop a free and accessible information hub for parents and educators.

This proposal is a work in progress, but we hope that it will contribute to the ongoing discussion about how appropriate regulation can help us address these critical issues. In the meantime, we will continue to push forward on safety and well-being for young people online.

## V. Conclusion

We want young people to enjoy using Instagram while making sure we don't compromise on their privacy and safety. As we work toward that goal, we'll continue listening to them, their parents, lawmakers, and experts to build an Instagram that works for everyone and is trusted by parents.